IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

GAVIN NEWSOM, *in his official capacity as Governor of the State of California*; STATE OF CALIFORNIA,

        Plaintiffs-Appellees,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States*; PETE HEGSETH, *in his official capacity as Secretary of the Department of Defense*; DEPARTMENT OF DEFENSE,

        Defendants-Appellants.

No. 25-3727

**CIRCUIT RULE 27-3 CERTIFICATE**

The undersigned counsel certifies that the following is the information required by Circuit Rule 27-3:

**(1) Attorneys' contact information**

*Counsel for Defendants-Appellants:*

Sharon Swingle (Sharon.swingle@usdoj.gov)
Anna O. Mohan (anna.mohan@usdoj.gov)
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 353-2689

*Counsel for Plaintiffs-Appellees:*

James Edward Stanley (James.Stanley@doj.Ca.Gov)

California Department of Justice
1300 I Street
Sacramento, CA 95814
916-210-6475 Email:

Laura L. Faer (Laura.Faer@doj.Ca.Gov)
Office of the Attorney General
1515 Clay Street, Suite 2000
Oakland, CA 94612
510-879-0092

Brendan Hamme (Brendan.Hamme@doj.Ca.Gov)
California Department of Justice
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
213-269-6598

Kendal Leigh Micklethwaite (Kendal.Micklethwaite@doj.Ca.Gov)
Office of The Attorney General
1300 I Street
Sacramento, CA 95814
417-414-4368

Lorraine Lopez (Lorraine.Lopez@doj.Ca.Gov)
Office of the Attorney General of the State of California
300 S. Spring Street
Los Angeles, CA 90013
213-269-6616

Luke Freedman (Luke.Freedman@doj.Ca.Gov)
Office of The Attorney General
300 S. Spring Street
Los Angeles, CA 90013
206-276-0621

Marissa Suzanne Malouff (Marissa.Malouff@doj.Ca.Gov)
California Department of Justice
300 S. Spring Street, Suite 12228a
Los Angeles, CA 90013
213-269-9647

Megan Richards (Megan.Richards@doj.Ca.Gov)
California Attorney General's Office
California Department Of Justice 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-510-3526

Nicholas David Espiritu (Nicholas.Espiritu@doj.Ca.Gov
California Department of Justice
Civil Rights Enforcement Section 1515 Clay Street, Suite 2000
Oakland, CA 94612
510-879-3908

Nicholas Reiss Green (Nicholas.Green@doj.Ca.Gov)
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3597

**(2) Existence and nature of the emergency**

On June 12, district court entered an unprecedented order enjoining the President from deploying National Guardsmen to protect federal officers attempting to enforce federal immigration laws from ongoing violent protests and attacks intended to interfere with those efforts, and to protect federal property from further damage. The accompanying motion requires resolution on an emergency timeframe because the district court's order is an extraordinary intrusion on the President's constitutional authority as Commander in Chief to call forth the National Guard as necessary to protect federal officials, as well as his statutory authority under 10 U.S.C. § 12406 to mobilize state National Guards into federal service to quell riotous mobs committing crimes against federal personnel and property and to protect federal

officials' ability to enforce federal law. The order also puts federal officers in harms' way every minute that it is in place.

The accompanying motion could not have been filed earlier. The district court entered its order on June 12, 2025 at approximately 6:00 pm PT. The federal government noticed this appeal shortly after and filed this motion approximately one hour later at 7:00 PM PT.

**(3) Notice to opposing parties**

Prior to filing this motion, defendants contacted lead counsel for plaintiffs and informed them of defendants' intent to seek a stay pending appeal. Plaintiffs plan to inform the Court of their position on the motion later this evening. Upon filing this motion, defendants will provide a service copy to plaintiffs' counsel via email.

**(4) Relief sought in district court**

In opposing plaintiffs' motion for a temporary restraining order, defendants requested that "[t]o the extent the Court issues any injunctive relief," such "relief by stayed pending the disposition of any appeal that is authorized." A232.[1] The district court stayed its order until 12:00 PM PT on June 13, 2025. A295.

---

[1] Citations to "A" are to the addendum accompanying defendants' stay motion.

/s/ *Anna O. Mohan*
ANNA O. MOHAN