| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JUN 12 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GAVIN NEWSOM, In his official capacity as Governor of the State of California and STATE OF CALIFORNIA,

        Plaintiffs - Appellees,

 v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.,

        Defendants - Appellants.

No. 25-3727

D.C. No. 3:25-cv-04870-CRB
Northern District of California, San Francisco

ORDER

Before: BENNETT, MILLER, and SUNG, Circuit Judges.

The court has received the government's emergency motion for stay pending appeal. Dkt. No. 5. The request for an administrative stay is GRANTED. The district court's June 12, 2025 temporary restraining order is temporarily stayed pending further order. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019).

The response to the emergency motion is due June 15, 2025 at 9:00 AM PDT. The optional reply in support of the emergency motion is due June 16, 2025 at 9:00 AM PDT.

The panel will hold a remote hearing by Zoom on June 17, 2025 at 12:00 PM PDT.