No. 25-3727

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

———————————————————————

GAVIN NEWSOM, in his official capacity as Governor of the State of California, STATE OF CALIFORNIA,

*Plaintiffs-Appellees,*

DONALD J. TRUMP, in his official capacity as President of the United States, PETE HEGSETH, in his official capacity as Secretary of the Department of Defense, DEPARTMENT OF DEFENSE,

*Defendants-Appellants.*

———————————————————————

On Appeal from the United States District Court
for the Northern District of California
Case No. 3:25-cv-04870-CRB | Hon. Charles R. Breyer

———————————————————————

**MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF FORMER U.S. ARMY AND NAVY SECRETARIES AND RETIRED FOUR-STAR ADMIRALS AND GENERALS IN SUPPORT OF NEITHER PARTY**

———————————————————————

| | |
|---|---|
| Beau Tremitiere | Mack E. Jenkins |
| Kristy Parker* | *Counsel of Record* |
| PROTECT DEMOCRACY UNITED | Matthew J. Craig |
| 2020 Pennsylvania Ave. NW, Suite 163 | Susan Har |
| Washington, DC 20006 | HECKER FINK LLP |
| (202) 579-4582 | 1150 South Olive Street, Suite 10-140 |
| beau.tremitiere@protectdemocracy.org | Los Angeles, CA 90015 |
| kristy.parker@protectdemocracy.org | (212) 763-0883 |
| | mjenkins@heckerfink.com |
| | mcraig@heckerfink.com |
| | shar@heckerfink.com |

*Attorneys for* Amici Curiae *Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals*

1.  Pursuant to Federal Rule of Appellate Procedure 29(a), Admiral Steve Abbot (Ret.), Admiral Thad Allen (Ret.), Former Secretary of the Army Louis Caldera, General Walton W. Fulford, Jr. (Ret.), General Michael Hayden (Ret.), Admiral Samuel Jones Locklear, III (Ret.), Former Secretary of the Navy Sean O'Keefe, and Admiral Bill Owens (Ret.) respectfully move this Court for leave to appear as *amici curiae* and to file the proposed brief, attached hereto.

2.  Pursuant to Federal Rules of Appellate Procedure 29(a)(2) and Circuit Rule 29-3, *amici* obtained the consent of Appellees and Appellants to file this timely filing.

3.  The "classic role of amicus curiae" is to assist in a case of general public interest by "supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982). The "court has broad discretion to appoint amici curiae" and may exercise discretion when "satisfied that amicus [is] helpful to it in investigating the facts and advising it[.]" *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *overruled on other grounds*, *Sandin v. Conner*, 515 U.S. 472 (1995); *see also California by & through Becerra v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (explaining that courts have "exercised great liberality in permitting amicus briefs" (cleaned up)). There are no strict prerequisites that must be established to qualify for amicus status; proposed

*amici* "must merely make a showing that [their] participation is useful or otherwise desirable to the court." *Woodfin Suite Hotels, LLC v. City of Emeryville*, No. C 06-1254 SBA, 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007) (cleaned up).

4. *Amici* are former secretaries of the U.S. Army and Navy and retired four-star admirals and generals. Collectively, they served under each president from John F. Kennedy to Barack H. Obama and possess expertise on matters encompassing the mission of the National Guard and armed services and the well-being of all those who serve in uniform.

5. *Amici* are acutely interested in this case because deploying National Guard and active-duty military personnel in the context of domestic law enforcement should be a rare and carefully considered occurrence that strictly complies with the Posse Comitatus Act and its exceptions. Domestic deployments that fail to adhere to these long-established guardrails threaten the Guard's and active-duty military's core national security and disaster relief missions; place deployed personnel in dangerous situations for which they lack appropriate training, thus posing safety concerns for personnel and the public alike; and risk inappropriately politicizing the military, leading to additional risks to recruitment, retention, morale, and cohesion of the force.

6. This submission is based on *amici*'s collective experience serving in and leading our military, their direct experience commanding active-duty service

3

personnel, and their interest in preserving our military's apolitical role in safeguarding national security.

7. All the requirements for an *amicus* brief are satisfied. The proposed brief is timely. *See* Fed. R. App. P. 29(a)(6). No counsel for either party authored the proposed brief in whole or part. No person other than *amici* or their counsel contributed money intended to fund the preparation or submission of the proposed brief. *See* Fed. R. App. P. 29(a)(4)(E).

8. For the foregoing reasons, *amici* respectfully request this Court's leave to appear as *amici curiae* and to deem the accompanying proposed *amici curiae* brief filed.

Dated: June 15, 2025                                Respectfully submitted,

Beau Tremitiere                                     */s/ Mack E. Jenkins*
Kristy Parker*                                      Mack E. Jenkins
PROTECT DEMOCRACY UNITED                                *Counsel of Record*
2020 Pennsylvania Ave. NW, Suite 163                Matthew J. Craig
Washington, DC 20006                                Susan Har
(202) 579-4582                                      HECKER FINK LLP
beau.tremitiere@protectdemocracy.org                1150 South Olive Street, Suite 10-140
kristy.parker@protectdemocracy.org                  Los Angeles, CA 90015
                                                    (212) 763-0883
*Application for admission pending*                 mjenkins@heckerfink.com
                                                    mcraig@heckerfink.com
                                                    shar@heckerfink.com

*Attorneys for* Amici Curiae *Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals*

4

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Rule 32(a)(5) and the typestyle requirements of Rule 32(a)(6) because this motion was prepared in 14-point Times New Roman, a proportionally spaced typeface, using Microsoft Word. *See* Fed. R. App. P. 27(d)(1)(E), 32(g)(1). This motion complies with the type-volume limitation of Rule 27(d)(2) because it contains 572 words.

Dated: June 15, 2025                    */s/ Mack E. Jenkins*
                                        Mack E. Jenkins

                                        *Attorney for Amici Curiae Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals*

# CERTIFICATE OF SERVICE

I, Mack E. Jenkins, hereby certify that on June 15, 2025, I electronically filed the foregoing Brief of *Amici Curiae*, Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals, with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

Dated: June 15, 2025              */s/ Mack E. Jenkins*
                                              Mack E. Jenkins

                                              *Attorney for Amici Curiae Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals*