**No. 25-3727**

IN THE UNITED STATES COURT OF APPEALS FOR
THE NINTH CIRCUIT

GAVIN NEWSOM, in his official capacity as
Governor of the State of California; STATE OF
CALIFORNIA,

*Plaintiffs-Appellants*.

DONALD TRUMP, in his official capacity as
President of the United States; PETE HEGSETH, in
his official capacity as Secretary of the Department
of Defense; DEPARTMENT OF DEFENSE,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of California
No. 3:25-cv-04870-CRB
Hon. Charles R. Breyer

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* CITY OF LOS ANGELES

Hydee Feldstein Soto
Valerie L. Flores
Michael Dundas
Shaun Dabby Jacobs
200 North Main Street, City Hall
East Rm 800
Los Angeles, California 90012
Hydee.feldsteinsoto@lacity.org
Valerie.flores@lascity.org
Mike.dundas@lacity.org
Shaun.jacobs@lacity.org
Telephone: (213) 978-8100
*Attorneys* for Amicus Curiae
City of Los Angeles
Norman L. Eisen
Stephen A. Jonas
Joshua G. Kolb

Diamond Brown
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE Suite 15180
Washington, DC 20003
Telephone: (202) 594-9958
Norman@statedemocracydefenders.org
Steve@statedemocracydefenders.org
Joshua@statedemocracydefenders.org
Diamond@statedemocracydefenders.org
*Attorneys for the City of Los Angeles*

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* CITY OF LOS ANGELES**

The City of Los Angeles ("City") moves for leave to file an amicus brief at the stay stage. Since the Federal Rules of Appellate Procedure do not expressly address stay-stage amicus briefs, the City respectfully seek leave to file a brief at this stage for the court's consideration. The movant endeavored to obtain the consent of all parties to the filing of the brief before moving the Court for permission to file the proposed brief. Defendants-Appellees have stated they do not oppose the filing of our brief; Plaintiff-Appellees did not respond.

As this Court has explained, the "classic role" of an *amicus* includes "assisting in a case of general public interest" and "supplementing the efforts of counsel." *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.,* 694 F.2d 203, 204 (9th Cir. 1982). Allowing an *amicus curiae* to file a brief is particularly appropriate when it has "unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067–68 (N.D. Cal. 2005).

The City has a critical interest in the safety of its citizens and in preserving their constitutional rights to peacefully assemble and speak freely. Over the last few days, the City has worked tirelessly to quell violent outbursts while maintaining a space for its residents to exercise their First Amendment rights. The City's proposed

brief will assist the Court in understanding how the local police are best suited to

respond to mass demonstrations. For these reasons, the City of Los Angeles requests

that the Court grant its unopposed motion and accept for filing the attached brief.

Dated: June 15, 2025

Respectfully submitted,

_/s/._    MICHAEL J. DUNDAS

Hydee Feldstein Soto
Valerie L. Flores
Michael Dundas
200 North Main Street, City Hall
East Rm 800
Los Angeles, California 90012
Mike.dundas@lacity.org
Telephone: (213) 978-8100
Facismile: (213) 978-8312

_Attorneys for_ Amicus Curiae
City of Los Angeles

Norman L. Eisen
Stephen A. Jonas
Joshua G. Kolb
Diamond Brown
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE
Suite 15180
Washington, DC 20003
Telephone: (202) 594-9958
Norman@statedemocracydefenders.org

_Attorneys for the City of Los Angeles as_
Amicus Curiae

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2025, an electronic copy of the foregoing brief *amicus curiae* was filed with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit using the CM/ECF filing system and that service upon counsel for the parties will be accomplished using the CM/ECF system.

*/s/*  Michael J. Dundas
    MICHAEL J. DUNDAS