No. 25–3727

# In the United States Court of Appeals for the Ninth Circuit

GAVIN NEWSOM, *et al.*,

*Plaintiffs-Appellees,*

*v.*

DONALD J. TRUMP, *et al.*,

*Defendants-Appellants.*

On Appeal from the United States District Court, for the
Northern District of California, Case No. 25-cv-04870-CRB
Hon. Charles R. Breyer, Judge

## CORRECTED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE CITY AND COUNTY OF SAN FRANCISCO AND OTHER LOCAL GOVERNMENTS AND OFFICIALS

S.F. CITY ATTORNEY'S OFFICE
DAVID CHIU, SBN 189542
YVONNE R. MERÉ, SBN 175394
MOLLIE M. LEE, SBN 251404
SARA J. EISENBERG, SBN 269303
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
1390 Market Street, 7th Floor
San Francisco, CA  94102-5402
Telephone: (415) 355-3308

*Attorneys for Amicus Curiae City and*
*County of San Francisco*

PUBLIC RIGHTS PROJECT
JENNY MA
JONATHAN MILLER
ALEXANDRA KLIGER
490 43rd Street, #115
Oakland, CA 94609
Telephone: (510) 738-6788

*Attorneys for Amicus Curiae Listed in*
*Appendix*

[counsel continued on next page]

KEKER, VAN NEST & PETERS LLP
CODY S. HARRIS, #255302
SOPHIE HOOD, #295881
ANJALI SRINIVASAN, #304413
IAN KANIG, #295623
CARA R. MEYER, #348877
ELIANE HOLMUND, #348883
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400

*Attorneys for Amicus Curiae City of
Chicago, County of Santa Clara, City of
Alameda, City of Santa Monica*

YIBIN SHEN
City Attorney
2263 Santa Clara Avenue
Alameda, CA 94501
*Attorney for the City of Alameda,
California*

LAUREN KEEFE
City Attorney
One Civic Plaza NorthWest
P.O. Box 2248
Albuquerque, NM 87103
*Attorney for the City of Albuquerque,
New Mexico*

EBONY M. THOMPSON
City Solicitor
Baltimore City Department of Law
100 North Holliday Street
Baltimore, MD 21202
*Attorney for the City of Baltimore,
Maryland*

MEGAN B. BAYER
City Solicitor
City Hall
795 Massachusetts Avenue
Cambridge, MA 02139
*Attorney for the City of Cambridge,
Massachusetts*

MARY B. RICHARDSON-LOWRY
Corporation Counsel
121 North LaSalle Street, Room 600
Chicago, IL 60602
*Attorney for the City of Chicago, Illinois*

CARLOS PABELLON
Corporation Counsel
DAVID R. GAULT
Deputy Corporation Counsel
City-County Building
210 Martin Luther King, Jr., Boulevard
Madison, WI 53703
*Attorneys for the County of Dane,
Wisconsin*

ALEXANDRA B. RUGGIE
Corporation Counsel
909 Davis Street
Evanston, IL 60201
*Attorney for the City of Evanston, Illinois*

LEESA MANION
Prosecuting Attorney
Chinook Building
401 Fifth Avenue, Suite 800
Seattle, WA 98104
*Prosecuting Attorney for Martin Luther
King, Jr. County, Washington*

KRISTYN ANDERSON
City Attorney
350 South Fifth Street
Minneapolis, MN 55415
*Attorney for the City of Minneapolis,
Minnesota*

JOHN P. MARKOVS
Montgomery County Attorney
101 Monroe Street
Rockville, MD 20850
*Attorney for Montgomery County,
Maryland*

PATRICIA KING
Corporation Counsel
Office of New Haven Corporation Counsel
165 Church Street
New Haven, CT 06510
*Attorney for the City of New Haven,
Connecticut*

KRYSIA KUBIAK
City Solicitor and Chief Legal Officer
414 Grant Street
Pittsburgh, PA 15219
*Attorney for the City of Pittsburgh,
Pennsylvania*

SUSANA ALCALA WOOD
City Attorney
915 I Street
Sacramento, CA. 95814
*Attorney for the City of Sacramento,
California*

JOHN D. NIBBELIN
County Attorney
500 County Center
Redwood City, CA 94063
*Attorney for the County of San Mateo,
California*

TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
70 West Hedding Street East Wing
Ninth Floor
San José, CA 95110
*Attorneys for the County of Santa Clara,
California*

DOUGLAS T. SLOAN
City Attorney
1685 Main Street
Santa Monica, CA 90401
*Attorney for the City of Santa Monica,
California*

LAUREN LANGER
City Attorney
Best Best & Krieger LLP
300 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
*Attorney for City of West Hollywood,
California*

## CORPORATE DISCLOSURE STATEMENT

Proposed amici curiae certify that they are governmental entities and officials for whom no corporate disclosure is required pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1–1.

## MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

The City and County of San Francisco, on behalf of itself and additional local government and local government officials set forth in the attached Appendix, respectfully requests leave to file the attached proposed amici curiae brief in support of plaintiffs-appellees' opposition to defendants-appellants' motion to stay the district court's temporary restraining order pending appeal. *See* Dkt. No. 5 (appellees' motion to stay lower court or agency proceedings); *see also* Dkt. No. 10 (order granting appellees' emergency motion for administrative stay). As explained below, this *amici* brief presents material that is "relevant to the disposition" of appellants' emergency stay motion and that is "desirable" for this Court to consider. See Fed. R. App. P. 29(a)(3)(B).

*Amici curiae* are local governments and officials from across the nation. These municipalities and counties differ in size, demographics, and policy priorities, but share an interest in keeping their constituents safe, including during periods of public protest. Indeed, *Amici* have

successfully maintained order in even the most tumultuous moments in our nation's history. Through years of experience, *Amici* have developed policies and practices that balance the individual rights of their citizens with public safety needs.

By deploying the California National Guard and the U.S. Marines to respond to protests, appellants have put Amici's ability to implement these local policing goals and practices in jeopardy. The President's June 7, 2025 memorandum to the U.S. Department of Defense is unlimited in its geographical scope, Dkt. No. 5.1 at A249, and *Amici* are gravely concerned that any protest within their borders could result in the unnecessary and disruptive deployment of military force. The needless deployment of federal forces to manage public protests in local jurisdictions is not only unlawful but increases the risk of violence and property damage. Those risks are particularly acute where, as here, military troops are deployed on city streets absent state and local request, consent, or coordination.

While non-parties are permitted to file an amicus brief without motion if they have consent of the parties or the permission of this Court upon initial consideration of the merits and upon a petition for rehearing en banc, the Rules do not expressly address filing of *amici*

*curiae* briefs in support or in opposition to preliminary motion practice such as this motion to stay. However, this Court routinely permits governmental *amici curiae* to move to submit briefs in these circumstances, with consent of the parties to the appeal. *See, e.g.*, *Am. Fed'n of Gov't Emps., AFL-CIO v. United States Off. of Pers. Mgmt.*, No. 25-1677, 2025 WL 914823, at *1 (9th Cir. Mar. 26, 2025) (granting San Francisco and other cities and city officials leave to file *amicus* in support of opposition to emergency stay motion); *Hawaii v. Trump*, No. 17-17168, Dkt. No. 95 (9th Cir. Nov. 22, 2017) (granting cities leave to file amicus in the same circumstance). Here, all parties to this appeal originally consented to the filing of the proposed *amici curiae* brief. *See* Fed. R. App. P. 29(a)(2). The federal defendants' consent was contingent on *Amici* filing their brief by the Sunday, June 15, 2025 9:00 a.m. set by the court for filing of defendants' brief. *Amici* encountered unanticipated technical difficulties that resulted in a later filing at 10:08 a.m. on June 15, 2025. Based on the timing of this filing, counsel for federal defendants notified counsel for Amici that they do not consent and requested the filing of a corrected motion so stating.

For the foregoing reasons and those set forth in the concurrently-filed brief, proposed *amici curiae* respectfully request that this Court

grant leave for them to file the concurrently-filed brief of *amici curiae*.

Dated: June 15, 2025         Respectfully submitted,

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative
Litigation
NANCY E. HARRIS
KARUN A. TILAK
Deputy City Attorneys

By: */s/ Yvonne R. Meré*
YVONNE R. MERÉ
Chief Deputy City Attorney

*Attorneys for Amicus Curiae*
*City and County of San Francisco*

Dated:  June 15, 2025         PUBLIC RIGHTS PROJECT

*/s/ Jonathan Miller*
JENNY MA
ALEXANDRA KLIGER
JONATHAN MILLER
490 43rd Street, #115
Oakland, CA 94609
Telephone: (510) 738-6788

*Attorneys for Amicus Curiae* Listed in
Appendix

4

Dated:  June 15, 2025                KEKER, VAN NEST & PETERS LLP

                                     */s/ Anjali Srinivasan*
                                     CODY S. HARRIS
                                     ANJALI SRINIVASAN
                                     SOPHIE HOOD
                                     IAN KANIG
                                     CARA R. MEYER
                                     ELIANE HOLMUND

                                     *Attorneys for Amicus Curiae* City of
                                     Chicago, County of Santa Clara, City
                                     of Alameda, City of Santa Monica

Dated:  June 15, 2025                */s/ Yibin Shen*
                                     YIBIN SHEN
                                     City Attorney
                                     2263 Santa Clara Avenue
                                     Alameda, CA 94501
                                     *Attorney for the City of Alameda,*
                                     *     California*

Dated:  June 15, 2025                */s/ Lauren Keefe*
                                     LAUREN KEEFE
                                     City Attorney
                                     One Civic Plaza NorthWest
                                     P.O. Box 2248
                                     Albuquerque, NM 87103
                                     *Attorney for the City of Albuquerque,*
                                     *New Mexico*

Dated:  June 15, 2025                */s/ Ebony M. Thompson*
                                     EBONY M. THOMPSON
                                     City Solicitor
                                     Baltimore City Department of Law
                                     100 North Holliday Street
                                     Baltimore, MD 21202
                                     *Attorney for the City of Baltimore,*
                                     *Maryland*

Dated:  June 15, 2025          */s/ Megan B. Bayer*
                              MEGAN B. BAYER
                              City Solicitor
                              City Hall
                              795 Massachusetts Avenue
                              Cambridge, MA 02139
                              *Attorney for the City of Cambridge,*
                              *Massachusetts*


Dated:  June 15, 2025          */s/ Mary B. Richardson-Lowry*
                              MARY B. RICHARDSON-LOWRY
                              Corporation Counsel
                              121 North LaSalle Street, Room 600
                              Chicago, IL 60602
                              *Attorney for the City of Chicago,*
                              *Illinois*


Dated:  June 15, 2025          */s/ Carlos Pabellon*
                              CARLOS PABELLON
                              Corporation Counsel
                              DAVID R. GAULT
                              Deputy Corporation Counsel
                              City-County Building
                              210 Martin Luther King, Jr., Blvd.
                              Madison, WI 53703
                              *Attorneys for the County of Dane,*
                              *Wisconsin*


Dated:  June 15, 2025          */s/ Alexandra B. Ruggie*
                              ALEXANDRA B. RUGGIE
                              Corporation Counsel
                              909 Davis Street
                              Evanston, IL 60201
                              *Attorney for the City of Evanston,*
                              *Illinois*

Dated: June 15, 2025

/s/ Leesa Manion
LEESA MANION
Prosecuting Attorney
Chinook Building
401 Fifth Avenue, Suite 800
Seattle, WA 98104
*Prosecuting Attorney for Martin Luther King, Jr. County, Washington*

Dated: June 15, 2025

/s/ Kristyn Anderson
KRISTYN ANDERSON
City Attorney
350 South Fifth Street
Minneapolis, MN 55415
*Attorney for the City of Minneapolis, Minnesota*

Dated: June 15, 2025

/s/ John P. Markovs
JOHN P. MARKOVS
Montgomery County Attorney
101 Monroe Street
Rockville, MD 20850
*Attorney for Montgomery County, Maryland*

Dated: June 15, 2025

/s/ Patricia King
PATRICIA KING
Corporation Counsel
Office of New Haven Corporation Counsel
165 Church Street
New Haven, CT 06510
*Attorney for the City of New Haven, Connecticut*

Dated:  June 15, 2025          */s/ Krysia Kubiak*
                               KRYSIA KUBIAK
                               City Solicitor and Chief Legal Officer
                               414 Grant Street
                               Pittsburgh, PA 15219
                               *Attorney for the City of Pittsburgh,*
                               *Pennsylvania*

Dated:  June 15, 2025          */s/ Susana Alcala Wood*
                               SUSANA ALCALA WOOD
                               City Attorney
                               915 I Street
                               Sacramento, CA. 95814
                               *Attorney for the City of Sacramento,*
                               *California*

Dated:  June 15, 2025          */s/ John D. Nibbelin*
                               JOHN D. NIBBELIN
                               County Attorney
                               500 County Center
                               Redwood City, CA 94063
                               *Attorney for the County of San Mateo,*
                               *California*

Dated:  June 15, 2025          */s/ Tony Lopresti*
                               TONY LOPRESTI
                               County Counsel
                               KAVITA NARAYAN
                               Chief Assistant County Counsel
                               MEREDITH A. JOHNSON
                               Lead Deputy County Counsel
                               70 West Hedding Street East Wing,
                               Ninth Floor
                               San José, CA 95110
                               *Attorneys for the County of Santa*
                               *Clara, California*

Dated:  June 15, 2025          */s/ Douglas T. Sloan*
                               DOUGLAS T. SLOAN
                               City Attorney
                               1685 Main Street
                               Santa Monica, CA 90401
                               *Attorney for the City of Santa Monica,*
                               *    California*

Dated:  June 15, 2025          */s/ Lauren Langer*
                               LAUREN LANGER
                               City Attorney
                               Best Best & Krieger LLP
                               300 South Grand Avenue, 25th Floor
                               Los Angeles, CA 90071
                               *Attorney for City of West Hollywood,*
                               *California*

## APPENDIX A – List of *Amici Curiae*

City and County of San Francisco, California

City of Alameda, California

Marilyn Ezzy Ashcraft
*Mayor, City of Alameda, California*

Nikki Fortunato Bas
*Supervisor, Alameda County, California*

Lena Tam
*Supervisor, Alameda County, California*

City of Albuquerque, New Mexico

City of Baltimore, Maryland

Zohaib "Zo" Qadri
*Councilmember, City of Austin, Texas*

Isabel Piedmont-Smith
*Councilmember, City of Bloomington, Indiana*

Michael Dougherty
*District Attorney, Boulder County, Colorado*

Christopher Werner
*Councilmember, Town of Brighton, New York*

Robin Wilt
*Councilmember, Town of Brighton, New York*

Sarah Leonardi
*School Board Member, Broward County,* Florida

Diane M. Ellis-Marseglia
*Commissioner and Vice-Chair, Bucks County, Pennsylvania*

City of Cambridge, Massachusetts

Michael Siegrist
*Clerk, Canton Township, Michigan*

Braxton White
*Commissioner, Clarion County, Pennsylvania*
City of Chicago, Illinois

Michael Chameides
*Supervisor, Columbia County, New York*

Beau Harbin
*Legislator, Cortland County, New York*

Yasmine-Imani McMorrin
*Mayor, City of Culver City, California*

Bryan "Bubba" Fish
*Councilmember, City of Culver City, California*

County of Dane, Wisconsin

City of Evanston, Illinois

Heidi Garrido
*Councilmember, City of Hopkins, Minnesota*

Quinton D. Lucas
*Mayor, City of Kansas City, Missouri*

Seema Singh
*Councilmember, City of Knoxville, Tennessee*

Satya Rhodes-Conway
*Mayor, City of Madison, Wisconsin*

Jerald Lentini
*Director, Town of Manchester, Connecticut*

Martin Luther King, Jr. County, Washington

City of Minneapolis, Minnesota

Susan Hughes-Smith
*Legislator, Monroe County, New York*

Montgomery County, Maryland

City of New Haven, Connecticut

Christopher Jaramillo
*School Board President, Norristown Area School District, Pennsylvania*

City of Oakland, California

Ryan Richardson
*City Attorney, City of Oakland, California*

Robin Denson
*Councilmember, Pierce County, Washington*

City of Pittsburgh, Pennsylvania

John Clark
*Mayor, Town of Ridgway, Colorado*

Lisa Kaplan
*Councilwoman, City of Sacramento, California*

City of Sacramento, California

Todd Gloria
*Mayor, City of San Diego, California*

Heather Ferbert
*City Attorney, City of San Diego, California*

County of San Mateo, California

Jessie Lopez
*Councilmember, City of Santa Ana, California*

County of Santa Clara, California

City of Santa Monica, California

Caroline Torosis
*Mayor Pro Tempore, City of Santa Monica, California*

Veronica Pillar
*Legislator, Tompkins County, New York*

Andy Brown
*Judge, Travis County, Texas*

Eli Savit
*Prosecuting Attorney, Washtenaw County, Michigan*

City of West Hollywood, California