

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7517
Washington, DC 20530

---

Tel: (202) 353-2689

June 16, 2025

VIA CM/ECF

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119

    RE:   *Newsom v. Trump*, No. 25-3727 (argument scheduled for June 17, 2025)

    We recently filed a reply in support of our emergency motion to stay the district court's order. Attached to the reply, we included a supplemental addendum containing a declaration from Major General Scott M. Sherman.

    We write to inform the Court of two corrections to Major General Sherman's declaration, which are included in the attached updated supplemental addendum. First, due to a typographical error, page 2, paragraph 3, mistakenly listed the time of the California Adjutant General's response as "10:17 am Pacific Standard Time." The correct time was 10:17 pm," and the declaration has now been corrected. The sentence in full now reads "[a]t 10:17 pm Pacific Standard Time, the California Adjutant General responded, 'consider our forces mobilized.'"

    Second, page 1 in the second sentence of paragraph 1, mistakenly referred to "United States Army Northern Command." The correct name is "United States Northern Command." The sentence in full now reads "ARNORTH is a component of the United States Northern Command (USNORTHCOM)."

    We have attached a copy of the supplemental addendum, containing the corrected declaration, to this letter.

Sincerely,

s/ *Anna O. Mohan*
Anna O. Mohan
U.S. Department of Justice
Appellate Staff, Civil Division

cc (via CM/ECF):  Counsel of Record

**SUPPLEMENTAL ADDENDUM
CORRECTED**

## TABLE OF CONTENTS

Declaration of Ernesto Santacruz, Jr. (June 15, 2025) .................................................. SA1

Corrected Declaration of Major General Scott M. Sherman (June 16, 2025) ............ SA8

IN THE NINTH CIRCUIT COURT OF APPEALS

| | |
|---|---|
| GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,<br><br>Defendants. | Appeal No. 25-3727<br><br>**DECLARATION OF ERNESTO SANTACRUZ, JR.** |

## DECLARATION OF ERNESTO SANTACRUZ, JR.

I, Ernesto Santacruz, Jr., hereby declare:

1. I am employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) as the Field Office Director (FOD) of the Los Angeles Field Office (ERO Los Angeles). I have held this position since April 6, 2025.

2. The purpose of this declaration is to provide an update on the current conditions on the ground in the Los Angeles Area of Responsibility (AOR) with respect to immigration enforcement operations and the security of federal property and personnel. This declaration supplements the information in my June 11, 2025

1

declaration filed with the Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order. *See Newsom v. Trump*, No. 25-4870 (N.D. Cal. filed June 11, 2025), Dkt. 22-1.

3.  It is my understanding that, at this time, approximately 3,000 Department of Defense personnel, which includes approximately 2,000 members of the California National Guard, are in the Los Angeles area providing protection of federal personnel, property, and functions.

4.  The 300 North Los Angeles Street Federal Building in downtown Los Angeles, California continues to be the site of daily protests, and it has been closed to the public since June 9, 2025. While the facility is largely non-operational, members of the National Guard have been essential to protect the building, the Edward R. Roybal Federal Building and U.S. Courthouse, and the Federal Bureau of Prisons Metropolitan Detention Center - all located in the same city block - from further damage or attempts at incursion and provide security to those federal employees working inside, like myself.

5.  Prior to the National Guard's deployment, rioters and protestors assaulted federal, state, and local law enforcement officers with rocks, fireworks, and other objects. They also damaged federal property by spray painting death threats to federal law enforcement officers. Photos and videos for those assaults and threatening graffiti can be found here: https://www.dhs.gov/news/2025/06/10/dhs-

sets-record-straight-la-riots-condemns-violence-against-law-enforcement (last visited June 15, 2025). Several suspects have been arrested for possessing Molotov cocktails and assaulting federal officers during recent civil unrests in downtown Los Angeles, Paramount, and Santa Ana. *See* https://www.nbclosangeles.com/news/local/molotov-cocktail-attacks-la-paramount-protests/3721306/ (last visited on June 15, 2025).

6.      It is my understanding that federal facilities in Westwood, Santa Ana, Long Beach, and other locations in California have been the site of continuing violent protests during the last week. For example, on June 14, 2025, the Los Angeles Police Department declared an unlawful assembly outside 300 North Los Angeles Federal Building and Edward R. Roybal Federal Building and U.S. Courthouse after violent opportunists in the crowd of over 1,000 people began assaulting law enforcement officers with rocks, bricks, bottles, fireworks, and other objects. "Officers Deploy Tear Gas, Rubber Bullets to Clear Protestors in Downtown Los Angeles", available at:https://ktla.com/news/local-news/no-kings-protestors-ordered-to-disperse-tear-gassed-in-downtown-los-angeles/ (last visited June 15, 2025). One suspect was taken into custody after spitting on a Federal Protective Service (FPS) officer and National Guard members. Protestors also threw red paint on FPS and National Guard members.

7.     The National Guard has been absolutely helpful this week by protecting federal property and personnel during immigration enforcement operations. Through their protective efforts, the guards have assisted on most operations that ICE and its federal partners conducted this week. The guards are acting as a security element, accompanying federal officers and agents during operations to ensure safety of all involved.

8.     On Saturday, June 14th, the protests at the 300 N. Los Angeles Federal Building continued throughout the day. The National Guard has been protecting the entire perimeter of the federal complex all week, as protestors are gathered throughout the area continuously. Protestors blocked the parking garage exits on Alameda Street, preventing ICE transport vehicles from exiting with approximately 130 immigration detainees. As the protests grew, ICE was forced to not utilize the U.S. Marshall's transport bus as originally intended. The National Guard cleared a path for several unmarked vans to remove the detainees in small groups. The National Guard's assistance was key to protecting ICE officials' ability to continue these immigration enforcement operations.

9.     Having the National Guard at our fingertips as a Quick Reaction Force is key to maintaining officer safety and continuing our immigration enforcement operations. The resources that they bring to protect federal immigration officials from interference in their enforcement efforts and their presence at federal facilities

4

is the key to continuing operations and enforcing federal law in the Los Angeles area.

10. The guard's presence prevented other incidents like the one in Paramount last Saturday, discussed in my prior declaration. There, an unruly mob attacked ERO and U.S. Customs and Border Protection (CBP) officers, engaging them in an hours-long fight while the local law enforcement did not intervene for several hours. I believe that the guard's presence since their deployment to Los Angeles has prevented this from reoccurring during our subsequent immigration enforcement operations and has been critical to maintaining the safety of all law enforcement officers involved.

11. The National Guard has a Quick Reaction Force that is now a critical resource available to us, should something like June 6th incident at the federal building in downtown Los Angeles, or the incident in Paramount, take place in the future.

12. The presence of the National Guard and other Department of Defense personnel has enabled ICE to continue to carry out its congressionally mandated duties in the Los Angeles area. It is the additional manpower and resources provided by these guards – indeed, their mere presence – that has ensured the safety of local federal facilities and the safety of those enforcing federal laws here this week.

5

SA5

13.     If these resources were not at my disposal, our immigration enforcement mission would be greatly impacted. The safety of our continued operations would be in doubt, placing both federal employees and the general public at an unnecessarily greater risk.

14.     The National Guard, with approximately 900 troops assigned to protect federal buildings, has also been instrumental in enhancing the ability to protect federal property from damage or breach attempts.

15.     Our local law enforcement colleagues, including the Los Angeles Police Department (LAPD), Los Angeles County Sheriff's Department (LASD), and California Highway Patrol (CHP), have all engaged in taxing law enforcement activities throughout the week, with the assistance of their mutual aid network. But the National Guard provides resources and protective capabilities that are unparalleled.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 15th day of June 2025.

ERNESTO M SANTACRUZ JR
Digitally signed by ERNESTO M SANTACRUZ JR
Date: 2025.06.15 17:32:06 -07'00'

Ernesto Santacruz, Jr.
Field Office Director
DHS ICE ERO Los Angeles

IN THE UNITED STATES COURT
OF APPEALS FOR THE NINTH CIRCUIT

GAVIN NEWSOM, et al.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　*Plaintiffs-Appellees,*　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　No. 25-3727
　　v.　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)
DONALD TRUMP, et al.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　*Defendant-Appellants*　　　　　　　　)

### DECLARATION OF MAJOR GENERAL SCOTT M. SHERMAN

I, Major General Scott M. Sherman, hereby state and declare as follows:

1.　I am currently employed by the United States Army as the Commanding General of Task Force 51 and the Deputy Commanding General for the United States Army North Command (ARNORTH). ARNORTH is a component of the United States Northern Command (USNORTHCOM). I have held the position of Deputy Commanding General of ARNORTH since August 2023 and serve as the Commanding General of Task Force 51 since that time when the Task Force forms as a command. I have served as a commissioned Army Officer for more than 33 years. My current responsibilities include serving as a principal deputy commander and overseeing the logistical, administrative, and sustainment operations of ARNORTH as well as ensuring the training, discipline, and readiness of the units under ARNORTH's command. I have reviewed the Complaint in the matter of *Gavin Newsom, et al. v. Donald Trump, et al.*, Case No. 3:25-CV-04870 (N.D. Cal.). This declaration is based on my personal knowledge, as well as information made available to me during the routine execution of my official duties.

2.　On June 7, 2025, the President of the United States issued a memorandum with the subject "Department of Defense (DoD) Security for the Protection of Department of Homeland

Security (DHS) Functions." The memorandum noted that "[n]umerous incidents of violence and disorder have recently occurred and threaten to continue in response to the enforcement of Federal law by U.S. Immigration and Customs Enforcement (ICE) and other United States Government personnel who are performing Federal functions and supporting the faithful execution of Federal immigration laws. In addition, violent protests threaten the security of and significant damage to Federal immigration detention facilities and other Federal property." The memorandum directed members of the National Guard into federal service "to temporarily protect ICE and other United States Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property." It further directed the Secretary of Defense to call *at least* 2,000 National Guard personnel into service for 60 days, subject to change at his discretion. It also further delegated to the Secretary of Defense the authority to utilize the regular forces to assist with this mission. The Secretary of Defense issued guidance accordingly that same day. The following day, the Secretary authorized the activation of the 2nd Battalion, 7th Marine Regiment, 1st Marine Division (2/7 USMC).

3. The Chief of the National Guard Bureau transmitted the Secretary of Defense's orders on Saturday, June 7, to the Adjutant General of the California National Guard. At 10:17pm Pacific Standard Time, the California Adjutant General responded, "consider our forces mobilized."

4. USNORTHCOM is one of DoD's eleven unified combatant commands. Its mission is to provide command and control of the DoD homeland defense efforts and to coordinate defense support of civil authorities. ARNORTH supports USNORTHCOM in its mission.

5. When federalized, members of the State National Guard serve pursuant to Title 10 of the United States Code under the command of the President and the Secretary of Defense. In this case, the Secretary of Defense authorized USNORTHCOM to execute command and control of

mobilized and federalized members of the California National Guard as well as 2/7 USMC. On June 8, 2025, USNORTHCOM further delegated operational control of the federalized National Guard forces and on June 11, 2025, tactical control of Marine forces to ARNORTH. These command and control authorities were further delegated to Task Force 51 on June 12, 2025. On June 11, 2025, I assumed command of Task Force 51, ARNORTH's Contingency Command Post, which provides a rapidly deployable capacity to partner with civilian authorities and DoD entities in response to Homeland Defense and Homeland Security Operations. Task Force 51 oversees the assignments and tasking for the federalized members of the National Guard as well as the 2/7 USMC. On June 14, 2025, Task Force 51 was delegated operational control of the federalized National Guard 49th Military Police Brigade.

6. Following the President's June 7, 2025 directive, ARNORTH published Operational Order (OPORD) 01-23 and Fragmentary Order (FRAGORD) 25-501.000 to direct federalized members of California National Guard and members of the 2/7 USMC to temporarily protect federal property, as well as Immigration and Customs Enforcement (ICE) Officers and other U.S. Government personnel who are performing federal functions, where protests are occurring in Los Angeles County, California.

7. Since Saturday, June 7, federalized California National Guard personnel have conducted operations in Los Angeles consistent with the directions of the President's June 7 memorandum and FRAGORD 25-501.000. Task Force 51 receives requests for assistance from Federal Government agents and agencies related to protection of federal personnel performing official functions, as well as requests for protection duties such as fixed observation posts, perimeter security of federal property, and escorts for Government personnel conducting federal law enforcement duties. Task Force 51 reviews the requests for compliance with the President's

June 7 memorandum and directives from higher headquarters. Upon approval, Task Force 51 assigns trained personnel in accordance with those directives. All Title 10 personnel activities are limited to protective functions. Title 10 personnel are not performing law enforcement or any other functions.

8. As of June 14, 2025, TF-51 is composed of 4155 California National Guard members in a Title 10 status, 821 Active-Duty United States Marines, and approximately 382 vehicles. Members of the 79th Infantry Brigade Combat Team and the 2/7 USMC have conducted or are currently conducting the following protection operations (members of the 49thMilitary Police Brigade have joined the task force but are not yet conducting any missions):

- A. Federalized National Guard members are providing installation protection by establishing outside perimeters, observation posts, and presence patrols for federal property at locations targeted by protests, including the Edward R. Royball Federal Building and Courthouse (Royball Complex), the Wilshire Federal Building; an ICE facility in the city of Paramount; Santa Ana Civic Center, and other locations where the Federal Government has a presence and carries out its Federal functions.

- B. Federalized National Guard members are providing personnel protection for ICE Officers, Customs and Border Protection (CBP) Officers, Homeland Security Investigation (HSI) Special Agents, and Federal Bureau of Investigation (FBI) Special Agents, who are conducting operations throughout the Los Angeles County area. Protection is provided to enable Federal Law Enforcement officers to conduct their Federal functions safely and with minimal interference from bystanders.

C. On June 13, 2025, after completing non-lethal training and Federal Protection Mission training, members of the 2/7 USMC assumed protection duties for the federal building located on Wilshire Boulevard (Royball Complex).

D. Federalized members of the National Guard have not detained any individuals, though one individual was detained by an active-duty United States Marine when the individual attempted to enter a restricted area multiple times. The individual was advised to get off the federal property and was temporarily detained after he attempted to enter the property despite being warned to stop. The individual was placed in flexi-cuffs and turned over to the Los Angeles Police Department as soon as they arrived a few minutes later.

E. There has been one reported injury to a service member when a protester grabbed and pulled on the protective shield the Soldier was holding. When the Soldier pulled on the shield and the protester let go, the shield struck the Soldier in the mouth chipping one of his teeth. The Soldier was taken to the dentist for urgent care and was otherwise unharmed.

MAJOR GENERAL SCOTT M. SHERMAN
COMMANDING GENERAL
JOINT TASK FORCE 51