

**Rob Bonta**
Attorney General

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 510-4400
Telephone: (415) 510-3919
Facsimile: (415) 703-2552
Samuel.Harbourt@doj.ca.gov

June 17, 2025

VIA CM/ECF

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119

RE: *Newsom v. Trump*, No. 25-3727 (argument scheduled for June 17, 2025)

Dear Ms. Dwyer:

    In an addendum attached to defendants' reply in support of their motion for a stay pending appeal, defendants submitted two new declarations, both executed on June 15 and never filed in the district court below. *See* C.A. Dkt. 23.1 at SA1-12. Defendants later filed a letter (C.A. Dkt. 26.1) acknowledging that one of those declarations contained multiple factual errors and attaching a corrected declaration, executed on June 16. To the extent this Court is inclined to consider the new evidence submitted by defendants for the first time on appeal, the State respectfully points the Court to its own supplemental declaration on related issues, submitted in the regular course in support of the State's pending motion for a preliminary injunction below, *see* D. Ct. Dkt. 77-3.

Sincerely,

*/s/ Samuel T. Harbourt*

SAMUEL T. HARBOURT
Deputy Solicitor General

For    ROB BONTA
        Attorney General

cc (via CM/ECF): Counsel of Record