UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GAVIN NEWSOM, In his official capacity as Governor of the State of California and STATE OF CALIFORNIA,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>        Defendants - Appellants. | No. 25-3727<br><br>D.C. No. 3:25-cv-04870-CRB<br>Northern District of California, San Francisco<br><br>ORDER |

Before: BENNETT, MILLER, and SUNG, Circuit Judges.

The briefing schedule for this appeal will proceed as follows: appellants' opening brief is due July 22, 2025, and appellees' answering brief is due August 19, 2025. The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.