| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 11 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GAVIN NEWSOM, In his official capacity as Governor of the State of California and STATE OF CALIFORNIA,

        Plaintiffs - Appellees,

 v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.,

        Defendants - Appellants.

No. 25-3727

D.C. No. 3:25-cv-04870-CRB
Northern District of California, San Francisco

ORDER

Before: BENNETT, MILLER, and SUNG, Circuit Judges.

    A judge of this court has called for a vote to determine whether this case should be reheard en banc. The parties are directed to file simultaneous briefs setting forth their respective positions on whether this case should be reheard en banc. The briefs shall not exceed 15 pages unless they comply with the alternative length limitation of 4,200 words, and they shall be filed within seven (7) days of the date of this order.