No. 25-3727

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

————————————

GAVIN NEWSOM, *in his official capacity as Governor of the State of California*; STATE OF CALIFORNIA,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States*; PETER HEGSETH, *in his official capacity as Secretary of the Department of Defense*; UNITED STATES DEPARTMENT OF DEFENSE,

Defendants-Appellants.

————————————

On Appeal from the United States District Court
for the Northern District of California

————————————

## EXCERPTS OF RECORD
Volume 1 of 1

————————————

BRETT A. SHUMATE
 *Assistant Attorney General*

ERIC D. McARTHUR
 *Deputy Assistant Attorney General*

MARK R. FREEMAN
SHARON SWINGLE
ANNA O. MOHAN
 *Attorneys, Appellate Staff*
 *Civil Division, Room 7517*
 *U.S. Department of Justice*
 *950 Pennsylvania Avenue NW*
 *Washington, DC 20530*
 *(202) 353-2689*
 *sswingle@usdoj.gov*

# INDEX

**Page**

Order Granting Plaintiffs' Application for Temporary Restraining Order,
Docket No. 64 (filed June 12, 2022) ................................................................ 3

Declaration of Major General Niave F. Knell
Docket No. 25-4 (filed June 11, 2025) ............................................................ 39

June 9 Memorandum for Adjutant General of the California National Guard,
Docket No. 25-3 (filed June 11, 2025) ............................................................ 43

June 7 Memorandum for Adjutant General of the California National Guard,
Docket No. 25-2 (filed June 11, 2025) ............................................................ 48

Declaration of Ernesto Santacruz, Jr.,
Docket No. 25-1 (filed June 11, 2025) ............................................................ 52

Declaration of Paul S. Eck,
Docket No. 8-3 (filed June 10, 2025) .............................................................. 66

Declaration of Brian Olmstead,
Docket No. 8-2 (filed June 10, 2025) .............................................................. 77

Declaration of Nicholas Espiritu,
Docket No. 8-1 (filed June 10, 2025) .............................................................. 83

Complaint for Declaratory and Injunctive Relief,
Docket No. 1 (filed June 9, 2025) ................................................................. 212

Notice of Appeal,
Docket No. 65 (filed June 12, 2025) ............................................................. 234

District Court Docket ..................................................................................... 236

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 25-cv-04870-CRB <br><br> **ORDER GRANTING PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

On June 6, 2025, the federal government initiated immigration raids across the City of Los Angeles. Protests swiftly followed, and some individuals involved in those protests were unruly and even violent. State and local law enforcement responded. The following day, President Trump ordered that members of the California National Guard be federalized, and thereupon assumed control of those forces.

At this early stage of the proceedings, the Court must determine whether the President followed the congressionally mandated procedure for his actions. He did not. His actions were illegal—both exceeding the scope of his statutory authority and violating the Tenth Amendment to the United States Constitution. He must therefore return control of the California National Guard to the Governor of the State of California forthwith.

## I.      BACKGROUND

### A.      California National Guard

The California Army National Guard and the California Air National Guard (together, the California National Guard) are part of the organized militia of the State of California and federally recognized units of the reserve components of the U.S. military. Eck Decl. (dkt. 8-3) ¶ 20. Governor Newsom is the commander-in-chief of the California

1    National Guard when it is under state control.  Id. ¶ 31; Cal. Const., art. V, § 7.  President

2    Trump is the commander-in-chief of the U.S. Armed Forces, including the National Guard

3    when it is under federal control.  U.S. Const. art. II § 2, cl. 1.  A president can call the

4    National Guard into federal service under Title 10 of the United States Code.  Id. ¶ 27.

5    That is what happened here.

6         California has the largest National Guard in the country, with 18,733 members,

7    12,212 of whom are currently available.  Eck Decl. ¶¶ 28, 30.  The California National

8    Guard is "vital" in carrying out state functions such as "emergency and natural disaster

9    response, cybersecurity, and drug interdiction."  Id. ¶ 31.  For instance, 2,500 California

10   National Guard members were activated in response to the destructive fires in Los Angeles

11   County in January 2025.  Id. ¶¶ 35–36.  Some serve on Taskforce Rattlesnake, the state's

12   specialized fire combat unit.  Id. ¶¶ 14, 39–40.  Others serve on the Counterdrug

13   Taskforce, which specializes in stopping fentanyl trafficking at the U.S.-Mexico border.

14   Id. ¶¶ 15, 42–43.

15        **B.     ICE Actions and Public Protest**

16        On June 6, 2025, Immigration and Customs Enforcement began carrying out

17   immigration raids in Los Angeles. Olmstead Decl. (dkt. 8-2) ¶ 6.  The Associated Press

18   reported that ICE executed search warrants at multiple locations across Los Angeles.

19   Espíritu Decl. (dkt. 8-1) Ex. F ("Federal immigration authorities have been ramping up

20   arrests across the country to fulfill President Donald Trump's promise of mass

21   deportations.").  Los Angeles Police Chief Jim McDonnell stated that "federal officials did

22   not brief his department, which made it difficult to respond to the mobs of people who

23   began to protest."  See McPhee, LAPD Chief Jim McDonnell Says, 'Violence I Have Seen

24   Is Disgusting,' Recounting Attacks on Cops, L.A. Mag. (June 8, 2025),

25   https://perma.cc/G24N-PZHE.  ICE reportedly targeted "several locations in downtown

26   L.A. and its immediate surroundings" that are "known to have significant migrant

27   populations and labour-intensive industries."  Espíritu Decl. Ex. G.  These included two

28   Home Depot stores, a donut store, and a clothing wholesaler.  Id.  Ultimately, between 70

United States District Court
Northern District of California

**ER-4**    2

1    and 80 people were detained, and 44 arrested.  Espíritu Decl. Exs. G, H.

2        State and city leaders expressed concern and disapproval.  Governor Newsom

3    reportedly stated that the "[c]ontinued chaotic federal sweeps … to meet an arbitrary arrest

4    quota are as reckless as they are cruel."  Espíritu Decl. Ex. D.  Mayor Karen Bass told

5    reporters that she received no notice that the raids were to be conducted, and that the raids

6    "sow[] a sense of chaos in our city, and a sense of terror."  Id.  And Los Angeles County

7    Supervisor Janice Hahn reportedly said: "They aren't targeting violent criminals—they are

8    sweeping up hardworking people in our communities just trying to provide for their

9    families.  These agents are armed to the teeth and it is clear their goal is to make people

10   afraid and it's working."  Id.

11       Some members of the public gathered in protest.  A group of people assembled at

12   the site of an ICE operation in Los Angeles's Garment District and tried to prevent ICE

13   from leaving.  Santacruz Decl. (dkt. 22-1) ¶ 7; Espíritu Decl. Ex. D.  Another one of the

14   primary protests on June 6 took place at the Metropolitan Detention Center.  Olmstead

15   Decl. ¶ 6.  The protests were explicitly about the immigration raids.  See Espíritu Decl. Ex.

16   D ("Friday evening, protesters marched in downtown L.A. condemning Friday's

17   immigration raids.").  The Governor's Office of Emergency Services, which was

18   monitoring the protests, was in regular communication with representatives of the Los

19   Angeles Police Department and the Los Angeles County Sheriff's Department.  Olmstead

20   Decl. ¶ 6.  Both stated that they did not need additional resources, and LAPD reassigned

21   additional officers to the area.  Id.

22       That evening, protesters reportedly marched in downtown Los Angeles.  Espíritu

23   Decl. Ex. D.  There were about 800 protesters at two sites.  Santacruz Decl. ¶¶ 9, 10.

24   Some protesters threw "concrete chunks, bottles of liquid, and other objects at Federal

25   Protective Service officers guarding a parking lot gate; some protesters attempted "to use

26   large rolling commercial dumpsters as a battering ram."  Id. ¶ 11.  Officers protected the

27   gate entrance with pepper balls and other nonlethal force, until LAPD arrived and pushed

28   the crowd away.  Id. ¶ 13.  Some of the protesters used "chairs, dumpsters, and other items

United States District Court
Northern District of California

**ER-5**    3

as weapons." Id. ¶ 14. LAPD declared an "unlawful assembly," and while some individuals resisted, the protesters departed by 11:00 p.m. Id. ¶¶ 16, 17. Two federal buildings were vandalized and sustained minor damage. Id. ¶ 17.

On June 7, both the ICE operations and responsive protests continued. Olmstead Decl. ¶ 7. In addition to the protest at the Metropolitan Detention Center, protests also emerged in Paramount and Compton. Id. LASD provided 200 deputies to respond to the Paramount and Compton protests, including a team with specialized training in handling civil unrest. Id. Customs and Border Protection officers arrived from San Diego to assist with immigration enforcement operations. Santacruz Decl. ¶ 18.

During the evening hours of June 7, the protest at the Metropolitan Detention Center was "fairly in control," with some protesters targeting the building. Olmstead Decl. ¶ 9. Federal officers pushed protesters away while LAPD officers moved in front and declared an unlawful assembly; by 2:15 a.m., "most of the protestors had left the area." Id. In Paramount and Compton, there were about 300 to 400 protesters present. Id. ¶ 10. Some protesters threw rocks and other objects (including a Molotov cocktail), burned a vehicle, looted a gas station, and vandalized property. Id. ¶ 9. There was an extended clash between some protesters and officers, with a crowd boxing in the officers and throwing fireworks, rocks, and mangos at them, and "using shopping carts to barricade the street." Santacruz Decl. ¶ 20. One officer was briefly trapped inside her law enforcement vehicle when a crowd surrounded it, shook it, and threw stones at it. Id. A DHS fence was damaged, and three government vehicles were damaged. Id. ¶ 21. Local law enforcement brought the situation under control by 4:00 a.m. and LASD was able to demobilize its teams. Olmstead Decl. ¶ 9. About 11 people were arrested for engaging in unlawful behavior at the protests that night. Id. ¶ 10.

**C.     Federalizing of National Guard and Continued Protest**

President Trump intervened in the response to the protests on the evening of June 7, issuing a memorandum to the Secretary of Defense, Attorney General, and Secretary of Homeland Security. See June 7 Memo (Espíritu Decl. Ex. O at 108–09). Although it did

United States District Court
Northern District of California

not name California, Los Angeles, or any other geographic area, the memo asserted that "[n]umerous incidents of violence and disorder have recently occurred and threaten to continue in response to the enforcement of Federal law by [ICE] and other United States Government personnel." Id. It continued: "To the extent that protests or acts of violence directly inhibit the execution of the laws, they constitute a form of rebellion against the authority of the Government of the United States." Id. (emphasis added). The memo explained that due to "these incidents and credible threats of continued violence," President Trump was calling

> into Federal service members and units of the National Guard under 10 U.S.C. [§] 12406 to temporarily protect ICE and other United States Government personnel who are performing Federal functions, including enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations.

Id. President Trump further directed Secretary Hegseth "to coordinate with the Governors of the States and the National Guard Bureau in identifying and ordering into Federal service the appropriate members and units of the National Guard under this authority," calling for "at least 2,000" National Guard personnel to be on duty "for 60 days or at the discretion of" Secretary Hegseth. Id. (emphasis added). Finally, the memo provided that Secretary Hegseth could "employ any other members of the regular Armed Forces as necessary." Id.

Secretary Hegseth issued an order that same night, attaching the June 7 Memo, and announcing that 2,000 members of the California National Guard were being "called into Federal service effective immediately for a period of 60 days." See June 7 DOD Order (Espíritu Decl. Ex. P at 111). The top of the order read:

**MEMORANDUM FOR ADJUTANT GENERAL OF THE CALIFORNIA NATIONAL GUARD**
**THROUGH: THE GOVERNOR OF CALIFORNIA**

Id. The order further stated that the Commander of U.S. Northern Command would control the 2,000 National Guard members. Id.

Defendants did not notify Governor Newsom of their intent to federalize the

United States District Court
Northern District of California

United States District Court
Northern District of California

California National Guard prior to issuing the June 7 Memo or the June 7 DOD Order. Espíritu Decl. Ex. K (June 8 letter from Sapp to Secretary Hegseth).[1]  Governor Newsom only learned of the June 7 DOD Order from the Adjutant General after the Adjutant General received it.  Id.  The Adjutant General relinquished command to the commander of U.S. Northern Command, and thereafter the commander of U.S. Northern Command, not the Governor, has issued all orders to the federalized National Guard.  Espíritu Decl. Ex. J.  Responding to these events, Governor Newsom issued a statement that "[t]he federal government is taking over the California National Guard and deploying 2,000 soldiers in Los Angeles—not because there is a shortage of law enforcement, but because they want a spectacle."  Espíritu Decl. Ex. Q.  On June 8, the New York Times reported that President Trump wrote on social media that he had directed his cabinet officials to "take any actions necessary to 'liberate Los Angeles from the Migrant Invasion,'" and said, "we're going to have troops everywhere."  Espíritu Decl. Ex. M.

The National Guard troops arrived in Los Angeles on June 8, but "it was not clear what role they were to play or what orders they were provided," and "there were concerns" that they "did not have the equipment or training necessary to handle the situation." Espíritu Decl. Ex. R; Olmstead Decl. ¶ 11.  Initially that morning, the city was quiet. Espíritu Decl. Ex. R.  That afternoon, protesters increased to about 3,500, particularly near the Metropolitan Detention Center, where the National Guard was deployed.  Olmstead Decl. ¶ 12.  "[M]any of the protestors appeared angry that the National Guard had been federalized and was now present in their city."  Id.; Espíritu Decl. Ex. M (New York Times stating that "aggressive federal response … in turn sparked new protests across the city."). "The presence of the National Guard seemed to only inflame the protesters further." Olmstead Decl. ¶ 12.[2]

---

[1] President Trump called Governor Newsom at some point and purportedly "directed him to take action to stop the violence."  Opp. at 5 & n.4 (citing Colton & Roberts, Trump brings receipts, Fox News (June 10, 2025), https://perma.cc/EX6D-V8Y5).  No one suggests that President Trump mentioned the National Guard.

[2] The LAPD Chief whom Defendants quote as stating that "things have gotten out of control," see Opp. (dkt. 25) at 1, n.2, made that comment on the night of June 8.

1    LAPD, LASD, and the California Highway Patrol deployed to the protest area as

2    protesters, blocked Highway 101.  Id. ¶ 13.  Several blocks away, individuals reportedly

3    vandalized Waymo driverless vehicles.  Espíritu Decl. Ex. R.  Some people "moved

4    through downtown, setting off commercial-grade fireworks toward federal officers and

5    throwing objects at passing law enforcement vehicles."  Santacruz Decl. ¶ 26.  Individuals

6    "lit fires in dumpsters and trash bins[,] looted at least one store," and vandalized buildings.

7    Id.  At least 42 people were arrested in connection with their conduct during the June 8

8    protests.  Olmstead Decl. ¶ 14.

9    That same day, Governor Newsom's office wrote to Secretary Hegseth, stating that

10    the June 7 DOD Order did not comply with the law or even with President Trump's June 7

11    Memo.  Espíritu Decl. Ex. K.  The letter argued that "local law enforcement resources are

12    sufficient to maintain order" and that deploying the National Guard without adequate

13    training or orders "risks seriously escalating the situation."  Id.  Asserting that the

14    deployment represented "a serious breach of state sovereignty that seems intentionally

15    designed to inflame the situation," the letter asked Secretary Hegseth to rescind the June 7

16    DOD Order.  Id.

17    Instead, on June 9, Secretary Hegseth posted on social media that "approximately

18    700 active-duty U.S. Marines from Camp Pendleton are being deployed to Los Angeles to

19    restore order" and "defend federal law enforcement officers."  Eck Decl. ¶ 18.  Secretary

20    Hegseth then issued a second order federalizing another 2,000 National Guard members

21    for 60 days.  June 9 DOD Order (Espíritu Decl. Ex. P at 114).  Defendants did not consult

22    with Governor Newsom in advance of the June 9 DOD Order.  Espíritu Decl. Ex. S.  On

23    June 9, a thousand demonstrators gathered, and one person drove by firing paintballs at the

24    FPS inspectors.  Santacruz Decl. ¶ 28.  The crowd clashed with LAPD officers, injuring

25    five.  Id. ¶ 31.

26    Over the course of the protests, state and local law enforcement arrests increased by

27    the day, with over 400 individuals ultimately being arrested in total.  Olmstead Supp. Decl.

28

United States District Court
Northern District of California

1    (dkt. 39-3) ¶ 14.[3]  The parties have not introduced any evidence of any protesters carrying

2    firearms, and there is no evidence of any organized (as opposed to sporadic) violence.

3        **D.    Procedural History**

4        Plaintiffs Newsom and the State of California bring suit against Defendants Trump,

5    Hegseth, and the DOD, arguing that Defendants' actions exceeded the scope of their

6    authority.  See Compl. (dkt. 1).  The complaint includes causes of action for: (1) ultra

7    vires, against all Defendants; (2) violation of the Tenth Amendment of the U.S.

8    Constitution, against all Defendants; and (3) violation of the Administrative Procedures

9    Act, against Secretary Hegseth and the Department of Defense.  Id.  Plaintiffs seek

10   declaratory and injunctive relief.  Id. ¶ 107.  On June 10, Plaintiffs filed a Motion for a

11   TRO, asking the Court to rein in the President's use of military force in Los Angeles.  Mot.

12   (dkt. 8); Reply (dkt. 39).  Defendants have opposed the motion, see Opp., and the Court

13   held a hearing on June 12.

14   **II.    LEGAL STANDARD**

15       A party seeking a temporary restraining order must establish (1) a likelihood of

16   success on the merits, (2) a likelihood of irreparable harm absent preliminary relief,

17   (3) that the balance of equities tips in its favor, and (4) that an injunction is in the public

18   interest.  Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 20 (2008); Stuhlbarg Int'l

19   Sales Co. v. John D. Brush & Co., 240 F.3d 832, 839 n.7 (9th Cir. 2001) (standard for

20   temporary restraining order the same as for preliminary injunction).  Alternatively, if the

21   party demonstrates that "the balance of hardships tips sharply in [its] favor," it need only

22   show that "serious questions going to the merits were raised" and that the other two Winter

23   elements are satisfied.  All. for the Wild Rockies v. Cottrell, 632 F.3d 1127, 1134–35 (9th

24   Cir. 2011) (citation omitted).  Either way, success on the merits "is the most important

25   Winter factor."  Disney Enters., Inc. v. VidAngel, Inc., 869 F.3d 848, 856 (9th Cir. 2017)

26   (citation omitted).  And when the government is a party, the last two Winter factors—the

27   _____

28   [3] LAPD made 29 arrests on June 7.  Id.  LAPD, LASD, and CHP made at least 41 arrests
     on June 8, 135 arrests on June 9, and 297 arrests on June 10.  Id.

United States District Court
Northern District of California

equities and the public interest—merge.  E. Bay Sanctuary Covenant v. Biden, 993 F.3d 640, 668 (9th Cir. 2021).

## III.    DISCUSSION

The Court begins with the likelihood of success on the merits and, concluding that Plaintiffs are likely to succeed on at least some of their claims, then proceeds to the remaining Winter factors.

### A.    Likelihood of Success on the Merits

Plaintiffs bring three claims—an ultra vires claim, a Tenth Amendment claim, and an APA claim—but rely only on the first two for purposes of their motion for a temporary restraining order.  Mot. at 7–11, 12–15 (ultra vires), 11–12 (Tenth Amendment).  As part of their ultra vires claim, Plaintiffs contend that President Trump exceeded his lawful authority in three ways:  First, although he cited 10 U.S.C. § 12406, which permits the President to federalize the National Guard, none of the three statutory conditions for invoking that statute were met.  Second, he failed to comply with § 12406's procedural requirement that any order issued under that statute "shall be issued through the governors of the States."  Third, he federalized the National Guard for an unlawful purpose in violation of the Posse Comitatus Act, 18 U.S.C. § 1385.  The Court addresses these three arguments before turning to Plaintiffs' Tenth Amendment claim.

### 1.    Section 12406's Conditions for Federalization

Through the Militia Act of 1903, Congress authorized the President to "call into Federal service members and units of the National Guard of any State in such numbers as he considers necessary," but only if

> (1) the United States, or any of the Commonwealths or possessions, is invaded or is in danger of invasion by a foreign nation;
>
> (2) there is a rebellion or danger of a rebellion against the authority of the Government of the United States; or
>
> (3) the President is unable with the regular forces to execute the laws of the United States.

Pub. L. No. 57-33, § 4, 32 Stat. 775, 776 (codified at 10 U.S.C. § 12406).  Neither

*United States District Court*
*Northern District of California*

President Trump nor Secretary Hegseth specified by a citation to the statute which of these conditions justified federalizing the National Guard, though President Trump's memorandum suggests that he relied on the second, the third, or both.  June 7 Memo ( "To the extent that the protests or acts of violence directly inhibit the execution of the laws, they constitute a form of rebellion against the authority of the Government of the United States.").  Defendants confirm in their opposition brief and at the June 12 hearing that they rely on the second and third conditions.[4]  Opp. at 13–16.

Defendants also challenge whether the Court can even properly evaluate whether these conditions were met, asserting that § 12406 reserved this determination to the President's discretion alone.  Id. at 10–13.  This presents a preliminary question for the Court to resolve before addressing the merits of the § 12406 conditions for federalizing the National Guard.

### a.    Justiciability

"It is emphatically the province and duty of the judicial department to say what the law is."  Marbury v. Madison, 5 U.S. (1 Cranch) 137, 177 (1803).  Thus, federal courts have "no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given."  Cohens v. Virginia, 19 U.S. (6 Wheat.) 264, 404 (1821).  The Supreme Court has recognized only limited exceptions to this general rule—one of which is known as the "political question" doctrine.  Zivotofsky ex rel. Zivotofsky v. Clinton, 566 U.S. 189, 195 (2012).  This doctrine recognizes that certain "[q]uestions, in their nature political, or which are, by the constitution and laws, submitted to the executive, can never be made in this court."  Marbury, 5 U.S. at 170.  The political question doctrine is, however, a "narrow exception" to the general rule that "the Judiciary has a responsibility to decide cases properly before it, even those it 'would gladly avoid.'"  Zivotofsky, 566 U.S. at 195 (quoting Cohens, 19 U.S. at 404).

---

[4] To be sure, nothing in the June 7 Memo, the June 7 DOD Order, or the June 9 DOD Order remotely suggested that the United States or California had been "invaded or [was] in danger of invasion by a foreign nation."  10 U.S.C. § 12406 (emphasis added).

1    Baker v. Carr is the canonical case examining this doctrine.  369 U.S. 186 (1962).

2  In Baker, the Court proposed six ways in which a case might present a political question

3  and thus be unfit for judicial review: (1) if there is "a textually demonstrable constitutional

4  commitment of the issue to a coordinate political department," (2) if there is "a lack of

5  judicially discoverable and manageable standards for resolving it," (3) if it would be

6  impossible to decide the issue "without an initial policy determination of a kind clearly for

7  nonjudicial discretion," (4) if it would be impossible for a court to "undertak[e]

8  independent resolution without expressing lack of the respect due coordinate branches of

9  government," (5) if there is "an unusual need for unquestioning adherence to a political

10  decision already made," or (6) if there is "potentiality of embarrassment from multifarious

11  pronouncements by various departments on one question."  Id. at 217.  "Unless one of

12  these formulations is inextricable from the case at bar, there should be no dismissal for

13  non-justiciability on the ground of a political question's presence."  Id.

14    Defendants contend that the third Baker formulation—the existence of a policy

15  question "clearly for nonjudicial discretion"—applies here to render nonjusticiable the

16  question whether § 12406's conditions for federalization of the National Guard were met.

17  Opp. at 12–13.  They rely on the language of § 12406 itself, stating that the statute gives

18  sole and exclusive discretion to the President to determine whether "there is a rebellion or

19  danger of a rebellion against the authority of the Government of the United States" or

20  whether he "is unable with the regular forces to execute the laws of the United States."  Id.

21  at 10–13.  Indeed, at the hearing Defendants contended that the President could invoke

22  § 12406 on no evidence whatsoever and remain immune from judicial review.  And to be

23  sure, when the "executive possesses a constitutional or legal discretion, … their acts are

24  only politically examinable."  Marbury, 5 U.S. at 166; see also Dalton v. Specter, 511 U.S.

25  462, 477 (1994) ("Where a statute … commits decisionmaking to the discretion of the

26  President, judicial review of the President's decision is not available.").

27    Defendants misconstrue the plain language of § 12406, however.  The statute

28  permits the President to federalize the National Guard "[w]henever" one of the three

United States District Court
Northern District of California

enumerated conditions are met, not whenever <u>he determines that</u> one of them is met.  10

U.S.C. § 12406.  Defendants point to the language providing that "the President may call

into Federal service members and units of the National Guard of any state in such numbers

<u>as he considers necessary</u> to repel the invasion, suppress the rebellion, or execute those

laws."  <u>Id.</u> (emphasis added).  But their argument puts the cart before the horse.  For the

President to exercise his discretion (as to how many National Guard members or units to

federalize), there must first be an invasion, rebellion, or inability to execute the laws.

Consider, as an analogy, 5 U.S.C. § 3345, which applies "[i]f an officer of an Executive

agency … whose appointment to office is required to be made by the President … dies,

resigns, or is unable to perform the functions and duties of the office."  <u>Id.</u> § 3345(a).  The

President's discretion in what to do next, <u>see id.</u> § 3345(a)(2)–(3), does not mean that the

President can unilaterally and without judicial review declare that a vacancy exists in order

to fill it.  That is classic <u>ipse dixit</u>.

       Defendants assert that, despite the plain language of the statute, the Supreme

Court's 1827 <u>Martin v. Mott</u> decision compels a different outcome.  25 U.S. (12 Wheat.)

19 (1827).  <u>Martin</u> arose from a militiaman's refusal to enter federal service to fight in the

War of 1812 after President Madison had ordered the New York militia into federal service

pursuant to a predecessor statute to the Militia Act of 1903.  <u>See id.</u> at 28.  That statute

provided that "whenever the United States shall be invaded, or be in imminent danger of

invasion from any foreign nation or Indian tribe, it shall be lawful for the President of the

United States to call forth such number of the militia of the state, or states, most

convenient to the place of danger, or scene of action, as he may judge necessary to repel

such invasion."  Act of Feb. 28, 1795, ch. 36, 1 Stat. 424, 424.  <u>Martin</u> thus presented the

question: "Is the President the sole and exclusive judge whether the exigency has arisen, or

is it to be considered as an open question, upon which every officer to whom the orders of

the President are addressed, may decide for himself, and equally open to be contested by

every militia-man who shall refuse to obey the orders of the President?"  25 U.S. at 29–30.

The Supreme Court held "that the authority to decide whether the exigency has arisen,

1    belongs exclusively to the President, and that his decision is conclusive upon all other

2    persons." Id. at 30.  It stated that the President "is necessarily constituted the judge of the

3    existence of the exigency in the first instance, and is bound to act according to his belief of

4    the facts." Id. at 31.  And so the Court concluded that "[w]henever a statute gives a

5    discretionary power to any person, to be exercised by him upon his own opinion of certain

6    facts, it is a sound rule of construction, that the statute constitutes him the sole and

7    exclusive judge of the existence of those facts." Id. at 31–32.

8        In J.A.V. v. Trump, a challenge to President Trump's actions under the Alien

9    Enemies Act, the federal government relied on Martin to make a similar argument to the

10   one they make here.  --- F. Supp. 3d ----, 2025 WL 1257450 (S.D. Tex. May 1, 2025).  The

11   plaintiffs in that case were Venezuelan citizens who alleged that President Trump's

12   removal of Venezuelan citizens had exceeded the terms of the AEA, which allows the

13   President, in his discretion, to remove certain noncitizens when "any invasion or predatory

14   incursion is perpetrated, attempted, or threatened against the territory of the United States

15   by any foreign nation or government." Id. at *2, 5; 50 U.S.C. § 21; see also Ludecke v.

16   Watkins, 335 U.S. 160, 164 (1948) (the AEA "confers on the president very great

17   discretionary powers").  President Trump argued there, as he does here, that the political

18   question doctrine shielded his attempt to remove Venezuelan citizens from the United

19   States because "whether the AEA's preconditions are satisfied is a political question

20   committed to the President's discretion." J.A.V., 2025 WL 1257450, at *7.  And he cited

21   Martin for the same proposition as he does here.  See Opp. to Mot. for Prelim. Inj. at 12,

22   J.A.V., No. 25-cv-72 (filed Apr. 23, 2025), ECF No. 45.

23       Judge Rodriguez rejected President Trump's attempt to preclude judicial review.

24   He emphasized that "'questions of interpretation' fall within the Judiciary's responsibility"

25   and that this can involve "analyzing whether a government official has impermissibly

26   crossed statutory boundaries" by "determining the meaning of statutory terms and gauging

27   the government's actions against those determined parameters." J.A.V., 2025 WL

28   1257450, at *9.  Accordingly, he went on to define "invasion" and "predatory incursion"

United States District Court
Northern District of California

1  before concluding that President Trump had not adequately established the existence of

2  either.  J.A.V., 2025 WL 1257450, at *14–18.

3  The Court agrees with Judge Rodriguez's thoughtful reasoning in J.A.V. and finds

4  it applicable here.  To start, J.A.V. is in line with other recent decisions rebuffing efforts

5  from Defendants to skirt judicial review of their alleged statutory violations.  See, e.g.,

6  J.G.G. v. Trump, --- F. Supp. 3d ----, 2025 WL 890401, at *9 (D.D.C. 2025) ("Simply

7  because a legal claim implicates foreign affairs or national security, however, does not

8  mean that the political-question doctrine places it 'beyond judicial cognizance.'" (citation

9  omitted)).  It is also consistent with a long line of precedent recognizing the judiciary's

10  role in interpreting statutory text.  See, e.g., Zivotofsky, 566 U.S. at 196 (determining

11  whether federal officials' "interpretation of [a] statute is correct" is "a familiar judicial

12  exercise"); Japan Whaling Ass'n v. Am. Cetacean Soc'y, 478 U.S. 221, 230 (1986)

13  ("[O]ne of the Judiciary's characteristic roles is to interpret statutes, and we cannot shirk

14  this responsibility merely because our decision may have significant political overtones.");

15  El-Shifa Pharm. Indus. Co. v. United States, 607 F.3d 836, 842 (D.C. Cir. 2010) ("[T]hat a

16  case may involve the conduct of the nation's foreign affairs does not necessarily prevent a

17  court from determining whether the Executive has exceeded the scope of prescribed

18  statutory authority or failed to obey the prohibition of a statute or treaty."); Stark v.

19  Wickard, 321 U.S. 288, 310 (1944) ("The responsibility of determining the limits of

20  statutory grants of authority … is a judicial function entrusted to the courts by Congress by

21  the statutes establishing courts and marking their jurisdiction.").  Finally, even though the

22  AEA and § 12406 are different statutes, they both grant the President discretion in some

23  respects while still containing important statutory conditions that must be met for that

24  discretion to be exercised.  See Ludecke, 335 U.S. at 164, 171.  Accordingly, the Court

25  concludes that § 12406 does not preclude judicial review of whether a rebellion has

26  occurred or is in danger of occurring, or whether the President is unable to execute federal

27  law.

28  To be sure, based on longstanding deference to the President on matters of national

security and foreign policy, courts cannot second-guess a President's <u>factual</u>

determinations in support of a proclamation under the AEA that an invasion or predatory

incursion had occurred or was threatened.  <u>J.A.V.</u>, 2025 WL 1257450, at *10 (citing

<u>Holder v. Humanitarian L. Project</u>, 561 U.S. 1, 34 (2010), <u>Chi. & S. Air Lines v.

Waterman S. S. Corp.</u>, 333 U.S. 103, 111 (1948), and <u>Martin</u>, 25 U.S. at 31[5]); <u>see also</u>

<u>Trump v. Hawaii</u>, 585 U.S. 667, 708 (2018) ("[T]he Executive's evaluation of the

underlying facts is entitled to appropriate weight, particularly in the context of litigation

involving 'sensitive and weighty interests of national security and foreign affairs.'"

(quoting <u>Humanitarian L. Project</u>, 561 U.S. at 33–34)).  As discussed below, the Court

here—like Judge Rodriguez in <u>J.A.V.</u>—does not question Defendants' factual assertions.

The Court considers only whether those factual assertions, if true, constitute a rebellion or

make the President unable to execute federal law.

That said, the Court points out that this case is not one involving the kind of foreign

policy or national security questions that traditionally are left to the President.  It instead

implicates the President's <u>domestic</u> use of military force, a matter on which the courts can

certainly weigh in.  As the Supreme Court stated over fifty years ago:

> The concerns of the Executive and Legislative Branches in
> response to disclosure of the Army surveillance activities …
> reflect a traditional and strong resistance of Americans to any
> military intrusion into civilian affairs.  That tradition has deep
> roots in our history and found early expression, for example, in
> the Third Amendment's explicit prohibition against quartering
> soldiers in private homes without consent and in the
> constitutional provisions for civilian control of the military.
> Those prohibitions are not directly presented by this case, but
> their philosophical underpinnings explain our traditional
> insistence on limitations on military operations in peacetime.
> Indeed, when presented with claims of judicially cognizable

---

[5] <u>Martin</u>, like other cases that Defendants cite (for example, <u>California v. United States</u>),
involved issues of foreign policy and national security not presented in this case.  <u>See</u>
<u>Martin</u>, 25 U.S. at 31 ("[T]he evidence upon which the President might decide that there is
imminent danger of invasion, might be of a nature not constituting strict technical proof, or
the disclosure of the evidence might reveal important secrets of state, which the public
interest, and even safety, might imperiously demand to be kept in concealment.");
<u>California v. United States</u>, 104 F.3d 1086, 1091 (9th Cir. 1997) ("In this case, the issue of
protection of the States from invasion implicates foreign policy concerns which have been
constitutionally committed to the political branches.").

United States District Court
Northern District of California

> injury resulting from military intrusion into the civilian sector, federal courts are fully empowered to consider claims of those asserting such injury; there is nothing in our Nation's history or in this Court's decided cases, including our holding today, that can properly be seen as giving any indication that actual or threatened injury by reason of unlawful activities of the military would go unnoticed or unremedied.

Laird v. Tatum, 408 U.S. 1, 15–16 (1972) (emphasis added).[6]  Between the unique concerns raised by federal military intrusion into civilian affairs and the fact that federal officials are not uniquely positioned to ascertain what is happening on the ground (as compared to, say, state and local officials), the Court is not convinced that the judiciary cannot question presidential assertions about domestic activities leading to military action. See Myers v. United States, 272 U.S. 52, 177 (Holmes, J., dissenting) ("The duty of the President to see that the laws be executed is a duty that does not go beyond the laws or require him to achieve more than Congress sees fit to leave within his power.").

At bottom, § 12406 does not reserve to sole presidential discretion the determination of whether a rebellion has or is in danger of occurring or whether the President is unable to execute federal law.  Accordingly, the Court now turns to the questions whether (1) "there [was] a rebellion or danger of a rebellion against the authority of the Government of the United States" or (2) "the President [was] unable with the regular forces to execute the laws of the United States."

### b.    Rebellion

Section 12406 does not define the term "rebellion," so the Court must interpret the term "consistent with [its] 'ordinary meaning at the time Congress enacted the statute.'" Wis. Cent. Ltd. v. United States, 585 U.S. 274, 277 (2018) (cleaned up) (citation omitted). In this endeavor, the Court may turn to contemporary dictionary definitions for insight. See, e.g., id. (relying on dictionary definitions of "money"); Lackey v. Stinnie, 145 S. Ct.

---

[6] In Laird, the plaintiffs challenged federal military action taken pursuant to the Insurrection Act, which grants certain presidential discretion.  Id. at 3 & n.2.  The Court did not reject the lawsuit on justiciability grounds, though, but for lack of any injury to the plaintiffs.  Id. at 13.  Indeed, as quoted above, the Court strongly insisted that judicial review remained available for any claim "of judicially cognizable injury."  Id. at 16.

United States District Court
Northern District of California

659, 667 (2025) (relying on dictionary definitions of "prevailing party"); City of Los Angeles v. Barr, 941 F.3d 931, 940 (9th Cir. 2019) ("We give Congress's words their ordinary and everyday meaning, and may consult dictionary definitions to ensure a plain interpretation."). And where there are multiple dictionary definitions, the Court must apply "the contextually appropriate ordinary meaning, unless there is reason to think otherwise." Antonin Scalia & Bryan A. Garner, Reading Law: The Interpretation of Legal Texts 70 (2012). Part of understanding context involves recognizing that statutes "should be construed so that effect is given to all [their] provisions, so that no part will be inoperative or superfluous, void or insignificant." Hibbs v. Winn, 542 U.S. 88, 101 (2004) (citation omitted).

Both parties quote the definition of "rebellion" from the current edition of Black's Law Dictionary, which is:

> 1. Open, organized, and armed resistance to an established government or ruler; esp., an organized attempt to change the government or leader of a country, usu. through violence.
>
> 2. Open resistance or opposition to an authority or tradition.
>
> 3. Hist. Disobedience of a legal command or summons.

Rebellion, Black's Law Dictionary (12th ed. 2024). The Court's own research has turned up the following definitions from the late 1800s and early 1900s—the relevant time period for understanding what Congress meant when they passed the Militia Act of 1903:

> Deliberate, organized resistance, by force and arms, to the laws and operations of the government, committed by a subject.

Rebellion, Black's Law Dictionary (1st ed. 1891).

> 1. An open and avowed renunciation of the authority of the government to which one owes allegiance; or the taking of arms traitorously to resist the authority of lawful government; revolt. Rebellion differs from insurrection and from mutiny. Insurrection may be a rising in opposition to a particular act or law, without a design to renounce wholly all subjection to the government. Insurrection may be, but is not necessarily, rebellion. Mutiny is an insurrection of soldiers or seamen against the authority of their officers.
>
> 2. Open resistance to lawful authority.

Rebellion, American Dictionary of the English Language (1900).

> The taking up of arms traitorously against the government; the forcible opposition and resistance to the laws and process lawfully installed.  If the rebellion amounts to treason, it is punished by the laws of the United States with death.  If it be a mere resistance of process, it is generally punished by fine and imprisonment.

Rebellion, The Cyclopedic Dictionary of Law (1901).

> 1. The act of rebelling; open and avowed renunciation of the authority of the government to which one owes obedience, and resistance to its officers and laws, either by levying war, or by aiding others to so; an organized uprising of subjects for the purpose of coercing or overthrowing their lawful rule or government by force; revolt; insurrection.

> 2. Open resistance to, or defiance of, lawful authority.

Rebellion, Webster's International Dictionary of the English Language (1903)

Where dictionaries list multiple definitions of "rebellion," the first definition is the one demanded by context here.  The first definition of "rebellion" in each dictionary is political in nature, as opposed to the more open-ended concept of "rebellion" that some dictionaries provide as a secondary definition.  Indeed, dictionaries' examples of the secondary usage of the term never apply in the political arena.  See, e.g., Rebellion, Oxford English Dictionary (rev. 2009).[7]  And if there were any room for doubt, the language of § 12406 (requiring that the rebellion be "against the authority of the Government of the United States") resolves the question in favor of the political definition of "rebellion."

From there, the Court observes that the dictionary definitions from the turn of the century share several key characteristics.  First, a rebellion must not only be violent but

---

[7] The Oxford English Dictionary's secondary definition of "rebellion" is "[o]pen or determined defiance of or resistance to any authority, controlling power, or convention; an instance of this."  Examples of this usage include spiritual rebellion ("The event of this evening has reconciled me to God and humanity!  I had risen in angry rebellion against providence." (quoting Brontë, Wuthering Heights, 87 (New York, Harper & Bros. 1858) (1847))) and familial rebellion ("He had forgotten that he had it, but told me when he saw it that he remembered it as the first thing that made him begin to rise against his father in a rebellion which he recognized as righteous." (quoting Butler, The Way of All Flesh, 178 (New York, E.P. Dutton & Co. 1917) (1903))).

United States District Court
Northern District of California

1    also be <u>armed</u>.  <u>Second</u>, a rebellion must be organized.  <u>Third</u>, a rebellion must be open

2    and avowed.  <u>Fourth</u>, a rebellion must be against the government as a whole—often with

3    an aim of overthrowing the government—rather than in opposition to a single law or issue.

4         The protests in Los Angeles fall far short of "rebellion."  Defendants refer

5    repeatedly to "violent rioters," and "mobs," <u>see, e.g.</u>, Opp. at 1, and so the Court pauses to

6    state that there can be no debate that most protesters demonstrated peacefully.

7    Nonetheless, it is also beyond debate that some individuals used the protests as an excuse

8    for violence and destruction.  Some bad actors on June 6 threw "concrete chunks, bottles

9    of liquid, and other objects at … officers," Santacruz Decl. ¶ 11, and used "chairs,

10   dumpsters, and other items as weapons," <u>id.</u> ¶ 14.  Others threw rocks and other objects,

11   including a Molotov cocktail, on June 7.  Olmstead Decl. ¶ 9.  A "violent crowd" boxed in

12   officers, threw fireworks, rocks, and mangos, and trapped one officer in her car,

13   surrounding it, shaking it, and throwing stones at it.  Santacruz Decl. Ex. 20.  Some people

14   on June 8 set off fireworks toward officers and threw objects at their vehicles.  Santacruz

15   Decl. ¶ 26.  Someone on June 9 fired paintballs, <u>id.</u> ¶ 28, and a crowd injured five LAPD

16   officers, <u>id.</u> ¶ 31.

17        Violence is necessary for a rebellion, but it is not sufficient.  Even accepting the

18   questionable premise that people armed with fireworks, rocks, mangoes, concrete, chairs,

19   or bottles of liquid are "armed" in a 1903 sense—the Court is aware of no evidence in the

20   record of actual firearms—there is little evidence of whether the violent protesters' actions

21   were "open or avowed."  Some presumably engaged violently with officers at close

22   quarters in the daylight, while many others threw items under cover of darkness, protected

23   by a crowd, identities concealed.  Certainly, the <u>peaceful</u> protesters were "organized" to

24   some degree, in that people knew generally knew where to go to participate in protests,

25   <u>see, e.g.</u>, Espíritu Decl. Ex. F ("Dozens of protesters gathered Friday evening outside a

26   federal detention center in Los Angeles where lawyers said those arrested had been taken,

27   chanting 'set them free, let them stay!'"), but there is no evidence of organized, as apart

28

1     from sporadic or impromptu, violence.[8]  Nor is there evidence that any of the violent

2     protesters were attempting to overthrow the government as a whole; the evidence is

3     overwhelming that protesters gathered to protest a single issue—the immigration raids.

4     See, e.g., Espíritu Decl. Ex. D ("Friday evening, protesters marched in downtown L.A.

5     condemning Friday's immigration raids.").  While Defendants have pointed to several

6     instances of violence, they have not identified a violent, armed, organized, open and

7     avowed uprising against the government as a whole.  The definition of rebellion is unmet.

8            Moreover, the Court is troubled by the implication inherent in Defendants'

9     argument that protest against the federal government, a core civil liberty protected by the

10    First Amendment, can justify a finding of rebellion.  The U.S. Reports are chock-full of

11    language explaining the importance of individuals' right to speak out against the

12    government—even when doing so is uncomfortable, even when doing so is provocative,

13    even when doing so causes inconvenience.  See, e.g., Cohen v. California, 403 U.S. 15,

14    24–25 (1972) ("To many, the immediate consequence of this freedom may often appear to

15    be only verbal tumult, discord, and even offensive utterance.  …  That the air may at times

16    seem filled with verbal cacophony is, in this sense not a sign of weakness but of

17    strength."); Tinker v. Des Moines Indep. Cmty. Sch. Dist., 393 U.S. 503, 508 ("But, in our

18    system, undifferentiated fear or apprehension of disturbance is not enough to overcome the

19    right to freedom of expression.  Any departure from absolute regimentation may cause

20    trouble.  …  Any word spoken … that deviates from the views of another person may start

21    an argument or cause a disturbance.  But our Constitution says we must take this risk.");

22    Cox v. Louisiana, 379 U.S. 536, 550–51 (rejecting the argument that a conviction for

23    breach of the peace "should be sustained because of fear expressed by some [onlookers]

24    that 'violence was about to erupt' because of the demonstration" and explaining "that

25    constitutional rights may not be denied simply because of hostility to their assertion or

26

27    ───────────────

28    [8] To the contrary, the record suggests that the violent individuals might not have been bona
      fide protesters.  See McPhee, supra ("McDonnell said of the most violent protestors …
      'many come in from other places just to hurt people and cause havoc.'").

United States District Court
Northern District of California

1  exercise" (quoting Watson v. City of Memphis, 373 U.S. 526, 535 (1963))); Texas v.

2  Johnson, 491 U.S. 397, 414 (1989) ("If there is a bedrock principle underlying the First

3  Amendment, it is that the government may not prohibit the expression of an idea simply

4  because society finds the idea itself offensive or disagreeable."); Hurley v. Irish-Am. Gay,

5  Lesbian & Bisexual Grp. of Boston, Inc., 515 U.S. 557, 574 (1995) ("[T]he point of all

6  speech protection [] is to shield just those choices of content that in someone's eyes are

7  misguided, or even hurtful.").

8         Applying these principles, courts have repeatedly reaffirmed that peaceful protest

9  does not lose its protection merely because some isolated individuals act violently outside

10 the protections of the First Amendment:

> Moreover, although defendants make much of the fact that some
> demonstrators had allegedly violated the law, transforming the
> peaceful demonstration into a potentially disruptive one, the
> Supreme Court has expressly held that "the right to associate
> does not lose all constitutional protection merely because some
> members of the group may have participated in conduct or
> advocated doctrine that itself is not protected."

15 Jones v. Parmley, 465 F.3d 46, 57 (2d Cir. 2006) (cleaned up) (quoting NAACP v.

16 Claiborne Hardware Co., 458 U.S. 886, 908 (1982)); see also Black Lives Matter Seattle-

17 King Cnty. v. City of Seattle, 466 F. Supp. 3d 1206, 1213 (W.D. Wash. 2020) (finding that

18 instances of protesters "launch[ing] objects at the police, ranging from rocks, bottles,

19 fireworks, traffic cones, traffic flares, and more," warranted only "ensur[ing] an adequate

20 police presence" and "arrest[ing] those who engage in such conduct" rather than

21 "suppress[ing] legitimate First Amendment conduct as a prophylactic measure" (quoting

22 Collins v. Jordan, 110 F.3d 1363, 1372 (9th Cir. 1996))); Index Newspapers LLC v. City

23 of Portland, 480 F. Supp. 3d 1120, 1143 (D. Or. 2020) ("The fact that there are some

24 violent offenders [] does not give the Federal Defendants carte blanche to attack journalists

25 and legal observers and infringe their First Amendment rights."). In short, individuals'

26 right to protest the government is one of the fundamental rights protected by the First

27 Amendment, and just because some stray bad actors go too far does not wipe out that right

28 for everyone. The idea that protesters can so quickly cross the line between protected

United States District Court
Northern District of California

1    conduct and "rebellion against the authority of the Government of the United States" is

2    untenable and dangerous.

3        In a short paragraph, Defendants suggest that even if there was no rebellion that

4    would justify federalizing the National Guard, there was still a "danger of a rebellion,"

5    which would satisfy § 12406. Opp. at 16. This argument cannot withstand scrutiny. For

6    starters, President Trump and Secretary Hegseth did not rely on a "danger of a rebellion"

7    when issuing the memorandum and orders that federalized the National Guard under s

8    12406. See June 7 Memo; June 7 Order; June 9 Order.[9] It is concerning, to say the least,

9    to imagine that the federal executive could unilaterally exercise military force in a

10   domestic context and then be allowed to backfill justifications for doing so, especially

11   considering how wary courts are of after-the-fact justifications even where the stakes are

12   lower. Cf. Motor Vehicle Mfrs. Ass'n of U.S. v. State Farm Mut. Auto. Ins. Co., 463 U.S.

13   29, 50 (1983) ("[C]ourts may not accept appellate counsel's post hoc rationalizations for

14   agency action."). But in any event, Defendants do not even explain how the Court should

15   determine whether there is a "danger of a rebellion." "Rebellion" remains the operative

16   word, and so any difference between a "rebellion" and a "danger of a rebellion" must be a

17   difference of degree, not one of kind, with respect to the conduct of the alleged rebellion.

18   With that in mind, Defendants have still not established a factual basis—again, even

19   assuming their factual assertions to be correct—from which this Court can conclude that

20   there is a danger of an organized, violent, armed uprising with the goal of overthrowing the

21   lawful government of the United States.

22       Accordingly, Defendants do not satisfy the "rebellion" condition.

23                          c.    **Execution of the Laws**

24       The third condition justifying the federalization of the National Guard, and the

25   second advanced by Defendants, is that "the President [was] unable with the regular forces

26   _____

27   [9] At the hearing, Defendants contended that President Trump's use of the phrase "[t]o the
     extent" in the June 7 Memo means that he relied on the "danger of a rebellion" clause. But

28   the June 7 Memo states: "To the extent that protests or acts of violence directly inhibit the
     execution of the laws, they constitute a form of rebellion," not a danger of rebellion.

United States District Court
Northern District of California

1    to execute the laws of the United States." 10 U.S.C. § 12406; Opp. at 16–17. Defendants

2    argue that they satisfy this condition because the Los Angeles protests threatened the

3    safety of federal law enforcement personnel and interfered with the sites where ICE agents

4    were enforcing alien removal laws. Opp. at 16. Defendants concede that ICE succeeded

5    in arresting 44 people on June 6, but insist that "that limited success came with the risk of

6    danger," and that, had the protests not interfered with their operations, ICE "would have

7    been able to carry out additional execution-of-the-laws activity." Id.

8         Whether ICE could have detained more people in the absence of the protests is mere

9    conjecture—Defendants provide no support for that assertion. Even assuming that

10   Defendants are correct, however, the statute does not allow for the federalizing of the

11   National Guard when the President faces obstacles that cause him to underperform in

12   executing the laws. Nor does the statute allow for the federalizing of the National Guard

13   when the President faces some risk in executing the laws, though of course federal

14   employees should never have to fear danger when performing their jobs. The statute

15   requires that the President be "unable" to execute the laws of the United States. That did

16   not happen here. See Espíritu Decl. Exs. G, H (between 70 and 80 people were detained,

17   and 44 arrested by ICE).

18        A classic example of a president being "unable with the regular forces to execute

19   the laws"—indeed, the only other time in this Country's history that a president has

20   exclusively relied on § 12406 to federalize the National Guard—is the 1970 Postal Service

21   Strike. See Opp. at 3 (drawing parallel to Postal Service Strike). Frustrated by low pay

22   and poor working conditions, letter carriers voted on March 17, 1970 to strike,

23   "threaten[ing] to bring the nation to a standstill." Pope, Operation Graphic Hand,

24   Smithsonian Nat'l Postal Museum (Mar. 23, 2017), https://postalmuseum.si.edu/operation

25   -graphic-hand. By March 19, 1970, the mail service was "paralyzed," the areas affected by

26   the strike were growing, and "[b]ills, dividend checks, income-tax returns, advertising

27   brochures, credit cards, bank statements, sales flyers and personal mail lay uncollected in

28   thousands of mail drops." Bigart, Mail Service Here is Paralyzed by Postal System's First

United States District Court
Northern District of California

1    Strike; Business Beginning to Feel Pinch, N.Y. Times (March 19, 1970),

2    https://perma.cc/8VYB-CT32.  On March 23, 1970, President Nixon declared a state of

3    national emergency, ordering 25,000 personnel from the National Guard and other military

4    branches into New York City "to get some mail moving."  Pope, supra; see also Bigart,

5    Troops Welcomed as Mail Carriers, N.Y. Times (March 26, 1970), https://perma.cc/9A9N-

6    PLHD; Exec. Order No. 11,519, 35 Fed. Reg. 5003 (Mar. 23, 1970).  In that case, the mail

7    system was incapacitated—the "regular forces" of letter carriers were on strike, and there

8    was no other way to deliver the mail.  In this case, the regular forces were and are still very

9    much on duty.  While ICE was not able to detain as many people as Defendants believe it

10   could have, ICE was nonetheless able to execute the federal immigration laws.  Indeed,

11   ICE continues to carry out enforcement actions, executing those laws.  See Espíritu Supp.

12   Decl. (dkt. 39-1).

13        Accordingly, Defendants do not satisfy the "execution of the laws" condition.

14              **2.    Section 12406's Procedural Requirements**

15        Shortly after enacting the Militia Act of 1903, Congress amended the Act to require

16   that any orders issued under § 12406 be issued "through the governor of the respective

17   State … from which State … such troops may be called."  Militia Act of 1908, Pub. L.

18   No. 60-145, § 3, 35 Stat. 399, 400.  Section 12406 maintains this requirement: "Orders for

19   these purposes shall be issued through the governors of the States … ."

20        Plaintiffs assert that President Trump failed to comply with this procedural

21   requirement.  They explain that Governor Newsom first learned that President Trump had

22   called 2,000 of California's National Guard members into federal service when

23   California's adjutant general forwarded him the June 7 DOD Order.  See Espíritu Decl.

24   Ex. K.  From that point on, the commander of U.S. Northern Command, not the Governor,

25   has issued all orders to the federalized National Guard.  See Espíritu Decl. Ex. J.

26   Similarly, Secretary Hegseth—not Governor Newsom—issued the June 9 order calling

27   another 2,000 National Guard members into federal service.  See Espíritu Decl. Ex. S.

28        Defendants assert that they complied with § 12406 because written at the top of the

United States District Court
Northern District of California

1    June 7 and June 9 DOD Orders was the label "THROUGH: THE GOVERNOR OF

2    CALIFORNIA."  Opp. at 17.  True enough.  But an interpretation of § 12406 that permits

3    the President to federalize a state's National Guard by typing the phrase "Through the

4    Governor of [insert state here]" at the top of a document that the President <u>never sends to</u>

5    <u>the governor</u> strains credibility, especially given that Congress specifically amended the

6    statute to add the requirement that orders "shall be issued through the governors."  <u>See</u>

7    Militia Act of 1908 § 3.

8         Defendants also argue that they complied with this requirement by sending the

9    order to California's adjutant general, who is tasked with issuing orders "in the name of the

10   Governor."  Opp. at 17 (citing Cal. Mil. & Vet. Code § 163).  But § 12406 specifically

11   requires that orders federalizing the National Guard be issued "through <u>the governor</u> of the

12   respective State," not through a different state official (even one who can issue orders in

13   the governor's name).  Indeed, when Congress has wanted to accommodate other state

14   officials, it has done so expressly.  For example, the Secretary of Defense may "order a

15   member of a reserve component under his jurisdiction to active duty" except that members

16   "may not be ordered to active duty … without the consent of the governor <u>or other</u>

17   <u>appropriate authority of the State concerned</u>."  10 U.S.C. § 12301(d) (emphasis added).

18   And, in fact, § 12406 specifically provides for, "in the case of the District of Columbia,"

19   orders to issue "through the commanding general of the National Guard of the District of

20   Columbia."

21        As a final point, Plaintiffs emphasize that Defendants did not provide Governor

22   Newsom "an opportunity to provide or withhold his consent" or even "to consult … as to

23   which service members and in what number should be called, and for what purposes and

24   what period of time."  Mot. at 6.  Defendants respond that § 12406 says nothing about

25   obtaining a governor's <u>consent</u> as a prerequisite for federalizing the National Guard.  They

26   are correct: section 12406 does not expressly require consent or approval of a governor to

27   federalize that state's National Guard, unlike similar statutes.  <u>Cf.</u> 10 U.S.C. § 12301(d)

28   (allowing the Secretary of Defense to "order a member of a reserve component under his

1   jurisdiction to active duty" only with "the consent of the governor or other appropriate

2   authority of the State concerned" (emphasis added)).  That said, the June 7 Memo

3   specifically ordered Secretary Hegseth to "coordinate with the Governors of the States" in

4   the process of calling National Guard members to federal service, and Defendants do not

5   claim to have done so.  And in any case, the instant motion does not require the Court to

6   determine whether or how § 12406 would operate if Secretary Hegseth had attempted to

7   issue his orders through Governor Newsom and he had refused, as the President and

8   Secretary circumvented the Governor (and thus, the procedure mandated by statute) from

9   the outset.[10]

10       Regardless of whether Defendants gave Governor Newsom an opportunity to

11   consult with them or consent to the federalization of California's National Guard, they did

12   not issue their orders through him, and thus failed to comply with § 12406.

### 3.   The Posse Comitatus Act

14       Plaintiffs' third argument for why President Trump's federalization of the National

15   Guard exceeds his legal authority rests not on § 12406 but a different statute—the Posse

16   Comitatus Act.  First enacted in 1878, the Act prohibits military personnel from acting as a

17   "posse comitatus," or those "upon whom a sheriff could call for assistance in preventing

18   any type of civil disorder."  United States v. Dreyer, 804 F.3d 1266, 1272 (9th Cir. 2015)

19   (en banc) (citation omitted); Act of June 18, 1878, ch. 263, § 14, 20 Stat. 145, 152.  The

20   current version of the Act provides:

21           Whoever, except in cases and under circumstances expressly
             authorized by the Constitution or Act of Congress, willfully uses
22           any part of the Army, the Navy, the Marine Corps, the Air Force,
             or the Space Force as a posse comitatus or otherwise to execute
23           the laws shall be fined under this title or imprisoned not more
             than two years, or both.

24

25

26   [10] Where Presidents have federalized the National Guard against a state governor's wishes,
     they have used other statutes to do so.  See Exec. Order No. 11,207, 30 Fed. Reg. 3743
27   (Mar. 23, 1965) (relying on the Insurrection Act, then codified at 10 U.S.C. §§ 332–334,
     and now codified at 10 U.S.C. §§ 252–254).  It seems that this would be the proper course
28   if a governor refused to issue an order, as forcing a governor to do so would raise serious
     anti-commandeering problems.  See Printz v. United States, 521 U.S. 898, 935 (1997).

1    18 U.S.C. § 1385. The Act reflects "'a traditional and strong resistance of Americans to

2    any military intrusion into civilian affairs' that 'has deep roots in our history and found

3    early expression, for example, in the Third Amendment's explicit prohibition against

4    quartering soldiers in private homes without consent and in the constitutional provisions

5    for civilian control of the military.'" Dreyer, 804 F.3d at 1272 (quoting Laird, 408 U.S. at

6    15).

7         The Posse Comitatus Act does not provide a private cause of action for damages.

8    Black Lives Matter D.C. v. Trump, 544 F. Supp. 3d 15, 40 (D.D.C. 2021), aff'd sub nom.

9    Buchanan v. Barr, 71 F.4th 1003 (D.C. Cir. 2023). But a plaintiff can still bring an ultra

10   vires claim where, as Plaintiffs assert is the case here, an "agency has disregarded a

11   specific and unambiguous statutory directive" or "has violated some specific command of

12   a statute." Id. at 41 (quoting Griffith v. FLRA, 842 F.2d 487, 493 (D.C. Cir. 1988)). So if

13   Plaintiffs are correct that President Trump and Secretary Hegseth's federalization of the

14   National Guard requires National Guard members to violate the Posse Comitatus Act, such

15   a violation may provide a basis for their ultra vires claim.

16        At present, Plaintiffs contend that that the federalized National Guard troops and the

17   Marines are "likely" to engage in "active involvement in the execution of the laws" in

18   violation of the Posse Comitatus Act. See Mot. at 14; see also United States v. Khan, 35

19   F.3d 426, 431 (9th Cir. 1994) (quoting United States v. Yunis, 924 F.2d 1086, 1094 (D.C.

20   Cir. 1991)). They concede that there are a number of "supportive activities" in which the

21   military can engage without running afoul of the Act, such as "maintenance and repair,

22   transportation, training facilities, counterdrug and counter-transactional organized crime

23   training, and surveillance support." Mot. at 15. But Plaintiffs note that the federalized

24   National Guard members will soon provide support during immigration enforcement

25   operations and not only at federal buildings. Id. at 14 (citing Eck Decl. ¶ 19). And they

26   suspect that such support will lead to the military "physically confront[ing], detain[ing], or

27   search[ing] civilians," which would constitute "executing civil laws." Id. at 15–16. By the

28   time they filed a reply brief, Plaintiffs asserted that "that threat has already become a

United States District Court
Northern District of California

United States District Court
Northern District of California

1   reality," because heavily armed National Guard members have been photographed

2   standing near ICE agents during arrests.  Reply (dkt. 38) at 11 (citing Espíritu Reply Decl.

3   Exs. 2, 3).  While the sight of an armed National Guard member no doubt has the potential

4   to intimidate, Plaintiffs do not contend that National Guard members have in fact

5   participated in any arrests.

6        Defendants respond that they have not violated the Act, and will not, as the June 7

7   Trump Memo and the June 7 and June 9 DOD Orders do not direct the federalized

8   National Guard members to undertake activities that would violate the Act.  See Opp. at

9   20–23; see also Knell Decl. (dkt. 22-4) ¶ 7 ("Since Saturday, June 7, federalized California

10  National Guard personnel have conducted operations in Los Angeles strictly consistent

11  with the directions of the President's June 7 memorandum ... .  They are protecting federal

12  personnel performing official functions as well as property at designated locations.").  Of

13  course, federal officials do not only act through official documents.  President Trump

14  reportedly wrote on social media that he had directed his cabinet officials to "take any

15  actions necessary to 'liberate Los Angeles from the Migrant Invasion,'" and said, "we're

16  going to have troops everywhere," which certainly differs from the circumscribed role

17  professed in the opposition brief.  See Espíritu Decl. Ex. M; see also id. ("Tom Homan, the

18  president's border czar, suggested in an interview with NBC News that the administration

19  would arrest anyone, including public officials, who interfered with immigration

20  enforcement activities, which he said would continue in California and across the

21  country."); Fortinsky, Bondi Says California at 'Good Point': 'We're Not Scared to Go

22  Further', The Hill (June 11, 2025), https://perma.cc/G6HR-Q5M8 (quoting Attorney

23  General Bondi: "We're not scared to go further.  We're not frightened to do something else

24  if we need to."); Bowden, Noem Asks Hegseth to Exceed Trump's Order and Force the

25  Military to Arrest LA Citizens to Protect ICE Agents, The Independent (June 11, 2025)

26  ("DHS chief Kristi Noem wants the US military directly involved in detaining and

27  arresting protesters in Los Angeles, according to a letter sent to Defense Secretary Pete

28  Hegseth."), https://perma.cc/XG9F-EQF9.

The Court has already concluded that Defendants exceeded their lawful authority by violating 10 U.S.C. § 12406. The Court therefore need not reach this additional basis for Plaintiffs' <u>ultra vires</u> claim at this early moment in the litigation. When the Court has before it Plaintiffs' motion for a preliminary injunction, the record will be more complete as to any and all military activities, and whether, as Plaintiffs contend, the presence of troops near ICE agents during raids "in dense, urban communities" indeed results in "military forces [being] drawn into a variety of law enforcement activities, such as confronting, interrogating, detaining, or searching civilians perceived as security threats." <u>See</u> Reply at 12. At that point—just a week from now—the parties will be free to make whatever arguments they wish in connection with the Posse Comitatus Act.

As of now, the Court only has counsel's speculation of what might happen.

### 4.    Tenth Amendment

Plaintiffs' second claim in their complaint is that President Trump's federalization of the National Guard "infringes on Governor Newsom's role as Commander-in-Chief of the California National Guard and violates the State's sovereign right to control and have available its National Guard in the absence of a lawful invocation of federal power." Compl. ¶ 95. Plaintiffs' argument rests in part on their assertion that President Trump acted <u>ultra vires</u> when he federalized the National Guard, <u>see</u> <u>id.</u> ¶ 100, and in part on their allegation that using National Guard members to "quell" or "prevent" protests is an exercise of police power, which is traditionally reserved to the states, <u>see</u> <u>id.</u> ¶¶ 96–98.

Focusing on the first piece of Plaintiffs' argument, Defendants argue that the Tenth Amendment issue "is wholly derivative" of whether President Trump lawfully invoked § 12406. Opp. at 20. And because Defendants assert that they did not violate § 12406, they contend that there is no Tenth Amendment problem. <u>Id.</u>

Yet the Court has concluded that Defendants did violate § 12406, so their argument against Plaintiffs' Tenth Amendment claim starts from a flawed premise. And even if that were not the case, Defendants fail to grapple with the second part of Plaintiffs' Tenth Amendment claim—that their use of the National Guard and the Marines comes into

conflict with California's police power.  It is well-established that the police power is one of the quintessential powers reserved to the states by the Tenth Amendment.  E.g., United States v. Morrison, 529 U.S. 598, 618–19 (2000) (the reservation of police powers to the states is "one of the few principles that has been consistent since the [Constitution] was adopted"); Gibbons v. Ogden, 22 U.S. (9 Wheat.) 1, 203–04 (1824) ("No direct general power over these objects is granted to Congress; and, consequently, they remain subject to State legislation.").

Although Defendants identify some stray violent incidents relating to the protests against ICE raids in Los Angeles, and from there boldly claim that state and local officials were "unable to bring rioters under control," Opp. at 19–20, it is not the federal government's place in our constitutional system to take over a state's police power whenever it is dissatisfied with how vigorously or quickly the state is enforcing its own laws.  Quite the contrary, the Founders reserved that power, and others, to the states in the Tenth Amendment.  See Patterson v. Kentucky, 97 U.S. 501, 504 (1878) ("Whether the policy thus pursued by the State is wise or unwise, it is not the province of the national authorities to determine.  That belongs to each State, under its own sense of duty, and in view of the provisions of its own Constitution.").

Of course, federal authority extends to protecting legitimate federal interests, such as protecting federal personnel and facilities.  Plaintiffs do not contest this.  See Mot. at 2.  As discussed above, the parties vigorously dispute whether the National Guard and the Marines were deployed to Los Angeles merely to protect federal personnel and facilities or to engage in more routine law enforcement, and the Court does not at this point reach any conclusion on this issue.  But with respect to the Tenth Amendment claim, that is not the only consideration at play; there is also the fact that the federalization of 4,000 members of California's National Guard necessarily prevents Governor Newsom, as the commander-in-chief of his state's National Guard, from deploying them as needed.  Had Defendants complied with the substantive and procedural requirements of § 12406, the federal interests reflected by that statute may well override Governor Newsom's interest in

30

1   retaining his National Guard members.  But they did not.  So whether or not the National

2   Guard is exercising <u>illegitimate</u> federal police power in Los Angeles, the unlawful

3   federalization of those members has interfered with the state's <u>legitimate</u> police power, and

4   thus it violates the Tenth Amendment.

5        For the above reasons, the Court concludes that Plaintiffs are likely to succeed on

6   their Tenth Amendment claim.

7        **B.    Likelihood of Irreparable Harm**

8        A party seeking preliminary injunctive relief must "demonstrate that irreparable

9   injury is <u>likely</u> in the absence of an injunction." <u>Winter</u>, 555 U.S. at 22 (emphasis in

10  original); <u>see also</u> <u>Michigan v. U.S. Army Corps of Eng'rs</u>, 667 F.3d 765, 788 (7th Cir.

11  2011) (harm need not be certain to occur for injunctive relief to issue).  The party must

12  show a "sufficient causal connection" between the defendant's conduct and their

13  anticipated injury.  "Irreparable harm is traditionally defined as harm for which there is no

14  adequate legal remedy, such as an award of damages." <u>Ariz. Dream Act Coal. v. Brewer</u>,

15  757 F.3d 1053, 1068 (9th Cir. 2014).

16       Plaintiffs identify two types of harm that they claim to be likely to suffer in the

17  absence of a temporary restraining order.  <u>First</u>, they assert that there is a "very high risk of

18  substantial civil unrest as a direct result of Defendants' inflammatory and confrontational

19  deployment of the military in a large, civilian population center."  Mot. at 16.  <u>Second</u>,

20  they contend that "Defendants' unlawful federalization of 4,000 California National Guard

21  members … diverts necessary state resources" from addressing serious problems facing

22  California, such as wildfires and drug trafficking.  <u>Id.</u> at 17–18.  Defendants respond that

23  these harms are "speculative" and "unsubstantiated."  Opp. at 26.

24       As for Plaintiffs' first asserted harm, they have established that the continued

25  presence of National Guard members and Marines in Los Angeles risks worsening, not

26  improving, tensions on the ground.  "The presence of the National Guard seemed only to

27  inflame the protesters further."  Olmstead Decl. ¶ 12.  Indeed, local law enforcement

28  arrests jumped after the National Guard was deployed.  Olmstead Supp. Decl. ¶ 14 (29

United States District Court
Northern District of California

1   arrests on June 7, 41 arrests on June 8, 135 arrests on June 9, and 297 arrests on June 10).

2   Defendants reiterate that civil unrest began before President Trump nationalized the

3   National Guard, Opp. at 26, but that does not address Plaintiffs' point that military

4   presence in a civilian population center will worsen—and has worsened—the situation.

5   And contrary to Defendants' assertion, Plaintiffs have provided evidence backing up their

6   concern, so it is not merely "hypothetical or possible." Id. (citing Doran v. Salem Inn,

7   Inc., 422 U.S. 922, 931 (1975)).

8        In fact, it is common sense that President Trump and Secretary Hegseth's unilateral

9   exercise of federal power risks doing more harm than good. That is the very point that

10  Justice Jackson made in his renowned concurrence in Youngstown Sheet & Tube Co. v.

11  Sawyer:

12       The appeal, however, that we declare the existence of inherent
         powers [out of necessity] to meet an emergency asks us to do
13       what many think would be wise, although it is something the
         forefathers omitted. They knew what emergencies were, knew
14       the pressures they engender for authoritative action, knew, too,
         how they afford a ready pretext for usurpation. We may also
15       suspect that they suspected that emergency powers would tend
         to kindle emergencies.
16

17  343 U.S. 579, 649–50 (1952) (Jackson, J., concurring) (emphasis added). Indeed, as

18  Justice Jackson explained using examples from Weimar Germany, the French Republic,

19  and World War II–era Great Britain, "emergency powers are consistent with free

20  government only when their control is lodged elsewhere than in the Executive who

21  exercises them." Id. at 651–62. The issue presented in Youngstown (whether the

22  President had implied constitutional authority to seize steel production plants during

23  wartime) is admittedly different than that presented here (whether the President can

24  federalize the National Guard over the objection of a state governor and without evidence

25  of a rebellion). But Justice Jackson's lesson remains poignant: federal overreach risks

26  instigating the very behavior that the federal government fears. To put a finer point on it,

27  the federal government cannot be permitted to exceed its bounds and in doing so create the

28  very emergency conditions that it then relies on to justify federal intervention.

1    Turning now to Plaintiffs' second asserted harm, Plaintiffs explain that California's

2  National Guard provides important state services, including by fighting wildfires, see Eck

3  Decl. ¶¶ 35–36, 39–40, and drug trafficking enforcement, id. ¶¶ 42–43.  Plaintiffs have

4  also shown that National Guard members are often relied upon to their fullest capacity and,

5  indeed, are likely to be so relied upon in 2025.  Id. ¶¶ 32–33.  Defendants respond that

6  "Plaintiffs do not identify any type of exigency that they would direct these resources [to]

7  that approaches the seriousness of the situation in Los Angeles."  Opp. at 27.  But this

8  overstates the violence in Los Angeles, which even by Defendants' own account is limited

9  to isolated actors and is primarily damage to property, and vastly understates the risks to

10  property and human life caused by wildfires and trafficked drugs like fentanyl.[11]  Perhaps

11  Defendants simply mean that there is not an immediate (as in today) need for California's

12  National Guard to be deployed, but even that is untrue.  As Plaintiffs point out, as of June

13  11 there were 13 fires over 10 acres, including one that has consumed over 4,200 acres,

14  burning in California.  Eck Suppl. Decl. (dkt. 39-2) ¶ 10.  And in any case, Defendants'

15  myopic focus on whether there is currently an exigency misunderstands the nature of

16  emergencies, which are inherently unplanned for.

17    The Court finds that Plaintiffs have established that they are likely to suffer at least

18  these two forms of harm in the absence of immediate injunctive relief.

19    **C.    Balance of Equities and Public Interest**

20    A party seeking injunctive relief must also demonstrate that the balance of equities

21  tips in its favor, and that an injunction is in the public interest.  See Winter, 555 U.S. at 20.

22  "'In exercising their sound discretion, courts of equity should pay particular regard for the

23  public consequences in employing the extraordinary remedy of injunction.'"  Id. (quoting

24  Weinberger v. Romero-Barcelo, 456 U.S. 305, 312 (1982)).  Because the government is a

25

26  [11] Indeed, President Trump has officially recognized that fentanyl trafficking is a "national
emergency" and a "public health crisis," Fact Sheet: President Donald J. Trump Proceeds

27  with Tariffs on Imports from Canada and Mexico, White House (Mar. 3, 2025), and called
the January 2025 Los Angeles wildfires a "tragedy [that] affects the entire Nation,"

28  Emergency Measures to Provide Water Resources in California and Improve Disaster
Response in Certain Areas, White House (Jan. 24, 2025).

United States District Court
Northern District of California

United States District Court
Northern District of California

1    party, the last two <u>Winter</u> factors merge.  <u>E. Bay Sanctuary Covenant</u>, 993 F.3d at 668.

2          The Court begins by observing that significant harm has already occurred.

3    President Trump's June 7 Memo marks the first time that a President has invoked § 12406,

4    lawfully or not, against the wishes of a state governor.  Regardless of the outcome of this

5    case or any other, that alone threatens serious injury to the constitutional balance of power

6    between the federal and state governments, and it sets a dangerous precedent for future

7    domestic military activity.[12]  There is a reason that § 12406 and other similar statutes, such

8    as the Insurrection Act, apply only in the narrowest and most extreme of circumstances—

9    they jeopardize the delicate federalism that forms the basis of our very system of

10   government.  <u>See</u> <u>Youngstown</u>, 343 U.S. at 638 (Jackson, J., concurring) ("Presidential

11   claim to a power at once so conclusive and preclusive must be scrutinized with caution, for

12   what is at stake is the equilibrium established by our constitutional system.").  The

13   continued deployment of federal troops in Los Angeles[13] for 60 days would further

14   entrench this harm.

15         Moreover, Plaintiffs have shown a likelihood of prevailing in their argument

16   President Trump's invocation of § 12406 was in fact <u>not lawful</u>, both exceeding the scope

17   of his authority and violating the Tenth Amendment.  When Plaintiffs establish "a

18   likelihood that Defendants' policy violates the U.S. Constitution, Plaintiffs have also

19   established that both the public interest and the balance of the equities favor [injunctive

20   relief]."  <u>See</u> <u>Arizona Dream Act Coalition</u>, 757 F.3d at 1069.  Defendants are not harmed

21   by "an injunction that merely ends an unlawful practice or reads a statute as required to

22

23   [12] Defendants argue that the separation of powers cuts against judicial intervention, <u>see</u>
     Opp. at 2, but they focus exclusively on the separation between the Executive and the
24   Judiciary, missing entirely the important balance between federal and state power.
     [13] And potentially nationwide, as the June 7 Memo invoking 10 U.S.C. § 12406 <u>does not</u>
25   <u>name Los Angeles</u> or California or any other geographical area and purports to apply to
     "the Governors of the States," not just California.  Indeed, amici from Washington,
26   Delaware, Arizona, Colorado, Connecticut, Hawai'i, Illinois, Maine, Maryland,
     Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York,
27   North Carolina, Oregon, Vermont, Wisconsin, Rhode Island, and the Office of the
     Governor of Kansas contend that they "are implicated by the unlimited scope of" the June
28   7 Memo.  <u>See</u> States Amici (dkt. 30-1) at 2.  Whether the memo adequately satisfies any of
     the conditions of § 12406 as to jurisdictions beyond Los Angeles is not before this Court.

1    avoid constitutional concerns." See R.I.L.-R v. Johnson, 80 F. Supp. 3d 164, 191 (D.D.C.

2    2015).  They may continue to enforce the immigration law, even without the assistance of

3    the National Guard.

4         Defendants no doubt have an "interest in protecting federal agents and property."

5    See Index Newspapers LLC v. U.S. Marshals Serv., 977 F.3d 817, 831 (9th Cir. 2020).

6    But they have no legitimate interest in doing so beyond the bounds of their authority.  See

7    R.I.L-R, 80 F. Supp. 3d at 191.  Federal agents and property may actually well be served

8    by de-militarization and a concurring de-escalation of the situation.  Regardless, Plaintiffs

9    and the citizens of Los Angeles face a greater harm from the continued unlawful

10   militarization of their city, which not only inflames tensions with protesters, threatening

11   increased hostilities and loss of life, but deprives the state for two months of its own use of

12   thousands of National Guard members to fight fires, combat the fentanyl trade, and

13   perform other critical functions.  As discussed above, Defendants' actions also threaten to

14   chill legitimate First Amendment expression.

15        Accordingly, the Court concludes that Plaintiffs have demonstrated that the balance

16   of equities tips in their favor and that an injunction restraining the President's use of

17   military force in Los Angeles is in the public interest.

18   **IV.   CONCLUSION**

19        For the foregoing reasons, the Court GRANTS Plaintiffs' motion for a temporary

20   restraining order.

21   • Defendants are temporarily ENJOINED from deploying members of the

22     California National Guard in Los Angeles.

23   • Defendants are DIRECTED to return control of the California National Guard to

24     Governor Newsom.

25   • The Court further STAYS this order until noon on June 13, 2025.

26   • Plaintiffs are ORDERED to post a nominal bond of $100 within 24 hours.  The

27     bond shall be filed in the Clerk's Office and be deposited into the registry of the

28     Court.  If said bond is not posted by the aforementioned date and time, this

1    Order shall be dissolved.

2    • Defendants are further ORDERED TO SHOW CAUSE why a preliminary

3    injunction should not issue.  A hearing on this order to show cause will be held

4    on **June 20, 2025 at 10 a.m.**  Plaintiffs' moving papers shall be filed no later

5    than **June 16, 2025**; Defendants' opposition shall be due no later than **June 18,**

6    **2025**, and Plaintiffs' reply shall be due on **June 19, 2025**.

7    **IT IS SO ORDERED.**

8    Dated: June 12, 2025



9    CHARLES R. BREYER
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAVIN NEWSOM, et al.                    )
                                        )
        *Plaintiffs,*                   )
                                        )        No. 3:25-cv-4870
        v.                              )
                                        )
DONALD TRUMP, et al.                    )
                                        )
        *Defendant*                     )

---

<u>DECLARATION OF MAJOR GENERAL NIAVE F. KNELL</u>

I, Major General Niave F. Knell, hereby state and declare as follows:

1.      I am currently employed by the United States Army as the Deputy Commanding General

for the United States Army North Command (ARNORTH), which is a component of the United

States Northern Command (USNORTHCOM).  I have held this position since August 24, 2024.

I have served as a commissioned Army Officer for more than 33 years.  My current

responsibilities include overseeing the daily operations of ARNORTH as well as ensuring the

training, discipline, and readiness of the units under ARNORTH's command.  I have reviewed

the Complaint in the matter of *Newsom v. Trump*, No. 3:25-cv-4870 (N.D. Cal.).  This

declaration is based on my personal knowledge as well as information made available to me

during the routine execution of my official duties.

2.      On June 7, 2025, the President of the United States issued a memorandum with the

subject "Department of Defense (DoD) Security for the Protection of Department of Homeland

Security (DHS) Functions."  The memorandum noted: "Numerous incidents of violence and

disorder have recently occurred and threaten to continue in response to the enforcement of

Federal law by U.S. Immigration and Customs Enforcement (ICE) and other United States

Government personnel who are performing Federal functions and supporting the faithful execution of Federal immigration laws. Aditionally, violent protests threaten the security of, and significant damage to, Federal immigration detention facilities and other Federal property." The memorandum thus directed members of the National Guard into federal service "to temporarily protect ICE and other United States Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property." It further directed the Secretary of Defense to call *at least* 2,000 National Guard personnel into service for 60 days subject to change at his discretion. It also further delegated to the Secretary of Defense the authority to utilize the regular forces to assist with this mission. The Secretary of Defense issued guidance accordingly that same day. The following day, the Secretary authorized the activation of the 2nd Battalion, 7th Marine Regiment, 1st Marine Division.

3.      The Chief of the National Guard Bureau transmitted the Secretary of Defense's orders on Saturday, June 7 to the Adjutant General of the California National Guard. At 10:17 Pacific Standard Time, the California Adjutant General responded, "consider our forces mobilized."

4.      USNORTHCOM is one of DoD's eleven unified combatant commands. Its mission is to provide command and control of DoD homeland defense efforts and to coordinate defense support of civil authorities. ARNORTH supports USNORTHCOM in this mission.

5.      When federalized, members of a State National Guard serve pursuant to Title 10 of the U.S. Code under the command of the President and the Secretary of Defense. In this case, the Secretary of Defense authorized USNORTHCOM to execute command and control of federalized members of the California National Guard as well as the 2nd Battalion, 7th Marine Regiment, 1st Marine Division (2/7 USMC). USNORTHCOM further delegated operational control of federalized National Guard forces and tactical control of Marine forces to ARNORTH.

6.      Following the President's June 7, 2025 memorandum, ARNORTH published Operational Order (OPORD) 01-23 and Fragmentary Order (FRAGORD) 25-501.000 to direct federalized members of California National Guard and members of the 2/7 USMC to temporarily protect federal property, as well as ICE and other U.S. Government personnel who are performing federal functions, where protests are occurring in Los Angeles County, California.

7.      Since Saturday, June 7, federalized California National Guard personnel have conducted operations in Los Angeles strictly consistent with the directions of the President's June 7 memorandum and FRAGORD 25-501.000.  They are protecting federal personnel performing official functions as well as property at designated locations through security patrols, observation posts, and outer cordon security perimeter of buildings.  Federalized California National Guard personnel activities are limited to those protection operations.  They are not performing law enforcement or any other functions.

8.      So far, 2,112 members and 256 vehicles of the 79th Infantry Brigade Combat Team have conducted or are currently conducting the following protection operations:

    A. 146 federalized guardsmen protected an ICE facility located at 6319 Alondra Boulevard, Paramount, California.

    B. 108 federalized guardsmen are conducting patrols of a federal building located at 110 Wilshire Boulevard, Los Angeles, California.

    C. 94 federalized guardsmen are protecting federal facilities and federal personnel performing official functions in downtown Los Angeles.

    D. 107 federalized guardsmen are providing protection to Homeland Security Investigations (HSI) warrant servicing agents performing official functions at a Los Angeles airport cargo terminal.

E. 95 federalized guardsmen provided protection at a federal building located at 535 Alameda Street, Los Angeles, California.

F. 300 federalized guardsmen protected federal employees and property at a federal building located at 11099 S. La Cienega Boulevard, Los Angeles, California.

G. 32 federalized guardsmen provided protection for a federal building located at 34 Civic Center Plaza, San Ana, California.

H. 35 federalized guardsmen performed protection activities for the Glenn M. Anderson federal building located at 501 W. Ocean Boulevard, Long Beach, California.

I. Federalized guardsmen continue to provide protection for ICE Officers, Customs and Border Protection Officers, and Federal Bureau of Investigations Special Agents performing official functions so that such federal personnel may carry out their assigned duties.

9. ARNORTH has been allocated tactical control of 721 members of the 2/7 USMC. These Marines are currently training in preparation to conduct similar protection operations.

MAJOR GENERAL NIAVE F. KNELL

DEPUTY COMMANDING GENERAL
U.S. Army North

# EXHIBIT 3



SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

JUN - 9 2025

MEMORANDUM FOR ADJUTANT GENERAL OF THE CALIFORNIA NATIONAL GUARD
THROUGH: THE GOVERNOR OF CALIFORNIA

SUBJECT: Calling Additional Members of the California National Guard into Federal Service

On June 7, 2025, the President of the United States called forth at least 2,000 National Guard personnel into Federal service pursuant to section 12406 of title 10, U.S. Code, to temporarily protect U.S. Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations. The President signed a copy of the attached memorandum to effectuate the calling forth of these Service members. Also on June 7, 2025, I implemented that order by directing 2,000 members of the California National Guard be called into Federal Service for a period of 60 days (see attached memorandum).

This memorandum further implements the President's direction. An additional 2,000 members of the California National Guard will be called into Federal service effective immediately for a period of 60 days. The Chief of the National Guard Bureau will immediately coordinate the details of the mobilization with the Adjutant General of the California National Guard, in coordination with the Chairman of the Joint Chiefs of Staff and Commander, U.S. Northern Command. The mobilized Service members will be under the command and control of the Commander, U.S. Northern Command.

Attachments:
As stated

cc:
Chairman of the Joint Chiefs of Staff
Chief, National Guard Bureau
Commander, U.S. Northern Command
Under Secretary of Defense for Policy
Under Secretary of Defense for Personnel and Readiness

June 7, 2025


MEMORANDUM FOR THE SECRETARY OF DEFENSE
                THE ATTORNEY GENERAL
                THE SECRETARY OF HOMELAND SECURITY

SUBJECT:        Department of Defense Security for the Protection
                of Department of Homeland Security Functions


Numerous incidents of violence and disorder have recently
occurred and threaten to continue in response to the enforcement
of Federal law by U.S. Immigration and Customs Enforcement (ICE)
and other United States Government personnel who are performing
Federal functions and supporting the faithful execution of
Federal immigration laws.  In addition, violent protests
threaten the security of and significant damage to Federal
immigration detention facilities and other Federal property.  To
the extent that protests or acts of violence directly inhibit
the execution of the laws, they constitute a form of rebellion
against the authority of the Government of the United States.

In light of these incidents and credible threats of continued
violence, by the authority vested in me as President by the
Constitution and the laws of the United States of America, I
hereby call into Federal service members and units of the
National Guard under 10 U.S.C. 12406 to temporarily protect ICE
and other United States Government personnel who are performing
Federal functions, including the enforcement of Federal law, and
to protect Federal property, at locations where protests against
these functions are occurring or are likely to occur based on
current threat assessments and planned operations.  Further, I
direct and delegate actions as necessary for the Secretary of
Defense to coordinate with the Governors of the States and the
National Guard Bureau in identifying and ordering into Federal
service the appropriate members and units of the National Guard
under this authority.  The members and units of the National
Guard called into Federal service shall be at least 2,000
National Guard personnel and the duration of duty shall be for
60 days or at the discretion of the Secretary of Defense.  In
addition, the Secretary of Defense may employ any other members

2

of the regular Armed Forces as necessary to augment and support the protection of Federal functions and property in any number determined appropriate in his discretion.

To carry out this mission, the deployed military personnel may perform those military protective activities that the Secretary of Defense determines are reasonably necessary to ensure the protection and safety of Federal personnel and property  The Secretary of Defense shall consult with the Attorney General and the Secretary of Homeland Security prior to withdrawing any personnel from any location to which they are sent.  The Secretaries of Defense and Homeland Security may delegate to subordinate officials of their respective Departments any of the authorities conferred upon them by this memorandum.

DONALD J. TRUMP



**SECRETARY OF DEFENSE**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

JUN 0 7 2025

MEMORANDUM FOR ADJUTANT GENERAL OF THE CALIFORNIA NATIONAL GUARD
THROUGH: THE GOVERNOR OF CALIFORNIA

SUBJECT: Calling Members of the California National Guard into Federal Service

The President of the United States has called forth at least 2000 National Guard personnel into Federal service pursuant to section 12406 of title 10, U.S. Code, to temporarily protect U.S. Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations. The President signed a copy of the attached memorandum today to effectuate the calling forth of these Service members.

This memorandum implements the President's direction. Two thousand members of the California National Guard will be called into Federal service effective immediately for a period of 60 days. The Chief of the National Guard Bureau will immediately coordinate the details of the mobilization with the Adjutant General of the California National Guard, in coordination with the Chairman of the Joint Chiefs of Staff and Commander, U.S. Northern Command. The mobilized Service members will be under the command and control of the Commander, U.S. Northern Command.

Attachment:
As stated

cc:
Chairman of the Joint Chiefs of Staff
Chief, National Guard Bureau
Commander, U.S. Northern Command
Under Secretary of Defense for Policy

# EXHIBIT 2



**SECRETARY OF DEFENSE**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

JUN 0 7 2025

MEMORANDUM FOR ADJUTANT GENERAL OF THE CALIFORNIA NATIONAL GUARD
THROUGH: THE GOVERNOR OF CALIFORNIA

SUBJECT:  Calling Members of the California National Guard into Federal Service

The President of the United States has called forth at least 2000 National Guard personnel into Federal service pursuant to section 12406 of title 10, U.S. Code, to temporarily protect U.S. Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations.  The President signed a copy of the attached memorandum today to effectuate the calling forth of these Service members.

This memorandum implements the President's direction.  Two thousand members of the California National Guard will be called into Federal service effective immediately for a period of 60 days.  The Chief of the National Guard Bureau will immediately coordinate the details of the mobilization with the Adjutant General of the California National Guard, in coordination with the Chairman of the Joint Chiefs of Staff and Commander, U.S. Northern Command.  The mobilized Service members will be under the command and control of the Commander, U.S. Northern Command.

Attachment:
As stated

cc:
Chairman of the Joint Chiefs of Staff
Chief, National Guard Bureau
Commander, U.S. Northern Command
Under Secretary of Defense for Policy

ER-49

June 7, 2025

MEMORANDUM FOR THE SECRETARY OF DEFENSE
                THE ATTORNEY GENERAL
                THE SECRETARY OF HOMELAND SECURITY

SUBJECT:          Department of Defense Security for the Protection
                  of Department of Homeland Security Functions

Numerous incidents of violence and disorder have recently
occurred and threaten to continue in response to the enforcement
of Federal law by U.S. Immigration and Customs Enforcement (ICE)
and other United States Government personnel who are performing
Federal functions and supporting the faithful execution of
Federal immigration laws.  In addition, violent protests
threaten the security of and significant damage to Federal
immigration detention facilities and other Federal property.  To
the extent that protests or acts of violence directly inhibit
the execution of the laws, they constitute a form of rebellion
against the authority of the Government of the United States.

In light of these incidents and credible threats of continued
violence, by the authority vested in me as President by the
Constitution and the laws of the United States of America, I
hereby call into Federal service members and units of the
National Guard under 10 U.S.C. 12406 to temporarily protect ICE
and other United States Government personnel who are performing
Federal functions, including the enforcement of Federal law, and
to protect Federal property, at locations where protests against
these functions are occurring or are likely to occur based on
current threat assessments and planned operations.  Further, I
direct and delegate actions as necessary for the Secretary of
Defense to coordinate with the Governors of the States and the
National Guard Bureau in identifying and ordering into Federal
service the appropriate members and units of the National Guard
under this authority.  The members and units of the National
Guard called into Federal service shall be at least 2,000
National Guard personnel and the duration of duty shall be for
60 days or at the discretion of the Secretary of Defense.  In
addition, the Secretary of Defense may employ any other members

2

of the regular Armed Forces as necessary to augment and support
the protection of Federal functions and property in any number
determined appropriate in his discretion.

To carry out this mission, the deployed military personnel may
perform those military protective activities that the Secretary
of Defense determines are reasonably necessary to ensure the
protection and safety of Federal personnel and property  The
Secretary of Defense shall consult with the Attorney General and
the Secretary of Homeland Security prior to withdrawing any
personnel from any location to which they are sent.  The
Secretaries of Defense and Homeland Security may delegate to
subordinate officials of their respective Departments any of the
authorities conferred upon them by this memorandum.


                         DONALD J. TRUMP

# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA, | Case No. 3:25-cv-04870 |
| | **DECLARATION OF ERNESTO SANTACRUZ, JR.** |
| Plaintiffs, | |
| v. | Hon. Charles R. Breyer |
| DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE, | United States District Judge |
| Defendants. | |

## DECLARATION OF ERNESTO SANTACRUZ, JR.

I, Ernesto Santacruz, Jr., hereby declare:

1.    I am employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) as the Field Office Director (FOD) of the Los Angeles Field Office (ERO Los Angeles). I have held this position since April 6, 2025.

2.    I have been employed by ICE, or its predecessor Immigration and Naturalization Service (INS), since May 2002. Prior to my position as FOD, I served as the ERO Los Angeles Deputy Field Office Director, Acting Assistant Field Office

1

Director, and Assistant Field Office Director. I have also served ERO as a Supervisory Detention and Deportation Officer, Deportation Officer, and Immigration Enforcement Agent. Prior to the creation of ICE, I served as a Detention Enforcement Officer with INS.

3.    As the FOD for ERO Los Angeles, I direct and oversee ICE's enforcement of federal immigration laws within the Central District of California, which has the same geographic boundaries as the ERO Los Angeles Field Office. The ERO Los Angeles Field Office currently consists of over 290 officers in six offices who are responsible for enforcing federal immigration laws in seven California counties with a combined population of over 20 million people. ICE is the largest investigative branch of DHS and is charged with the enforcement of more than 400 federal statutes. The agency was created after the September 11, 2001 terrorist attacks, by combining components of the former INS and the former U.S. Customs Service, to more effectively enforce federal immigration and customs laws and to protect the United States against terrorist attacks. The mission of ICE is to protect the United States from the cross-border crime and illegal immigration that threaten national security and public safety. To carry out that mission, ICE focuses on enforcing immigration laws, preventing terrorism, and combating transnational criminal threats. ICE consists of three core operational directorates: (1) ERO, which consists of 25 field offices led by FODs; (2) Homeland Security Investigations (HSI), which

2

**ER-54**

consists of 30 field offices led by Special Agents-in-Charge; and (3) the Office of the Principal Legal Advisor, which includes 25 field locations led by Chief Counsel.

4.     ERO deportation officers are immigration officers under 8 U.S.C. § 1357 and have been delegated limited customs officer authority under 19 U.S.C. § 1589a. It is the mission of ERO to identify, arrest, and remove aliens who present a danger to national security or are a risk to public safety, as well as those who enter the United States illegally—including those who cross the border illegally, which is a federal misdemeanor, 8 U.S.C. § 1325, and those who illegally reenter after having been removed, which is a federal felony, 8 U.S.C. § 1326—or otherwise undermine the integrity of our immigration laws and our border control efforts.

5.     The majority of ERO's immigration enforcement operations take place in the interior of the country. ERO manages all logistical aspects of the removal process by identifying, apprehending, and, when appropriate, detaining removable aliens during the course of immigration proceedings and pending physical removal from the United States. This includes locating and taking into custody fugitive aliens and at-large criminal aliens, as well as identifying aliens in federal, state, and local prisons and jails and working with those authorities to transfer them to ICE custody without releasing them into the community. When aliens are ordered removed, ERO is responsible for safely repatriating them, or otherwise overseeing their departure from the United States.

6.     ERO Los Angeles officers are authorized to execute civil immigration arrest warrants for aliens ordered removed by immigration judges, aliens subject to expedited removal orders, and aliens for whom ERO officers have probable cause of their removability. *See* 8 U.S.C. §§ 1225, 1226, 1231, 1357; *see also* 8 C.F.R. §§ 235.3(b), 236.1(b), 241.2, 287.5(e), 287.8(c).

7.     On Friday, June 6, 2025, ICE conducted immigration enforcement operations in several locations in the Los Angeles area. A crowd of people gathered at the site of an ICE law enforcement operation in the Garment District, tried to prevent ICE authorities from leaving in their official vehicles, and threw objects at the vehicles. Members of the crowd walked and ran alongside the vehicles creating dangerous conditions for both the officers and crowd. One protestor attempted to stop a law enforcement van's progression by standing directly in front of the van and placing his hand on the vehicle's hood. The man also backpedaled in front of a departing SUV, then tripped and fell in front of the vehicle. Fortunately, the driver of the SUV was able to reverse and drive around him without harming him. Individuals arrested during the immigration enforcement operation were taken to the ERO facility in the federal building at 300 N. Los Angeles Street for processing.

8.     At 3:23 p.m. on June 6, Mayor Karen Bass posted on X: "This morning, we received reports of federal immigration enforcement actions in multiple locations in Los Angeles. As Mayor of a proud city of immigrants, who contribute to our city in

so many ways, I am deeply angered by what has taken place. These tactics sow terror in our communities and disrupt basic principles of safety in our city. My Office is in close coordination with immigrant rights community organizations. We will not stand for this."

9. At about 5:00 p.m., I personally observed protesters pass by the front of the 300 North Los Angeles Street building heading northwest on Los Angeles Street. However, the situation turned violent and riotous as the marchers turned right and headed southeast down East Aliso Street, and then headed south on North Alameda Street.

10. Around this time, the number of demonstrators swelled to approximately 500 at 300 North Los Angeles Street, in downtown Los Angeles, and an additional 300 at an underground parking garage gate off of North Alameda Street. This gate leads to a multilevel parking structure under all of the federal buildings in this complex, including a Veterans Affairs (VA) medical facility, the Roybal Courthouse, the 300 North Los Angeles Street Federal building, and the Metropolitan Detention Center.

11. I observed that approximately five Federal Protective Service (FPS) inspectors, who use security expertise to protect federal facilities and protect employees, were pinned down in a defensive position by protesters and severely outnumbered while trying to defend the damaged back Alameda Street gate. The

protestors were throwing concrete chunks, bottles of liquid, and other objects at the

FPS officers, as well as attempting to use large rolling commercial dumpsters as a

battering ram to breach the parking garage gate and damaged federal property. The

FPS officers defended the parking garage entrance against the protesters who were

violently trying to break open the garage gate and break into the federal building

complex.

12.     At that time, just inside the federal building, approximately 130 aliens

arrested by ICE earlier in the day were being processed by federal immigration

officers.

13.     I feared for the safety of all the office workers, federal employees, and

lawfully detained aliens in the building. This being late on a Friday afternoon, I had

to call all available officers in the building to report to the back Alameda Street gate

to prevent FPS from being overrun, which would have resulted in a breach of the

entire federal complex. All available ERO officers and HSI agents reported to the

location. The ICE officers formed a line of protection in front of the garage entrance

and held the line by using pepper balls and other alternatives to lethal force, aiming

to minimize harm and de-escalate situations. The combination of FPS, ERO, and

HSI law enforcement officers successfully prevented a breach and held the line

from approximately 5:15 p.m. to 10:30 p.m., including about an hour and a half

before the Los Angeles Police Department (LAPD), having been called by FPS,

arrived on scene to push the crowd to Temple Avenue.

14.     During this time, I observed that the demonstrators continued to be violent, using chairs, dumpsters, and other items as weapons against federal law enforcement officers.

15.     Thereafter, LAPD responded to the request from FPS for assistance and according to media reports, indicate that their response was delayed due to "significant traffic congestion, the presence of demonstrators, and…the fact that federal agents had deployed irritants into the crowd before LAPD's arrival."

16.     At approximately 7:00 p.m., approximately two hours after the protesters congregated in the area, LAPD declared an "unlawful assembly," ordered protestors to leave, and gave them 5 minutes to comply. The crowd did not comply. By 8:00 p.m., LAPD blocked the crowd's path to the Metropolitan Detention Center. Protestors threw large chunks of concrete at those officers. The LAPD fired non-lethal foam projectiles and bean bag rounds in response. The federal building was heavily vandalized.

17.     The demonstrators had all departed by 11:00 p.m., with the LAPD officers following them away from the property. However, there was damage to both the Federal Building at 300 North Los Angeles Street and the Edward R. Roybal Federal Building and United States Courthouse at 255 East Temple Street, which is next door. Both locations were heavily vandalized, the window to the guard shack

was broken, there was evidence of tampering on the retractable anti-vehicle barriers, and the roll up entrance gate was working sporadically. Federal law enforcement officers secured the entrance gate throughout Friday night.

18.     On the next morning of Saturday, June 7, 2025, while federal officers prepared for an immigration enforcement operation at a Department of Homeland Security office in Paramount, California, a large crowd gathered. A large contingent of approximately 110 Customs and Border Protection (CBP) officers had arrived from the San Diego area to assist with immigration enforcement operations and as a precautionary measure in the aftermath of Friday night's violence. Prior to the start of the immigration enforcement action, these CBP officers stood in uniform in an industrial park in advance of discussing the day's upcoming operations.

19.     Coincidently, a Home Depot retail store – which was not the target of any intended operation – was located just across the street from the DHS office parking lot being used for staging.

20.     A large crowd gathered and blocked traffic in the area. The crowd became violent and attacked the ERO and CBP officers. This led to about seven hours of non-stop fighting, from about 9:30 a.m. to approximately 5:00 or 6:00 p.m. The violent crowd boxed in ERO and CBP officers throwing mortar-style fireworks with multiple explosions, rocks and mangos at them, and used shopping carts to

8

barricade the street, prompting our officers to try clear a path so federal vehicles could enter and exit. One ERO officer was trapped inside her law enforcement vehicle when the crowd surrounded it, pounding it, shaking it, and violently pummeling it with stones, necessitating a rescue from other officers on scene. A protester shattered the wrist of a CBP officer with a thrown object. The violent and riotous crowd set at least one vehicle on fire and possibly also set a propane tank on fire, which exploded and thankfully did not injure anyone.

21.    HSI reports that the perimeter fence of the DHS office in Paramount was cut in two places, three government vehicles were damaged, the business park sign was vandalized, and mortar-style fireworks with multiple explosions were thrown at the federal officers. In addition, at approximately 4:00 p.m., the Los Angeles Sheriff's Department (LASD) declared an "unlawful assembly" in Paramount, and the protest spread to the neighboring Compton area.

22.    Later that Saturday night, another protest formed in the vicinity of the Federal complex at 300 N. Los Angeles Street, near the location of the previous night's riot, at North Alameda Avenue and East Temple Street. According to media reports, the LAPD eventually declared this to be an unlawful assembly.

23.    I was informed by Homeland Security Investigations on the morning of Sunday, June 8, National Guard troops arrived in downtown Los Angeles. Specifically, 300 National Guard troops deployed to Paramount, Compton, and

downtown Los Angeles.

24.     On Sunday afternoon, at around 3:00 p.m., a large crowd of people marched from the steps of Los Angeles City Hall to the 300 N. Los Angeles Street federal complex. Protestors confronted a line of federal agents stationed outside. LAPD issued a citywide Tactical Alert. Shortly thereafter, the LAPD issued a dispersal order and made additional arrests.

25.     Then, protestors entered the 101 Freeway in downtown Los Angeles, blocking the Aliso Street off-ramp. California Highway Patrol (CHP) officers dispersed the crowd by 5 p.m. and moved them to the Civic Center.

26.     At approximately 9:00 p.m., LAPD declared the downtown protest to be an unlawful assembly and ordered protestors to leave. The protesters did not leave. They continued to move through downtown, setting off commercial-grade fireworks toward federal officers and throwing objects at passing law enforcement vehicles. The protestors lit fires in dumpsters and trash bins and looted at least one store. Protestors vandalized dozens of buildings with graffiti, including the Federal Courthouse and LAPD Headquarters.

27.     By the end of the weekend, the Federal building at 300 N. Los Angeles Street was vandalized in numerous locations, pieces of the bollards used for building security were broken, and the security checkpoint was in ruins. Numerous federal officers and agents have been injured by projectiles thrown at them such as

rocks, water bottles, and bricks.

28.     Many law enforcement personnel, including the five FPS officers who initially held the North Alameda Street gate while severely outnumbered. On Monday, June 9, at approximately 5:00 p.m. additional protests are formed at the 300 North Los Angeles Street federal complex, as well as at the Federal Building in Santa, Ana, Orange County, California. Based on federal agency reports, a crowd of 1,000 demonstrators gathered near the Roybal Federal Building. At this time a demonstrator drove by the building and fired paintballs at the FPS inspectors, hitting at least one in the head and neck. At the Santa Ana Federal Building, violent protestors attacked a 13-passenger federal van carrying multiple aliens and officers, rocking the vehicle, and smashing the windows. The violent protestors also damaged multiple vehicles in the surrounding parking lot.

29.     This federal complex was largely closed today Monday will again be closed Tuesday, due to the civil unrest. This is a disruption for the many federal agencies working in this building, as well as the co-located federal courthouse, VA medical facility, and Federal Bureau of Prisons facility.

30.     From what I understand, the LAPD reported they are on tactical alert and declared a partial mobilization of 400 additional officers.

31.     The aggressive horde at the Roybal Building moved downtown to Little Tokyo and City Hall later in the evening, where they clashed with LAPD officers,

11

**ER-63**

injuring five, and also injured five LAPD horses. LAPD deployed less-lethal munitions and made multiple arrests.

32.     LAPD declared an unlawful assembly for the area of the Civic Center part of Los Angeles and had to shut down Route 101 in central Los Angeles in response to demonstrators throwing objects onto the freeway and damaging multiple police vehicles.

33.     Even with the LAPD, LASD, and CHP all engaged in the ensuing law enforcement activities, I believe the safety of local federal facilities and safety of those conducting immigration enforcement operations in this area of responsibility requires additional manpower and resources. Aside from the horrendous actions of the violent demonstrators at the various federal protected locations, I am also aware that there were significant instances of demonstrators posting the location, images, and family information of federal law enforcement employees online in an attempt to dox, threaten, and obstruct federal law enforcement personnel and their families and impede lawful federal activity. Demonstrators have also been posting the locations of federal law enforcement employees conducting immigration enforcement operations to threaten and obstruct their work.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best

of my information, knowledge, and belief.

Executed on this 11ᵗʰ day of June 2025.

ERNESTO M
SANTACRUZ
JR

Digitally signed by
ERNESTO M
SANTACRUZ JR
Date: 2025.06.11
08:16:31 -07'00'

Ernesto Santacruz, Jr.
Field Office Director
DHS ICE ERO Los Angeles

**ER-65**

1  ROB BONTA
   Attorney General of California
2  MARISSA MALOUFF
   JAMES E. STANLEY
3  Supervising Deputy Attorneys General
   NICHOLAS ESPÍRITU
4  LUKE FREEDMAN
   ROBIN GOLDFADEN
5  BRENDAN M. HAMME
   LORRAINE LOPEZ
6  KENDAL MICKLETHWAITE
   MEGAN RICHARDS
7  Deputy Attorneys General
   LAURA L. FAER
8  Acting Senior Assistant Attorney General
   1515 Clay St.
9  Oakland, CA 94612
   Telephone: (510) 879-3304
10 E-mail: Laura.Faer@doj.ca.gov
   *Attorneys for Plaintiffs*

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14

15

16  **GAVIN NEWSOM, IN HIS OFFICIAL**
    **CAPACITY AS GOVERNOR OF THE**
17  **STATE OF CALIFORNIA; STATE OF**          **DECLARATION OF PAUL S. ECK**
    **CALIFORNIA,**
18                                             Date:
                            Plaintiffs,        Time:
19                                             Courtroom:
              v.                               Judge: Charles R. Breyer
20                                             Trial Date:
                                               Action Filed: 6/9/2025
21  **DONALD TRUMP, IN HIS OFFICIAL**
    **CAPACITY AS PRESIDENT OF THE**
22  **UNITED STATES; PETE HEGSETH, IN**
    **HIS OFFICIAL CAPACITY AS SECRETARY**
23  **OF THE DEPARTMENT OF DEFENSE;**
    **U.S. DEPARTMENT OF DEFENSE,**
24

25  Defendants.

26

27

28

                                    1

Declaration of Paul S. Eck

## DECLARATION OF PAUL S. ECK

I, Paul S. Eck, declare under penalty of perjury that the following is true and correct:

1.      I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

1.  I am a Deputy General Counsel in the California Military Department (CMD). I have served in this role since August 2018.

2.  As Deputy General Counsel for the California Military Department, I lead a blended team of California and National Guard attorneys. I provide direct legal support to the Executive Staff and other senior leaders on complex matters at the intersection of military operations, state governance, and national security. I am regularly consulted on the operational needs, objectives, movements, and orders impacting the CMD.

3.  I began my service career as a Sergeant in the United States Marine Corps. I served in the United States Marine Corps. from 1980 to 1984 before being honorably discharged.

4.  I completed college and law school following my service in the United States Marine Corps. and worked in private practice from 1991 to 2012.

5.  From 2008 to 2012, I also worked for the San Diego Sheriff's Department as a Search and Rescue Reserve. In this capacity I provided communications and logistical support to San Diego Sheriff's Department during search and rescue operations for missing and lost persons, evidence recovery, emergency and disaster operations, and mutual aid events among other duties.

6. From 2010 to 2022, I served as a Colonel (CA) and Judge Advocate in the CMD, advising a wide array of units including the 40th Infantry Division, 3-140th Aviation Regiment, 49th Military Police Brigade, and Joint Forces Headquarters. In this capacity, I advised on both administrative law and critical operational legal support.

7. From 2012 to 2014, I worked as an attorney III for the California Department of Forestry and Fire Protection (Cal Fire).

8. From 2014 to 2018, I served as a Peace Officer with Cal Fire, ultimately rising to Chief of Investigations. In this role, I led critical investigative and law enforcement operations supporting both Cal Fire and the Office of the State Fire Marshal. I concurrently served as Bomb Squad Commander and Terrorism Liaison Officer.

9. I am certified by POST at the Basic, Intermediate, Supervisor, and Instructor levels and also hold specialized credentials, including a Post-Blast Explosives Investigator Certificate from the FBI and the FBI Certified Explosives Investigator designation.

10. I have been a National Guard Bureau Intelligence Oversight Monitor for the State of California since I joined CMD in 2018, maintaining annual certifications and ensuring strict compliance with intelligence oversight standards.

11. I have also been a Domestic Operational Law Legal Advisor since 2018, activated to support major domestic missions such as the Oroville Dam crisis and the Camp Fire response. I am trained in State Disaster Management, Advanced ICS Command, Military Resources in Emergency Management, USSOCOM OPSEC, and Army Counterintelligence.

**June 7, 2025**

12. I am aware of and have reviewed the Memorandum issued by President Trump on June 7, 2025 (Trump Memo) calling into federal service members and units of the National Guard.

3

Declaration of Paul S. Eck

13. I am also aware and have reviewed the June 7, 2025, Memorandum from Secretary of Defense Peter Hegseth (DOD June 7 Order) to the Adjutant General of California, ordering 2,000 California National Guard members into federal service.

14. I am aware that all 2,000 of the National Guard members deployed as a result of the DOD June 7 Order are members of the 79th Infantry Brigade Combat Team, which include a large number of guard members who serve in Taskforce Rattlesnake, the State's specialized fire combat unit. These service members have specialized training in wildland fire mitigation and prevention and direct fire suppression, and would be highly difficult for the State to replace.

15. The 79th Infantry Brigade also contains Counterdrug Taskforce members that specialize in providing support to stop the trafficking of fentanyl at the U.S.-Mexico Border.

16. As further described below, these deployments will impair the California National Guard's ability to perform critical functions for the State of California, including providing urgent responses to natural disasters and wildfires and drug interdiction, among other imperative missions.

**June 9, 2025**

17. I have reviewed the June 9, 2025, Memorandum from Secretary Hegseth order federalizing an additional 2,000 California National Guard members into federal service (DOD June 9 Order).

18. I have also reviewed a post by Secretary Hegseth on the X social media platform, posted at 3:24 p.m. Pacific time on June 9, 2025, stating that "approximately 700 active-duty U.S. Marines from Camp Pendleton are being deployed to Los Angeles to restore order" and "to defend federal law enforcement officers." (https://x.com/SecDef/status/1932202105361612994.)

19. Consistent with those public statements by Secretary Hegseth, on June 9 and 10, 2025, I became aware that CMD was informed of DOD's plans to issue change orders to the DOD June 7 Order and DOD June 9 Order (collectively, DOD

4

Declaration of Paul S. Eck

1   Orders). CMD was informed that those change orders would advise that beginning

2   June 10, mobilized federalized California National Guard units would be providing

3   support for counter-immigration operations across Los Angeles, in communities

4   during immigration enforcement operations and not only at federal buildings.

5   CMD was informed that such support activities would include holding a secure

6   perimeter in communities around areas where immigration enforcement activities

7   would take place, and securing routes over public streets where immigration

8   enforcement officers would travel.

9   **California's National Guard**

10  20. The California Army National Guard and the California Air National

11  Guard are part of the organized militia of the State of California and are federally

12  recognized units and organizations of the reserve components of the United States

13  military. For the purposes of this declaration, I will refer to the California Army

14  National Guard and the California Air National Guard together as the "California

15  National Guard."

16  21. Soldiers and airmen of the California National Guard serve important

17  functions for California under the authority of the Governor of California while

18  simultaneously training to perform their federal missions.

19  22. The California National Guard's purpose is to organize, train, equip,

20  deploy, and employ California's Airmen, Soldiers, and Sailors, to deliver integrated

21  staff, enhanced federal readiness, civil support, and historical contribution

22  capabilities to the California Military Department, interagency partners, and the

23  Governor.

24  23. The California National Guard is part of the CMD, a state agency that

25  includes the California State Guard, which cannot be federalized and remains at the

26  command and control of the Governor. CMD works under the Executive authority

27  of the Governor of California and performs numerous functions to effectively

28

**ER-70**

Declaration of Paul S. Eck

1    operate the California National Guard, including planning and organizing

2    deployments, and trainings.

3         24. There are three duty status categories for the National Guard: State

4    Active Duty, Title 10, or Title 32 status. In general, these statuses determine who

5    funds an operation and whether they are under the command and control of the

6    Governor or the President in their respective capacities as Commander-in-Chief.

7         25. In State Active Duty, the California National Guard is fully paid for by

8    the California budget and federal funds are not obligated for any personnel or units.

9    Service members in State Active Duty serve under the command and control of the

10   Governor of California.

11        26. California National Guard members may serve in Title 32 status. In this

12   hybrid status, they are under the command and control of the Governor, but the

13   mission is paid for by federal funds. The federal government may request the

14   Governor provide the California National Guard's assistance under Title 32 for

15   federal missions. As an example, the California National Guard is in Title 32 status

16   when it is deployed at the southern border to provide operational support to federal

17   law enforcement for drug interdiction.

18        27. The National Guard may be called into federal service under Title 10 of

19   the United States Code. When members of the California National Guard are called

20   to federal service under Title 10, they become components of the Army and federal

21   National Guard. In Title 10 status, the National Guard is paid for by the federal

22   government and under the command and control of the President.

23        28. There are approximately 18,733 members of the California National

24   Guard. Most of the California National Guard members serve as reserve forces,

25   meaning that their role in the California National Guard is part-time, and they are

26   generally employed in civilian roles separate from their work as service members.

27   There are currently approximately 12,212 available members of the California

28   National Guard.

Declaration of Paul S. Eck

29. There are approximately 717 California National Guard servicemembers who work full time on State Active Duty. There are 1,109 Army National Guard and 1,170 Air National Guard members who are in a full time Title 32 status and support the readiness of their guard units. These individuals serve full time for fixed terms, which are often renewed.

30. As the largest National Guard in the country, the California National Guard provides mission ready forces for the State and the Nation, supporting missions all over the world. Each service member plays a critical role, and many have years of specialized training. Pulling those members away from these assignments may imperil the State's ability to protect its residents.

**Use of the National Guard in Service of the State**

31. As Commander-in-Chief of the State's militia, the Governor of California calls members of the California National Guard into active duty to serve the needs of California. The California National Guard is vital for various State functions including emergency and natural disaster response, cybersecurity, and drug interdiction. The California National Guard acts to protect people and property in many ways and the State relies on the National Guard to be ready to intervene in emergent situations to help protect Californians.

32. On average, in the years 2020 through 2025, 3,937 servicemembers were activated for Emergency State Active-Duty each year. CMD has identified and committed 4,600 service members to achieve state specific missions, which is 38% of the available strength.

33. The needs of the State are variable depending on emergent circumstances. For example, in 2020, 12,601 services members were deployed for 488,051 duty days, representing nearly three times more than the assigned strength for the State. In 2025, there have already been 3,332 services members activated for 89,061 duty days, indicating the state will need every available service member to meet the State's operational needs. These numbers exclude specialized taskforces

7

Declaration of Paul S. Eck

1   such as Operation Rattlesnake and the State Counterdrug teams, discussed further

2   below, which contribute collectivity over 600 additional personnel dedicated to

3   state missions.

4       34. Presently only 6.15% of the assigned strength of CMD is not subject to

5   Title 10 activation, meaning if there is a large federal activation the State will fall

6   far short of the anticipated annual state requirements, even without considering

7   specialized skills and capabilities to accomplish those missions.

8       35. The January 2025 Los Angeles Fires are a recent example of one of these

9   state missions. On January 7, 2025, a devastating wildfire broke out in Los Angeles

10  County. Governor Newsom immediately proclaimed a state of emergency and

11  deployed the California National Guard to manage the emergency. Over the course

12  of 24 days 2,500 service members were deployed to assist with the firefighting and

13  emergency response efforts sprawling across 37,000 acres of fire-impacted land.

14      36. The California National Guard's support included firefighting brigades,

15  aerial firefighters who provided critical fire suppression assistance, military police

16  forces stationed at traffic control points to ensure the safety of the surrounding

17  community and those with specialized skills in removing hazardous waste.

18      37. There are also a number of specialized units and missions.

19      38. For example, the California National Guard operates FireGuard, a

20  wildfire satellite detection mission. During the last 18 months, FireGuard activated

21  at least five Emergency State Active-Duty Force Packages, consisting of 360

22  personnel total, in support of the Bridge Fire, Line Fire, and Park Fire in California.

23  One hundred-forty additional Emergency State Active-Duty Military Police

24  Soldiers were also activated to operate and augment Traffic Control Points at the

25  Line Fire and Bridge Fire.

26      39. The California National Guard also operates Joint Task Force

27  Rattlesnake, a joint taskforce with CalFire to mitigate and prevent wildland fires

28  through fuels mitigation projects and direct fire suppression. Task Force

8

Declaration of Paul S. Eck

1    Rattlesnake provides 14 full-time, year-round Type I Hand Crews to reduce fuels

2    and respond to fire incidents and other emergencies across the State. Each Task

3    Force Rattlesnake crewmember is trained to Firefighter 1C standards, which require

4    at least 540 hours of training. Each of California's 14 Crews are staffed with a

5    minimum of 22 California National Guard personnel and maintain a minimum of

6    22 Firefighter 1C trained crewmembers (308 personnel in total).

7        40. Over the past 18 months, Task Force Rattlesnake responded to at least

8    738 wildland firefighting response missions, covering 10,243 acres of land.

9        41. The California National Guard also participates in drug interdiction

10   activities in conjunction with local and federal law enforcement agencies. The

11   CMD Counterdrug Task Force includes both state funded and Title 32

12   servicemembers operating year-round and includes specialized training for analysts

13   and reconnaissance personnel.

14       42. The State Counterdrug Task Force is funded by the State's General Fund,

15   and currently includes 118 service members assigned as analysts in drug demand

16   reduction at the southern border. California has invested over $60 million over four

17   years to expand California National Guard's work to prevent drug trafficking.

18       43. California National Guard servicemembers who perform this crucial

19   work are criminal analysts, reconnaissance support personnel, and drug demand

20   reduction outreach specialists—all positions that entail specialized training. State

21   funding for fiscal year 2025 and beyond enables the Counterdrug Task Force to

22   maintain and enhance support to federal, state and local partners in the ability to

23   assist in seizures of firearms, currency, and cryptocurrency from drug trafficking

24   organizations.

25       44. CMD also has 700 soldiers and 100 Air Guardsmen who are in Military

26   Police companies. These units receive training in apprehensions, detentions, less

27   lethal weapons options, and de-escalation, and they have unique capabilities in

28   crowd control and management. They provide critical site security to "high value

9

Declaration of Paul S. Eck

1    areas" such as residence buildings or state assets. Units can provide area security as

2    well as conducting traffic control points in an emergency. California relies on these

3    units as a part of its "Quick Reaction Force" (NGRF), which is used to rapidly

4    respond and support the needs of Californians in an emergency.

5        45. The California National Guard also provides critical cybersecurity

6    support for the State, including providing staffing to CalOES's operation of the Cal

7    CSIC (Cyber Security Integration Center). Cal CSIC aids in identifying and

8    tracking cyber-attacks and coordinating response efforts to combat those attacks.

9        46. The California National Guard operates the Cyber Network Defense

10   Team (CND-T), which supports cyber vulnerability inspections of state agencies,

11   state schools, and, by request, local education agencies and city and county

12   governments. These state agency vulnerability assessments are mandated by

13   California Government Code section 11549.3, which also authorizes CND-T to

14   conduct vulnerability assessments, known as Independent Security Assessments

15   (ISAs) of state agencies and state schools as coordinated through the California

16   Department of Technology.

17       **Impact of Federalization**

18       47. As recounted above, the DOD June 7 Order federalized 2,000 members

19   of the 79th Infantry Brigade Combat Team, which included a large number of guard

20   members who serve in CMD's Taskforce Rattlesnake and Counterdrug Taskforce.

21       48. This deployment is pulling California National Guard members away

22   from their critical drug interdiction work. This will undermine the State's critical

23   investment in this area.

24       49. This deployment is also pulling away highly trained fire mitigation and

25   prevention and direct fire suppression CMD specialists at the start of California's

26   wildfire season.

27       50. Most critically, diverting members of the National Guard impairs the

28   Governor's ability to respond to emergencies. As set forth above, California

10

Declaration of Paul S. Eck

1   National Guard resources are limited, and the State does not have an excess of

2   National Guard servicemembers to carry out emergency functions, even without

3   taking into account specialized training.

4        I declare under penalty of perjury under the laws of the United States that the

5   foregoing is true and correct.

6        Executed on June 10, 2025, at Sacramento, California.

7

8                                                      _____

9                                                      Declaration of Paul S. Eck

**ER-76**                                                    Declaration of Paul S. Eck

1   ROB BONTA
    Attorney General of California
2   MARISSA MALOUFF
    JAMES E. STANLEY
3   Supervising Deputy Attorneys General
    NICHOLAS ESPÍRITU
4   LUKE FREEDMAN
    ROBIN GOLDFADEN
5   BRENDAN M. HAMME
    LORRAINE LOPEZ
6   KENDAL MICKLETHWAITE
    MEGAN RICHARDS
7   Deputy Attorneys General
    LAURA L. FAER
8   Acting Senior Assistant Attorney General
    1515 Clay St.
9   Oakland, CA 94612
    Telephone: (510) 879-3304
10  E-mail: Laura.Faer@doj.ca.gov
    *Attorneys for Plaintiffs*

11

12                IN THE UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15

| | |
|---|---|
| 16  **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,** | |
| 17 | **DECLARATION OF BRIAN OLMSTEAD** |
| 18 | |
| 19                          Plaintiffs, | Date: |
| | Time: |
| 20              v. | Courtroom: |
| | Judge: Charles R. Breyer |
| 21  **DONALD TRUMP, IN HIS OFFICIAL** | Trial Date: |
| **CAPACITY AS PRESIDENT OF THE** | Action Filed: 6/9/2025 |
| 22  **UNITED STATES; PETE HEGSETH, IN** | |
| **HIS OFFICIAL CAPACITY AS SECRETARY** | |
| 23  **OF THE DEPARTMENT OF DEFENSE;** | |
| **U.S. DEPARTMENT OF DEFENSE,** | |
| 24 | |
| 25  Defendants. | |

26

27

28

                                1

# DECLARATION OF BRIAN OLMSTEAD

I, Brian Olmstead, declare as follows:

1.     I am over the age of 18 years and a U.S. citizen. I know the following facts based on my own personal knowledge and on my review of information and records gathered by California Governor's Office of Emergency Services (Cal OES) staff in the ordinary course of business, and if called as a witness, I could and would testify competently to the matters set forth below.

2.     I currently serve as an Assistant Chief in the Law Enforcement Branch (LEB) of the California Governor's Office of Emergency Services (Cal OES). As an Assistant Chief, my duties include, but are not limited to: implementing and coordinating California's Law Enforcement Mutual Aid System (Mutual Aid System) in case of a natural or war-caused disaster, civil disturbance, mass casualty event, or homeland security incident; consulting with and advising local law enforcement organizations in the utilizing California's Mutual Aid System; assisting in the coordination of emergency law enforcement activities during the time of a natural or war-caused disaster or civil disturbance; and providing planning and training guidance for law enforcement and homeland security programs.

3.     California's Law Enforcement Mutual Aid System was established in 1961 and has been used to restore order during emergencies, including civil unrest, and to provide assistance to local agencies during other unusual events or catastrophic disasters. As a component of the Standardized Emergency Management System (SEMS), the Mutual Aid System is based on four organizational levels: cities, counties, regions, and the State. The state is divided into seven Law Enforcement Mutual Aid Regions. Cal OES Law Enforcement Branch has Assistant Chiefs assigned to each of the seven regions for direct coordination with law enforcement chiefs and sheriffs within each region. I am the

2

1   Assistant Chief assigned to Region 1, which is comprised of Los Angeles and

2   Orange Counties.

3       4.    The County Sheriff serves as the "Operational Area Mutual Aid

4   Coordinator." In each of the seven regions, one Sheriff, elected by his or her peers,

5   serves as the Regional Mutual Aid Coordinator (RMAC). The Los Angeles County

6   Sheriff is the Regional Mutual Aid Coordinator for Region 1.

7       5.    Under the Mutual Aid System, within an operational area, adjacent or

8   neighboring law enforcement agencies will assist one another. Should an event

9   require assistance from outside the county, the region will provide requested

10   assistance to the impacted county. If the combined resources of the region are

11   insufficient to cope with the incident, the Regional Coordinator contacts the Cal

12   OES Law Enforcement Branch for coordination of resources.

13       6.    As Assistant Chief, on June 6, 2025, I began monitoring the protests

14   occurring in the city of Los Angeles at the Metropolitan Detention Center that

15   began that day, involving individuals protesting immigration enforcement activities

16   being carried out by U.S. Immigration and Customs Enforcement (ICE). I was in

17   regular communication with representatives of the Los Angeles Police Department

18   (LAPD) and the Los Angeles County Sheriff's Department (LASD) regarding the

19   situation. On June 6, 2025, Both LAPD and LASD informed me that they were not

20   in need of any additional resources, whether additional personnel or equipment. I

21   understand that LAPD had reassigned about 150 additional officers to the area

22   around Metropolitan Detention Center. Based on my observations and experience,

23   which includes serving 32 years as a peace officer with the Santa Barbara County

24   Sheriff's Department, local law enforcement was effectively managing the

25   situation.

26       7.    I continued to monitor activities occurring in the city and county of Los

27   Angeles on June 7, 2025, as it appeared that federal immigration enforcement

28   activities were continuing and, thus, protests would continue. Protests did continue

3

Declaration of Brian Olmstead

1   at the Metropolitan Detention Center, as well as in the cities of Paramount and

2   Compton. Nonetheless, I did not receive any requests for mutual aid, which is an

3   indication that local law enforcement agencies felt they were capable of controlling

4   the situation. I understand that LASD provided at least 200 deputies to respond to

5   the protests in Paramount and Compton. I further understand that part of the

6   assistance provided by LASD included their Sheriff's Response Team – a team

7   with specialized training in handling civil unrest – as well as Mobile Field Force.

8        8.     As I was traveling to the Los Angeles County Sheriff's Department

9   Operations Center, at about 5:15 PM on June 7, I was contacted by representatives

10   of both LAPD and LASD asking me if the National Guard was being deployed and

11   who was deploying them. Typically, during fires or other disasters, agencies that

12   exhaust their local resources and need assistance will submit a request through the

13   Mutual Aid System requesting the assistance of the National Guard to provide

14   assistance in conducting activities like staffing traffic control points to enable

15   officers/deputies to focus on other law enforcement activities. As neither LAPD nor

16   LASD had made such a request, it was unclear to them how the National Guard was

17   being activated.

18        9.     During the evening of June 7, I observed the protest activities and law

19   enforcement response from the LASD Department Operations Center. Based on my

20   observations and conversations with LAPD, the protest activities at the

21   Metropolitan Detention Center were fairly in control with some incidents with

22   protesters targeting the Metropolitan Detention Center. After federal officers

23   pushed protesters away from the detention center, LAPD moved in front of the

24   federal officers' skirmish line and declared an unlawful assembly. By 2:15 a.m.,

25   most of the protestors had left the area. Most activity that evening was focused in

26   the cities of Paramount and Compton, where the LASD deployed additional

27   resources to assist with crowd movement and control, as federal officers moved

28   protesters away from federal property and onto the streets, which are within the

4

Declaration of Brian Olmstead

1   jurisdiction of local law enforcement. At that time, some protesters unfortunately

2   began to engage in dangerous behavior such as throwing rocks and other objects,

3   including a Molotov Cocktail at deputies damaging vehicles, burning a vehicle,

4   looting a gas station, and vandalizing property. Two deputies were injured during

5   the incident. Local law enforcement was able to bring the situation under control

6   and it is my understanding that by 4:00 a.m. on the morning of June 8, the LASD

7   demobilized its teams, after it de-escalated the situation.

8       10.   In my estimation, there were approximately 300 to 400 protesters present

9   on the evening of June 7 in the cities of Paramount and Compton, and that at least

10  11 individuals were arrested for engaging in unlawful behavior that evening related

11  to the protests in Los Angeles, Paramount, and Compton.

12      11.   On the morning of Sunday, June 8, I was contacted by individuals with

13  the LAPD and LASD asking if the National Guard had arrived. I subsequently

14  learned that they had arrived in the area, but it was not clear what role they were to

15  play or what orders they were provided. In addition, there were concerns that

16  having been deployed so quickly, the National Guard members did not have the

17  equipment or training necessary to handle the situation. Without such equipment

18  and training, and without any police powers, the National Guard members would be

19  limited in how they could respond to protesters when equipped only with a rifle, a

20  baton, and a shield.

21      12.   As the day progressed, there was a significant increase in the number of

22  protesters in the area, and in particular at the Metropolitan Detention Center, where

23  the National Guard were deployed. It appeared that the crowd at the Metropolitan

24  Detention Center had increased significantly from the prior days' protest. LAPD

25  estimated over 3,500 protesters. In addition, many of the protesters appeared angry

26  that the National Guard had been federalized and was now present in their city. The

27  presence of the National Guard seemed to only inflame the protesters further.

28

5

Declaration of Brian Olmstead

13.   In addition to LAPD and LASD, the California Highway Patrol also deployed to the protest area as protestors had blocked Highway 101 after moving away from the Metropolitan Detention Center. Additionally, law enforcement mutual aid resources were requested from several law enforcement agencies both inside and outside of Los Angeles County to assist with controlling and addressing the civil unrest.

14.   I understand that at least 42 individuals were arrested related to their conduct during protests on June 8, with at least 19 of those individuals having been arrested by the CHP.

15.   Given that the number of protesters has increased since the arrival of the National Guard, LAPD is now seeking the assistance of additional officers and these needs are being met by local law enforcement through California's Law Enforcement Mutual Aid System.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 10, 2025, at Los Angeles, California.

Brian Olmstead

Brian Olmstead

Declaration of Brian Olmstead

**ROB BONTA**
Attorney General of California
LAURA L. FAER
Acting Senior Assistant Attorney General
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
LUKE FREEDMAN
ROBIN GOLDFADEN
BRENDAN M. HAMME
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
MEGAN RICHARDS
NICHOLAS ESPÍRITU
Deputy Attorneys General
  1515 Clay St.
  Oakland, CA  94612
  Telephone: (510) 879-3908
  E-mail:  nicholas.espiritu@doj.ca.gov
 *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,<br><br>Defendants. | NO.  3:25-cv-04870-CRB<br><br>**DECLARATION OF NICHOLAS ESPIRITU IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Judge:      Hon. Charles R. Breyer<br>Trial Date:   None Set<br>Action Filed: June 9, 2025 |

1

1    I, Nicholas Espíritu, declare under penalty of perjury that the following is true and correct:

2    1.    I am an attorney licensed to practice law in the State of California, admitted to the

3    bar of this Court, and a Deputy Attorney General in the Office of the Attorney General, California

4    Department of Justice. The Attorney General is counsel to Plaintiffs Governor Gavin Newsom

5    and the State of California. I make this declaration in support of Plaintiffs' motion for a

6    temporary restraining order.

7    2.    I am over the age of 18 and have personal knowledge of all the facts stated herein,

8    except to those matters stated upon information and belief; as to those matters, I believe them to

9    be true. If called as a witness, I could and would testify competently to the matters set forth

10    below.

11    3.    Attached hereto as **Exhibit A** is a true and correct copy of the Service Employees

12    International Union's ("SEIU") June 9, 2025 Press Release following the release of David Huerta,

13    entitled *STATEMENT: SEIU President April Verrett on David Huerta's Release from Federal*

14    *Custody* and available on SEIU's official website at https://www.seiu.org/2025/06/statement-seiu-

15    president-april-verrett-on-david-huertas-release-from-federal-custody.

16    4.    Attached hereto as **Exhibit B** is a true and correct copy of is a true and correct

17    copy of U.S. Immigration and Customs Enforcement's ("ICE") Enforcement and Removal

18    Operation Statistics, available on ICE's official website at https://www.ice.gov/statistics, last

19    accessed on June 10, 2025.

20    5.    Attached hereto as **Exhibit C** is a true and correct copy of an October 2, 2024

21    article written by Joseph Nunn and published by the Brennan Center for Justice, entitled *Limiting*

22    *the Military's Role in Law Enforcement*, and available on the Brennan Center for Justice's official

23    website at https://www.brennancenter.org/our-work/policy-solutions/limiting-militarys-role-law-

24    enforcement.

25    6.    Attached hereto as **Exhibit D** is a true and correct copy of a June 6, 2025 article

26    published by ABC 7 News Los Angeles, entitled *Crowds clash with federal agents after dozens*

27    *detained in ICE raids across LA*, and available on ABC 7 News's official website at

28

2

1    https://abc7.com/post/multiple-people-detained-ice-homeland-security-agents-conduct-2-

2    separate-investigations-la/16678559/.

3         7.      Attached hereto as **Exhibit E** is a true and correct copy of the June 7, 2025

4    Memorandum from President Trump to the Secretary of Defense, Attorney General, and

5    Secretary of Homeland Security, regarding "Department of Defense Security for the Protection of

6    Department of Homeland Security Functions."

7         8.      Attached hereto as **Exhibit F** is a true and correct copy of a June 7, 2025 article

8    written by Damian Dovarganes and Olga R. Rodriguez and published by the Associated Press,

9    entitled *Federal authorities arrest dozens for immigration violations across Los Angeles*, and

10    available on the Associated Press's official website at https://apnews.com/article/immigration-

11    raids-los-angeles-f8c4160e32be0ff77c5d4bf0ccef98cc.

12         9.      Attached hereto as **Exhibit G** is a true and correct copy of a June 7, 2025 article

13    published by Al Jazeera, entitled *ICE launches 'military-style' raids in Los Angeles: What we*

14    *know*, and available on Al Jazeera's official website at

15    https://www.aljazeera.com/news/2025/6/7/ice-launches-military-style-raids-in-los-angeles-what-

16    we-know.

17         10.      Attached hereto as **Exhibit H** is a true and correct copy of a June 7, 2025 article

18    written by Melanie Mason and published by Politico, entitled *Newsom blasts deployment of*

19    *National Guard to LA as 'purposefully inflammatory'*, and available on Politico's official website

20    at https://www.politico.com/news/2025/06/07/newsom-national-guard-los-angeles-00393526.

21         11.      Attached hereto as **Exhibit I** is a true and correct copy of a June 6, 2025 article

22    published by Fox 11 Los Angeles News, entitled *LA immigrant families reportedly detained by*

23    *ICE at routine check-ins sparks human rights concerns*, and available on Fox 11 News's official

24    website at https://www.foxla.com/news/ice-la-immigration-routine-check-ins-human-rights-

25    concerns.

26         12.      Attached hereto as **Exhibit J** is a true and correct copy of a June 8, 2025 Press

27    Release from U.S. Northern Command (USNORTHCOM), entitled *USNORTHCOM statement*

28    *regarding protection of federal property and personnel in the Los Angeles Area*, and available on

3

ESPIRITU DEC. ISO. PLTE'S EX PARTE MTN FOR A TEMPORARY RESTRAINING ORDER

1    USNORTHCOM's official website at https://www.northcom.mil/Newsroom/Press-
2    Releases/Article/4209228/usnorthcom-statement-regarding-protection-of-federal-property-and-
3    personnel-in/.

4         13.    Attached hereto as **Exhibit K** is a true and correct copy of a June 8, 2025 letter
5    sent from the California Office of the Governor to Secretary of Defense Pete Hegseth, regarding
6    Federalization of the California National Guard, via e-mail delivery.

7         14.    Attached hereto as **Exhibit L** is a true and correct copy of a June 7, 2025 post on
8    the social media website X by Mayor of Los Angeles Karen Bass, available on X's website at
9    https://x.com/MayorOfLA/status/1931518214414172656?.

10        15.    Attached hereto as **Exhibit M** is a true and correct copy of a June 8, 2025 article
11   written by Tyler Pager and published by the New York Times, entitled *Trump Jumps at the*
12   *Chance for a Confrontation in California Over Immigration*, and available on the New York
13   Times's official website at https://www.nytimes.com/2025/06/08/us/politics/trump-california-
14   immigration.html.

15        16.    Attached hereto as **Exhibit N** is a true and correct copy of ongoing news coverage
16   last updated on June 9, 2025 at 10:33 p.m. PT and published by NBC News, entitled *700 Marines*
17   *will deploy as immigration protests continue*, and available on NBC News's official website at
18   https://www.politico.com/news/2025/06/07/newsom-national-guard-los-angeles-00393526

19        17.    Attached hereto as **Exhibit O** is a true and correct copy of the June 7, 2025
20   Memorandum for Adjutant General of the California National Guard Through: The Governor of
21   California, with the subject line "Calling Members of the California National Guard into Federal
22   Service."

23        18.    Attached hereto as **Exhibit P** is a true and correct copy of a June 9, 2025
24   Memorandum for Adjutant General of the California National Guard Through: The Governor of
25   California, with the subject line "Calling Additional Members of  the California National Guard
26   into Federal Service."

27        19.    Attached hereto as **Exhibit Q** is a true and correct copy of a June 7, 2025 press
28   release from California Governor Gavin Newsom, entitled *Governor Gavin Newsom on speaking*

4

1   *out peacefully*, and available on the Governor's official website at

2   https://www.gov.ca.gov/2025/06/07/governor-gavin-newsom-on-speaking-out-peacefully/.

3        20.     Attached hereto as **Exhibit R** is a true and correct copy of a June 9, 2025 article

4   written by Austin Turner, Dean Fioresi, and Camilo Montoya-Galvez and published by CBS

5   KCAL News, entitled *Los Angeles immigration enforcement operations set to continue after*

6   *weekend of protests, National Guard deployment*, and available on CBS News's official website

7   at https://www.cbsnews.com/losangeles/news/national-guard-troops-los-angeles-immigration-

8   protests/.

9        21.     Attached hereto as **Exhibit S** is a true and correct copy of a June 10, 2025 letter

10   sent from the California Office of the Governor to Secretary of Defense Pete Hegseth, regarding

11   Federalization of the California National Guard, via e-mail delivery.

12        22.     Pursuant to N.D. Cal. L.R. 65-1 and Fed. R. Civ. P. 65, counsel from my office

13   emailed notice of the instant application to counsel for the Defendants, the United States

14   Department of Justice at Garry.Hartlieb2@usdoj.gov; Eric.Hamilton@usdoj.gov;

15   Alex.Haas@usdoj.gov; Christopher.Edelman@usdoj.gov; and Ben.Kurland@usdoj.gov. The

16   United States Department of Justice stated to our office "Defendants oppose any ex parte

17   proceedings in this matter and request no less than 24 hours from the time that Plaintiffs file their

18   motion for a temporary restraining order to file a response brief.  Should the Court desire to rule

19   on the temporary restraining order in the absence of Defendants' written response, Defendants

20   seek to be heard at a hearing and are available at any time."

21

22       I declare under penalty of perjury under the laws of the United States that the foregoing is

23   true and correct.

24   Executed on June 10, 2025, at Oakland, California.

25                           /s/ Nicholas Espíritu

26                           Nicholas Espíritu

27

28

**EXHIBIT I**

Watch Live

# LA immigrant families reportedly detained by ICE a routine check-ins sparks human rights concerns

By FOX 11 Digital Team | Published June 6, 2025 8:48am PDT | Immigration | FOX 11 |

**LA ICE raids conducted at multiple locations; community speaks out**

Several protests were held Friday in response to immigration raids at various locations in Los Angeles.

---

**The Brief**

- Immigrant families, including children, are reportedly being detained by ICE at the Los Angeles federal building during routine check-ins.

- Advocates and a U.S. Representative describe conditions as inhumane, with overcrowding, lack of food and water, and families held overnight.

- No official statement from ICE or DHS on these specific detentions is currently availabl but investigations are being demanded.

---

**ER-89**

**LOS ANGELES** - Alarming reports from the Edward R. Roybal Federal Building in downtown Los Angeles indicate that immigrant families, including asylum seekers and children, are being detained by Immigration and Customs Enforcement (ICE) during what were previously considered routine check-ins.

This concerning shift in practice has sparked immediate human rights concerns and demands for an investigation from prominent officials and advocacy groups, who describe conditions for those held as inhumane.

## Inhumane conditions reported at federal building

What we know: Immigrants, many asylum seekers with children, were reported detained by ICE after arriving for scheduled check-ins at the Roybal Federal Building. Eyewitness accounts and attorney reports detail overcrowded conditions, with individuals held in the building's basement, conference rooms, and even outdoor tents due to lack of space. People are being processed and moved to facilities out of state that have room, as there is none left in the local facilities.

Detainees have reportedly been deprived of food and water for 12 to 24 hours or more, with some families, including young children, forced to endure these conditions overnight. Additionally, lights in the building reportedly shut off at 5 p.m., leaving families in complete darkness.

One attorney reported a client was being held without food or water from 2 p.m. until the next day, while his wife and two children waited over 12 hours. There are also reports of a 20-year-old woman being held alone, separated from her mother, despite having legally checked in with ICE for years and being days from a court date for an asylum process.

Attorneys inside said this began Tuesday, with more than a hundred people in custody. Local immigration groups protesting outside the federal building and the



Metropolitan Holding Facility say people are being denied due process and that the federal building basement is not a fitting location to hold people.

**LA ICE Raids: Protesters rally in downtown**

Hundreds gathered in downtown LA Friday to protest immigration raids that w being conducted throughout the city.

What they're saying: Representative Jimmy Gomez (CA-34), whose district inclu the Roybal Federal Building, condemned the detentions.

"These are very disturbing reports from L.A.'s Roybal Federal Building," said Gomez. "Law-abiding asylum seekers — many with kids — are being detained after showing up for routine ICE check-ins. No food. No water. Locked in holdir rooms for over 12 to 24 hours. These are not criminals. These are families who followed the rules. Filed the paperwork. Showed up on time. Instead, they're being treated like they broke the law just for seeking asylum."

Gomez further added, "This isn't 'just how the system works.' This is a system breaking people. Bureaucracy weaponized against those who complied. DHS—demand to go in to get answers. We need to know why law-abiding asylum seekers are being detained, separated, and treated like criminals."

The League of United Latin American Citizens (LULAC) also issued a national ale and demanded an immediate federal investigation. Roman Palomares, LULAC National President and Chairman of the Board, stated, "This is beyond unacceptable — it is unconscionable. The notion that our federal courthouse – place that symbolizes the pursuit of justice — is now being used as a de facto detention facility under ICE authority, is an affront to every value our nation is supposed to uphold. We are demanding answers: Who is being held, who is holding them, and under what legal justification? We must not allow the courthouse to become a cage."

Palomares continued, "It is inconceivable that in the United States of America, a nation that claims to value the rule of law, we are seeing such blatant disregard for due process, civil rights, and human dignity. These are individuals whose las hope rests with the U.S. judicial system. Instead, they are being detained in the very place they came to for justice. This violates our own constitution and international human rights standards."

The other side: While no specific statement from ICE or the Department of Homeland Security (DHS) regarding these particular allegations the Roybal Federal Building is currently available, ICE operates under a broad mandate to enforce U.S. immigration laws.

According to attorneys on site, ICE claims it can detain people indefinitely even they have a "legal stay," which is generally a temporary suspension of a deportation order.

From ICE's general operational perspective, the presence of a legal stay does n
always preclude detention, as individuals may still be deemed ultimately
removable under immigration statutes or present other factors that, in ICE's vie
warrant continued custody. Enforcement actions, including arrests at check-ins
are part of ICE's stated mission to apprehend individuals violating immigration
laws.

## Nationwide arrests

Big picture view: These reported detentions in LA align with a broader federal
effort to significantly escalate immigration arrests nationwide.
Internal government data shows ICE arrests during President
Donald Trump's second term have already surpassed 100,000 this week,
including over 2,000 arrests on both Tuesday and Wednesday. This marks a
dramatic increase from the daily average of approximately 660 arrests during t
first 100 days of the Trump administration.

These numbers reportedly move closer to the stated goal of top administration
officials, such as White House deputy chief of staff Stephen Miller, who has
pushed for ICE to conduct "a minimum" of 3,000 arrests each day.

**ICE raid at alleged underground nightclub in LA**

Agents with homeland security and ICE raided an alleged underground nightclu
in Los Angeles. HSI Los Angeles said more than 30 people with ties to China an
Taiwan were arrested in the raid.

This aggressive expansion, which includes arresting migrants and asylum-seeke
at court hearings or check-in appointments, is seen by critics as deterring
individuals from complying with the legal process and creating a dangerous
situation for immigrant communities.

What's next: LULAC is urgently calling for a full and immediate investigation by
Department of Justice and the Office of the Inspector General. The
also demand an accounting from ICE and federal court officials
regarding the legal basis and circumstances of these detentions, a halt to any
deportation actions until due process is fully afforded to every individual in
custody, and oversight by members of Congress, particularly the Congressiona
Hispanic Caucus and the House and Senate Judiciary Committees.

**ER-94**

Representative Gomez has also demanded access to the facility. As the son of immigrants, Gomez has been a strong advocate for immigrant families, previou filing an amicus brief urging the court to uphold the 14th amendment's guaran of citizenship and supporting the Dream and Promise Act of 2025.

He has also called on the IRS and DHS to halt the misuse of confidential taxpay data for immigration enforcement and is leading efforts to reinstate the Citizenship and Assimilation (C&A) Grant Program.

**The Source:** This article's information comes directly from official statement and reports by Representative Jimmy Gomez and the League of United Latin American Citizens (LULAC). Context for the broader immigration enforcemer trends was sourced from a Fox News report based on internal government data.

**Immigration**     **Los Angeles**     **Instastories**     **Downtown LA**

This material may not be published, broadcast, rewritten, or redistributed. ©2025 FOX Television Stations

**EXHIBIT A**



**Contact:**
SEIU National Media, media@seiu.org

Issued June 09, 2025

# STATEMENT: SEIU President April Verrett on David Huerta's Release from Federal Custody

*Following the release of SEIU California and SEIU-USWW President David Huerta from federal custody, SEIU International President April Verrett released the following statement.*

"David Huerta was arrested while standing up for immigrants' rights. Today, a judge set him free after federal authorities attacked, injured, and unjustly detained him since Friday. We are relieved that David is free and reunited with his family and we are deeply grateful to the hundreds of elected officials, civil rights leaders, labor partners and allies from across the nation who stood in solidarity and demanded David's release.

"But this struggle is about much more than just one man. Thousands of workers remain unjustly detained and separated from their families. At this very moment, immigrant communities are being terrorized by heavily militarized armed forces. The Trump regime calling in the National Guard is a dangerous escalation to target people who disagree with them. It is a threat to our democracy. The federal government should never be used as a weapon against people who disagree with them.

"SEIU will always stand up to protect the rights and dignity of hard working people, and the safety of workers in the workplace. Imagine what it feels like for thousands of workers around the country to be attacked by masked men with weapons, or to bear witness to their co-workers getting dragged away, knowing their kids may not see them again.

"It is shameful and wrong that this administration is attempting to tear apart our families, communities and disrupt the lives of peaceful, hardworking people. It is yet another attempt to use people's race and

country of origin to divide us as Americans. It won't work. And these cruel ICE raids are economically destructive, hurting all working people by targeting the essential immigrant workers who are the backbone of our economy.

"America is a nation of immigrants. Immigrant workers are essential to our society: feeding our nation, caring for our elders, cleaning our workplaces, and building our homes. Immigrants are scientists, they are teachers and professors. They are our co-workers, neighbors and family members. They deserve our respect and they need their constitutional rights respected.

"We demand the release of all people unjustly detained, and an end to the raids. We demand that all immigration proceedings uphold the principles of due process, and that all detainees have access to the legal representation and rights promised by the constitution."

\###

\###

About     Blog     Members     Careers     Press

      

Privacy     Contact     Search     Join Us

© 2025 Service Employees International Union

1800 Massachusetts Ave NW
Washington, DC 20036

Paid for by SEIU COPE and United We Can, seiu.org. Not authorized by any candidate or candidate's committee.



**EXHIBIT** B

(101 of 256), Page 101 of 256
Case: 25-3727, 07/22/2025, DktEntry: 57.1, Page 101 of 256
Case 3:25-cv-04870-CRB    Document 8-1    Filed 06/10/25    Page 19 of 129

 An official website of the United States government

 **Official websites use .gov**
A **.gov** website belongs to an official government organization in the United States.

🔒 **Secure .gov websites use HTTPS**
A **lock** (🔒) or **https://** means you've safely connected to the .gov website. Share sensitive information only on official, secure websites.

## U.S. Immigration and Customs Enforcement

Search

Call 1-866-DHS-2-ICE          Report Crime

ICE

## ICE Enforcement and Removal Operations Statistics

U.S. Immigration and Customs Enforcement's Enforcement and Removal Operations (ERO) officers enforce immigration laws within the interior to preserve national security and public safety.

ERO manages all aspects of the immigration enforcement process, including the identification, arrest, detention and removal of aliens who are subject to removal or are unlawfully present in the United States.

Like all law enforcement agencies, ERO officers prioritize their enforcement actions based on agency and department priorities, funding and capacity. ERO operations are flexible enough to allow its officers to respond to events such as spikes in border crossings, modifications to U.S. laws, pandemics, and natural disasters at home and abroad.

**The following dashboards present for the first time information and trends in arrests, detentions, removals and alternatives to detention as of December 31, 2024.**

The dashboards will be updated quarterly.



ERO enforces laws by arresting immigration violators in the interior of the United States. It relies on statutory law enforcement authority to identify and arrest aliens who may present threats to national security or public safety, or who otherwise undermine the integrity of U.S. immigration laws. ERO uses targeted, intelligence-driven operations to prioritize its enforcement actions in ways that help protect communities nationwide. While ERO primarily conducts administrative arrests of aliens it has probable cause to believe are removable from the United States, it also has the authority to execute criminal arrest warrants and initiate prosecutions for criminal activity, including immigration-related crimes. ERO officers assigned to task forces also help target and apprehend foreign fugitives in the United States who are wanted for crimes here and abroad by working with domestic and international partners.

- **Arrests by country of citizenship and criminal history:** ERO arrests are broken down by country of citizenship and categories of criminal history that include people with:

**ER-101**

○ U.S. criminal convictions.
○ Pending criminal charges in the United States.
○ No convictions or pending charges but who have broken U.S. immigration laws including visa overstays and Visa Waiver Program violators.*

*This category includes those who have repeatedly violated U.S. law by reentering after deportation, immigration fugitives with an executable final order of removal, and international fugitives wanted for crimes committed abroad.
○ For fiscal years 2021 and 2022, this category also includes individuals apprehended while attempting to unlawfully enter the United States after January 1, 2021.
- **ERO arrests over time:** Historically, ERO most commonly arrests immigration violators with convictions involving DUI, drug possession, assault and criminal (non-civil) traffic offenses such as hit-and-run or leaving the scene of an accident.
- **Arrests by Area of Responsibility (AOR):** ERO has 25 field offices, which are geographic areas of responsibility, around the country, each headed by a field office director.

## ARRESTS



ICE provides the above Arrests, Removal, Detention and Alternatives to Detention statistics for public use. ICE confirms the integrity of the data as published on this site and cannot attest to subsequent transmissions. Data fluctuate until "locked" at the conclusion of the fiscal year. These statistics are published with data one quarter in arrears. Future quarter-end and year-end reporting may include corrections and other updates and will supersede previous quarter's data.

*The Harlingen AOR was added from parts of San Antonio and Houston in FY2022.

(103 of 256), Page 103 of 256

Case: 25-3727, 07/22/2025, DktEntry: 57.1, Page 103 of 256
Case 3:25-cv-04870-CRB    Document 8-1    Filed 06/10/25    Page 21 of 129



ERO oversees the civil immigration detention of one of the most diverse and rapidly changing detained populations in the world. The ERO Headquarters Custody Management and ICE Health Service Corps divisions help officers in the field manage the detained population and ensure detained aliens' health and safety, ensure compliance with ICE's detention standards, and provide medical care — including mental health care — to detained individuals.

ICE detains individuals as necessary, including to secure their presence for immigration proceedings and removal from the United States. ICE also detains those who are subject to mandatory detention under U.S. immigration law and those a supervisor has determined are public safety or flight risks.

After ICE arrests and processes individuals for administrative immigration violations or CBP and other state, local and federal law enforcement partners turn them over to ICE, officials may detain them while their immigration cases are pending or release them under a form of supervision. Both ICE and the Department of Justice's Executive Office for Immigration Review — the office that oversees the immigration court system — can impact custody status at various points during a alien's immigration proceedings.

Officials make custody determinations on an individual basis, taking into account all facets of a person's situation, including their immigration history and criminal records. Authorities also consider family ties, humanitarian issues and whether a person may be a flight risk.

Whenever possible, ICE seeks to house detained individuals within the geographical areas of their arrests to minimize their time in ICE custody and keep them close to family, friends and legal representatives.

Most detained individuals are transfers from CBP following arrests at the border. ICE is legally obligated to detain some of these people, including those with certain criminal histories.

If an alien or their representative believes they should not be subject to enforcement, detention or removal, they should contact their local ERO field office to request a case review or initiate the ICE Case Review process. People who want to contact ICE about their cases should first notify their local ERO field office via email with supporting documentation for an initial review.

- **Detention by country of citizenship and criminal history:** Detained individuals are categorized in the following ways:
  - Individuals with criminal convictions.
  - Individuals with pending criminal charges.
  - Those with no convictions or pending charges but who have broken U.S. immigration laws.*

    *The third category includes individuals without any known criminal convictions or pending charges who have repeatedly violated U.S. law by reentering after deportation; immigration fugitives with a final order of removal by an immigration judge; and foreign fugitives wanted for crimes committed abroad.

- **Detention over time:** Most detained individuals are transfers from CBP following arrests made at the border. Higher numbers of border crossings are typically associated with higher detention numbers.

DETENTION



ICE provides the above Arrests, Removal, Detention and Alternatives to Detention statistics for public use. ICE confirms the integrity of the data as published on this site and cannot attest to subsequent transmissions. Data fluctuate until "locked" at the conclusion of the fiscal year. These statistics are published with data one quarter in arrears. Future quarter-end and year-end reporting may include corrections and other updates and will supersede previous quarter's data.

*The Harlingen AOR was added from parts of San Antonio and Houston in FY2022.



ICE's authority to remove aliens exists under the Immigration and Nationality Act pursuant to Title 8 of the U.S. Code, sometimes called "Title 8 authority."

Between March 2020 and May 2023, the Department of Homeland Security quickly expelled irregular border crossers from the United States under a public health order the Centers for Disease Control and Prevention issued March 21, 2020, sometimes called "Title 42 authority."

**Title 8:** ICE principally removes aliens from the United States after they have received a final order of removal. These removal operations require complex coordination, management and facilitation efforts to successfully remove and return aliens from the United States. ERO accomplishes this mission through charter flights and on commercial airlines for escorted and unescorted removals, in addition to ground transportation missions on the northern and southern borders and at ports of entry.

ERO's highest-profile removals generally comprise fugitives wanted for serious crimes in other countries, such as homicide, gang-related offenses, corruption and fraud. Often, these individuals come to ERO's attention because of Interpol notices. Other high-profile removals include known or suspected terrorists, those involved in counterproliferation crimes, and those on the terrorist watch list and no-fly list. War criminals and others convicted or suspected of committing human rights abuses — including torture, ethnic cleansing and genocide — are also in this category. Authorities escort high-profile removals out of the country via commercial flights, regularly scheduled ICE charter flights and special high-risk charters. In many cases, the individuals are turned over to law enforcement authorities in their home country to face charges or sentencing.

**Title 42:** Title 42 is a public health authority guided by the CDC and is not an immigration authority. On March 21, 2020, The U.S. Department of Health and Human Services transferred Title 42 Public Health Authority to CBP. Under Title 42, CBP prohibited the entry of certain people who potentially posed a health risk by being subject to previously announced travel restrictions or having unlawfully entered the country to bypass health screening measures. Under Title 42 authority, DHS rapidly expelled irregular border crossers to their country of last transit — Canada or Mexico — or, when such an expulsion was not possible, interagency partners engaged foreign government officials to secure aliens' expulsion to their countries of origin.

## REMOVALS



ICE provides the above Arrests, Removal, Detention and Alternatives to Detention statistics for public use. ICE confirms the integrity of the data as published on this site and cannot attest to subsequent transmissions. Data fluctuate until "locked" at the conclusion of the fiscal year. These statistics are published with data one quarter in arrears. Future quarter-end and year-end reporting may include corrections and other updates and will supersede previous quarter's data.

*The Harlingen AOR was added from parts of San Antonio and Houston in FY2022.

ICE served a role in transporting aliens expelled under Title 42 via ICE charter flights.

The data in the chart below represents only Title 42 expulsions conducted by ICE via ICE charter flights. Effective May 11, 2023, President Joe Biden declared the end of the COVID-19 national emergency.

Comprehensive data related to Title 42 expulsions for the United States is available through CBP. For additional information, please visit CBP's Title 42 statistical report.

EXPULSIONS

**ER-106**

(107 of 256), Page 107 of 256
Case: 25-3727, 07/22/2025, DktEntry: 57.1, Page 107 of 256
Case 3:25-cv-04870-CRB    Document 8-1    Filed 06/10/25    Page 25 of 129



Individual T42 Expulsion flights may stop at multiple locations. ICE confirms the integrity of the data as published on this site and cannot attest to subsequent transmissions. Data fluctuates until "locked" at the conclusion of the fiscal year. These statistics are published with data one quarter in arrears. Future quarter-end and year-end reporting may include corrections and other updates and will supersede previous quarter's data.



(108 of 256), Page 108 of 256

Case: 25-3727, 07/22/2025, DktEntry: 57.1, Page 108 of 256
Case 3:25-cv-04870-CRB    Document 8-1    Filed 06/10/25    Page 26 of 129

The Alternatives to Detention (ATD) program's Intensive Supervision Appearance Program is an alien compliance tool overseen by ERO.

ATD uses technology and case management to more closely monitor cases assigned to the non-detained docket where detention is not necessary or appropriate. The level of supervision and technology participants are assigned is based on their current immigration status, criminal history, compliance history, community or family ties, caregiver or provider status, and other humanitarian or medical conditions. Officials may enroll aliens in ATD following a border apprehension by CBP or an ICE interior administrative arrest, or at a later stage in removal proceedings.

In fiscal year 2023, ICE's ATD program deployed the following types of monitoring:

- **Facial matching technology:** Facial matching technology allows participants to report compliance via an app installed on an alien's own smartphone or a dedicated government-issued device.
- **GPS monitoring:** Satellites track participants' location to ensure compliance with conditions of release.
- **Telephonic reporting (telephonic check-in):** Phone calls are compared against a voiceprint obtained during enrollment.
- **Wrist worn device:** Provides GPS monitoring, facial matching, and virtual case management functionality, including virtual check-ins and reminders. ICE is conducting a limited deployment of 50 wrist worn devices in the Denver AOR.

ALTERNATIVES TO DETENTION



ICE provides the above Arrests, Removal, Detention and Alternatives to Detention statistics for public use. ICE confirms the integrity of the data as published on this site and cannot attest to subsequent transmissions. Data fluctuate until "locked" at the conclusion of the fiscal year. These statistics are published with data one quarter in arrears. Future quarter-end and year-end reporting may include corrections and other updates and will supersede previous quarter's data.

*The Harlingen AOR was added from parts of San Antonio and Houston in FY2022.

*Unknown Legal Stage: Legal stage data was unavailable when the record was produced. Data is extracted under a point-in-time scenario.

## Additional Resources

- ICE Fiscal Year 2024 Annual Report
- ICE Fiscal Year 2023 Annual Report
- ICE Fiscal Year 2022 Annual Report
- ICE Fiscal Year 2021 Annual Report

- ICE Annual Report Fiscal Year 2020
- Fiscal Year 2020 Enforcement and Removal Operations Report | Local Statistics 2020
- Fiscal Year 2020 Homeland Security Investigations
- Fiscal Year 2019 Enforcement and Removal Operations | Local Statistics 2019
- Fiscal Year 2019 Homeland Security Investigations
- Fiscal Year 2018 Enforcement and Removal Operations | Local Statistics 2018
- Fiscal Year 2018 Homeland Security Investigations
- Fiscal Year 2017 Enforcement and Removal Operations | Local Statistics 2017
- Fiscal Year 2017 Homeland Security Investigations
- Fiscal Year 2016 Enforcement and Removal Operations | Local Statistics 2013-2016
- Fiscal Year 2016 Homeland Security Investigations
- Fiscal Year 2015 Enforcement and Removal Operations
- Fiscal Year 2014 Enforcement and Removal Operations
- Fiscal Year 2013 ICE Immigration Removals

# Definitions

| Term | Definition |
|------|------------|
| Aliens | People without U.S. citizenship or nationality, which may include stateless people. |
| AOR | AOR refers to the area of responsibility that ICE has identified as a geographic region for an action taken. |
| Arresting Agency | Arresting agency is either CBP or ICE. Border patrol and inspections by air, land or sea are the program areas included within the CBP data. |
| Arrests | ICE administrative arrests occur when an ICE officer physically apprehends an alien for a non-criminal civil infraction. The immigration courts hear these cases. ICE civil immigration enforcement arrests do not always lead to detention. |
| ATD | ATD refers to ICE's Alternatives to Detention program. ATD is a flight-mitigation tool that uses technology and case management to ensure alien compliance with release conditions, court hearings and final orders of removal while allowing them to remain in their communities as they move through the immigration process or prepare for departure from the United States. |
| CBP | U.S. Customs and Border Protection. |
| Citizenship Country | Country of citizenship of the alien . Country of Citizenship is derived from the ICE system of record as it is input by the officer at the time of processing. An "Unknown" Country indicates the alien failed or refused to identify a country of citizenship or the officer lacked documentation to do so at the time. Country of Birth or Citizenship can be updated at anytime during the Immigration Lifecycle by an Officer. These aliens can include those that were born in Palestine, West Bank, or the Gaza strip and considered Stateless. |
| Criminality | Criminality encompasses three categories: individuals with criminal convictions, people with pending criminal charges, and other immigration violators. Those with convictions are immigration violators who have a criminal conviction in ICE's system of record at the time of the enforcement action. Pending criminal charges refers to an immigration violator with pending criminal charges in ICE's system of record at the time of the enforcement action. Other immigration violators are individuals without any known criminal convictions or pending charges in ICE's system of record at the time of the enforcement action. |
| Detentions | The detention data presented counts the number of initial book-ins into ICE facilities and does not include juveniles who are transferred to Office of Refugee Resettlement custody or housed in an ORR facility. U.S. Marshals Service prisoners are also excluded. Transfers between ICE facilities are not counted as new detention events, and aliens may be booked into ICE facilities more than once without triggering a new detention event. |
| Expulsions | The term 'Expulsion' refers to the removal of an alien pursuant to the United States Code other than Title 8 such as Title 42 or Title 50. |
| Facial Monitoring | Facial monitoring technology is a form of monitoring for ATD participants. It is a smartphone application that uses facial recognition technology to verify the user's identity and physical location. This application also provides video conferencing, community referrals, messaging between the alien and an officer, document capturing, appointment reminders and a calendar. |
| GPS Ankle Monitor | A GPS ankle monitor is a low-profile ankle bracelet that uses GPS to provide detailed information about an ATD participant's movement. |
| ICE | U.S. Immigration and Customs Enforcement. |
| Removals | ICE removal data includes returns. Returns include:<br>• Voluntary returns: Discretionary relief granted by an ICE officer at the border by permitting an alien to depart the United States without a removal order and related immigration consequences.<br>• Voluntary departures: Discretionary relief granted in removal proceedings or by an ICE officer in lieu of removal proceedings permitting an alien to depart the United States voluntarily without a removal order and related immigration consequences. |

ER-110

| Term | Definition |
|------|-----------|
| | • Withdrawals under docket control: Discretionary relief granted by an ICE officer or immigration judge to an alien encountered at a port of entry that permits the alien to voluntarily withdraw an application for admission to the United States and depart the United States without a removal order and related immigration consequences. |
| | ICE Removals include aliens processed for Expedited Removal (ER) or Voluntary Return (VR) that are turned over to ERO for detention. As of May 12, 2023, aliens processed for ER that were turned over from Border Patrol to ICE for removal via ICE Air are also included. Aliens processed for ER and not detained by ERO or VR after June 1, 2013, and not detained by ERO are primarily processed by Border Patrol. Those statistics are not included in this dashboard and are maintained by CBP. This does not include Title 42 expulsions. |
| Staging sites or S-sites | Staging sites, also known as S-Sites, are locations mostly along the Southwest Border that enroll participants being released from CBP or ICE custody. These participants are generally given fewer than 30 days to report to an ERO office in their final destination AOR. After a participant arrives in their AOR, local ATD officers determine their continued suitability in the ATD program and possible transition to other sites. |
| Telephonic Check-in | Telephonic check-in is a form of monitoring in the ATD program and is a multilingual telephonic voice recognition system. Telephonic check-in automatically calls ATD program participants in one of 36 languages and validates participants' voices against a master template resulting in pass or failure. |
| Unmapped AOR Records | An 'Unmapped AOR' indicates that the location of a given enforcement action is not mapped to a specific AOR in the database. |
| Wrist worn device | Provides GPS monitoring, facial matching, and virtual case management functionality, including virtual check-ins and reminders. |

# Access and Export Congressionally Mandated ICE Data

- ICE Detention Statistics

# Access and Export ICE Data

To download the underlying ICE data from all the dashboards as an Excel spreadsheet, click here.

*Applied filters will not be captured in the data download.*
*Records with less than 10 aliens are excluded for privacy reasons.*

# Tips for Using the ICE Dashboards

This page is best viewed on a desktop computer. If you are using Internet Explorer, you may have issues viewing the charts on this page. Please use another browser, such as Chrome, Safari, Firefox or Edge to view. When using a mobile device, the charts are best displayed in landscape mode. If the charts are not loading or appear overlapping, refresh your browser or press Ctrl+F5 on a PC or Cmd+R on a Mac.
Dashboards are best viewed in "Full Screen." To enter "Full Screen" click the "Full Screen" button next to "Share" at the bottom-right corner of each dashboard.



**ER-111**

(112 of 256), Page 112 of 256
Case: 25-3727, 07/22/2025, DktEntry: 57.1, Page 112 of 256
Case 3:25-cv-04870-CRB    Document 8-1    Filed 06/18/25    Page 30 of 129

## Tips for Exporting ICE Dashboards as Images

To download the underlying data as an Image, PDF, or PowerPoint spreadsheet, click the "Download" button next to "Full Screen" at the bottom-right corner of each dashboard.

*Records with less than 10 aliens are excluded for privacy reasons.



Updated: 05/30/2025

ADDRESS

📍 500 12th St SW
Washington, DC 20536

📞 Report Crimes: Call 1-866-DHS-2-ICE

RELATED INFORMATION

Mission
Who We Are
ICE Leadership
Career Opportunities
News Releases and Statements

CONTACT US

General Information
ICE Field Offices
HSI International Offices
Media Inquiries
Small Business

About Us                                    Immigration Enforcement

Combating Transnational Crime               Newsroom

   

**ICE Contact Center**

Report suspicious activity: 1-866-DHS-2-ICE

ICE.gov
**An official website of the U.S. Department of Homeland Security**

About ICE          Archive              The White House
Accessibility      No FEAR Act Data     DHS Components
FOIA Requests      Site Links           USA.gov
Privacy Policy     Performance Reports
DHS.gov            Inspector General

**National
Terrorism
Advisory
System**

**EXHIBIT C**



BRENNAN
CENTER
FOR JUSTICE

POLICY SOLUTION

# Limiting the Military's Role in Law Enforcement

The Posse Comitatus Act bars the armed forces from serving as civilian police, but loopholes and exceptions undermine its effectiveness.



**Joseph Nunn**

**PUBLISHED:** October 2, 2024

In May 1992, seven U.S. Marines joined two local police officers as they responded to a domestic violence call in the waning days of the Los Angeles riots. Deployed to the city alongside several thousand other federal troops after President George H. W. Bush invoked the Insurrection Act, these Marines now found themselves playing a role for which they had little training: that of civilian law enforcement officer.

At the scene, as the police officers prepared to enter the home, someone inside fired a shotgun through the door. One of the officers shouted to the Marines, "Cover me" — a request, in law enforcement parlance, that they raise their weapons and be ready to fire if necessary. But the Marines, in accordance with their own training, took it as a request for suppressing fire. They riddled the home with more than 200 bullets. Miraculously, no one was killed. [1]

In the United States, federal military participation in civilian law enforcement like this has been rare, particularly over the past half century. The idea of tanks rolling down the streets of American towns and soldiers dressed in camouflage appre-

hending Americans is anathema to modern sensibilities. Some Americans might even assume that these actions are prohibited by the U.S. Constitution. Indeed, the use of federal troops as a domestic police force is in tension with both constitutional principles and long-standing American traditions, which were informed by the British government's heavy-handed use of the military to police the colonies in the years leading up to the American Revolution. Events like the Boston Massacre illustrated to the founding generation the dangers of domestic deployment of the military. But while the Constitution limits military involvement in civilian affairs in various ways, it does not entirely bar the federal armed forces from conducting law enforcement activities. A partial prohibition comes instead from a law passed by Congress in 1878: the Posse Comitatus Act.

The Posse Comitatus Act rests at the center of a web of laws, regulations, and policies that govern what the U.S. military can and cannot do domestically. It is a crucial safeguard for the preservation of both American democracy and constitutional liberties. At the same time, it is riddled with exceptions, loopholes, and ambiguities that leave it surprisingly weak. The most dangerous exception by far is the Insurrection Act, which gives the president virtually limitless discretion to use the military as a domestic police force. But there are also other ways in which the Posse Comitatus Act fails to provide robust protection against the use of federal troops for law enforcement purposes.

In reality, the principle enshrined in the Posse Comitatus Act is protected more by norms and historical practice than by the text of the law itself. Those norms and practices are significant, to be sure, and efforts to reform the law should embrace and codify them. But in an era in which we can no longer rely on tradition to constrain executive action, the Posse Comitatus Act's flimsiness poses serious risks. Rather than wait for those risks to materialize, Congress should act now to shore up the law's protections.

This report proceeds in three parts. Part I discusses the dangers of using the military for domestic law enforcement, a concern that has been prominent in American legal thinking since the nation's founding. It also explains how the Constitution approaches domestic deployment of the military, including the central role accorded to Congress. Part II lays out the array of problems that undermine the Posse Comitatus Act, from its many statutory exceptions to its lack of meaningful enforcement mechanisms. Finally, part III lays out a legislative proposal for fixing each of these shortcomings.

**Brennan Center for Justice at New York University School of Law**

[link-1]

DOWNLOAD PDF

## Endnotes

**1** See Kyle Daly, "1992: Rioting in Los Angeles," *Leatherneck*, October 2020, 30, 34, https://www.mca-marines.org/wp-content/uploads/1992-Riots-in-Los-Angeles.pdf. See also Paul J. Scheips, *The Role of Federal Military Forces in Domestic Disorders, 1945–1992* (Washington, DC: Center of Military History, United States Army, 2012), 448, https://www.govinfo.gov/content/pkg/GOVPUB-D114-PURL-gpo82975/pdf/GOVPUB-D114-PURL-gpo82975.pdf.

## Links

link-1: Download PDF  /media/13317/download

**Brennan Center for Justice at New York University School of Law**

ER-116

**EXHIBIT D**

SOCIETY

## Crowds clash with federal agents after dozens detained in ICE raids across LA


Friday, June 6, 2025 9:40PM

Este artículo se ofrece en Español →



Immigration enforcement agents carried out raids in Los Angeles, prompting gatherings of protesters who at one point clashed with authorities.

WESTLAKE, LOS ANGELES (KABC) -- Immigration enforcement agents carried out raids in Los Angeles Friday, prompting gatherings of protesters who at one point clashed with authorities.

At one scene in downtown Los Angeles, a crowd of people tried to prevent authorities from leaving in vans after multiple people were detained.



Immigration enforcement agents carried out raids in Los Angeles Friday, prompting gatherings of protesters who at one point clashed with authorities.

Protesters could be seen throwing objects at the vehicles, while others tried to block the vans from leaving. One person was nearly run over when they fell to the ground after getting in front of one of the vehicles.

Friday evening, protesters marched in downtown L.A. condemning Friday's immigration raids.

Immigration enforcement agents were spotted at two separate locations in the morning, including a Home Depot store in the Westlake District.





Haven't claimed their scholarship yet?
Get up to $1,500 for their college journey.

Claim now!



Read More

00:01                                                                02:00

Video posted to the Citizen app showed Department of Homeland Security agents escorting men in handcuffs outside the store on Wilshire Boulevard.

A witness who spoke with Eyewitness News outside the store said several people, including men and women, some of whom are street food vendors, were detained.

"We're a little scared," said the witness in Spanish.

 24/7 Live                                          62°

"Frankly, I'm just outraged because what happened is that went ICE went in they just took people away. And we just can't have this in our city, and it happened at multiple places in the city," Bass said. "It sows a sense of terror throughout the community...ICE was literally chasing people down the street."

"I've been really worried about this from the beginning, and as far as I know, this is the first time this has happened in our city like this. We know ICE has been here, but it's been for targeted arrests; this was just mass chaos," Bass added. "It sows a sense of chaos in our city, and a sense of terror, and it's just unacceptable."



Mayor Karen Bass spoke with Eyewitness News Friday afternoon regarding the ICE raids that occurred across the city, and said that neither she nor LAPD had any idea these raids were going to happen.

The mayor also said that SEIU-USWW President David Huerta was injured and hospitalized after federal agents got on top of him to detain him. The mayor said Huerta was just an observer and a witness as part of a rapid response network to the community when events like these occur.

ABC7 spoke with members of the SEIU who said the union leader wanted to protect his members working at the Ambiance Apparel location at 15th Street and Santa Fe Avenue. At some point, there was a scuffle involving federal agents and it appeared Huerta was pushed down and hit his head. One video shows a federal agent pushing Huerta while he has his hands at his hips, after which, he falls to the ground.

Friday evening, Angélica Salas, Executive Director of CHRLA, said Huerta had been released from the hospital but was still being detained by federal authorities.

Meanwhile, FBI agents were also spotted outside the Ambiance Apparel store near 9th Street and Towne Avenue in the Fashion District. Dozens of people were seen gathered outside the store.



Read More

01:49                                                                                  02:00

At around 10 p.m. Friday, federal agents were seen gathering at a parking lot in the on the 700 block of north Hill Street in Chinatown. It was unclear whether they were carrying out an operation or not.

Their presence sparked a confrontation between the agents and a large crowd of residents. Video from AIR7 showed several unmarked vehicles and federal agents trying to clear out the crowd.



Several federal agents staged in a parking lot on the 700 block of north Hill Street in Chinatown Friday evening, prompting a large crowd of residents.

A senior DHS spokesperson sent ABC7 a statement Friday, but did not directly address the investigations at both locations.

The statement said in part, "ICE is now following the law and placing these illegal aliens in expedited removal, as they always should have been."

"If they have a valid credible fear claim, they will continue in immigration proceedings, but if no valid claim is found, aliens will be subject to a swift deportation."



Eyewitness News is working to get more information.

Aerial video from AIR7 showed federal agents using a parking lot for their operations near a California Highway Patrol office. According to CHP, the FBI requested to use the lot but did not disclose it would be used as part of immigration enforcement.

"The CHP was informed by the FBI that the request to use the public parking lot was for a federal operation not related to immigration enforcement. Based on that representation, CHP granted access to the parking lot strictly for staging purposes and did not participate in the operation itself," said CHP in a statement. "CHP was not made aware of any involvement by immigration enforcement agencies at the time of the request. If the nature or scope of the operation changed or was broader than initially communicated, that information was not disclosed to CHP prior to the approval."

Friday's raids come as the advocacy group [League of United Latin American Citizens calls for an investigation](#) after reports surfaced of U.S. Immigration and Customs Enforcement holding families in detention at a federal building in downtown L.A.

Images shared by LULAC showed several people being detained by authorities.

**Swift condemnation from local leaders**

California Gov. Gavin Newsom joined the many condemning Friday's immigration raids saying:

"Continued chaotic federal sweeps, across California, to meet an arbitrary arrest quota are as reckless as they are cruel. Donald Trump's chaos is eroding trust, tearing families apart, and undermining the workers and industries that power America's economy."

U.S. Senator Alex Padilla (D-Calif.) echoed the governor's sentiments, calling the raids "extreme" and "cruel." He issued the following statement:

"The ICE raids across Los Angeles are a continuation of a disturbing pattern of extreme and cruel immigration enforcement operations across the country. These indiscriminate raids prove once again that the Trump administration cares about nothing but instilling harm and fear in our communities to drive immigrants into the shadows. It will not work. This fearmongering is not going to change the fact that immigrants are valued members of our communities who contribute to our society and economy, and my office will demand accountability for today's actions."

L.A. County Supervisor Janice Hahn said:

"The ICE raids across Los Angeles today are chilling. They aren't targeting violent criminals - they are sweeping up hardworking people in our communities just trying to provide for their families. These agents are armed to the teeth and it is clear their goal is to make people afraid and it's working. I understand that during this morning's raids, SEIU California President David Huerta was injured by federal agents and wrongfully detained. I am calling for his immediate release. This is a democracy. People have a right to peacefully protest, to observe law enforcement activity, and to speak out against injustice."

Los Angeles County Supervisor Lindsey P. Horvath shared the following:

"Today's ICE raids were acts of cruelty and bigotry, targeting our immigrant neighbors and tearing families apart. These actions are designed to instill fear in communities of color-but we will not be intimidated, and we will not be silent. I'm in direct communication with County, State, & community leaders to ensure that all available protections from LA County are activated immediately. We must remain vigilant. We must protect one another. And above all, we will stand together."

Los Angeles County Chair Pro Tem and First District Supervisor Hilda L. Solis issued the following statement:

"Today's immigration sweeps across the First District in downtown Los Angeles, Westlake, and Cypress Park are deeply disturbing. The individuals detained are hardworking Angelenos who contribute to our local economy and labor force every day. It is also horrifying that ICE targeted Skid Row to intimidate some of our most vulnerable residents. Trump said he would go after criminals, not innocent hardworking people contributing to our economy and supporting their families.

These are difficult times that have our communities fearful and concerned by these federal immigration actions. As we continue to hear from community organizers exercising their rights to speak out, it is vital we all remain safe and calm in assessing the needs of those impacted. Los Angeles County remains committed to standing with our immigrant communities, providing support through our Office of Immigrant Affairs and our network of nonprofit partners."

L.A. City Councilmembers Eunisses Hernandez, Adrin Nazarian, Bob Blumenfield, Nithya Raman, Katy Yaroslavsky, Imelda Padilla, Marqueece Harris-Dawson, Heather Hutt, Hugo Soto-Martínez, Ysabel Jurado, and Tim McOsker released the following statement in response to the raids:

"Today, Los Angeles witnessed an egregious escalation from federal immigration agencies as reports of ICE raids and activity occurred throughout the City. This indiscriminate targeting of children and families not only harms the individuals who are directly impacted, but destroys our communities' sense of trust and safety in their own homes.

We condemn this in no uncertain terms: Los Angeles was built by immigrants and it thrives because of immigrants. We will not abide by fear tactics to support extreme political agendas that aim to stoke fear and spread discord in our city. To every immigrant living in our city: we see you, we stand with you, and we will fight for you. Los Angeles will continue to be a place that values and dignifies every human being, no matter who they are or where they come from."

Los Angeles Unified School District Superintendent Alberto Carvalho said:

"I am dismayed by recent immigration enforcement activity occurring near our schools. These actions are causing unnecessary fear, confusion, and trauma for our students and families - many of whom are simply trying to get to and from school and work, and to live with dignity. Our schools must remain safe havens - places where every child can learn, grow, and thrive without fear of being separated from their loved ones. The presence of federal immigration activity near campuses threatens that fundamental right. Children deserve support, not surveillance.

Los Angeles Unified stands with our immigrant families. We will continue to provide resources, support, and information to protect our students and their families - and we will use every tool at our disposal to advocate for their safety and well-being.

We are working with school leaders, safety teams, and community partners to ensure that impacted schools remain a safe, welcoming, and protected environment for all students and families. We are advising families to closely monitor communication from their schools. If any parent or guardian sees immigration activity, please contact your school, utilize the LASAR app, and/or call the Family Hotline at 213-443-1300."

Los Angeles County Sheriff Robert Luna also issued a statement reminding the public that the department does not participate in any immigration enforcement activities, and urged everyone to remain calm:

"This afternoon, we received several reports of federal immigration enforcement actions across Los Angeles County. The Los Angeles County Sheriff's Department wants to emphasize that we do not participate in any civil immigration enforcement activities or mass deportation sweeps. Immigration enforcement is the responsibility of federal law enforcement agencies not the Sheriff's Department. The Sheriff's Department does not enforce civil immigration laws, nor do we ask about an individual's immigration status when responding to calls for service. Our focus and priority remain on enforcing state and local laws to ensure the safety and well-being of our diverse communities throughout Los Angeles County.

We deeply value diversity, inclusion and public trust within our communities and we want our residents to know that when they call for help, the Los Angeles County Sheriff's Department will respond, investigate, and protect everyone-regardless of a person's legal status. We recognize that these reports have caused fear, anxiety, and concern within our communities. We urge everyone to remain calm and peaceful as we continue to place your safety and well-being at the forefront of our efforts."

**Get ABC7's top stories in your inbox every day with one click**

Sign up for our daily newsletter

Email Address*

Name@emaildotcom

Yes! I would like to receive the Daily News Headlines Newsletter. By creating an account, you agree to our **Terms of Use** and acknowledge that you have read our **Privacy Policy** and **US State Privacy Rights Notice**.

Sign Up

*Required Fields

Report a correction or typo

Copyright © 2025 KABC Television, LLC. All rights reserved.

**Related Topics**

SOCIETY    WESTLAKE    LOS ANGELES    IMMIGRATION    LOS ANGELES    ICE    INVESTIGATION    INVESTIGATIONS    FBI

A stress-relief game that everyone around me is playing
Sponsored / Elvenar - Play on Browser    Learn More

Seniors Born 1939-1969 Receive 11 Benefits This Month If They Ask
Sponsored / Super Saving Online

After 35 Years, Her Jewelry Is Nearly Gone
Sponsored / The Heritage Journal    Read More

Chuck Norris Begs Seniors: Avoid These 3 Foods Like The Plague
Sponsored / Roundhouse Provisions    Learn More

Don't Play This Game If You Are Under 30

**Sponsored** / RAID

**Restaurants In Culver City With Good Senior Discounts**

**Sponsored** / TheWalletGuru

Play Now

**People in Los Angeles are Loving Martha Stewart's Meal Kit**

**Sponsored** / Marley Spoon

**Costco Shoppers Say This $7 Generic Cialis Is Actually Worth It**

**Sponsored** / FridayPlans

Learn more

**Perfect for casual daily play**

**Sponsored** / Elvenar - Play on Browser

Learn More

**Topics**

Home

Weather

Traffic

U.S. & World

Politics

Consumer

**Regions**

Los Angeles

Orange County

Inland Empire

Ventura County

California

**More**

Live Video

Apps

ABC7 En Español

Investigations

Shop

**Company**

Submit News Tips

TV Listings

About ABC7

Meet the News Team

Jobs/Internships

ABC7 Merchandise

 

Privacy Policy    Do Not Sell or Share My Personal Information    Children's Privacy Policy    Your US State Privacy Rights    Terms of Use    Interest-Based Ads    Public Inspection File    FCC Applications    Copyright © 2025 KABC Television, LLC. All Rights Reserved.

**EXHIBIT E**

**PRESIDENTIAL ACTIONS**

Department of Defense Security for the Protection of Department of Homeland Security Functions

Presidential Memoranda

June 7, 2025

MEMORANDUM FOR THE SECRETARY OF DEFENSE
        THE ATTORNEY GENERAL
        THE SECRETARY OF HOMELAND SECURITY

SUBJECT:     Department of Defense Security for the Protection of Department of Homeland Security Functions

Numerous incidents of violence and disorder have recently occurred and threaten to continue in response to the enforcement of Federal law by U.S. Immigration and Customs Enforcement (ICE) and other United States Government personnel who are performing Federal functions and supporting the faithful execution of Federal immigration laws.  In addition, violent protests threaten the security of and significant damage to Federal immigration detention facilities and other Federal property.  To the extent that protests or acts of violence directly inhibit the execution of the laws, they constitute a form of rebellion

*The* WHITE HOUSE

in me as President by the Constitution and the laws of the United States of America, I hereby call into Federal service members and units of the National Guard under 10 U.S.C. 12406 to temporarily protect ICE and other United States Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations.  Further, I direct and delegate actions as necessary for the Secretary of Defense to coordinate with the Governors of the States and the National Guard Bureau in identifying and ordering into Federal service the appropriate members and units of the National Guard under this authority.  The members and units of the National Guard called into Federal service shall be at least 2,000 National Guard personnel and the duration of duty shall be for 60 days or at the discretion of the Secretary of Defense.  In addition, the Secretary of Defense may employ any other members of the regular Armed Forces as necessary to augment and support the protection of Federal functions and property in any number determined appropriate in his discretion.

To carry out this mission, the deployed military personnel may perform those military protective activities that the Secretary of Defense determines are reasonably necessary to ensure the protection and safety of Federal personnel and property  The Secretary of Defense shall consult with the Attorney General and the Secretary of Homeland Security prior to withdrawing any personnel from any location to which they are sent.  The Secretaries of Defense and Homeland Security may delegate to subordinate officials of their respective Departments any of the authorities conferred upon them by this memorandum.

        DONALD J. TRUMP

NEWS

ADMINISTRATION

ISSUES

CONTACT

EOP

VISIT

GALLERY

VIDEO LIBRARY

**ER-126**



AMERICA 250

FOUNDING FATHERS

Subscribe to The White House newsletter

| Your email | SIGN UP |

Text POTUS to 45470 to receive updates

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

WH.GOV

Copyright

Privacy



**EXHIBIT F**

ADVERTISEMENT

U.S. NEWS

**Federal authorities arrest dozens for immigration violations across Los Angeles**

BY **DAMIAN DOVARGANES** AND **OLGA R. RODRIGUEZ**
Updated 9:21 AM PDT, June 7, 2025

LOS ANGELES (AP) — After federal immigration authorities arrested more than 40 people Friday across Los Angeles, protesters gathered outside a federal detention center demanding their release before police in riot gear tossed tear gas canisters to disperse the crowd.

Immigration and Customs Enforcement officers executed search warrants at multiple locations, including outside a clothing warehouse where a tense scene unfolded as a crowd tried to block agents from driving away. Sirens blared as protesters surrounded black SUVs and tactical vehicles. Officers threw flash bangs into the street to disperse people as they shouted and filmed the scene with their cell phones. One demonstrator tried to physically stop a vehicle from leaving.

LA protests     Sly Stone dies     Apple at WWDC     Greta Thunberg     BET Awards

labor union, was arrested and charged for impeding a federal agent while protesting, the U.S. Attorney's office said.

Los Angeles Mayor Karen Bass said the activity was meant to "sow terror" in the nation's second-largest city.

**RELATED STORIES**



**Trump sending National Guard troops to LA-area protests against ICE**



**Los Angeles' image is scuffed since ICE raids and protests**



**Marines deployed to LA to respond to immigration protests**

Federal immigration authorities have been ramping up arrests across the country to fulfill President Donald Trump's promise of mass deportations. Todd Lyons, the head of U.S. Immigration and Customs Enforcement, defended his tactics earlier this week against criticism that authorities are being too heavy-handed. He has said ICE is averaging about 1,600 arrests per day and that the agency has arrested "dangerous criminals."

Protests recently broke out after an immigration action at a restaurant in San Diego and in Minneapolis, when federal officials in tactical gear showed up in a Latino neighborhood for an operation they said was about a criminal case, not immigration.

## Protesters chant 'set them free'

In Los Angeles, federal agents executed search warrants at three locations, O'Keefe said. But Angelica Salas, executive director for the Coalition of Humane Immigrant Rights, or CHIRLA, said advocates were aware of activity at seven locations, including several Home Depot parking lots and a doughnut shop.

At the warehouse in the fashion district, agents had a search warrant after they and a judge found there was probable cause the employer was using fictitious documents for some of its workers, U.S. Attorney's Office spokesperson Ciaran McEvoy confirmed.

Dozens of protesters gathered Friday evening outside a federal detention center in Los Angeles where lawyers said those arrested had been taken, chanting "set them free, let them stay!"

Other protesters held signs that said "ICE out of LA!" while others led chants and shouted from megaphones. Some scrawled graffiti on the building facade.

Officers holding protective shields stood shoulder to shoulder to block an entrance. Some tossed tear gas canisters to disperse the crowd. Officers wearing helmets and holding batons then forced the protesters away from the building by forming a line and walking slowly down the street.

"Our community is under attack and is being terrorized. These are workers, these are fathers, these are mothers, and this has to stop. Immigration enforcement that is terrorizing our families throughout this country and picking up our people that we love must stop now," Salas, of CHIRLA, said at an earlier press conference while surrounded by a crowd holding signs protesting Immigration and Customs Enforcement.

## One detainee sent to Mexico

Yliana Johansen-Mendez, chief program officer for the Immigrant Defenders Law Center, said her organization was aware of one man who was already deported back to Mexico after being picked up at a Home Depot on Friday morning. The man's family contacted her organization and one of their attorneys was waiting for hours to speak to him inside the detention center, she said. Authorities later said he had already been removed, and the man later contacted his family to say he was back in Mexico.

Videos from bystanders and television news crews captured people being walked across a Home Depot parking lot by federal agents as well as clashes that broke out at other detention sites. Outside the warehouse, KTLA showed aerial footage of agents leading detainees out of a building and toward two large white vans waiting in a parking lot.

The hands of the detained people were tied behind their backs. The agents patted them down before loading them into the vans. The agents wore vests with the agency acronyms FBI, ICE and HSI. Armed agents used yellow police tape to keep crowds on the street and sidewalk away from the operations.

Immigrant-rights advocates used megaphones to speak to the workers, reminding them of their constitutional rights and instructing them not to sign anything or say anything to federal agents, the Los Angeles Times reported.

Katia Garcia, 18, left school when she learned her father, 37-year-old Marco Garcia, may have been targeted.

Katia Garcia, a U.S. citizen, said her father is undocumented and has been in the U.S. for 20 years. "We never thought this would happen to us," she told the Los Angeles Times.

___

Rodriguez reported from San Francisco and McAvoy from Honolulu. Associated Press journalists Jae Hong and Eugene Garcia in Los Angeles, Amy Taxin in Orange County, California, and Kathleen Ronayne in Sacramento, California, contributed.

**MOST READ**



1    Live updates on the LA protests: Trump authorizes the deployment of additional 2,000 National Guard members

2    Barbara weakens to a tropical storm as it heads to cooler waters off the coast of Mexico

3    Trump authorizes additional 2,000 National Guard members to Los Angeles, US officials say

4    Gaza-bound aid boat with Greta Thunberg on board arrives in Israel after its seizure

5    Southern Baptists target porn, sports betting, same-sex marriage and 'willful childlessness'

**SUGGESTED FOR YOU**



**EXHIBIT G**

 ALJAZEERA ▶ LIVE ✕

EXPLAINER

News | Police

### ICE launches 'military-style' raids in Los Angeles: What we know

*More than 40 people have been arrested by immigration officials in what has been described as an 'oppressive and vile paramilitary operation'.*



Los Angeles Police Department officers move to disperse a protest after federal immigration authorities conducted an operation on Friday, June 6, 2025 [Jae C Hong/AP]

By **Al Jazeera Staff**
7 Jun 2025

  

Los Angeles witnessed a series of [coordinated immigration raids](#) by United States law enforcement officials on Friday, resulting in the arrest of dozens and igniting widespread protests.

The raids, which were carried out in a military-style operation, have intensified concerns about the force used by federal immigration officials and the rights of undocumented individuals.

RECOMMENDED STORIES

US economy adds 139,000 jobs as growth slows

Why does Donald Trump seem to be fixated on foreign nationals?

What has Musk accused Trump of in relation to the Epstein files?

Here is what we know about the raids and the latest on the ground.

### What happened in LA?

Federal agents from US Immigration and Customs Enforcement (ICE), the Department of Homeland Security (DHS), the Federal Bureau of Investigation (FBI) and the Drug Enforcement Administration (DEA) conducted a series of "immigration enforcement operations" across Los Angeles on Friday morning.

Individuals suspected of "immigration violations and the use of fraudulent documents" were arrested. The arrests were carried out without judicial warrants, according to multiple legal observers and confirmed by the American Civil Liberties Union (ACLU).

You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. Learn more about our Cookie Policy.

Allow all      Do not sell my personal information

Advertisement

The Los Angeles Police Department (LAPD), which did not take part in the raids, was called in to quell ensuing protests.

The raids were part of a broader initiative under the Trump administration's intensified immigration policies.

Sign up for Al Jazeera

## Americas Coverage Newsletter

US politics, Canada's multiculturalism, South America's geopolitical rise—we bring you the stories that matter.

E-mail address

Subscribe

By signing up, you agree to our **Privacy Policy**

protected by reCAPTCHA

### Which areas were raided?

The raids focused on several locations in downtown LA and its immediate surroundings. These spots are known to have significant migrant populations and labour-intensive industries.

Angelica Salas, executive director of the Coalition of Humane Immigrant Rights (CHIRLA), which covers California – home to the US's largest population of undocumented people – said advocates had recorded enforcement activity at seven sites. This included two Home Depot stores in the Westlake District of Los Angeles, a doughnut shop and the clothing wholesaler, Ambiance Apparel in the Fashion District of downtown Los Angeles.

Other locations in which raids were carried out included day labour centres and one other Ambiance facility near 15th Street and Santa Fe Avenue in south Los Angeles.

### How many people have been arrested?

ICE and Homeland Security Investigations (HSI) reported the "administrative arrest" of 44 individuals for immigration-related offences.

An administrative arrest, unlike a criminal arrest, refers to detention for civil immigration violations such as overstaying a visa or lacking legal status, and does not require criminal charges. These arrests can result in detention, deportation, temporary re-entry bans and denial of future immigration requests.

Advertisement

You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. **Learn more about our Cookie Policy.**

Advocates believe the number of arrests made was higher, however. Caleb Soto, of the National Day Laborer Organizing Network, told Al Jazeera that between 70 and 80 people had been detained, but only three lawyers have been allowed access to the detention centre where they were being held to provide legal advice.

Soto added that members of the community had effectively been "kidnapped" as officials, wearing masks had not shown warrants or any form of documentation when carrying out arrests.

Additionally, David Huerta, president of the Service Employees International Union (SEIU) California, was arrested for allegedly obstructing federal agents during the raids. Huerta was reportedly injured during the arrest and received medical treatment at Los Angeles General Medical Center before being taken into custody.



A protester attempts to evade a Department of Homeland Security officer [Jae C Hong/AP Photo]

## What kinds of raids were these?

What sets these raids apart from typical civil enforcement actions was their military-style execution, experts say.

According to witnesses, legal observers and advocacy groups, federal agents involved in the operations were heavily armed and dressed in tactical gear, with some wearing camouflage and carrying rifles.

Agents arrived in unmarked black SUVs and armoured vehicles and, at certain points, sealed off entire streets around targeted buildings. Drones were reportedly used for surveillance in some areas and access to sites was blocked off with yellow tape, similar to measures which would be taken during a high-threat counterterrorism or drug bust operation.

You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies to improve your browsing experience on our website, to show you personalized content and targeted ads, to analyze our website traffic, and to understand where our visitors are coming from. You can read more about our Cookie Policy.

Donald Trump    Live updates    What's behind the Trump-Musk feud?    Can Trump deploy the National Guard?    Photos: Protests intensify in LA

The ACLU described the show of force as an "oppressive and vile paramilitary operation". Civil liberties groups said the tactics used had created panic in local communities and may have violated protocols for civil immigration enforcement.

1:17

## How did protests break out?

As news of the raids spread via social media and through immigrant advocacy networks, hundreds of protesters gathered outside the Edward R Roybal Federal Building in downtown Los Angeles, where detainees were being processed.

Demonstrators blocked entrances and exits to the building, chanted slogans and demanded the release of those arrested. Some spray-painted anti-ICE slogans on the building's exterior walls. Several protesters attempted to physically stop ICE vehicles, leading to confrontations with law enforcement.

LAPD officers issued dispersal orders and warned protesters that they would be subject to arrest if they remained in the area. To enforce the order, officers in riot gear deployed tear gas, pepper spray and "less-lethal munitions", including firing rubber bullets to disperse the crowd. A citywide tactical alert was also issued, requiring all LAPD officers to remain on duty.

## What's happening now?

Shortly after 7pm on Friday [02:00 GMT Saturday], the LAPD declared the protests to be an "unlawful assembly", meaning that those who failed to leave the area could be subject to arrest. The declaration appeared to remain in effect until the crowd dispersed later that evening, though no formal end time was publicly announced.

Advertisement

You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. Learn more about our Cookie Policy.

US media outlets and rights groups reported that hundreds of detainees, including children, were held overnight in the basement of the federal building without access to beds, blankets or adequate food and water.

However, an ICE spokesperson told CBS News that the agency "categorically refutes the assertions made by immigration activists in Los Angeles", stating that it takes its mandate to care for people in custody "seriously".

The status of all individuals detained remains unclear. While some have been released, others continue to be held and details about their current locations or conditions have not been fully disclosed.

**What are the reactions to the raids?**

Local and state officials condemned the raids and the manner in which they were conducted.

In a statement shared on X on Friday, Los Angeles Mayor Karen Bass said such operations "sow terror in our communities and disrupt basic principles of safety in our city".



California Governor Gavin Newsom issued a statement describing the operations as "cruel" and "chaotic", adding that they are an attempt to "meet an arbitrary arrest quota".

All 15 members of the Los Angeles City Council issued a joint statement denouncing the raids.

Some Trump administration officials, on the other hand, defended the actions and criticised local leaders for pushing back. White House Deputy Chief of Staff Stephen Miller, for instance, suggested that Mayor Karen Bass was undermining federal law.

You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. Learn more about our Cookie Policy.



SOURCE: AL JAZEERA AND NEWS AGENCIES

Advertisement

You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences.  Learn more about our Cookie Policy.

ADVERTISEMENT

This content is created and paid for by advertisers and does not involve Al Jazeera journalists.

Dianomi ▷



Leverage TradeStation's platform designed for self-directed traders.
TradeStation



Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask
WalletJump



Tom Lee's top stock picks for May - see what's on the list.
FS Insight



Leverage TradeStation's platform designed for self-directed traders.
TradeStation

LISTEN TO THESE PODCASTS

From: The Take
**Why is Donald Trump fixated on South Africa?**
The administration of US President Donald Trump has granted refugee status to 49 white Afrikaners, echoing a debunked cons...

From: The Inside Story Podcast
**What will Trump's movie tariffs mean for the global film industry?**
Donald Trump says Hollywood is 'dying fast'. The US President blames foreign countries for the crisis. And he has ordered ...

From: The Take
**How to become a bike-friendly city? Lessons from a Paris revolution**
Smog once choked Paris streets. Now, cleaner air, grassroots pressure and a bold city agenda are reshaping how the city br...

RELATED

US police, protesters clash in Los Angeles following immigration raids
Protesters gathered after immigration agents took dozens of people into custody during raids across Los Angeles.
7 Jun 2025

From: NewsFeed
Kilmar Abrego Garcia back in the US, facing charges
Kilmar Abrego Garcia, the man mistakenly deported from the US to El Salvador, has been returned to the US.
6 Jun 2025

You rely on Al Jazeera for truth and transparency

We use cookies and other technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences.    Learn more about our Cookie Policy.

**US Supreme Court grants DOGE access to sensitive Social Security data**

The ruling was one of two victories the US's highest court handed the Trump administration in cases about data privacy.

6 Jun 2025



## MORE FROM NEWS

Several people killed, injured in Austria school shooting



Photos: Trump sends Marines and more National Guard members to Los Angeles



Several people killed in school shooting in Austria's Graz



Ukraine urges 'action' from allies as Russian attacks mount



## MOST POPULAR

Updates: Israel kills 60 in Gaza; Madleen crew being deported



Two killed in Odesa after 315 Russian drones, 7 missiles target Ukraine



You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences.  **Learn more about our Cookie Policy.**

Israel strikes Yemen's Hodeidah port, threatens blockade



Trump sends 700 Marines to LA, doubles number of National Guard



About

Connect

Our Channels

Our Network

Follow Al Jazeera English:

   



© 2025 Al Jazeera Media Network

You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences.    Learn more about our Cookie Policy.

**EXHIBIT H**





PROPOSED MEDI-CAL CUTS ARE EVEN **WORSE** THAN TRUMP'S "BIG BEAUTIFUL BILL."    MEDICAID MATTERS *to me*

## Newsom blasts deployment of National Guard to LA as 'purposefully inflammatory'

The federal government is deploying 2,000 soldiers amid unrest over immigration sweeps in Los Angeles.



A man helps an injured woman during a protest in the Paramount section of Los Angeles, Saturday, June 7, 2025, after federal immigration authorities conducted operations. | Eric Thayer/AP

By **MELANIE MASON**
06/07/2025 09:00 PM EDT
Updated: 06/07/2025 09:28 PM EDT



LOS ANGELES — California Gov. Gavin Newsom on Saturday denounced President Donald Trump's plan to deploy thousands of National Guard troops to quell pro-immigrant demonstrators in the Los Angeles area, calling the action "purposefully inflammatory."

The Democrat's remarks came after Tom Homan, Trump's border czar, told Fox News that the administration planned to send National Guard troops to the area. The White House said Trump signed a presidential memorandum deploying 2,000 troops "to address the lawlessness that has been allowed to fester."

Advertisement



MEDICAID MATTERS *to me*

PROPOSED MEDI-CAL CUTS ARE EVEN **WORSE** THAN TRUMP'S "BIG BEAUTIFUL BILL."

PAID FOR BY HEALTH JUSTICE ACTION FUND

ER-143

In a statement, Newsom said Trump was moving to take over the California National Guard and deploy 2,000 soldiers, which the governor said would "only escalate tensions" after protesters confronted immigration agents making raids on local businesses. Trump's move came without Newsom's signature, presumably by invoking Title 10, the legal basis for activating and mobilizing the Guard.

In a social media post, Trump said, "If Governor Gavin Newscum, of California, and Mayor Karen Bass, of Los Angeles, can't do their jobs, which everyone knows they can't, then the Federal Government will step in and solve the problem, RIOTS & LOOTERS, the way it should be solved!!!"

The standoff in Paramount, a small city in southeast Los Angeles County, marks the second consecutive day of clashes in the region over high-profile immigration raids. At least 44 people were arrested on Friday on suspicion of immigration violations.

Among those arrested was the president of the labor union SEIU California, David Huerta, whose injuries during his detainment required brief hospitalization and set off a wave of condemnation from California Democratic officials, including Newsom. A video of Huerta's arrest showed officers knocking the labor union leader to the ground.

In Paramount, federal agents in riot gears squared off against protestors, using tear gas and flash-bang grenades to disperse the crowds.

Karoline Leavitt, the White House press secretary, said in a statement that "violent mobs have attacked ICE Officers and Federal Law Enforcement Agents carrying out basic deportation operations" and that "California's feckless Democrat leaders have completely abdicated their responsibility to protect their citizens."

Homan told Fox News that while people had a First Amendment right to protest, there would be consequences for "crossing the line" and impeding ICE's operations.

"We're already ahead of the game. We're already mobilizing. We're going to bring in the National Guard tonight," he said. "We're going to continue doing our job. We're going to push back on these people and we're going to enforce the law."

Newsom, in his statement, said such federal intervention was unnecessary.

"LA authorities are able to access law enforcement assistance at a moment's notice. We are in close coordination with the city and county, and there is currently no unmet need," Newsom said. "The Guard has been admirably serving LA throughout recovery. This is the wrong mission and will erode public trust."

**FILED UNDER:** NATIONAL GUARD, IMMIGRATION & CUSTOMS ENFORCEMENT, DONALD TRUMP



SPONSORED CONTENT



**Why did Donald Trump buckle?**

Financial Times



**Summer in Punta Cana**

This Summer leave Culver City behind and book your hotel from $107 USD

Barceló Hotel Group



**Why Gen X is the real loser generation**

The Economist



**GOP's Private Luncheon Rocked by Trump's Tariff Twist**

Puck



**Tired of Urinating Frequently at Night? This Might Be What You Need**

Discover The Results

Mens Health



**If you own a mouse you have to try this game. No Install. Play for free.**

RAID: Shadow Legends

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

Press

Print Subscriptions

Request A Correction

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do Not Sell or Share My Personal Information and Opt Out of Targeted Advertising

© 2025 POLITICO LLC

**EXHIBIT J**



An official website of the United States government   Here's how you know ⌄

☰   🔵 U.S. NORTHERN COMMAND                                              🔍

HOME ❯ NEWSROOM ❯ PRESS RELEASES

---

**PRESS RELEASE** | June 8, 2025

# USNORTHCOM statement regarding protection of federal property and personnel in the Los Angeles Area

**PETERSON SPACE FORCE BASE, Colo.** – By direction of Secretary of Defense and in coordination with U.S. Northern Command (USNORTHCOM), approximately 2,000 California Army National Guard soldiers have been placed under federal command and control in a Title 10 status to support the protection of federal personnel and federal property in the greater Los Angeles area.

As USNORTHCOM's land component command, U.S. Army North stood up Task Force 51, with a two-star general, as the ground command and control element over the Title 10 forces. At this time, there are approximately 300 members of the California Army National Guard's 79th Infantry Brigade Combat Team deployed at the following locations in the greater Los Angeles area: Los Angeles, Paramount, and Compton, California.

Additionally, approximately 500 Marines from 2nd Battalion, 7th Marines at Twentynine Palms, California, are in a prepared to deploy status should they be necessary to augment and support the DoD's protection of federal property and personnel efforts.

USNORTHCOM will provide more information as units are identified and deployed.

–30–

NOTE TO EDITORS: For further information, please contact U.S. Northern Command Public Affairs at (719) 554-6889 or email us at n-ncpa.omb@mail.mil.

Follow us on Facebook and X at www.facebook.com/USNORTHCOM and www.x.com/USNorthernCmd.

---



SHARE



PRINT

🏷 Southern Border

ER-147

**EXHIBIT K**



# OFFICE OF THE GOVERNOR

June 8, 2025

Hon. Pete Hegseth
Secretary of Defense
Washington, DC 20301

<u>Via email only</u>

Re:    Federalization of the California National Guard

Dear Secretary Hegseth:

On June 7, 2025, President Trump issued a memorandum to your office entitled "Department of Defense Security for the Protection of Department of Homeland Security Functions." The memorandum purports to invoke 10 U.S.C. § 12406 to "call into Federal service members and units of the National Guard . . . to temporarily protect ICE and other United States Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property." The memorandum further directs "actions as necessary for the Secretary of Defense to coordinate with the Governors of the States and the National Guard Bureau in identifying and ordering into Federal service the appropriate members and units of the National Guard under this authority."

Section 12406 states that "the President may call into Federal service members and units of the National Guard of any State in such numbers as he considers necessary" to (1) repel an invasion of the United States by a foreign nation; (2) suppress a rebellion against the authority of the Government of the United States; or (3) execute the laws of the United States when the President is unable to do so with regular forces. Section 12406 further states that "[o]rders for these purposes shall be issued through the governors of the States."

Last night, the Adjutant General of California received a memorandum from your office with the subject line "Calling Members of the California National

Guard into Federal Service," which states that "[t]wo thousand members of the California National Guard will be called into Federal service effective immediately for a period of 60 days." Notably, this directive did not issue "through the governor[] of the State[]" as required by section 12406; the Department of Defense did not transmit this directive to the Office of the Governor, nor was it approved or ordered by the Governor of California. This directive is also inconsistent with the President's memorandum, which anticipates "coordinat[ion] with the Governors of the States" in identifying and ordering units of the National Guard into federal service.

At present, law enforcement authorities from the City and County of Los Angeles are safeguarding public safety, and, as demonstrated by the robust law enforcement response yesterday evening to protect federal facilities, local law enforcement resources are sufficient to maintain order.  In dynamic and fluid situations such as the one in Los Angeles, State and local authorities are the most appropriate ones to evaluate the need for resources to safeguard life and property.  Indeed, the decision to deploy the National Guard, without appropriate training or orders, risks seriously escalating the situation.

There is currently no need for the National Guard to be deployed in Los Angeles, and to do so in this unlawful manner and for such a lengthy period is a serious breach of state sovereignty that seems intentionally designed to inflame the situation, while simultaneously depriving the State from deploying these personnel and resources where they are truly required. Accordingly, we ask that you immediately rescind your order and return the National Guard to its rightful control by the State of California, to be deployed as appropriate when necessary.

Sincerely,

David Sapp
Legal Affairs Secretary
Office of Governor Gavin Newsom

cc.    California Attorney General Rob Bonta (via email only)

2

**ER-150**

**EXHIBIT Q**

 **Los Angeles fires:** Go to CA.gov/LAfires for latest information and resources

**News**

Jun 7, 2025

# Governor Gavin Newsom on speaking out peacefully

**Los Angeles, California** – Governor Gavin Newsom today issued the following statement in response to speaking out peacefully on the federal government's immigration actions:

> The federal government is taking over the California National Guard and deploying 2,000 soldiers in Los Angeles — not because there is a shortage of law enforcement, but because they want a spectacle.
>
> Don't give them one.
>
> Never use violence. Speak out peacefully.
>
> Governor Gavin Newsom

Categories: **Press releases,** **Public safety,** **Recent news,** **Top story**

**EXHIBIT L**

← Post



**Mayor Karen Bass** ✔
@MayorOfLA

This is a difficult time for our city. As we recover from an unprecedented natural disaster, many in our community are feeling fear following recent federal immigration enforcement actions across Los Angeles County.

Reports of unrest outside the city, including in Paramount, are deeply concerning. We've been in direct contact with officials in Washington, D.C., and are working closely with law enforcement to find the best path forward.

Everyone has the right to peacefully protest, but let me be clear: violence and destruction are unacceptable, and those responsible will be held accountable.

6:06 PM · Jun 7, 2025 · **1.6M** Views

💬 10K          ⟲ 1.7K          ♥ 4.6K          🔖 485          ⬆

💬 Read 10.7K replies



**New to X?**

Sign up now to get your own personalized timeline!

[G] Sign up with Google

[] Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service | Privacy Policy | Cookie Policy |
More ··· © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

ER-154

**EXHIBIT M**

NEWS ANALYSIS

# Trump Jumps at the Chance for a Confrontation in California Over Immigration

The situation has all the elements that the president seeks: a showdown with a top political rival in a deep blue state over an issue core to his agenda.

 ▶ **Listen to this article · 7:30 min**   <u>Learn more</u>

 **By Tyler Pager**
Reporting from Washington

June 8, 2025

It is the fight President Trump had been waiting for, a showdown with a top political rival in a deep blue state over an issue core to his political agenda.

In bypassing the authority of Gov. Gavin Newsom of California, a Democrat, to call in the National Guard to quell protests in the Los Angeles area over his administration's efforts to deport more migrants, Mr. Trump is now pushing the boundaries of presidential authority and stoking criticism that he is inflaming the situation for political gain.

Local and state authorities had not sought help in dealing with the scattered protests that erupted after an immigration raid on Friday in the garment district. But Mr. Trump and his top aides leaned into the confrontation with California leaders on Sunday, portraying the demonstrations as an existential threat to the country — setting in motion an aggressive federal response that in turn sparked new protests across the city.

(157 of 256), Page 157 of 256
6/10/25, 4:52 AM                    Trump Jumps at the Chance to Send in Troops Over an Immigration Fight - The New York Times
Case 3:25-cv-04870-CRB   Document 31   Filed 06/10/25   Page 75 of 129
Case: 25-3727, 07/22/2025, DktEntry: 57.1, Page 157 of 256

As more demonstrators took to the streets, the president wrote on social media that Los Angeles was being "invaded and occupied" by "violent, insurrectionist mobs," and directed three of his top cabinet officials to take any actions necessary to "liberate Los Angeles from the Migrant Invasion."

"Nobody's going to spit on our police officers. Nobody's going to spit on our military," Mr. Trump told reporters as he headed to Camp David on Sunday, although it was unclear whether any such incidents had occurred. "That happens, they get hit very hard."

The president declined to say whether he planned to invoke the 1807 Insurrection Act, which allows for the use of federal troops on domestic soil to quell a rebellion. But either way, he added, "we're going to have troops everywhere."

Stephen Miller, the White House deputy chief of staff, posted on social media that "this is a fight to save civilization."

Mr. Trump's decision to deploy at least 2,000 members of the California National Guard is the latest example of his willingness and, at times, an eagerness to shatter norms to pursue his political goals and bypass limits on presidential power. The last president to send in the National Guard for a domestic operation without a request from the state's governor, Lyndon B. Johnson, did so in 1965, to protect civil rights demonstrators in Alabama.



President Trump in New Jersey on Sunday. On social media, he, his aides and allies have sought to frame the demonstrations against immigration officials on their own terms.  Haiyun Jiang for The New York Times

But aides and allies of the president say the events unfolding in Los Angeles provide an almost perfect distillation of why Mr. Trump was elected in November.

"It could not be clearer," said Newt Gingrich, the former Republican House speaker and ally of the president who noted that Mr. Trump had been focused on immigration enforcement since 2015. "One side is for enforcing the law and protecting Americans, and the other side is for defending illegals and being on the side of the people who break the law."

Sporadic protests have occurred across the country in recent days as federal agents have descended on Los Angeles and other cities searching workplaces for undocumented immigrants, part of an expanded effort by the administration to ramp up the number of daily deportations.

**ER-158**

6/10/25, 4:52 AM          Trump Jumps at the Chance to Confront California Over Immigration — The New York Times

On social media, Mr. Trump, his aides and allies have sought to frame the demonstrations against immigration officials on their own terms. They have shared images and videos of the most violent episodes — focusing particularly on examples of protesters lashing out at federal agents — even as many remained peaceful. Officials also zeroed in on demonstrators waving flags of other countries, including Mexico and El Salvador, as evidence of a foreign invasion.

"Illegal criminal aliens and violent mobs have been committing arson, throwing rocks at vehicles, and attacking federal law enforcement for days," wrote Karoline Leavitt, the White House press secretary.

Mr. Newsom, whom the president refers to as "Newscum," has long been a foil for Mr. Trump, who has repeatedly targeted California and its leader as emblematic of failures of the Democratic Party.

"We expected this, we prepared for this," Mr. Newsom said in a statement to The New York Times. "This is not surprising — for them to succeed, California must fail, and so they're going to try everything in their tired playbook despite the evidence against them."

On Sunday, the governor sent a letter to Defense Secretary Pete Hegseth formally requesting that Mr. Trump rescind the call-up of the National Guard, saying federal actions were inflaming the situation. And on Monday, Mr. Newsom said California would file a lawsuit challenging the president's order to federalize the state's National Guard.

He was echoed by other Democratic officials, who said the mounting demonstrations were the result of Mr. Trump's own actions.

The president and his aides "are masters of misinformation and disinformation," Senator Alex Padilla of California, a Democrat, said in an interview. "They create a crisis of their own making and come in with all the theatrics and cruelty of immigration enforcement. They should not be surprised in a community like Los Angeles they will be met by demonstrators who are very passionate about standing up for fundamental rights and due process."

6/10/25, 4:52 AM

Republicans defended Mr. Trump's moves, saying he was rightfully exercising his power to protect public safety.

"The president is extremely concerned about the safety of federal officials in L.A. right now who have been subject to acts of violence and harassment and obstruction," Representative Kevin Kiley, Republican of California, said in an interview.

He added: "We are in this moment because of a series of reckless decisions by California's political leaders, the aiding and abetting the open-border policies of President Biden."

Trump officials said on Sunday that they were ready to escalate their response even more, if necessary. Tom Homan, the president's border czar, suggested in an interview with NBC News that the administration would arrest anyone, including public officials, who interfered with immigration enforcement activities, which he said would continue in California and across the country.

**ER-160**

(161 of 256), Page 161 of 256 Case: 25-3727, 07/22/2025, DktEntry: 57.1, Page 161 of 256
6/10/25, 4:52 AM                Trump Jumps at the Chance to Punish California in the Name of Immigration - The New York Times
Case 3:25-cv-04870-CRB    Document 35-1    Filed 06/06/25    Page 76 of 129



Protesters in Pasadena, Calif., on Sunday. *Alex Welsh for The New York Times*

Mr. Trump appears to be deploying against California a similar playbook that he has used to punish universities, law firms and other institutions and individuals that he views as political adversaries.

Last month, he threatened to strip "large scale" federal funding from California "maybe permanently" over the inclusion of transgender athletes in women's sports. And in recent days, his administration said it would pull roughly $4 billion in federal funding for California's high-speed train, which would further delay a project that has long been plagued by delays and funding shortages.

"Everything he's done to attack California or anybody he fears isn't supportive of him is going to continue to be an obsession of his," Mr. Padilla said. "He may think it plays smart for his base, but it's actually been bad for the country."

6/10/25, 4:52 AM    Case 3:25-cv-04870-CRB    Trump Jumps at the Chance for Confrontation in California on Immigration Filed 06/09/25    Page 80 of 129

White House officials said there was a different common denominator that explains Mr. Trump's actions both against institutions like Harvard and immigration protests in Los Angeles.

"For years Democrat-run cities and institutions have failed the American people, by both choice and incompetence," Abigail Jackson, a White House spokeswoman, said in a statement.

"In each instance," she added, "the president took necessary action to protect Americans when Democrats refused."

**Tyler Pager** is a White House correspondent for The Times, covering President Trump and his administration.

---

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: Trump Leaps at Chance For Clash in California

**EXHIBIT N**

EVENT ENDED    Last updated June 9, 2025, 10:33 PM PDT

## 700 Marines will deploy as immigration protests continue

The state of California has sued the Trump administration for its activation of the state's National Guard.



Updated June 9, 2025, 10:33 PM PDT

**By NBC News**

*This liveblog has now ended.*

- **TROOPS IN L.A.:** About 700 Marines from the Marine Corps base in Twentynine Palms, California, will deploy to Los Angeles to support the roughly 300 National Guard members already in the city to control protests against federal immigration raids, Defense Secretary Pete Hegseth said. President Donald Trump had earlier ordered the deployment of 2,000 troops in a move California Gov. Gavin Newsom criticized as inflammatory.

- **HOW WE GOT HERE:** Protests erupted after Immigration Customs Enforcement officers carried out raids Friday in three locations across Los Angeles, where dozens of people were taken into custody. Newsom called the raids "chaotic federal sweeps" that aimed to fill an "arbitrary arrest quota."

- **TRUMP VS. NEWSOM:** "Border czar" Tom Homan threatened Newsom and Mayor Karen Bass with arrest if they impede troop deployment efforts. Newsom responded by saying: "Tom, arrest me. Let's go." Trump backed Homan's threat, and Newsom called it "an unmistakable step toward authoritarianism."

- **CALIFORNIA SUES:** Newsom and California Attorney General Rob Bonta sued Trump and Hegseth over the activation of the state's National Guard, asking a court to declare the order unlawful.

- **ARRESTS:** At least 56 people were arrested this weekend as protesters were ordered to leave downtown and law enforcement shot "less-lethal" rounds. Demonstrators spilled out onto the 101 Freeway, while others set fire to Waymo driverless cars.

---

6h ago / 10:33 PM PDT

### 'There was a kind of a stampede of people,' says man in L.A. protest

 Alicia Victoria Lozano

⊙ Reporting from Los Angeles

Pau Castro said he was in a crowd of people in downtown Los Angeles' Little Tokyo when, during what he characterized as a peaceful protest, "there was a bit of an exchange" with police.

"And all of a sudden, very quickly, there was a kind of stampede of people, and we were tear-gassed," Castro, 27, said in the lobby of the building where he and others took shelter.

"And with the stampede of people, we were able to find a safe place in this lobby of an apartment building," the Los Angeles resident said. "And immediately afterwards the police began charging forward and shooting against the protesters."

**ER-164**

Castro said the protest was peaceful but that a few people tried to escalate it, and others in the crowd tried to stop them.

He said water balloons were thrown, and then fireworks were set off, "and then it kind of all happened quickly."

"I've been to many protests, and it kind of always happens like this, you know?" Castro said. "It's like everything is kind of contained, and then there's this one spark, or the police decide, 'OK, enough is enough. We're charging forward.'"

---

7h ago / 10:04 PM PDT 

### Police push in line from Little Tokyo intersection, video shows

 Phil Helsel

News helicopter video from NBC Los Angeles showed a line of police advancing from 2nd and San Pedro streets as some protesters fled ahead of them.

Police are wearing riot helmets and other equipment. A very large number of police vehicles with lights flashing are stationed behind the officers, not moving, video showed.

Police have used a chemical irritant and flash-bang devices.

---

7h ago / 9:49 PM PDT 

### Police use tear gas and flash-bangs after declaring unlawful assembly

 Alicia Victoria Lozano

📍 Reporting from Los Angeles

An NBC News reporter was trapped in a building with other journalists after police declared an unlawful assembly in the Little Tokyo section of downtown and then used flash-bang devices and tear gas on protesters.

Some demonstrators lingered amid the gas, while others screamed and ran. One woman tried to retrieve a water bottle from the street, and police shot a less-lethal round at her.

A news photographer with a different agency was also hit with tear gas, and water was used to flush his eyes.

Video from a helicopter showed a line of police in riot gear at an intersection and a small group of people farther down the street, dispersed between cars and on the sides of buildings.

---

8h ago / 9:27 PM PDT 

### Australian PM says he raised issue of injured journalist with U.S.

 Phil Helsel

Australian Prime Minister Anthony Albanese said he was "horrified" by video of Channel Nine journalist Lauren Tomasi being struck by a less-lethal round fired by police during protests in Los Angeles.

Tomasi is clearly identified as a journalist and is clearly speaking into a microphone toward a camera when, video shows, an officer raises his weapon and fires from behind her. Tomasi then yells in pain.

"In L.A., it is not unreasonable to think that she would not have been targeted with a rubber bullet," Albanese said at the National Press Club of Australia, shown on Australia television. "It is not unreasonable to think that she could do about that her coverage, clearly, as people could see the footage, clearly identified as media."

"And so we have already raised these issues with the U.S. administration. We don't find it acceptable that it occurred," he said. "And we think that the role of the media is particularly important."

Albanese said Tomasi is doing well, "but that footage was horrific."

---

8h ago / 9:07 PM PDT 

### In L.A.'s downtown, a resident hopes for peace amid protest chaos around him

 Dennis Romero

For a fourth straight night, protesters have descended on downtown Los Angeles and clashed with authorities on the otherwise empty streets of a community known for its commuter life.

But the urban center of Los Angeles is home to an estimated 90,000 residents in historic lofts, converted single-room occupancy apartments and newer high-rise penthouses. Many are trying to endure the daily action on the street.

Last night, protesters were on the street below Derek Mazzeo's residence in a roughly 100-year-old building that was redeveloped in the 2000s. Despite what he said was a solid job bringing the old

[ SHOW MORE ]

---

8h ago / 8:52 PM PDT 

### Police fire flash-bang grenades at crowd of around 1,000

 Alicia Victoria Lozano

📍 Reporting from Los Angeles

Officers fired flash-bang grenades at a crowd of around 1,000 protesters in downtown Los Angeles.

People in the crowd flew Mexican flags and at least two U.S. flags turned upside-down, a signal of distress.

Police continued to work to push the crowd back down the street after they advanced on protesters in the city's Little Tokyo section.

---

9h ago / 8:29 PM PDT

### Police fire pepper balls at crowd in downtown L.A.'s Little Tokyo

 Alicia Victoria Lozano

⊙ Reporting from Los Angeles

Officers were seen firing pepper balls into a crowd that had roughly tripled in size at 2nd and San Pedro streets in Los Angeles.

The crowd was observed yelling, "Peaceful protest!" It was not immediately clear what prompted officers to fire. An irritant hung heavy in the air after the incident at around 8:15 p.m.

The intersection is in the Little Tokyo area of downtown Los Angeles, the cultural and historic hub of the city's Japanese community.

---

9h ago / 8:11 PM PDT

### Authorities attacked reporters 27 times during L.A. protests, journalist groups say

 Dennis Romero

Authorities deployed to protests in Los Angeles since Friday have attacked journalists 27 times, the organization PEN America said, citing the Los Angeles Press Club and Reporters Without Borders.

PEN America joined 24 other organizations to decry the attacks, reported from Friday to Sunday, in a letter to Homeland Security Secretary Kristi Noem.

The letter focused on attacks by federal officers, who it said may have violated journalists' First Amendment rights, as well as federal case law that held that reporters have the right to record their actions and may remain nearby even as dispersal orders are directed at protesters.

SHOW MORE

---

9h ago / 7:38 PM PDT

### Around 1,700 National Guard troops in greater Los Angeles, military says

 Courtney Kube

About 1,700 National Guard troops are on site in the greater Los Angeles area, and 700 Marines were activated to join them in their mission in Los Angeles, the military said in a statement.

The military task force is "protecting federal personnel and federal property in the greater Los Angeles area," said U.S. Northern Command, known as NORTHCOM.

Overall, there are 2,100 National Guard soldiers with the task force, called Task Force 51, along with the 700 Marines, the military said.

The city's Democratic mayor and other officials, as well as Newsom, have condemned the deployment to Los Angeles.

---

9h ago / 7:31 PM PDT

### 'Border czar' says Newsom hasn't done anything to warrant arrest, after Trump says he should be arrested

Zoë Richards

Trump's "border czar," Tom Homan, said he did not believe Newsom has done anything to warrant arrest after Trump suggested today that he should have Newsom arrested.

Asked in a CNN interview that aired tonight about Trump's comments and whether Newsom should face arrest, Homan responded: "Not at this time, absolutely not."

Newsom had dared Homan to arrest him. Responding to Newsom's challenge, Trump told reporters earlier today, "I would do it if I were Tom."

Homan also defended Trump's move to activate the National Guard, telling CNN host Kaitlan Collins that he thinks Trump "did exactly the right thing" and that Trump had not acted unlawfully.

"I certainly think the president is acting within the confines of the law," Homan said when he was asked about Trump's deploying the National Guard without Newsom's request.

---

10h ago / 7:02 PM PDT

Gadi Schwartz

⊙ Reporting from Los Angeles



Reporter falls back with dispersed L.A. protesters amid flash-bangs, tear gas

04:58

Officials tried to disperse a crowd at anti-ICE protests downtown by firing tear gas and flash-bang devices.

---

10h ago / 6:57 PM PDT



## Democratic Sen. Fetterman condemns protests, calling them 'anarchy and true chaos'

 Raquel Coronell Uribe

Sen. John Fetterman, D-Pa., called the protests in Los Angeles "anarchy and true chaos," slamming his party for what he characterized as a refusal to condemn violent acts.

"I unapologetically stand for free speech, peaceful demonstrations, and immigration – but this is not that," Fetterman wrote on X.

"My party loses the moral high ground when we refuse to condemn setting cars on fire, destroying buildings, and assaulting law enforcement," he added.

The protests have been largely peaceful, and there have not been widespread reports of damage.

Fetterman's response is in contrast to statements by other Democratic lawmakers. Senate Minority Leader Chuck Schumer, D-N.Y., condemned the Trump administration's response, in which Trump ordered the National Guard to the city, calling it "unnecessary, inflammatory, and provocative" in a statement today.

---

10h ago / 6:30 PM PDT

## 'Stop the raids,' L.A. mayor pleads with feds

 Phil Helsel

Bass ended a news conference this evening by asking the federal government to stop conducting immigration raids in the city, saying they are creating chaos and are unnecessary.

Bass said that in some cases families are showing up for their scheduled appointments with ICE as they are supposed to and then being detained and that day laborers are being targeted.

Bass said there have been five raids in the LA region, but she did not know all the details.

"I am hopeful that the federal government will hear our plea: Stop the raids," Bass said. "This is creating fear and chaos in our city, and it is unnecessary."

"And I hope that we will be heard, because our city is trying to move forward," she continued. "And I believe that the federal government should be supportive of us moving forward."

The protests erupted after federal raids Friday.

---

11h ago / 6:23 PM PDT

## Authorities fire less-lethal weapons from rooftop

 Alicia Victoria Lozano and Dennis Romero

The situation grew tense in downtown Los Angeles this evening as less-lethal rounds were launched from the rooftop of the Edward R. Roybal Federal Building and police moved in to secure the area.

Authorities in fatigues were seen firing from the rooftop. It wasn't clear which agency opened fire, but the Los Angeles Police Department's Central Division noted that officers in the area were authorized to use less-lethal weapons.

The division, which patrols downtown, said on X that troublemakers were throwing objects at officers at Los Angeles and Temple streets, adjacent to the federal building.

The situation seemed to darken as more law enforcement agents and officers moved into the area, agitating some protesters.

Police formed a line blocking the steps of City Hall nearby.

Some protesters were trapped on Los Angeles Street near the Los Angeles Mall as police shut down movement from the area. They also closed Temple Street, which runs east-west past the federal building.

---

11h ago / 6:18 PM PDT                                                                                                    

### L.A. mayor warns fed heavy-handedness may be 'test case' by Trump

 Phil Helsel

Bass said tonight that the immigration raids last week that set off the protests in the city were unnecessary and that they targeted people like day laborers at a Home Depot, not the criminals the Trump administration claimed would be prioritized.

"Nothing warranted the raids," Bass said. "If you remember at the beginning of this administration, we were told that raids would be look for violent criminals, people who have warrants."

"But I don't know how you go from a drug dealer to a Home Depot, to people's workplaces where they're just trying to make a living," she said.

L.A. mayor suggests city may be a 'test case' for increased federal authority
02 : 33



Bass said the Trump administration could be using Los Angeles to see how far federal agents can go.

"These are not the people that we were told were going to be detained," she said. "And it makes me feel like our city is actually a test case – a test case for what happens when the federal government moves in and takes the authority away from the state or away from local government."

---

11h ago / 6:14 PM PDT

### LAPD chief 'very concerned' about reporter struck by less-lethal round

 Dennis Romero

Police Chief McDonnell said today that he's "very concerned" after an officer fired a less-lethal round that struck a journalist during protests downtown last night.

Lauren Tomasi, a correspondent with Australia's Channel Nine, was broadcasting live when she was struck in the leg by what the LAPD described as a foam projectile fired from a 40 mm launcher.

In video of the use of force, a police officer is seen turning toward Tomasi and firing a round in her direction. Tomasi yells and stumbles to reach for her leg. She later told Nine News Australia that she was "safe."

Police are trained to aim at the belt line of anyone targeted with less-lethal arounds, including the foam projectiles and bean bag rounds. However, the department has agreed in the past – including after the 2007 "Mayday melee," in which officers injured multiple reporters and protesters at a pro-immigrant rally – not to target journalists who are working and covering action from a reasonable distance.

McDonnell said the department is looking into the incident.

---

11h ago / 6:00 PM PDT 

### There will be 'many more' arrests in coming days, LAPD chief says

 Phil Helsel

Police Chief Jim McDonnell warned tonight that anyone committing violence or vandalism during protests will be arrested and said investigators will make more arrests connected to past incidents.

"There is no tolerance for criminal activity under the guise of protest," McDonnell said at a news conference.

Around 60 people were arrested in the unrest over the weekend, officials said. McDonnell said he "wouldn't argue" that relatively few people have been arrested thus far, but he said numbers are expected to grow as investigations continue.

"There will be many more subsequent arrests," he said.

McDonnell also said the Trump administration's deployment of federal troops without direct coordination causes logistical problems "and risks confusion during critical incidents."

He said that the LAPD has decades of experience with large-scale protests and that he is confident the police department can respond to the current demonstrations professionally and effectively.

---

11h ago / 5:43 PM PDT

### Police fire less-lethal rounds in faceoff with protesters in center of L.A.

 Sossy Dombourian and Dennis Romero

Protesters in the middle of an intersection faced off with law enforcement officers who used less-lethal rounds in an attempt to disperse the crowd today.

The sound of small explosions and popping from officers' less-lethal launchers could be heard as protesters began to retreat from the intersection of Los Angeles and Temple streets near the Edward R. Roybal Federal Building. A handful had been observed throwing objects at officers.

Some protesters ran, while others put up their hands, some holding up two fingers in a seeming sign of peace.

Police declared an unlawful assembly in the area, meaning anyone who remains can be arrested. Officers were seen lined up, pushing the crowd back.

---

11h ago / 5:30 PM PDT

### National Guard deployment is illegal and could hinder wildfire prevention, California AG says

 Raquel Coronell Uribe

California Attorney General Rob Bonta said that the state's position is clear and that state officials believe Trump's decision to federalize the National Guard was unlawful.

"The California National Guard is a joint operation, and the commander-in-chief, most of the time, is the governor of California," Bonta said on MSNBC, adding that only in cases of "rare and infrequent" conditions like rebellions or invasions can the president deploy the National Guard.

"The president can do many lawful things, but he cannot do unlawful things, and what he has tried to do here is exercise authority he doesn't have," Bonta said.

He added that Trump federalized the guard as wildfire season in California is in full swing and that the state's troops, who are trained to combat wildfires, are pulled away from that mission.

"What the Trump administration has done here is unnecessary. It's not constructive. It's harmful. It has only led to inflame tensions and provoke, as opposed to calm and create peace. And most importantly, it's unlawful," Bonta said.

---

12h ago / 5:20 PM PDT

### Burning electric vehicles hard to extinguish during protests, fire department says

 Phil Helsel

Electric vehicles were left to burn in the Los Angeles unrest in some cases because their batteries are hard to reach with water and take a lot of it, a spokesperson for the fire department said today.

The fire department responded to "multiple vehicle fires" during this weekend's unrest, Public Information Officer Erik Scott said in a video on X. Among the vehicles that were torched were Waymo autonomous electric vehicles, video showed.

"Due to the design of EV battery systems, it's often difficult to apply the water directly to the burning cells, especially in a chaotic environment, and in some cases, allowing the fire to burn is the safest tactic," Scott said.

It also requires a large amount of water, Scott said, and the runoff must be managed.

The lithium-ion batteries in electric vehicles become dangerous when they are burned, he said, including releasing highly toxic hydrogen fluoride gas – dangerous to the lungs when it is breathed in and able to be absorbed through the skin.

It can cause "serious internal harm," Scott said.

---

12h ago / 4:58 PM PDT

### ACLU says Marines aren't trained to police protests

 Phil Helsel

The American Civil Liberties Union today called the deployment of active-duty troops an unnecessary escalation and a move by the Trump administration that raises serious constitutional concerns.

"Every move President Trump has made since Saturday night has been escalatory and inflammatory," Hina Shamsi, director of the National Security Project at the ACLU, said in a statement.

"The idea that these Marines have anywhere near the kind of training required to police protests while respecting people's constitutional rights would be laughable if the situation weren't so alarming," Shamsi said.

"From the get-go, the Trump administration's deployment of troops into the streets of California, over the governor's objection, has raised serious constitutional concerns," Shamsi said. "This latest move only increases legal and ethical jeopardy for troops, and further endangers the rights of the people of Los Angeles."

---

12h ago / 4:48 PM PDT

### LAPD got no formal notice Marines would be deployed, chief says

 Andrew Blankstein

Police Chief Jim McDonnell said today his agency has not received any formal notice that Marines would be deployed in Los Angeles, but he said the police force has the experience when it comes to large protests.

"The LAPD has not received any formal notification that the Marines will be arriving in Los Angeles. However, the possible arrival of federal military forces in Los Angeles absent clear coordination presents a significant logistical and operational challenge for those of us charged with safeguarding this city," McDonnell said in a statement.

"The Los Angeles Police Department, alongside our mutual aid partners, have decades of experience managing large-scale public demonstrations, and we remain confident in our ability to do so professionally and effectively," he said.

McDonnell said his agency's priority is public and officer safety, and he urged "open and continuous lines of communication between all agencies to prevent confusion, avoid escalation, and ensure a coordinated, lawful, and orderly response during this critical time."

---

12h ago / 4:39 PM PDT

### Hegseth makes it official: Marines deploying to L.A.

 Mosheh Gains and Dennis Romero

Hegseth made the deployment of Marines to Los Angeles official, saying on X that the 700 Marines mobilized to Camp Pendleton will be sent to defend federal resources.

"Due to increased threats to federal law enforcement officers and federal buildings, approximately 700 active-duty U.S. Marines from Camp Pendleton are being deployed to Los Angeles to restore order," he said.

U.S. Northern Command said in an earlier statement that the Marines would come from the Marine Corps Air Ground Combat Center and were being sent to Camp Pendleton in San Diego County before probable deployment.

Twentynine Palms, in the California desert, is about 140 miles east of downtown Los Angeles. Camp Pendleton, which has its main address in Oceanside, is about 90 miles south of downtown L.A.

Two Defense Department sources said the process of mobilizing – moving troops from Twentynine Palms to Oceanside, a distance of about 147 miles – would begin tonight.

Hegseth said the troops will defend federal agents amid protests in Los Angeles over immigration raids.

"We have an obligation to defend federal law enforcement officers – even if Gavin Newsom will not," he said.

---

12h ago / 4:36 PM PDT

### California suit against use of troops: 'People are governed by civil, not military, rule'

 Phil Helsel

California's attorney general has filed a promised lawsuit challenging the Trump administration's deployment of military troops in Los Angeles following protests and unrest.

The suit says that Trump exceeded his lawful authority and that he "used a protest that local authorities had under control to make another unprecedented power grab."

Newsom is the legal commander-in-chief of the state's National Guard, the suit argues, and he did not request their use. In fact, Newsom has criticized Trump's ordered of troops as an attempt to "manufacture a crisis."

The lawsuit says that under the legal statute, "when the President calls members of a State National Guard into federal service pursuant to that statute, those orders 'shall be issued through the governors of the States.'"

"Instead, Secretary Hegseth unlawfully bypassed the Governor of California, issuing an order that by statute must go through him," Bonta wrote in the suit.

Bonta also argued that Trump's action "contravenes core statutory and constitutional restrictions."

"One of the cornerstones of our Nation and our democracy is that our people are governed by civil, not military, rule. The Founders enshrined these principles in our Constitution," Bonta wrote.

---

13h ago / 4:25 PM PDT

### Newsom says Trump is deploying another 2,000 National Guard troops to L.A.

 Phil Helsel

Newsom said this afternoon that Trump is deploying 2,000 more National Guard troops to Los Angeles, on top of an initial 2,000.

"I was just informed Trump is deploying another 2,000 Guard troops to L.A.," he said on X.

ER-170

"The first 2000? Given no food or water. Only approx. 300 are deployed – the rest are sitting, unused, in federal buildings without orders," Newsom wrote.

"This isn't about public safety. It's about stroking a dangerous President's ego," he continued. "This is Reckless. Pointless. And Disrespectful to our troops."

California's attorney general today filed a lawsuit challenging Trump's deployment of National Guard troops to Los Angeles, calling it an unprecedented power grab that exceeds his authority.

Newsom has accused Trump of using the National Guard "to manufacture a crisis."

---

13h ago / 4:11 PM PDT

### One voice in the crowd urges protesters not to 'give Donald Trump what he wants'

 Alicia Victoria Lozano

Amid the protesters outside the Edward R. Roybal Federal Building in downtown Los Angeles today was a voice calling for peace.

Najee Gow, 27, is a Los Angeles resident from Portland, Oregon, who was at that city's raucous 2020 protests that emerged from the police murder of George Floyd in Minneapolis this spring.

Using a handheld loudspeaker, Gow urged fellow protesters today to remain peaceful and not "give Donald Trump what he wants."

Gow said protesters who turn to violence and vandalism feed Trump's strategy to paint Los Angeles as a city of crime while bolstering his use of the National Guard and, possibly, Marines to protect federal assets in the region.

Gow noted that Trump administration officials have threatened to arrest Newsom.

"I don't know what will happen if Marines set foot in L.A.," Gow said. "You know, like, if you arrest the governor, if you arrest the mayor, that is a decline of democracy, that is a dictatorship."

---

13h ago / 3:58 PM PDT

### Hakeem Jeffries: Trump and Republicans have 'zero credibility' on law and order

 Phil Helsel

House Minority Leader Hakeem Jeffries said today that Trump and the current Republican Party have "zero credibility" on law-and-order issues and are "intentionally trying to inflame" the situation.



.

.

| SHOW MORE |
|---|

---

13h ago / 3:55 PM PDT

### All 'uniformed officers' to stay on duty as LAPD declares 'tactical alert'

 Phil Helsel



The LAPD's Central Division, which covers downtown, declared a tactical alert shortly after 3 p.m.

"The City of Los Angeles has declared a Tactical Alert. All uniformed personnel are to remain on duty," is said on X.

A tactical alert allows supervisors to keep officers past their shifts and maintain high levels of staffing in the event of emergencies or large incidents.

---

13h ago / 3:48 PM PDT

### 'Not on our watch': L.A. public schools plan to protect undocumented families at graduations

 Helen Jeong, NBC Los Angeles

Ahead of the roughly 100 graduation ceremonies today and tomorrow, the Los Angeles Unified School District is carrying out plans to protect its estimated 7,500 undocumented students and their families amid ongoing federal immigration raids in Los Angeles and beyond, according to United Teachers Los Angeles, an LAUSD teachers' union.

Superintendent Alberto Carvalho said that security perimeters will be set up at every graduation site and that buses and bus sites are included in security plans.

"Every single graduation site is a protected site," Carvalho said. "Any federal agency [that] may want to take action during these joyous times that we call graduation – not on our watch."

United Teachers Los Angeles, the teachers union for the second-largest public school district in the country, says about 1 in 4 of the district's 30,000 immigrant students are undocumented.

*Read the full story here.*

---

13h ago / 3:41 PM PDT

### Gov. Newsom says using military in L.A. is 'dictatorial'

 Dennis Romero

Newsom continued a bitter back-and-forth with Trump today after U.S. Marines were mobilized in anticipation of duty in Los Angeles amid the region's ongoing protests.

Newsom said using Marines amid free speech displays by Americans on U.S. soil is "un-American."

"U.S. Marines have served honorably across multiple wars in defense of democracy," Newsom said. "They are heroes."

The mission in Los Angeles, should Marines be deployed, would be to protect federal personnel and resources, two Defense Department sources said. Under federal law, they would be prohibited from making arrests.

Still, using U.S. forces for a domestic situation is rare.

"They shouldn't be deployed on American soil facing their own countrymen to fulfill the deranged fantasy of a dictatorial President," Newsom said on X this afternoon.

"This is un-American," he said.

---

13h ago / 3:30 PM PDT 

## 'My message to ICE is: Leave us alone,' pastor says at L.A. march

 Liz Kreutz

⊙ Reporting from Los Angeles

Marching with protesters in Los Angeles today, Pastor Lucia Chappelle at Founders Metropolitan Community Church in Los Angeles said her message was a simple one.

"My message to ICE is: Leave us alone," she said, using a walker to join the crowd.

"I mean, you're talking about family people, you're talking about my neighbors, you're talking about people who have not hurt anyone – not hurt anyone," she said.

Chappelle also said the reality of Los Angeles, which has many immigrants, does not match the rhetoric of an "invasion" that is being spread.

"You can see we're not a mass of invading, marauding immigrants tearing up the city," she said. "We're people building this city – all of us are."

---

14h ago / 3:10 PM PDT 

## Marines mobilize to Camp Pendleton in anticipation of L.A. deployment

 Courtney Kube and Dennis Romero

An estimated 700 Marines are being mobilized, moving from Marine Corps Air Ground Combat Center in Twentynine Palms, about 140 miles east of Los Angeles, to Camp Pendleton in San Diego County, defense sources said.

The mobilization will put the troops closer to Los Angeles, where they could be deployed alongside National Guard troops to protect federal resources and personnel, two Defense Department sources

SHOW MORE

---

14h ago / 3:05 PM PDT 

## Protesters gather at historic site where L.A. was founded

 Dennis Romero

A few hundred peaceful protesters gathered today at Olvera Street, part of El Pueblo de Los Angeles Historical Monument, commemorated as the site where Los Angeles was founded.

The location emits a symbolism, no doubt, in the minds of some protesters, attaching history to contemporary demographics that have Los Angeles County roughly one-half Latino and three-fourths people of color.

The city's Latino roots reach to Olvera Street, where in 1769 Gaspar de Portola led a Spanish expedition north from San Diego and found an ideal place for a settlement.

SHOW MORE

---

14h ago / 2:56 PM PDT 

## Labor leader David Huerta released on $50K bond

Tyler Kingkade

⊙ Reporting from Los Angeles

David Huerta, president of the California chapter of the Service Employees International Union, was released from federal custody on a $50,000 bond this afternoon after his first court appearance.

Huerta faces a federal charge of conspiracy to impede an officer, a felony, stemming from Friday's immigration raids.

The charges were not discussed during the hearing, and the court did not ask him to enter a plea.

A criminal complaint alleges that Huerta arrived on the scene of an immigration enforcement operation and, according to an undercover officer in the crowd, directed people to picket to prevent law enforcement vehicles from entering the property of a clothing warehouse.

SHOW MORE

---

14h ago / 2:44 PM PDT

### Newark Mayor Ras Baraka slams Trump's National Guard decision as 'dangerous'

 +2  Julie Tsirkin, Olympia Sonnier and Bridget Bowman

⊙ Reporting from Newark, N.J.

Newark, New Jersey, Mayor Ras Baraka said today that Trump's decision to federalize California's National Guard troops is "really dangerous."

Baraka, who is running for governor of New Jersey, said he agreed with Newsom's objection to activating the state's National Guard to respond to protests in Los Angeles.

"They are putting troops on the ground in these cities, and this is something that you don't do, right?" Baraka told NBC News on the eve of the state's gubernatorial primary, in which he is one of six candidates for the Democratic nomination.

SHOW MORE

---

14h ago / 2:33 PM PDT

### Newsom's office criticizes mobilization of Marines

 Dennis Romero

Newsom's press office called the mobilization of U.S. Marines, an estimated 700 of whom are being moved to L.A. to support National Guard troops, "completely unwarranted."

"The level of escalation is completely unwarranted, uncalled for, and unprecedented," the office said on X.

The governor's office characterized the move as "mobilizing the best in class branch of the U.S. military against its own citizens."

It made a distinction between mobilizing the troops and deploying them, saying Marines are not being deployed but will be moved to L.A., where raucous protests over immigration enforcement have been ongoing since the weekend.

Deployment would be a final step in putting troops on the streets, as two sources in the U.S. Department of Defense said, to protect federal personnel and resources amid the protests.

---

14h ago / 2:29 PM PDT

### Rabbi at Los Angeles protest calls ICE raids 'dehumanizing'

 NBC News

---

15h ago / 2:27 PM PDT

### Los Angeles protester: 'Families are being torn apart'

 Morgan Chesky and Daniella Silva

A protester at a pro-union rally for immigrants said he showed up to send the message that families should not be "torn apart" by the ICE raids in Los Angeles and that "workers can go to work every day and not fear that they're not gonna be able to see their families at the end of the day."

"I think it improves us all to come out here today, to come out tomorrow and the next day to show a peaceful front, and to make sure that the right story that's out there is that these families are being torn apart, and that this should stop, that ICE needs to leave, that the National Guard should stand down, and that we need to be able to supporting our immigrant families and those communities," Victor Sanchez, the executive director of the Los Angeles Alliance for a New Economy, told NBC News.

Sanchez, who is a native of Los Angeles and comes from an immigrant family, said watching the events of the last 72 hours in his city has been "heart-wrenching."

"I think this is probably the start of a groundswell of activism and mobilization on behalf of the community and the moral imperative is here. I think people are standing up and are saying, 'enough is enough,'" he said. "We have to continue to show up, not just for the larger context in terms of what we're suffering with this administration, but for these families that are being locked up and deported without due process."

---

15h ago / 2:06 PM PDT

### Immigration arrests are way up and ICE detention facilities are full

 Laura Strickler and Dennis Romero

New data from U.S. Immigration and Customs Enforcement shows immigration enforcement efforts, including arrests of those believed to be in the United States illegally, are up significantly.

ICE detention facilities are at capacity, even as the number of detainees is expected to grow. The U.S. Department of Homeland Security says ICE arrested more than 2,000 people each day for much of last week.

The number of people in detention is now at 51,302, which is 30% higher than it was at the beginning of President Donald Trump's administration. ICE is funded to hold 41,500 detainees.

In May, there were 28,797 people booked into ICE facilities, the highest number since the second Trump Administration began. During the last two weeks of May, a total of 15,020 were held at ICE facilities. This figure represents people who were arrested by ICE or U.S. Customs and Border Protection.

ICE is using 44% more detention facilities, 155 in all, since the last days of President Joe Biden's term.

Of those in ICE detention, 56%, or 28,864, have criminal backgrounds, meaning they have either been convicted of a crime or have pending criminal charges, according to the data. The remaining 22,438 do not have criminal histories.

The Adelanto ICE Processing Center is the main ICE facility for the Los Angeles area and currently has 140 detainees, the data show. At the start of the Trump administration, it had just three detainees.

---

15h ago / 1:52 PM PDT

### U.S. Marines tasked with defense of federal property

 Courtney Kube and Mosheh Gains

U.S. Marine Corps troops mobilized in Los Angeles will be tasked with defending federal property and personnel, two U.S. Department of Defense officials said.

An estimated 700 Marines from the U.S. Marine Corps Air Ground Combat Center in Twentynine Palms have been mobilized to assist National Guard troops and law enforcement in Los Angeles amid ongoing protests.

Twentynine Palms is in the desert, about 140 miles east of L.A.

According to the officials, the Marines will operate under three rules of force: self defense, defense of federal property and defense of federal personnel.

Those are the same rules of force for National Guard troops deployed under Trump's executive order in Los Angeles, where raucous protests have been ongoing.

---

16h ago / 1:25 PM PDT

### 700 U.S. Marines mobilized to support National Guard

 Courtney Kube and Dennis Romero

Approximately 700 U.S. Marines have been mobilized to support the National Guard in protecting federal personnel and property in Los Angeles, according to two Department of Defense officials.

The troops are from the U.S. Marine Corps Air Ground Combat Center Twentynine Palms, which is in the desert about 140 miles east of Los Angeles.

The mobilization is temporary until more California National Guard troops arrive to L.A., the officials said.

Mobilization is separate from full deployment, so it's not clear if the Marine Corps troops will hit the streets of L.A. immediately or remain on standby.

President Donald Trump authorized the deployment of California National Guard troops to protect federal law enforcement as protesters angry over immigration raids hit the streets over the weekend.

---

16h ago / 1:03 PM PDT

### JD Vance tells Newsom to 'do your job'

 NBC News

---

16h ago / 12:44 PM PDT

### Crane removes charred Waymo vehicle

 Matt Nighswander



—  Frederic J. Brown / AFP - Getty Images

A work crew removes a charred driverless Waymo vehicle today that was burned during last night's protests. Waymo began offering robotaxi rides across 80-plus square miles of Los Angeles County last year.

---

17h ago / 12:21 PM PDT

### L.A. mayor says Trump created a crisis

NBC News

---

17h ago / 12:19 PM PDT

### Trump calls ICE raid protesters 'insurrectionists'

Marlene Lenthang

Trump wrote on Truth Social today, "If they spit, we will hit" while addressing ICE protests in Los Angeles and called the protesters "insurrectionists."

"The Insurrectionists have a tendency to spit in the face of the National Guardsmen/women, and others. These Patriots are told to accept this, it's just the way life runs. But not in the Trump Administration," he wrote. "IF THEY SPIT, WE WILL HIT, and I promise you they will be hit harder than they have ever been hit before. Such disrespect will not be tolerated!"

---

17h ago / 12:13 PM PDT

### Families describe emotional toll of detainments outside clothing warehouse

 Tyler Kingkade

Reporting from Los Angeles

At a rally outside the Ambiance clothing warehouse in L.A., around two dozen family members of people who were detained there Friday held signs with photos of their loved ones. One sign read, "Dad, Come Back Home :("

Several described the toll the arrests have taken on their families.

A person who identified himself as Gabriel said his brother, Paco Vasquez, was detained in the raid. Because Vasquez was his household's sole breadwinner, his family doesn't know how it will cover expenses, such as rent and bills.

A woman named Julian said her father, Mario Romero, was arrested, but her family has avoided telling her 4-year-old brother, who has autism and struggles to communicate.

"He's asked about his father," she said, "in which we have responded that he's working."

At least four people said they had not received updates from immigration authorities or been able to communicate with their detained loved ones.

Jerónimo Martínez, 39, said in an interview, through an interpreter, that he is worried about his nephew, Lázaro Maldonado, because the family hasn't had any communication with him since Friday.



—— An unidentified woman speaks outside Ambiance Apparel in Los Angeles today.    Tyler Kingkade / NBC News

"We don't know if they're OK," Martínez said. "We don't know where they are."

17h ago / 11:45 AM PDT

## California AG says Trump has no grounds to arrest Newsom

Marlene Lenthang

When asked whether the Trump administration can legally arrest Gov. Gavin Newsom if the federal government sees him as impeding ICE efforts, California Attorney General Rob Bonta said, "It's just more talk, more bluff, more bluster, more threats."

"States have rights. States could do lawful things," Bonta told reporters today in announcing the state's lawsuit against the Trump administration. "It is the president and the Trump administration that is consistently and frequently blatantly and brazenly violating the law, not Gov. Newsom."

Earlier today, Trump said Newsom should perhaps be arrested after the governor dared Trump's border czar Tom Homan to do so.

18h ago / 11:26 AM PDT

## Police in Portland, Oregon, make some arrests during weekend ICE protests

Daniella Silva

Los Angeles isn't the only U.S. city where anti-ICE protests have been taking place. The Portland Police Bureau in Oregon said in a statement today that officers responded to "safety concerns and protest activity" around the ICE facility there Saturday and yesterday.

Some of the protests were peaceful and others included arrests, the bureau said.

Police responded yesterday to the area following a report of people on private property next to the ICE building. The crowd cooperated, moving to a nearby sidewalk and no arrests were made

SHOW MORE

18h ago / 11:14 AM PDT

## California to sue Trump administration

+2  Jacob Soboroff, Gary Grumbach and Marlene Lenthang

California Attorney General Rob Bonta and Gov. Gavin Newsom said they will file a lawsuit today against Trump and Defense Secretary Pete Hegseth over the activation of the state's National Guard.

The Defense Department, under Trump's orders, redirected hundreds of National Guard troops from San Diego to Los Angeles without the governor's authorization and against the wishes of local law enforcement, the attorney general's office said in a news release.

The lawsuit will ask the court to declare the order unlawful because it "exceeds the federal government's authorities under the law and violates the Tenth Amendment."

The move came as ICE had conducted multiple immigration raids in downtown Los Angeles the two days prior that were met with multiple protests. The release said by the time the National Guard

SHOW MORE

18h ago / 11:08 AM PDT

## When have other presidents federalized the National Guard?

Megan Lebowitz

A president ordering the National Guard under federal command over objections from a state's governor is historically rare.

"It's highly, highly unusual and really outside our constitutional norms and traditions," said Laura Dickinson, a law professor at George Washington University.

Other presidents have federalized the National Guard during civil unrest.

President George H.W. Bush used the Insurrection Act to mobilize troops in Los Angeles during the 1992 riots when police officers accused of beating Rodney King were found not guilty.

SHOW MORE

19h ago / 10:16 AM PDT

## 'Unmistakable step toward authoritarianism': Newsom responds to Trump saying he should be arrested

 Rebecca Shabad

Newsom responded in a post on X to Trump saying the Democratic governor should be arrested after Newsom dared border czar Tom Homan to do it.

"The President of the United States just called for the arrest of a sitting Governor," Newsom wrote.

"This is a day I hoped I would never see in America," he continued. "I don't care if you're a Democrat or a Republican this is a line we cannot cross as a nation – this is an unmistakable step toward authoritarianism."

19h ago / 10:01 AM PDT

### Trump says Homan should have Newsom arrested

 Rebecca Shabad

Trump said in brief remarks to reporters today that maybe Gavin Newsom should be arrested after the Democratic governor dared Trump's border czar Tom Homan to do so.

"I would do it if I were Tom," Trump said after landing back at the White House when asked about Newsom's dare. "I like Gavin Newsom ... he's a nice guy, but he's grossly incompetent."

Asked to describe the people protesting in L.A., Trump said the people who are causing the problems are "professional agitators" and "insurrectionists."

19h ago / 9:55 AM PDT

### SEIU president David Huerta charged

 Lindsay Good and Marlene Lenthang

David Huerta, president of the Service Employees International Union California, who was arrested during ICE protests in Los Angeles on Friday, has been federally charged with felony conspiracy to impede an officer.

The felony charge carries a statutory maximum sentence of six years in federal prison. He's currently in federal custody at the Metropolitan Detention Center in Los Angeles.

His initial appearance is set for today at 1:20 p.m. PT.

The SEIU said that Huerta, an American citizen and Los Angeles native, was injured and detained Friday as he was peacefully observing an ICE raid.

He was hospitalized for his injury and taken into custody. Mayor Karen Bass told NBC Los Angeles that Huerta was pepper-sprayed.



**ER-179**

— David Huerta, president of SEIU California. *Ringo Chiu / AP file*

---



### Schumer calls on Trump to 'revoke his command' for the National Guard

Frank Thorp V and Megan Lebowitz

19h ago / 9:48 AM PDT

Senate Minority Leader Chuck Schumer, D-N.Y., slammed Trump's order to deploy the National Guard as "unnecessary, inflammatory, and provocative."

"Trump should immediately revoke his command to use the National Guard, and leave the law enforcement to the governor and the mayor, who are more than capable of handling the situation," Schumer said in a statement. "Americans do not need or deserve this unnecessary and provocative chaos."

Democrats have repeatedly criticized Trump's response to the protests along similar lines as Schumer, framing the White House as trying to escalate the situation.

---



### Trump frames National Guard decision as 'a great decision'

Megan Lebowitz

19h ago / 9:47 AM PDT

Trump said in a post on Truth Social that "we made a great decision in sending the National Guard" to respond to the protests in Los Angeles, claiming that the city would have otherwise "been completely obliterated."

He criticized Newsom and Bass, saying that they should have been telling the president that "you are so wonderful" and "we would be nothing without you."

Democrats have consistently criticized Trump ordering the National Guard to deploy, arguing that it escalated the situation. Newsom had objected to Trump sending the National Guard.

---



### Protesters plan more demonstrations today

Daniella Silva

19h ago / 9:33 AM PDT

Immigration protests were planned today after dozens of people were arrested over the weekend.

Here are some of the demonstrations planned today, all Pacific time:

9 a.m. – Families demand release of their loved ones arrested in weekend raids. Ambiance Warehouse, 2415 E. 15th St., Los Angeles.

11 a.m. – L.A. student walkout and protest against National Guard deployment. After walking out of school, high school students will convene at the Federal Building downtown at 1 p.m.

Noon – National civil rights leaders to rally with hundreds to demand an end to the immigration raids. They will be joined by workers, elected officials and supporters to demand the release of David Huerta from federal detention and the end of ICE raids in the community, according to organizers.

---

20h ago / 9:08 AM PDT

### 42 Mexicans detained in L.A. raids, Mexican officials say

 Nicole Duarte and Marlene Lenthang

Forty-two Mexicans were detained in the ICE raids in Los Angeles, Mexico's foreign minister, Juan Ramón de la Fuente, said at a news conference today.

Of those, 37 are men and five are women, and all were identified and assisted by consular authorities.

Four people have been deported, two by previous removal orders and two voluntarily.

---

21h ago / 7:50 AM PDT

### What can Trump legally do to disperse L.A. immigration protests?

President Donald Trump ordered the deployment of 2,000 National Guard troops to Los Angeles to disperse immigration protests and California Gov. Gavin Newsom has questioned the legality of this move. NBC News legal analyst Danny Cevallos breaks down what Trump's legal options are for using federal troops.

---

21h ago / 7:45 AM PDT

### Border czar Tom Homan: Newsom and Bass 'haven't crossed the line, but they're not above the law either'

 Megan Lebowitz and Sarah Dean

President Donald Trump's "border czar" Tom Homan responded to California Gov. Gavin Newsom telling Homan to "arrest me" after the border czar threatened to arrest anyone obstructing immigration enforcement.

"I was clear, they haven't crossed the line, but they're not above the law either," Homan said in an interview on MSNBC's "Morning Joe," referring to Newsom and L.A. Mayor Karen Bass. "If they commit a crime, then certainly we'd ask for prosecution. That's what was happening. I never threatened to arrest Governor Newsom, so I'm not biting off of that."

Separately, when asked whether everyone arrested by ICE has a criminal record, Homan said, "Absolutely not."

"If ICE is there to arrest that bad guy and other aliens are there, we're going to arrest them," Homan said. "That's what sanctuary cities get."

Homan also criticized rhetoric about the protesters, pointing to incidents of violence.

"It's a matter of time before someone loses their life," he said. He added that throwing a Molotov cocktail at an officer "can certainly be met with deadly force."

---

22h ago / 6:29 AM PDT

### Newsom slams use of National Guard on ICE protesters in L.A.

 Liz Kreutz

California Gov. Gavin Newsom is criticizing President Donald Trump's use of the National Guard to crack down on demonstrators in Los Angeles who are protesting immigration raids by federal agents, saying it only inflames the situation. Meanwhile, border czar Tom Homan said officials who stand in the way of law enforcement operations could be arrested.

---

23h ago / 6:02 AM PDT

### Australian TV news reporter struck by rubber bullet while broadcasting

 Astha Rajvanshi

Lauren Tomasi, a news correspondent with Australia's Channel Nine, was broadcasting live from the protests on Sunday evening when she was struck in the leg by what appeared to be a nonlethal rubber bullet fired by law enforcement.

In the video, a police officer was seen turning toward Tomasi and her crew before firing a round in their direction. Tomasi appeared to yell in pain as she stumbled to reach for her injured leg while the camera swiveled in the other direction.

Tomasi later told Nine News Australia that she was "safe," adding that it had been "a really volatile day on the streets of L.A."

LAPD did not respond to a request for comment.

---

23h ago / 6:01 AM PDT

### Chicago congressman to speak out against Trump's deployment of National Guard troops

Astha Rajvanshi

Rep. Jesús "Chuy" García, a Democrat from Chicago, will join immigrant rights leaders in the city later today to speak out against Trump's move to deploy hundreds of National Guard troops in Los Angeles, as widespread protests persist for a fourth day.

A press release for the news conference, scheduled for 10 a.m. ET, stated that "the deportations, forced disappearances, travel ban 2.0, attacks on welcoming jurisdictions, and the jailing of labor leaders, highlight the cruelty with which Trump and his administration are focused on harming communities and families."

In Chicago, protestors on Sunday held a rally in Pilsen to oppose the detention of at least 10 immigrants by ICE agents last week near a warehouse in the South Loop. Those arrested had "executable final orders of removal by an immigration judge, and had not complied with that order," ICE said in a statement.

---

1d ago / 5:05 AM PDT

### Rallies and protests planned for today

Marlene Lenthang

The ACLU will lead a peaceful rally and protest in downtown Los Angeles today at noon PT to demand the end of ICE raids, as anger toward government immigration politics simmers.

[ SHOW MORE ]

---

1d ago / 4:35 AM PDT

### Miami-Dade Commission to vote on a proposal calling for police-ICE collaboration

Astha Rajvanshi

The Miami-Dade Commission is set to vote on a proposal Monday 9 a.m. ET that could block the county from releasing public records about the people detained within its jails.

The commission will hold a hearing at the Stephen P. Clark Government Center, where the proposal, if passed, would effectively disappear those detained into the system without public accountability for their whereabouts.

In exchange, the proposed contract will pay the county $25 per day for every person detained.

The proposal is part of an agreement with Immigration and Customs Enforcement under its 287(g) program to cooperate in apprehending and detaining those believed to be in the country illegally.

Each of Florida's 67 county jails has signed the agreement, with 590,000 of the country's nearly 11 million undocumented immigrants living in Florida, according to the latest Homeland Security Department estimates.

On Friday, Miami-Dade Commissioner Roberto Gonzalez said he would back the proposal in a post on X, adding that "Miami-Dade is not and will not be a sanctuary county."

---

1d ago / 4:19 AM PDT

**The Trump admin says it ordered the deployment of 2,000 National Guard troops in L.A. to stop 'violent protests'**

 Astha Rajvanshi

Around 300 National Guard members are stationed in downtown Los Angeles after President Donald Trump ordered the deployment of 2,000 troops for 60 days – a move condemned by California Gov. Gavin Newsom, who called it inflammatory. About 500 Marines are ready to deploy to respond to the protests.

SHOW MORE

---

1d ago / 3:40 AM PDT

**What sparked the L.A. protests?**

Astha Rajvanshi

Widespread protests in Los Angeles County erupted after Immigration Customs Enforcement (ICE) officers on Friday carried out raids in three locations across the city, where dozens of people were taken into custody.

California Gov. Gavin Newsom condemned the raids, calling them "chaotic federal sweeps" that aimed to fill an "arbitrary arrest quota."

But as L.A.'s sizable pro-immigrant organizations and labor groups continued to demonstrate Saturday, L.A. County Sheriff Robert Luna said federal law enforcement operations were "proceeding as planned" across the county.

Law enforcement used less-than-lethal munitions, as well as what appeared to be tear gas, to disperse crowds while multiple people were detained throughout the day.

The unrest also prompted President Donald Trump to deploy 2,000 National Guard troops to L.A. – a move that was condemned by Newsom and Mayor Karen Bass, who said at a news conference that the raids didn't increase peace and decrease crime but that they did push a wave of fear through a county where 1 in 3 are foreign-born.

"What we're seeing in Los Angeles is chaos that is provoked by the administration," Bass said, referring to Trump.

The protests continued for a third day on Sunday, with 56 people arrested so far, according to the police.

---

1d ago / 3:09 AM PDT

**British photographer says he was shot by police while covering L.A. protests**

Astha Rajvanshi



 Protesters help photographer Nick Stern on Saturday. *Ethan Swope / AP*

British photographer Nick Stern said he was hit with a 14mm high-velocity "sponge bullet" in his thigh while he was covering a stand-off between protestors and law enforcement in Los Angeles on

SHOW MORE

---

1d ago / 2:40 AM PDT

### Los Angeles Mayor Bass calls on protesters to demonstrate 'peacefully'

NBC News

Los Angeles Mayor Karen Bass said that ICE raids have created fear and unrest in the city and called on protesters to express their anger "peacefully."

---

1d ago / 2:21 AM PDT

### Chinese Consulate in L.A. urges Chinese citizens in the area to stay vigilant

Astha Rajvanshi

The Chinese Consulate General in Los Angeles urged Chinese citizens in the region to follow safety protocol as law enforcement operations continue in the area in an official statement issued Monday.

Chinese citizens "stay vigilant, enhance personal safety precautions, avoid gatherings, crowded areas, or places with poor public security, and refrain from going out alone or at night," it added.

---

1d ago / 2:09 AM PDT

### Almost 60 arrested in L.A. so far, police say

Astha Rajvanshi

At least 56 people were arrested in Los Angeles over the weekend, police said.

Capt. Raul Jovel from the LAPD's Central Division said that the California Highway Patrol had made 17 arrests while patrolling the 101 Freeway.

Those arrested include a person who allegedly threw a Molotov cocktail at an officer and another who was accused of ramming a motorcycle into a line of officers, injuring one.



 Waymo cars burn during protests in Los Angeles on Sunday.    *Mario Tama / Getty Images*

Another driver was arrested after protesters chased a van near Union Station in downtown Los Angeles Sunday because, they said, it aimed at them. The van appeared to veer toward protesters gathered near the Edward R. Roybal Federal Building multiple times as it drove in circles, with what sounded like gunfire being heard from the van.

1d ago / 1:57 AM PDT

## "BRING IN THE TROOPS!!!" says Trump

 Astha Rajvanshi

President Donald Trump on Sunday continued his harsh rhetoric against protestors in LA in a series of posts on Truth Social. Referring to reports from Los Angeles Police Chief Jim McDonnell that protestors in LA were "getting very much more aggressive," Trump once again called on troops from the National Guard to be deployed in the area.

"Looking really bad in L.A. BRING IN THE TROOPS!!!" he said in a post on Truth Social, adding, "ARREST THE PEOPLE IN FACE MASKS, NOW!" in a separate post.

About 300 National Guardsmen have been deployed on the ground in LA after being called to protect federal personnel and property for the first time by an American president.

1d ago / 1:40 AM PDT

## Clashes continue through the night in Los Angeles

Max Butterworth

Protesters wave Mexican flags last night following two days of clashes with law enforcement, sparked by a series of immigration raids in Los Angeles.



Ringo Chiu / AFP - Getty Images



 Spencer Platt / Getty Images

---

1d ago / 1:26 AM PDT                                                                                                    

### Downtown L.A. declared an "unlawful assembly" area by the LAPD

 Astha Rajvanshi

The LAPD has declared the Civic Center area in downtown Los Angeles an "unlawful assembly," according to a post on X, adding that it had sent an alert to all cell phones in the area.

---

1d ago / 1:26 AM PDT

### Stores in downtown L.A. are being looted, LAPD says

 Astha Rajvanshi

Local business owners reported that stores in the area of 6th Street and Broadway were being looted, Los Angeles police said in a post on X, adding that its officers were en route to the location to investigate.

In a separate post on X, the LAPD's Central Division requested all DTLA businesses or residents to photograph all vandalism, damage or looting so that "it can be documented by an official police report."

---

1d ago / 1:06 AM PDT

### Trump's travel ban takes effect amid immigration tensions

Jennifer Jett

Trump's new ban on travel to the U.S. by nationals from 12 mostly African and Middle Eastern countries took effect at 12:01 a.m. ET as protesters in Los Angeles clashed with law enforcement over immigration enforcement raids.

A proclamation Trump signed last week bars entry to nationals of Afghanistan, Myanmar, Chad, the Republic of Congo, Equatorial Guinea, Eritrea, Haiti, Iran, Libya, Somalia, Sudan and Yemen. Seven other countries – Burundi, Cuba, Laos, Sierra Leone, Togo, Turkmenistan and Venezuela – face heightened restrictions.

Trump said that nationals from the affected countries might pose risks related to terrorism and public safety and that many of the countries had high rates of people overstaying their visas.

The ban has been strongly condemned as discriminatory by groups that provide aid and resettlement to refugees, who say it will prevent many people from reuniting with family and jeopardize the safety of those fleeing conflict and persecution in countries such as Afghanistan.

---

1d ago / 1:06 AM PDT

### 'Tom, arrest me. Let's go.': Gov. Gavin Newsom responds to Newsom from Trump 'border czar'

Jacob Soboroff

📍 Reporting from LOS ANGELES

In an exclusive interview, Newsom said Trump "has created the conditions" surrounding the Los Angeles protests.

Newsom went on to call Trump's decision to deploy the National Guard "a manufactured crisis," then addressed White House "border czar" Tom Homan's threats of arrest.

"Tom, arrest me. Let's go," he said. The governor also plans to sue the Trump administration over its deployment of the National Guard.

---

1d ago / 1:06 AM PDT

### Waymo cars go up in flames during Los Angeles anti-ICE protests

NBC News

At least five Waymo cars went up in flames as crowds protested after federal immigration raids. The driverless rides have been suspended in downtown Los Angeles.

---

NBC News

Phil Helsel, Dennis Romero and Marlene Lenthang contributed.

**EXHIBIT O**



**SECRETARY OF DEFENSE**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

JUN 0 7 2025

MEMORANDUM FOR ADJUTANT GENERAL OF THE CALIFORNIA NATIONAL GUARD
THROUGH: THE GOVERNOR OF CALIFORNIA

SUBJECT: Calling Members of the California National Guard into Federal Service

The President of the United States has called forth at least 2000 National Guard personnel into Federal service pursuant to section 12406 of title 10, U.S. Code, to temporarily protect U.S. Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations. The President signed a copy of the attached memorandum today to effectuate the calling forth of these Service members.

This memorandum implements the President's direction. Two thousand members of the California National Guard will be called into Federal service effective immediately for a period of 60 days. The Chief of the National Guard Bureau will immediately coordinate the details of the mobilization with the Adjutant General of the California National Guard, in coordination with the Chairman of the Joint Chiefs of Staff and Commander, U.S. Northern Command. The mobilized Service members will be under the command and control of the Commander, U.S. Northern Command.

Attachment:
As stated

cc:
Chairman of the Joint Chiefs of Staff
Chief, National Guard Bureau
Commander, U.S. Northern Command
Under Secretary of Defense for Policy

June 7, 2025


MEMORANDUM FOR THE SECRETARY OF DEFENSE
                THE ATTORNEY GENERAL
                THE SECRETARY OF HOMELAND SECURITY

SUBJECT:        Department of Defense Security for the Protection
                of Department of Homeland Security Functions


Numerous incidents of violence and disorder have recently
occurred and threaten to continue in response to the enforcement
of Federal law by U.S. Immigration and Customs Enforcement (ICE)
and other United States Government personnel who are performing
Federal functions and supporting the faithful execution of
Federal immigration laws.  In addition, violent protests
threaten the security of and significant damage to Federal
immigration detention facilities and other Federal property.  To
the extent that protests or acts of violence directly inhibit
the execution of the laws, they constitute a form of rebellion
against the authority of the Government of the United States.

In light of these incidents and credible threats of continued
violence, by the authority vested in me as President by the
Constitution and the laws of the United States of America, I
hereby call into Federal service members and units of the
National Guard under 10 U.S.C. 12406 to temporarily protect ICE
and other United States Government personnel who are performing
Federal functions, including the enforcement of Federal law, and
to protect Federal property, at locations where protests against
these functions are occurring or are likely to occur based on
current threat assessments and planned operations.  Further, I
direct and delegate actions as necessary for the Secretary of
Defense to coordinate with the Governors of the States and the
National Guard Bureau in identifying and ordering into Federal
service the appropriate members and units of the National Guard
under this authority.  The members and units of the National
Guard called into Federal service shall be at least 2,000
National Guard personnel and the duration of duty shall be for
60 days or at the discretion of the Secretary of Defense.  In
addition, the Secretary of Defense may employ any other members

2

of the regular Armed Forces as necessary to augment and support
the protection of Federal functions and property in any number
determined appropriate in his discretion.

To carry out this mission, the deployed military personnel may
perform those military protective activities that the Secretary
of Defense determines are reasonably necessary to ensure the
protection and safety of Federal personnel and property  The
Secretary of Defense shall consult with the Attorney General and
the Secretary of Homeland Security prior to withdrawing any
personnel from any location to which they are sent.  The
Secretaries of Defense and Homeland Security may delegate to
subordinate officials of their respective Departments any of the
authorities conferred upon them by this memorandum.

DONALD J. TRUMP

# EXHIBIT P



**SECRETARY OF DEFENSE**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

JUN - 9 2025

MEMORANDUM FOR ADJUTANT GENERAL OF THE CALIFORNIA NATIONAL GUARD
THROUGH: THE GOVERNOR OF CALIFORNIA

SUBJECT: Calling Additional Members of the California National Guard into Federal Service

On June 7, 2025, the President of the United States called forth at least 2,000 National Guard personnel into Federal service pursuant to section 12406 of title 10, U.S. Code, to temporarily protect U.S. Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations. The President signed a copy of the attached memorandum to effectuate the calling forth of these Service members. Also on June 7, 2025, I implemented that order by directing 2,000 members of the California National Guard be called into Federal Service for a period of 60 days (see attached memorandum).

This memorandum further implements the President's direction. An additional 2,000 members of the California National Guard will be called into Federal service effective immediately for a period of 60 days. The Chief of the National Guard Bureau will immediately coordinate the details of the mobilization with the Adjutant General of the California National Guard, in coordination with the Chairman of the Joint Chiefs of Staff and Commander, U.S. Northern Command. The mobilized Service members will be under the command and control of the Commander, U.S. Northern Command.

Attachments:
As stated

cc:
Chairman of the Joint Chiefs of Staff
Chief, National Guard Bureau
Commander, U.S. Northern Command
Under Secretary of Defense for Policy
Under Secretary of Defense for Personnel and Readiness

June 7, 2025


MEMORANDUM FOR THE SECRETARY OF DEFENSE
                THE ATTORNEY GENERAL
                THE SECRETARY OF HOMELAND SECURITY

SUBJECT:        Department of Defense Security for the Protection
                of Department of Homeland Security Functions


Numerous incidents of violence and disorder have recently
occurred and threaten to continue in response to the enforcement
of Federal law by U.S. Immigration and Customs Enforcement (ICE)
and other United States Government personnel who are performing
Federal functions and supporting the faithful execution of
Federal immigration laws.  In addition, violent protests
threaten the security of and significant damage to Federal
immigration detention facilities and other Federal property.  To
the extent that protests or acts of violence directly inhibit
the execution of the laws, they constitute a form of rebellion
against the authority of the Government of the United States.

In light of these incidents and credible threats of continued
violence, by the authority vested in me as President by the
Constitution and the laws of the United States of America, I
hereby call into Federal service members and units of the
National Guard under 10 U.S.C. 12406 to temporarily protect ICE
and other United States Government personnel who are performing
Federal functions, including the enforcement of Federal law, and
to protect Federal property, at locations where protests against
these functions are occurring or are likely to occur based on
current threat assessments and planned operations.  Further, I
direct and delegate actions as necessary for the Secretary of
Defense to coordinate with the Governors of the States and the
National Guard Bureau in identifying and ordering into Federal
service the appropriate members and units of the National Guard
under this authority.  The members and units of the National
Guard called into Federal service shall be at least 2,000
National Guard personnel and the duration of duty shall be for
60 days or at the discretion of the Secretary of Defense.  In
addition, the Secretary of Defense may employ any other members

**ER-194**

2

of the regular Armed Forces as necessary to augment and support
the protection of Federal functions and property in any number
determined appropriate in his discretion.

To carry out this mission, the deployed military personnel may
perform those military protective activities that the Secretary
of Defense determines are reasonably necessary to ensure the
protection and safety of Federal personnel and property  The
Secretary of Defense shall consult with the Attorney General and
the Secretary of Homeland Security prior to withdrawing any
personnel from any location to which they are sent.  The
Secretaries of Defense and Homeland Security may delegate to
subordinate officials of their respective Departments any of the
authorities conferred upon them by this memorandum.


                    DONALD J. TRUMP



**SECRETARY OF DEFENSE**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

JUN 0 7 2025

MEMORANDUM FOR ADJUTANT GENERAL OF THE CALIFORNIA NATIONAL GUARD
THROUGH: THE GOVERNOR OF CALIFORNIA

SUBJECT: Calling Members of the California National Guard into Federal Service

The President of the United States has called forth at least 2000 National Guard personnel into Federal service pursuant to section 12406 of title 10, U.S. Code, to temporarily protect U.S. Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations. The President signed a copy of the attached memorandum today to effectuate the calling forth of these Service members.

This memorandum implements the President's direction. Two thousand members of the California National Guard will be called into Federal service effective immediately for a period of 60 days. The Chief of the National Guard Bureau will immediately coordinate the details of the mobilization with the Adjutant General of the California National Guard, in coordination with the Chairman of the Joint Chiefs of Staff and Commander, U.S. Northern Command. The mobilized Service members will be under the command and control of the Commander, U.S. Northern Command.

Attachment:
As stated

cc:
Chairman of the Joint Chiefs of Staff
Chief, National Guard Bureau
Commander, U.S. Northern Command
Under Secretary of Defense for Policy

**ER-196**

**EXHIBIT R**



Los Angeles    |    News    Weather    Sports    Videos    KCAL News Shows                    62°

LOCAL NEWS

**Los Angeles immigration enforcement operations set to continue after weekend of protests, National Guard deployment**



Jean Fioresi, Camilo Montoya-Galvez
2025 / 11:38 PM PDT / KCAL News

National Guard troops arrived in downtown Los Angeles on Sunday after being ordered into the city by President Trump in response to a weekend of violent clashes between law enforcement officers and protesters triggered by immigration enforcement operations in the area on Friday.

Protesters clashed with soldiers throughout the afternoon and evening hours of Sunday after a crowd gathered near the Metropolitan Detention Center downtown. Images captured by CBS News Los Angeles showed members of the National Guard using what appeared to be tear gas and firing non-lethal rounds toward some groups of demonstrators.



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

... County including in the Westlake District, downtown L.A. and Paramount, and have escalated to violence on ... by Immigration and Customs Enforcement on Friday. A federal law enforcement official told CBS News that multiple ... ng confrontations with protesters on Friday and Saturday.

... Chief Jim McDonnell said 39 people had been arrested in total – 29 on Saturday and 10 on Sunday. McDonnell also ... was slow to respond to the unrest.

**ER-198**

"We can't participate in any way in civil immigration enforcement," McDonnell said, noting that the department must comply with the California Values Act, also known as SB 54, which prohibits local and state law enforcement agencies from assisting federal immigration enforcement actions.

---

See More

00:00                                                                                                           02:00

"Federal partners have been reticent to provide information to us before something happens because of that reason," McDonnell said.

The Trump administration has made it clear that immigration enforcement will continue despite the ensuing violence. Democratic U.S. Rep. Nanette Barragán, who represents parts of L.A.'s South Bay, told CBS News that ICE enforcement and removal operations are expected daily for the next 30 days in L.A. County.

Mr. Trump announced Saturday night that he'd deploy the guard in response to the protests. In a post to his Truth Social late Saturday night local time, Mr. Trump called the events in L.A. "two days of violence, clashes and unrest."

He posted again on Sunday, saying that California Gov. Gavin Newsom and L.A. Mayor Karen Bass should "apologize to the people of Los Angeles for the absolutely horrible job that they have done, and this now includes the ongoing L.A. riots."

"These are not protesters, they are troublemakers and insurrectionists," the post said. "Remember, NO MASKS!"



**Be the first to know**
Get browser notifications for breaking news, live events, and exclusive reporting.

ER-199



Members of the National Guard stand guard outside the Metropolitan Detention Center in downtown Los Angeles, California on June 8, 2025.
FREDERIC J. BROWN/AFP VIA GETTY IMAGES

A Presidential Memoranda issued Saturday stated that at least 2,000 National Guard troops were going to be deployed. The majority of the soldiers are from the California National Guard, a Defense Department official told CBS News.

The U.S. military's Northern Command also confirmed to CBS News that 300 National Guard troops were in the Los Angeles area on Sunday, specifically in Paramount, Compton and the downtown area. They also said that 500 active-duty U.S. Marines based at Twentynine Palms were in "prepared to deploy" status and were ready to augment the National Guard if ordered to do so.

Newsom on Saturday criticized Mr. Trump's military deployment, calling it "purposefully inflammatory" in a post to X. In another post he said Mr. Trump was "escalating the situation."

"The federal government is taking over the California National Guard and deploying 2,000 soldiers in Los Angeles – not because there is a shortage of law enforcement, but because they want a spectacle," he said in another post. "Don't give them one."

He formally requested that Mr. Trump rescind the deployment of troops to L.A. in a letter addressed to Defense Secretary Pete Hegseth, saying there was "no need" for the National Guard.

"State and local authorities are the most appropriate ones to evaluate the need for resources to safeguard life and property," Newsom's letter said. "Indeed, the decision to deploy the National Guard, without appropriate training or orders, risks seriously escalating the situation."

On Sunday afternoon, Newsom's office confirmed that he was in Los Angeles. He met with Los Angeles Police Chief Jim McDonell and L.A. County Sheriff Robert Luna, shown in a picture posted to his X account.

"We're here to keep the peace – not play into Trump's political games," the post said.

On Monday morning, Newsom confirmed plans to sue the Trump administration and accused the president of illegally activating the National Guard.



**Be the first to know**
Get browser notifications for breaking news, live events, and exclusive reporting.



A protester carries a Mexican flag as L.A. County Sheriff deputies form a law enforcement line to keep demonstrators from advancing after ICE raids at a nearby Home Depot and the Garment District brought out resistance from Los Angeles residents on June 7, 2025 in Compton, California.

GINA FERAZZI/LOS ANGELES TIMES VIA GETTY IMAGES

Bass called the deployment of the National Guard a "chaotic escalation" of the situation in a post to X.

"The fear people are feeling in our city right now is very real - it's felt in our communities and within our families and it puts our neighborhoods at risk," she said in part. "This is the last thing that our city needs, and I urge protestors to remain peaceful."

Former Vice President Kamala Harris took to X to share a statement on Sunday afternoon.

"Los Angeles is my home. And like so many Americans, I am appalled at what we are witnessing on the streets of our city. Deploying the National Guard is a dangerous escalation meant to provoke chaos," her statement said.

Standing outside the Metropolitan Detention Center before violent clashes began on Sunday, Rep. Maxine Waters, who represents parts of South L.A., called Mr. Trump's deployment of the National Guard a "disruption."

"People have to stand up for what is right," she said.

In a statement to CBS News, an ICE spokesperson said immigration enforcement operations have resulted in the arrest of a "domestic abuser" and a "child rapist."

"Irresponsible politicians continue to push dangerous and misleading rhetoric that puts communities and law enforcement at risk," the statement reads. "Even the Los Angeles Police Departments referred to violent riots yesterday as 'peaceful protests.' Americans can look at the videos and images and see with their own eyes that they are dangerous not 'peaceful.'"

## Protesters clash with law enforcement again

For the third straight day, some protesters and activists gathered in downtown L.A. to protest the ongoing operations and presence of federal authorities in the city.

The situation appeared calm to start on Sunday, with CBS News Los Angeles reporters at the scene reporting no signs of conflict until about 3 p.m., when a large group of demonstrators marched from the steps of L.A. City Hall to the federal building, where the detention center is located.


**Be the first to know**
Get browser notifications for breaking news, live events, and exclusive reporting.



A massive crowd of protesters in downtown Los Angeles on June 8, 2025, as demonstrations against immigration operations continued for third straight day.

KCAL NEWS

They began to clash with the large group of federal agents located outside of the building, including some who looked to be members of the National Guard. In response to the escalation, which police said involved people throwing projectiles and concrete in their direction, the LAPD issued a Tactical Alert for the entire city.

"An UNLAWFUL ASSEMBLY has been declared for the area of Alameda between 2nd St and Aliso St. A DISPERSAL ORDER has been issued. Arrests are being made. To our media partners, please keep a safe distance from active operations," said a post on X by LAPD's Central Division.

Two officers were injured when two motorcyclists tried to breach the LAPD skirmish line in front of the detention center, police said. Both of those people were detained.

Several blocks away, CBS News Los Angeles reporters saw a smaller crowd of people vandalizing as many as six Waymo driverless vehicles in the area. They were seen spray painting the cars, throwing objects and jumping on the windshields.

A short time later, all six of those vehicles were set on fire as the large crowd looked on. Plumes of smoke billowed over the downtown landscape.



**Be the first to know**
Get browser notifications for breaking news, live events, and exclusive reporting.



Watch CBS News

A Waymo vehicle on fire in the midst of protests in downtown Los Angeles.
KCAL NEWS

The flames from the vehicles continued to burn for some time and there were several small explosions seen in footage filmed from CBS News Los Angeles' helicopter.

While the demonstrations continued, some people used chairs, garbage bins and street signs to block the road at Temple and Main Street. A few blocks away a Metro bus was stopped by demonstrators. Some were seen spray painting the sides with anti-ICE messages from helicopter footage.

The crowd moved into the city's Civic Center at around 5 p.m. Some demonstrators were seen setting fireworks from the CBS News Los Angeles helicopter as LAPD officers on horseback attempted to push the crowd back.

A little before 9 p.m., LAPD's Central Division said on X that "Downtown Los Angeles has been declared as an UNLAWFUL ASSEMBLY. You are to leave the Downtown Area immediately."

The crowd of demonstrators began to move into the LA Live area, near Crypto.com Arena, at 9:30 p.m., LAPD officers said. They were blocking traffic on Figueroa Street and 11th Street.

They moved through the city despite the area-wide dispersal order, again lighting fireworks and throwing projectiles at police vehicles driving by. Several fires were set in dumpsters and trash bins and at least one store had windows shattered by alleged looters. Dozens of buildings were tagged with graffiti, including the LAPD Headquarters, the U.S. Courthouse and the old Los Angeles Times building.

Footage from the CBS News Los Angeles helicopter showed that multiple windows of the police headquarters had been shattered as well.

As the events continued, both LAPD and LASD personnel could be seen working to quell the situation. Sheriff Luna said that more than 100 deputies were deployed to assist both LAPD and CHP at around 6 p.m., and that mutual assistance was also requested from the California Office of Emergency Services.

Separately, San Francisco police reported 60 arrests Sunday night. Police said people were taking part in "First Amendment activities" but then began committing crimes "ranging from assault to felony vandalism and causing property damage." An unlawful assembly was declared but several people kept "engaging in illegal activity," police said. Two officers were hurt, though the injuries weren't life threatening. Police said the demonstrators then vandalized buildings, a police cruiser and other property, and officers began arresting people who didn't comply with the dispersal order.



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.



Demonstrators flood the 101 Freeway as immigration operation protests continue for third day in Los Angeles.

KCAL NEWS

### Crowd swarms L.A.'s 101 Freeway

Just before 4 p.m., demonstrators moved onto the 101 Freeway, blocking traffic on the busy thoroughfare. They blocked the Aliso Street offramp and several lanes while hundreds of others watched from the Main Street overpass.

In response, the California Highway Patrol closed the entire stretch of freeway that runs through the downtown area. Dozens of CHP officers were seen as they also entered the freeway, stopping under the overpass in a line. They completely overtook southbound lanes, moving protesters back, though the majority of the crowd remained on the other side of the freeway.

Several people were seen being taken into custody from the CBS helicopter's aerial view. Officers deployed multiple smoke-filled canisters at the feet of the crowd. Some people attempted to kick the canisters back in the direction of law enforcement.

The crowd was completely moved from the road by 5 p.m.

With multiple CHP patrol vehicles still parked on the freeway, people began to throw objects over the side of the overpass. They were seen throwing street signs, fireworks, e-scooters and pieces of concrete with the CBS News Los Angeles helicopter overhead.

Some of the cars sustained visible damage before officers began deploying non-lethal canisters of smoke towards the crowd. Though they briefly dispersed, they returned to the area and continued to throw items, one of which caught a CHP vehicle on fire.

As some officers tried to get into their vehicles, some of the people were seen throwing cement in their direction.

Because of the debris and damaged cars now in the road, the southbound 101 Freeway was expected to remain closed until further notice, LAPD said. It's unclear when the cleanup process would begin.

In nearby Pasadena, a small gathering began Sunday afternoon after federal officers were spotted at a local hotel, a city spokesperson confirmed.

Pasadena Mayor Victor M. Gordo said in a statement that no enforcement activity was confirmed.

"We understand the anxiety and fear that these reports can create for many in our community," he said. "I urge our community to remain calm, united, and peaceful, _____ ight to peacefully assemble and express ourselves is a fundamental part of who we are–not just as Pasadenans, but as



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

_____s were conducted across L.A., primarily in the Westlake District, downtown and South L.A., ICE officials confirmed.
_____e arrest of 44 unauthorized immigrants, ICE told CBS News on Sunday. An additional 77 were arrested around the

The exact charges of those arrests were not yet clear as of Sunday afternoon.

ICE confirmed to CBS News Los Angeles that four federal search warrants were served at three locations in L.A. on Friday night. As news of those warrants spread, protests broke out. The most notable of which was Friday night, and took place outside the Federal Building in downtown L.A. after demonstrators learned that detainees were allegedly being held inside.

As tensions escalated and some protesters threw objects toward law enforcement, the Los Angeles Police Department eventually issued an unlawful assembly declaration and a dispersal order. Dozens of officers sporting riot gear and shields formed a skirmish line.

A federal law enforcement official with knowledge of the operations told CBS News that ICE requested assistance from LAPD multiple times over the course of Friday night. That same official said it took local authorities more than two hours to honor that request, although a senior city official in L.A. told CBS News that it took LAPD 55 minutes to respond, not two hours.



A car burns during a protest in Compton, Calif., Saturday, June 7, 2025, after federal immigration authorities conducted operations.
ERIC THAYER/AP

On Saturday, protests centered in on the city of Paramount after ICE and other federal law enforcement officers were spotted. Tricia McLaughlin, a spokesperson for the Department of Homeland Security, said in a statement that there was no ICE "raid" on Saturday in Paramount, but instead the agents were staging at an office.

The protests in Paramount eventually spilled over into Compton, where hundreds of demonstrators gathered around a car that was set on fire in the middle of the intersection of Alondra Boulevard and Atlantic Avenue, near Dale's Donuts.

Images captured at the scene by CBS News Los Angeles showed law enforcement deploying what appeared to be tear gas to disperse crowds and shooting non-lethal munitions at some protesters.

A federal law enforcement official told CBS News that deputies with LA County Sheriff's Office are now assisting ICE officials with perimeter protection, although they will not be assisting with any immigration enforcement efforts.

contributed to this report.

**Be the first to know**

Get browser notifications for breaking news,
live events, and exclusive reporting.

on of child porn

 2 including toddler found dead, Minneapolis police suspect murder-suicide

Two injured in shooting in St. Paul Friday night

In:  **Los Angeles**  **Immigration**  **U.S. Immigration and Customs Enforcement**

**Austin Turner**

Austin Turner is a web producer at CBS Los Angeles. An Inland Empire native, Austin earned a degree in journalism from San Jose State University in 2020. Before joining CBS in 2025, he worked at KTLA, the San Jose Mercury News, the Sedona Red Rock News and various freelance outlets as a sports reporter.

© 2025 CBS Broadcasting Inc. All Rights Reserved.

### The Business Sneaker Loved by CEOs and NFL Stars

Premium full-grain leather and marathon running shoe technology providing first class comfort all day long. Loved and worn by NFL athletes and coaches. Shoes much more comfortable than traditional dress shoes.

PAID   WOLF & SHEPHERD   Shop Now

### Medical Mystery Solved: Dementia and Memory Loss Has Been Linked To This Common Thing.

Here's What You Need to Know

PAID   VITALGETHEALTH   Click Here

### Costco Shoppers Say This Wrinkle Cream Is "Actually Worth It"

PAID   THE SKINCARE MAGAZINE

### Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask

Ridiculous benefits seniors are entitled to in 2025, but often forget to claim.

PAID   WALLETJUMP   Learn More

### After 35 Years, Her Jewelry Is Nearly Gone

For over 35 years, Lana Green spent her days crafting delicate, one-of-a-kind jewelry in her cozy workshop. Each piece was made by hand, infused with care, and gifted to close friends and family

PAID   THE HERITAGE JOURNAL   Read More

### New Hope for Neuropathy Sufferers

Learn how this simple series of steps helped regain a life from neuropathy. Improve your mobility today.

PAID   NEUROPATHYGUIDE   Click Here

### A stress-relief game that everyone around me is playing

If you need to kill time on your computer, this popular strategy game is a must-try.

PAID   ELVENAR - PLAY ON BROWSER   Learn More

### Swollen Prostate? Do This Every Morning And Feel The Change In Just Days!

Avoid Frequent Bathroom Trips at Night

PAID   HEALTH BENEFITS

### Social Security Recipients Under $2,384/Mo Now Entitled To 12 "Kickbacks" (Tap for List)

Senior Benefits And Discounts Are One Of The Few Truly Great Perks That Come With Getting Older

PAID   HEALTHYWALLET   Learn More

### Chuck Norris Begs Seniors: Avoid These 3 Foods Like The Plague

This is a must watch for anyone over 60

PAID   ROUNDHOUSE PROVISIONS   Learn More

### Memory Getting Worse? Top Neuroscientist Points to This Common Behavior

Here's What You Need to Know

PAID   VITALGETHEALTH   Click Here

### Top Picks: The $25 "Makeup Stick" Seniors Swear By

This Miracle Complexion Concealer Is Made For Your 50's, 60's, 70's, And Beyond…

PAID   BRUNCHESNCRUNCHES   Learn More

### We Tested 17 Anti-Aging Creams - Only 1 Delivered Jaw Dropping Results

Beat the Rush: The $42 Serum Costco Shoppers Swear By

PAID   BEST OF BEAUTY   Learn More

### Shoe CEO Drops Business Sneakers Taking The NFL By Storm

Finally, A Comfortable Shoe Thats Fit For The Office. With Comfort, Luxury, & Versatility Engineered Into Every Step, Wolf & Shepherd Shoes Are Specifically Designed For Those Who Want To Lead The Pack.

PAID   WOLF & SHEPHERD   Shop Now

### Large Prostate Has Nothing To Do With Age: Just Stop Doing This One Common Habit

Discover The Results

PAID   MENS HEALTH   Learn More

### 5 Things Changing for Seniors, Social Security in 2025

That Come With Getting Older

PAID   HEALTHYWALLET   Learn More

### Wreath Decoration is Taking Los Angeles By Storm

PAID   SOLYMALL   Shop Now

### At Costco (Find Out Why)

PAID   THE SKINCARE MAGAZINE

**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

Watch CBS News

## Study Shows Surprising Link Between Aging & your Pillowcase

PAID  BLISSY    Learn More

## Chuck Norris: After 60, I Avoided These 3 Foods Like The Plague

PAID  ROUNDHOUSE PROVISIONS    Learn More

## Side Sleepers With Neck Pain: Try This "Pillow Trick" Tonight

PAID  SLEEP DIGEST PUBLICATION    Learn More

## Cardiologists: How to Quickly Lose a Hanging Tummy

Discover how a simple purple peel trick helps reduce stubborn belly fat effectively.

PAID  HEALTH WELLNESS JOURNAL    Watch More

## Low-Cost Senior Apartments in Los Angeles (Take a Look)

PAID  PAQARENA | SENIOR HOUSING | SEARCH ADS    Learn More

## Neurologists Amazed: These Barefoot Shoes Help Seniors Lose Weight and Live a Life with Less Pain

Barefoot Shoes are the Ultimate Weight Loss Tool for 2025.

PAID  BAREFOOT VITALITY    Learn More

## Doctor Sued for Leaking the Egg Ritual That Causes Rapid Weight Loss

TOLIFETV25.COM

## Eat 1 Teaspoon Every Night, See What Happens A Week Later [Video]

Forget Strict Diets, Use This 7 Second Trick To Burn Belly Fat Faster!

PAID  HEALTH BENEFITS

**Featured**

Tony Award Winners

Los Angeles Protests

NBA Playoffs Schedule

2025 NHL Playoff Schedule

**Follow Us On**

YouTube

Facebook

Instagram

TikTok

X

**CBS News Los Angeles**

Meet the Team

Program Guide

Contests & Promotions

Advertise With Us

Sitemap

**Regulation**

Public File for KCBS-TV

Public File for KCAL-TV

Public Inspection File Help

FCC Applications

EEO Report

**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

Company
Watch CBS News
About Paramount
Advertise With Paramount
Join Our Talent Community
Help
Feedback

©2025 CBS Broadcasting Inc. All Rights Reserved.

**EXHIBIT S**



# OFFICE OF THE GOVERNOR

June 10, 2025

Hon. Pete Hegseth
Secretary of Defense
Washington, DC 20301

<u>Via email only</u>

Re:      Federalization of the California National Guard

Dear Secretary Hegseth:

Yesterday, you issued a memorandum calling an additional 2,000 members of the California National Guard into federal service. This was done without going **"through the governor[]"** as is statutorily required under section 12406 of title 10 of the United States Code, and without **"coordinat[ion] with the Governor[] of the State[]"** as instructed in the President's June 7 memorandum.

Although you notified this office of the action once it was taken, the Governor of California was given no opportunity to provide or withhold his consent, nor, at a minimum, to consult with the President or you as to which service members and in what number should be called, and for what purposes and what period of time. And to be clear, the Governor does not consent to this unlawful usurpation of his authority or to this unnecessary and counterproductive deployment of service members in our communities. Together with the California Attorney General, the Governor filed a lawsuit to stop these unlawful abuses of authority.

The Governor wishes to reiterate that Los Angeles has a robust presence of State and local law enforcement responding swiftly to the small number of protestors who are acting violently and breaking the law. These agencies are regularly entrusted to police and enforce the law in a region of over 9 million people and are fully capable of responding to these recent sporadic acts of civil disobedience and violence, which are no different in kind from instances of

GOVERNOR GAVIN NEWSOM • SACRAMENTO, CALIFORNIA 95814 • (916) 445-2841

**ER-210**

civil unrest that impact communities throughout the United States from time to time.

This latest usurpation **of the Governor's authority is even more egregious** given that you have not even committed at least 1600 of the 2000 service members you unlawfully federalized only two days earlier. As has been widely **reported, the federal government's organizatio**nal failure has meant that service members who were deployed arrived with no federal funding for food, water, fuel or lodging.

There is no need for the National Guard to be deployed on the streets of Los Angeles. Allow state and local authorities to do their work of restoring order and deescalating, without the added burden of military forces whose mere presence fans the flames. Rescind your orders and return the National Guard to its rightful control by the State of California.

Sincerely,

David Sapp
Legal Affairs Secretary
Office of Governor Gavin Newsom


cc.    California Attorney General Rob Bonta (via email only)

**ROB BONTA**
Attorney General of California
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
ROBIN GOLDFADEN
BRENDAN M. HAMME
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
MEGAN RICHARDS
Deputy Attorneys General
LAURA L. FAER
Acting Senior Assistant Attorney General
  1515 Clay St.
  Oakland, CA  94612
  Telephone: (510) 879-3304
  E-mail:  Laura.Faer@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | **NO.**<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge:<br>Trial Date:<br>Action Filed: |

1

**INTRODUCTION**

1.   The Governor of the State of California and the State of California bring this action to protect the State against the illegal actions of the President, Secretary of Defense, and Department of Defense to deploy members of the California National Guard, without lawful authority, and in violation of the Constitution.

2.   One of the cornerstones of our Nation and our democracy is that our people are governed by civil, not military, rule. The Founders enshrined these principles in our Constitution— that a government should be accountable to its people, guided by the rule of law, and one of civil authority, not military rule.

3.   President Trump has repeatedly invoked emergency powers to exceed the bounds of lawful executive authority. On Saturday, June 7, he used a protest that local authorities had under control to make another unprecedented power grab, this time at the cost of the sovereignty of the State of California and in disregard of the authority and role of the Governor as commander-in-chief of the State's National Guard.

4.   The vehicle the President has sought to invoke for this unprecedented usurpation of state authority and resources is a statute, 10 U.S.C. § 12406, that has been invoked on its own only once before and for highly unusual circumstances not presented here. Invoking this statute, the President issued a Memorandum on June 7, 2025 (Trump Memo), "call[ing] into Federal service members and units of the National Guard." Secretary of Defense Hegseth, in turn, issued a Memorandum (DOD Order) that same day to the Adjutant General of California, ordering 2,000 California National Guard members into federal service. And on June 9, 2025, Secretary Hegseth issued another Memorandum (June 9 DOD Order) ordering an additional 2,000 California National Guard members into federal service.

5.   These orders were issued despite the text of section 12406, which, among other things, requires that when the President calls members of a State National Guard into federal service pursuant to that statute, those orders "shall be issued through the governors of the States." 10 U.S.C. § 12406. Instead, Secretary Hegseth unlawfully bypassed the Governor of California, issuing an order that by statute must go through him.

2

6.     As a result, the National Guard has been deployed to Los Angeles. And now, on top of the National Guard, Defendants are reportedly also deploying Marines to the area.

7.     The President's federalization and deployment of the National Guard for reasons not authorized by law and without input from or consent of the Governor contravenes core statutory and constitutional restrictions. Use of the regular armed forces is similarly unlawful here.

8.     The Constitution reserves to the States power over their respective state militias— now the National Guard— unless the State requests or consents to federal control. Only under the most exigent of circumstances can the President, over the objections of a State, call the National Guard into federal service. The balance the Framers struck between the State's power to control its own militia and the very narrow circumstances in which the federal government may take command and control of the militia serves as a vital check against federal overreach. Section 12406 does not provide the authority Defendants have claimed and cannot be the vehicle for their actions.

9.     The Constitution grants the States—not the federal Executive—the authority to conduct ordinary law enforcement activities and to determine how their own state laws should be enforced.

10.  Reflecting the Founders' distrust of military rule, the U.S. Constitution and the laws of our Nation strictly limit the domestic use of the military, including the federalized National Guard. The Posse Comitatus Act codifies these strict rules, prohibiting the military from engaging in civil law enforcement unless explicitly authorized by law. The authority to use the military domestically for civil law enforcement is reserved for dire, narrow circumstances, none of which is present here. Defendants have overstepped the bounds of law and are intent on going as far as they can to use the military in unprecedented, unlawful ways.

11.  It appears that the Trump Administration intends to treat section 12406 as a mechanism to evade these time-honored constitutional limits. But the statute provides no such authority. This Court should reject the unlawful attempt by Defendants to wrest away the State's control of its own National Guard for improper and unjustified ends.

**JURISDICTION AND VENUE**

12.  The Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1346, and 2201(a).

13.  Venue is proper in this judicial district under 28 U.S.C. § 1391(e) because the California Attorney General and the State of California have offices at 455 Golden Gate Avenue, San Francisco, California and at 1515 Clay Street, Oakland, California, and therefore reside in this district, and no real property is involved in this action. This is a civil action in which Defendants are agencies of the United States or officers of such an agency.

14.  Assignment to the San Francisco Division of this District is proper pursuant to Civil Local Rule 3-2(c)-(d) and 3-5(b) because Plaintiffs maintain offices in the District of San Francisco.

**PARTIES**

15.  Plaintiff Gavin Newsom is the Governor of the State of California. In his capacity as Governor, Governor Newsom is the Commander-in-Chief of the California National Guard. Cal. Const., art. V, § 7.

16.  Attorney General Rob Bonta is the chief law officer of the State of California and head of the California Department of Justice. He has the authority to file civil actions to protect California's rights and interests and the resources of this State. Cal. Const., art. V, § 13; Cal. Gov't Code §§ 12510-11, 12600-12; see *Pierce v. Superior Court*, 1 Cal. 2d 759, 761-62 (1934) (The Attorney General "has the power to file any civil action or proceeding directly involving the rights and interests of the state . . . and the protection of public rights and interests.").

17.  Defendant Donald Trump is the President of the United States. In his official capacity as such, he issued a Memorandum on June 7, 2025, directing the federalization of the National Guard. He is the Commander-in-Chief of the United States' armed forces, including the National Guard when under federal control. He is sued in his official capacity.

18.  Defendant Peter Hegseth is the Secretary of Defense and head of the Department of Defense. On June 7 and June 9, 2025, Secretary Hegseth issued Memoranda ordering California National Guard members into federal service. He is sued in his official capacity.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

19.  Defendant U.S. Department of Defense (DOD) is a department of the executive branch of the United States government, responsible for coordinating the activities of the United States' armed forces, including the National Guard when under federal control.

20.  Defendant U.S. Department of Defense and Defendant Hegseth shall collectively be referred to as the "DOD Defendants."

## FACTS

### A.  Immigration Raids Give Rise to Protests

21.  On Friday, June 6, 2025, Immigration and Customs Enforcement (ICE) officers carried out enforcement actions at multiple locations within Los Angeles County and the City of Los Angeles. According to news reports that rely on statements from the Department of Homeland Security, ICE officers were executing search warrants at various locations, including outside Ambiance Apparel, a clothing wholesaler. ICE reportedly also carried out enforcement activities that included detentions and arrests at a doughnut shop in the Fashion District of downtown Los Angeles and two Home Depot stores in the Westlake District in Los Angeles.

22.  Prior to the ICE operations, federal officials did not provide the leadership of the Los Angeles Sheriff's Department (LASD) or Los Angeles Police Department (LAPD) with any notice as to the planned operations or otherwise attempt to coordinate activities to protect the safety of the public.

23.  During the course of these operations, ICE and its agents reportedly took actions that inflamed tensions and provoked protest. On information and belief, agents engaged in military-style operations while conducting these detentions and arrests that sparked panic in the community. For example, in some instances, ICE agents were reportedly observed sealing off entire streets around targeted buildings and using unmarked armored vehicles equipped with paramilitary gear.

24.  In all, the Department of Homeland Security reported that its enforcement activities on Friday, June 6, resulted in the arrest of approximately 44 individuals and 70-80 people detained in total.

25.  That same day, members of the public gathered in protest at the Edward R. Roybal Federal Building and U.S. Courthouse. This building, located at 255 E. Temple St., Los Angeles, CA 90012, includes a detention facility known as "B-18." On information and belief, protestors gathered at this location based on reports that individuals who were detained during the ICE operations were being held there. Protesters also gathered at other locations where ICE operations were reportedly happening, including in the City of Paramount, a city in Los Angeles County.

26.  While not unified in their views or tactics, most protesters seem to have gathered to express their opposition to the manner in which the Trump Administration has executed its immigration agenda and to express solidarity with and concern for the individuals and families most directly impacted by the enforcement actions taking place in their community.

27.  During the protests, Service Employees International Union California leader David Huerta was injured in the midst of interactions with federal agents. He was arrested, treated at a nearby hospital, and then detained. Federal authorities have alleged that Mr. Huerta was obstructing federal agents' access to a worksite where they were executing a warrant, while in contrast, Union representatives have reported that Mr. Huerta was detained while exercising his First Amendment right to observe and document law enforcement activity. The arrest of Mr. Huerta, who remains detained as of the date of filing, led to further upset in the community.

28.  Protests continued on June 7, and June 8, 2025.

29.  Most of those involved in protesting have been exercising their rights under the First Amendment in a peaceful, non-violent, and legally compliant manner. There have no doubt been exceptions. News reports have shown some individuals in the midst of these protests breaking the law and acting violently, for example by throwing objects at law enforcement officers and damaging property, including by setting fires. State and local law enforcement agencies have responded to such actions, and Governor Newsom and other state and local officials have unequivocally condemned such conduct and called for the prosecution of such law breaking.

30.  At no point in the past three days has there been a rebellion or an insurrection. Nor have these protests risen to the level of protests or riots that Los Angeles and other major cities

6

1    have seen at points in the past, including in recent years. The protests and unrest of the past three

2    days pale in comparison to a host of examples, including the time when the National Guard was

3    last federalized for riot control – in 1992, at the then-Governor's request, during the "Rodney

4    King riots." That unrest involved thousands of people across Los Angeles County, resulting in

5    multiple shootouts, over sixty deaths, thousands of people injured, and more than 12,000 arrests.

6    **B.      Local Authorities Quickly Respond and Are Able to Control and Manage Conditions**

7          31.  Both the Los Angeles Police Department (LAPD) and Los Angeles Sheriff

8    Department (LASD) have substantial training and experience responding to protests and large-

9    scale riots. The last instance in which it was determined there was need or want for the

10   intervention of federal authorities occurred in 1992, in the above-described circumstances that

11   stand in sharp contrast to the events that commenced on June 6.

12         32.  LAPD and LASD have been responding promptly, professionally, and effectively to

13   the events unfolding in the City and County. Officers from both Departments have been on the

14   ground, actively enforcing the law, issuing and enforcing orders to disperse, and protecting public

15   safety and property as well as federal personnel.

16         33.  In the afternoon of June 6, 2025, some time after protesters had gathered near the

17   Roybal Federal Building and its "B-18" detention facility, federal agents sent a request to LAPD

18   for assistance. Within an hour, assistance from LAPD arrived on the scene and began

19   coordinating their officers to address the situation with the protesters.

20         34.  LAPD would have responded sooner had federal officials coordinated with LAPD

21   prior to engaging in the enforcement actions. Federal officials did not, and as a result LAPD was

22   unable to proactively plan for the potential incidents, for example by pre-positioning resources,

23   and it was not positioned to immediately deploy appropriate staffing and equipment.

24         35.  Around 7:50 p.m., LAPD declared an unlawful assembly in the area of the protest

25   site, at the intersection of Alameda and Temple Streets, and it issued an order for the protesters to

26   disperse or be arrested.

27         36.  By approximately 8:00 p.m., the crowd started to disperse, with LAPD officers

28   blocking their path back to the B-18 detention center.

7

37.  A few hours later, LAPD received a report that another crowd had gathered outside of a parking lot in Chinatown. The group dispersed as federal agents established a perimeter.

38.  ICE immigration enforcement activity continued the next day, Saturday, June 7.

39.  Protests continued in the City of Los Angeles that were by all accounts peaceful.

40.  The LAPD issued a statement that night that "demonstrations across the City of Los Angeles remained peaceful," and commended those who exercised their First Amendment rights responsibly.

41.  Earlier in the day, outside the City, but within the County of Los Angeles, there were other protests. At approximately 10:15 a.m., personnel from LASD responded to the 6400 Block of Paramount Boulevard in Paramount, CA, following reports of a large crowd gathering in the area and obstructing traffic.

42.  Upon arrival, LASD deputies observed the presence of federal law enforcement officers and a significant number of individuals gathering to protest. Federal officials did not give LASD any forewarning of any of the planned operations in that area, or otherwise attempt to coordinate activities.

43.  LASD positioned its officers around the intersection of Alondra Boulevard and Atlantic Avenue, and deployed less-lethal weapons.

44.  At approximately 4:00 p.m., LASD declared an unlawful assembly and instructed individuals to leave the area or be arrested. Officers shot tear gas canisters into the crowd and protesters retreated.

45.  By 7:00 p.m., approximately 100 protesters had gathered on the other side of the 710 Freeway near Atlantic Avenue and Alondra Boulevard.

46.  At about 9:30 p.m. a line of LASD deputies and vehicles began moving toward the crowd, forcing them back, and by midnight, most of demonstrators began to leave.

47.  LASD's standard practice is to call in assistance from other local agencies, such as sheriff's departments from neighboring counties, and then for direct aid from state agencies when LASD determines that it cannot handle a situation. These two steps would be done before a

8

request for federal assistance would be made. But LASD did not need and did not request the assistance of other agencies to gain control of the protests.

48.  Governor Newsom has also taken steps to ensure that the State itself is actively providing support, in close coordination with the City and County, and there are no unmet needs from local law enforcement. Local law enforcement agencies have not requested any assistance, but if they were to do so, the State is more than prepared to meet any needs that may arise. As an example, on June 6 and June 7, the State deployed additional California Highway Patrol personnel to maintain safety and order on Los Angeles highways.

49.  ICE continues to carry out immigration enforcement, including in Los Angeles County.

**C.     Without Consent or Even Official Notice to the Governor, the President Federalizes the National Guard**

50.  Early on Saturday, June 7, Border Czar Tom Homan stated "Mayor [Karen] Bass should be thanking us. She says they are going to mobilize—guess what? We are already mobilizing. We are going to bring the National Guard in tonight."

51.  Over the course of the day, the Department of Defense (DOD) did not communicate directly with the Governor's Office regarding any planned activation and deployment of California National Guard members.

52.  At no time prior to issuing the memorandum to federalize the California National Guard troops did the DOD seek approval from Governor Newsom to utilize California's National Guard to protect federal agents and federal property, or otherwise notify or seek concurrence from the Governor or his office regarding the planned mobilization of the National Guard.

///

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

53.   At 5:13 p.m. on June 7, the Governor communicated unequivocally and publicly on social media that he disapproved of the federal government's plans, which were unnecessary because "there is currently no unmet need," and which would be counterproductive because it would "only escalate tensions" and "erode public trust":



**Governor Gavin Newsom** ✔
@CAgovernor

The federal government is moving to take over the California National Guard and deploy 2,000 soldiers. That move is purposefully inflammatory and will only escalate tensions.

LA authorities are able to access law enforcement assistance at a moment's notice. We are in close coordination with the city and county, and there is currently no unmet need.

The Guard has been admirably serving LA throughout recovery.

This is the wrong mission and will erode public trust.

5:13 PM · Jun 7, 2025 · **7.4M** Views

54.   On the evening of June 7, President Trump issued a memorandum entitled "Department of Defense Security for the Protection of Department of Homeland Security Functions" (the Trump Memo). The Trump Memo does not identify the Los Angeles protests, the State, or any specific geographic region by name, but instead refers to "[n]umerous incidents of violence and disorder" that "have recently occurred and threaten to continue in response" to ICE enforcement of federal immigration laws and to threats to the security of federal immigration detention facilities and other federal property. The Trump Memo also states that "[t]o the extent that protests or acts of violence directly inhibit the execution of the laws, they constitute a form of rebellion against the authority of the Government of the United States."

55.   The Trump Memo states: "In light of these incidents and credible threats of continued violence, by the authority vested in me as President by the Constitution and the laws of the United

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

**ER-221**

States of America, I hereby call into Federal service members and units of the National Guard under 10 U.S.C. 12406 to temporarily protect ICE and other United States Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations."

56. The Trump Memo further directs the Secretary of Defense "to coordinate with the Governors of the States and the National Guard Bureau in identifying and ordering into Federal service the appropriate members and units of the National Guard under this authority." The Trump Memo specifies that the members and units called into federal services "shall be at least 2,000 National Guard personnel and the duration of duty shall be for 60 days or at the discretion of the Secretary of Defense." Finally, the Trump Memo authorizes personnel to "perform those military protective activities that the Secretary of Defense determines are reasonably necessary to ensure the protection and safety of Federal personnel and property."

57. The provision cited by President Trump for his authority to take this step—section 12406—states that:

Whenever—

(1) the United States, or any of the Commonwealths or possessions, is invaded or is in danger of invasion by a foreign nation;

(2) there is a rebellion or danger of a rebellion against the authority of the Government of the United States; or

(3) the President is unable with the regular forces to execute the laws of the United States;

The President may call into Federal service members and units of the National Guard of any State in such numbers as he considers necessary to repel the invasion, suppress the rebellion, or execute those laws. Orders for these purposes shall be issued through the governors of the States or, in the case of the District of Columbia, through the commanding general of the National Guard of the District of Columbia.

11

1    10 U.S.C. § 12406.

2           58.  This is only the second time in our nation's history that a President has relied on the

3    exclusive authority of this provision to federalize the National Guard. The first was President

4    Richard Nixon when he called upon the National Guard to deliver the mail during the 1970 Postal

5    Service Strike. This is also the first time since 1965—when President Johnson sent troops to

6    Alabama to protect civil rights demonstrators, under different federal authority—that a president

7    has activated a State's National Guard without a request from the State's Governor.

8           59.  Later in evening of June 7, Secretary Hegseth sent a memorandum (the "DOD

9    Order") to the Adjutant General of California, who leads the California National Guard but also

10   holds a federal commission as a reserve of the United States Army. Secretary Hegseth attached

11   the Trump Memo and called into federal service 2,000 members of the California National Guard

12   for a period of 60 days.

13          60.  The Adjutant General subsequently shared the DOD Order with the Governor's

14   Office; however, at no time did the Governor or his Office provide consent to the mobilization or

15   issue orders through the Governor mobilizing the Guard members.

16          61.  Shortly thereafter on the same evening, the Adjutant General relinquished command

17   of the 79th Infantry Brigade Combat Team to General Gregory M. Guillot, commander of U.S.

18   Northern Command (USNORTHCOM). Since that time, all orders issued to this unit have come

19   from USNORTHCOM.

20          62.  The service members of the 79th Infantry Brigade Combat Team come from across

21   California. Many members are based in San Diego, but other members have individual residences

22   throughout the State, and the 79th has subordinate units based in various parts of the state,

23   including Richmond, California.

24          63.  When the 300 deployed California National Guard troops and armored vehicles began

25   arriving in Los Angeles on Sunday morning, the city was quiet. The local police and sheriff's

26   departments had addressed any disturbances up to that point.

27          64.  On June 8, the Governor's Office sent a letter to Secretary Hegseth objecting to the

28   federalization and deployment of California National Guard troops to Los Angeles and requesting

                                                    12

1   that DOD rescind its order. The letter also reiterated that local law enforcement is more than

2   capable of responding to the situation in Los Angeles and had taken robust action to protect

3   federal facilities and maintain order.

4         65.   On June 9, 2025, Secretary Hegseth issued a second memorandum (June 9 DOD

5   Order) ordering the federalization of 2,000 additional California National Guard members. Once

6   again, this order was not issued through the Governor and did not provide any opportunity for the

7   Governor to review or consent.

8         66.   While the face of the Defendants' orders purport to direct the deployment of the

9   federalized National Guard members to protect federal property and federal personnel carrying

10  out their functions, these directives are phrased in an ambiguous manner and suggest potential

11  misuse of the federalized National Guard. It is unclear what actions Secretary Hegseth will deem

12  as "reasonably necessary to ensure the protection and safety of Federal personnel and property."

13  Among other concerns, the lengthy duration of the deployment (60 days) and location (not just

14  where protests are occurring, but where they are "likely" to occur) indicate that the National

15  Guard may be compelled to accompany immigration enforcement on its missions in any location

16  with potentially dissenting residents.

17        67.   Defendants have already made clear their intention to expand the use of these

18  National Guard members to effectuate interior civil immigration enforcement activities normally

19  conducted by civil immigration law enforcement officers. For example, on the evening of June 8,

20  President Trump issued a statement on social media purporting to direct DOD and other federal

21  agencies to "take all action necessary to liberate Los Angeles from the Migrant Invasion[.]" And

22  he informed the media: "We're going to have troops everywhere."

23        68.   Already, fear and terror are spreading in communities across California as a result of

24  Defendants' actions. And, as predicted by Governor Newsom and other state and local leaders,

25  the deployment of the National Guard seems to have only heightened tensions with protesters and

26  residents in Los Angeles.

27

28

13

**D.    Defendants' Mobilization of California's National Guard Members Usurps the Authority of the Governor and Harms the State of California**

69.   Defendants' actions unlawfully activating 4,000 California National Guard members into federal service directly infringes on Governor Newsom's proper role of Commander-in-Chief of the California National Guard. Cal. Const. art. V, § 7; U.S. Const. art. I, §§ 8, cls. 15-16; amend. X.  Except when the State's militia has been lawfully called into federal service, the Governor maintains command and control of the militia.

70.   As Commander-in-Chief, the Governor of California calls members of the California National Guard into active duty to serve the needs of California. The California National Guard is vital for various State functions including emergency and natural disaster response and drug interdiction. The California National Guard acts to protect people and property in many ways, and the State relies on the National Guard to be ready to intervene in emergent situations to help protect Californians. As a general matter, it is the Governor, in conjunction with local law enforcement, who is best situated to determine the resources needed in times of emergency.

71.   By unlawfully diverting 4,000 service members from their state responsibilities for at least 60 days, Defendants' action impairs the Governor's ability as Commander-in-Chief of the California National Guard to call upon the State's National Guard for emergencies and to carry out other critical functions.

72.   The California National Guard, composed of the California Army National Guard and the California Air National Guard, has approximately 18,733 service members, with 12,212 available for deployment. Most of the California National Guard members serve as reserve forces, meaning that their role in the California National Guard is part-time, and they are generally employed in civilian roles separate from their work as service members. Many of these service members receive specialized training to perform specific duties, and all play a critical role in protecting the State.

73.   As a recent example of the National Guard's important work, in January 2025, the Guard was called upon to assist in fighting one of the most destructive fires in the State's history in Los Angeles County. Between January 7, 2025, when the fires started, and January 11, 2025,

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

(226 of 256), Page 226 of 256
Case: 25-3727, 07/22/2025, DktEntry: 57.1, Page 226 of 256
Case 3:25-cv-04870   Document 1   Filed 06/09/25   Page 15 of 22

Governor Newsom activated 2,500 service members to support firefighting efforts. Many of the National Guard members were dispatched the same day as the fire began. In addition to firefighting support, the National Guard's provision of resources was critical to assisting local authorities and ensuring the safety of the surrounding community, firefighting brigades, and pilots.

74. This deployment comes when California is in the midst of peak wildfire season for both Northern and Southern California and may need to rely on their crucial support, as the State did during the Los Angeles fires earlier this year.

75. When the State faces simultaneous emergencies, the National Guard's resources can be stretched thin. For example, in 2020, the California National Guard was required to respond to COVID-19, multiple wildfires at once, and civil unrest, significantly burdening the National Guard's military policing resources and making it difficult to fulfill emergent needs across the State. Such overlapping emergencies cannot be predicted.

76. All 4,000 of the federally deployed National Guard members are now unavailable if a natural disaster or other state-emergency erupts. These National Guard members, coming from the 79th Infantry Brigade Combat Team, include a large number of guard members who serve in Taskforce Rattlesnake, the State's specialized fire combat unit. These service members have specialized training in wildland fire mitigation and prevention and direct fire suppression, and would be highly difficult for the State to replace.

77. The 79th Infantry Brigade also contains Counterdrug Taskforce members that specialize in providing support to stop the trafficking of fentanyl at the U.S.-Mexico Border.

78. Because these National Guard members have been federalized for 60 days—unlawfully, as detailed below—the State of California is deprived of resources to protect itself and its citizens, and of critical responders in the event of a State emergency.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

**CLAIMS**

**FIRST CAUSE OF ACTION**
**Ultra Vires**
**(All Defendants)**

79.  Plaintiffs reallege and incorporate by reference the foregoing allegations as fully set forth herein.

80.  Neither the President nor an agency can take any action that exceeds the scope of their constitutional or statutory authority.

81.  Federal courts possess the power in equity to grant injunctive relief "with respect to violations of federal law by federal officials." *Armstrong v. Exceptional Child Ctr., Inc.*, 575 U.S. 320, 326-27 (2015). Indeed, the Supreme Court has repeatedly allowed equitable relief against federal officials who act "beyond th[e] limitations" imposed by federal statute. *Larson v. Domestic & Foreign Com. Corp.*, 337 U.S. 682, 689 (1949).

82.  Section 12406 requires that orders pursuant to that section be "issued through the governors of the States or, in the case of the District of Columbia, through the commanding general of the National Guard of the District of Columbia." 10 U.S.C. § 12406.

83.  Section 12406 originated as part of the Militia Act of 1903. Publ. L. No. 57-33, 32 Stat. 775 (1903). The original section did not include this provision, but the statute was subsequently amended to include the requirement that orders be issued through the governor. Militia Act of 1908, ch. 204, 35 Stat. 399 (1908).

84.  "'A statute should be construed so that effect is given to all its provisions, so that no part will be inoperative or superfluous, void or insignificant.'" *Hibbs v. Winn*, 542 U.S. 88, 101 (2004) (quoting Singer, Statutes and Statutory Construction § 46.06, pp. 181–186 (rev. 6th ed. 2000)). "'[A] significant change in language is presumed to entail a change in meaning' even when legislative history is silent as to Congress's intent." *In re Saldana*, 122 F.4th 333, 341 (9th Cir. 2024) (quoting Antonin Scalia & Bryan A. Garner, Reading Law: The Interpretation of Legal Texts 256–60 (2012)).

85.  As discussed *supra*, Defendants did not notify Governor Newsom of the orders or attempt to obtain his consent. Nor did they issue their orders through the Governor as the statute directs. This circumvention deprived the Governor of the opportunity that compliance with the terms of the statute would have afforded him—at a minimum, consultation with the President or other federal officials not only as to whether the California National Guard should be called into federal service at all, but if so, which service members and in what number should be called, and for what purposes and what period of time.

86.  President Trump's Memo purporting to call into federal service members of the California National Guard under 10 U.S.C. § 12406 without issuing this order through Governor Newsom is contrary to law and outside of the authority granted to the President under that statute.

87.  Secretary Hegseth's orders purporting to federalize 4,000 members of the California National Guard without issuing these orders through Governor Newsom are contrary to law and outside of Secretary Hegseth's authority.

88.  Defendants' actions are *ultra vires* for reasons beyond their failure to follow the procedural requirements of section 12406. Conditions in California did not fall under any of the situations set forth in section 12406 that would allow its invocation at the time it was invoked, nor do they now, nor is it reasonable to expect them to for the next 60 days. The statute authorizes the federalization of the National Guard to (1) repel invasion of the United States by a foreign nation, (2) suppress a rebellion or danger of rebellion against the authority of the Government of the United States; or (3) execute federal laws when the President is unable to do so with the regular forces. 10 U.S.C. § 12406(1)-(3).

89.  The Trump Memo does not (and cannot) assert that California is being invaded or is in danger of invasion by a foreign power. Nor has the Trump Administration identified a "rebellion," which is generally understood to connote "an organized attempt to change the government or leader of a country, [usually] through violence," something much beyond mere protest or sporadic acts of disobedience and violence. *Rebellion, Black's Law Dictionary* (12th ed. 2024). The Trump Memo asserts that "[t]o the extent that protests or acts of violence directly inhibit the execution of the laws, they constitute a form of rebellion against the authority of the

17

Government of the United States," but primarily peaceful protests with some acts of violence or civil disobedience do not rise to the level of a rebellion. Indeed, nothing about the scale of the protests or acts of violence set these events apart from other recent periods of significant social unrest.

90.  Defendants have also not shown that any of the protests have rendered the President "unable with the regular forces to execute the laws of the United States." 10 U.S.C. § 12406(3). Indeed, Governor Newsom and Mayor Karen Bass both reported on June 7, 2025, that they had sufficient resources to respond to any potential unrest or threats to safety or property. A June 8 letter from the Office of Governor Newsom to Secretary Hegseth notes that as "demonstrated by the robust law enforcement response yesterday evening to protect federal facilities, local law enforcement resources are sufficient to maintain order." And on both June 6 and 7, ICE officials were able to act on warrants and make arrests.

91.  Violation of the Posse Comitatus Act is imminent, if not already underway.

92.  Accordingly, Plaintiffs are entitled to a declaration that any action taken pursuant to the June 7, 2025 Presidential Memorandum is invalid, and an injunction prohibiting DOD Defendants from implementing the Memorandum.

### SECOND CAUSE OF ACTION
**Tenth Amendment of the U.S. Constitution; Article I, § 8, cls. 15-16; Title 32
(All Defendants)**

93.  Plaintiffs reallege and incorporate by reference the foregoing allegations as fully set forth herein.

94.  The Tenth Amendment provides that "[t]he powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."

95.  The President's unlawful order calling up "at least 2,000 National Guard personnel" infringes on Governor Newsom's role as Commander-in-Chief of the California National Guard and violates the State's sovereign right to control and have available its National Guard in the absence of a lawful invocation of federal power.

96.   Under our system of federalism, policing and crime control remain one of the most basic rights reserved to the states. "Indeed, we can think of no better example of the police power, which the Founders denied the National Government and reposed in the States, than the suppression of violent crime and vindication of its victims." *United States v. Morrison*, 529 U.S. 598, 618 (2000). "[T]he power to establish the ordinary regulations of police has been left with the individual States, and cannot be assumed by the national government." *Patterson v. State of Kentucky*, 97 U.S. 501, 503 (1878).

97.   Local control of law enforcement is also essential to the protection of liberty and government accountability. "Because the police power is controlled by 50 different States instead of one national sovereign, the facets of governing that touch on citizens' daily lives are normally administered by smaller governments closer to the governed. The Framers thus ensured that powers which "in the ordinary course of affairs, concern the lives, liberties, and properties of the people" were held by governments more local and more accountable than a distant federal bureaucracy. The Federalist No. 45, at 293 (J. Madison)." *Nat'l Fed'n of Indep. Bus. v. Sebelius*, 567 U.S. 519, 536 (2012).

98.   Deploying over 4,000 federalized military forces to quell a protest or prevent future protests despite the lack of evidence that local law enforcement was incapable of asserting control and ensuring public safety during such protests represents the exact type of intrusion on State Power that is at the heart of the Tenth Amendment. State officials in conjunction with local officials, such as the Los Angeles Police Department and the Los Angeles Sheriff's Department are in the best position to determine what resources are necessary to preserve public safety amid protest activity, and to intervene to enforce public safety and criminal laws when warranted.

99.   Further, here the federal government is not merely intruding on the province of the State, but doing so by taking command of the State's own resources, the California National Guard, which remains under State control unless properly federalized. Proper federalization has not happened here.

100. Because the January 7, 2025 Presidential Memoranda and resulting DOD Order and June 9 DOD Order purport to federalize the National Guard for an unconstitutional and illegal

19

purpose, Plaintiffs respectfully ask the Court to find that the Orders are void, and that the National Guard should be transferred back to the rightful command and control of the State of California through Governor Newsom.

101. Plaintiffs are also entitled to a declaration that any action taken pursuant to the June 7, 2025 Presidential Memorandum is invalid, and an injunction prohibiting DOD Defendants from implementing the Memorandum.

**THIRD CAUSE OF ACTION**
**Violation of the Administrative Procedure Act**
**(Against DOD Defendants)**

102. Plaintiffs reallege and incorporate by reference the foregoing allegations as fully set forth herein.

103. Under the Administrative Procedure Act, a court must "hold unlawful and set aside agency action" that is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law," that is "contrary to constitutional right [or] power," or that is "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right." 5 U.S.C. § 706(2)(A)-(C).

104. An agency may not take any action that exceeds the scope of its constitutional or statutory authority.

105. The DOD Defendants lack authority to federalize members of the California National Guard without issuing such orders through Governor Newsom, who has not consented to their actions or been afforded the opportunity to consult on any deployment. Such agency actions are unauthorized, unprecedented, and not entitled to deference by this Court.

106. Accordingly, Plaintiffs are entitled to a declaration that Secretary Hegseth's June 7 and June 9 Orders are invalid, and an injunction prohibiting DOD Defendants from implementing the June 7, 2025 Presidential Memorandum.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1

**PRAYER FOR RELIEF**

2

3     107. Wherefore, Plaintiffs request that the Court enter a judgment against Defendants and

4     award the following relief:

5          a.  A declaration that the June 7, 2025 Presidential Memorandum calling into Federal

6              service members and units of the National Guard under 10 U.S.C. § 12406 and

7              Secretary Hegseth's June 7 and June 9 Orders (and any future orders) calling the

8              California National Guard into service under the stated authority of the President's

9              use of 10 U.S.C. § 12406 are unauthorized by and contrary to the laws of the

10             United States;

11         b.  Injunctive relief prohibiting the DOD Defendants from federalizing and deploying

12             the California National Guard and military without meeting the requirements of 10

13             U.S.C. § 12406, which include that issuance shall be "through the Governor" and

14             only for the reasons set forth in 10 U.S.C. § 12406 (1-3) and not to conduct

15             domestic law enforcement activities;

16         c.  Award the State of California its costs and reasonable attorneys' fees; and

17         d.  Such additional relief as the court deems proper and the interests of justice may

18             require.

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Dated:  June 9, 2025

Respectfully submitted,

**ROB BONTA**
Attorney General of California
MARISSA MALOUFF
JAMES E. STANLEY*
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
ROBIN GOLDFADEN
BRENDAN M. HAMME
LORRAINE LOPEZ*
KENDAL MICKLETHWAITE
MEGAN RICHARDS
Deputy Attorneys General

/s/ Laura L. Faer
LAURA L. FAER
Acting Senior Assistant Attorney General
  1515 Clay St.
  Oakland, CA  94612
  Telephone: (510) 879-3304
  E-mail:  Laura.Faer@doj.ca.gov

*Attorneys for Plaintiffs*

* Admission Pending

22

BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB (IL Bar No. 6322571)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0568
garry.hartlieb2@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, *et al.*<br><br>     Plaintiffs,<br><br>       v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>     Defendants. | Case No. 3:25-cv-04870-CRB<br><br><br>**NOTICE OF APPEAL**<br><br><br> The Hon. Charles R. Breyer |

Notice of Appeal
3:25-cv-4870-CRB

**ER-234**

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of

Appeals for the Ninth Circuit from the Court's June 12, 2025 Order granting injunctive relief to

Plaintiffs under Rule 65.


Dated: June 12, 2025                          Respectfully submitted,

                                             BRETT A. SHUMATE
                                             Assistant Attorney General
                                             Civil Division

                                             ERIC J. HAMILTON
                                             Deputy Assistant Attorney General
                                             Federal Programs Branch
                                             (CA Bar No. 296283)

                                             ALEXANDER K. HAAS
                                             (CA Bar No. 220932)
                                             Director
                                             Federal Programs Branch

                                             */s/ Garry D. Hartlieb*
                                             CHRISTOPHER EDELMAN
                                             (DC Bar No. 1033486)
                                             Senior Counsel
                                             GARRY D. HARTLIEB
                                             (IL Bar No. 6322571)
                                             BENJAMIN S. KURLAND
                                             (DC Bar No. 1617521)
                                             Trial Attorneys
                                             U.S. Department of Justice
                                             Civil Division, Federal Programs Branch
                                             1100 L Street, N.W.
                                             Washington, DC 20005
                                             Tel.: 202-305-0568
                                             Email: garry.hartlieb2@usdoj.gov

                                             *Counsel for Defendants*

Query    Reports    Utilities    Help    Log Out

ADRMOP,APPEAL,ProSe

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:25-cv-04870-CRB

Newsom et al v. Trump et al                  Date Filed: 06/09/2025
Assigned to: Judge Charles R. Breyer         Jury Demand: None
Cause: 28:2201 Injunction                    Nature of Suit: 890 Other Statutory Actions
                                             Jurisdiction: U.S. Government Defendant

### Plaintiff

**Governor Gavin Newsom**            represented by   **James Edward Stanley**
*In his official capacity as Governor of the*        California Department of Justice
*State of California*                                1300 I Street
                                                     Sacramento, CA 95814
                                                     916-210-6475
                                                     Email: james.stanley@doj.ca.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Laura L. Faer**
                                                     Office of the Attorney General
                                                     1515 Clay Street, Suite 2000
                                                     Oakland, CA 94612
                                                     510-879-0092
                                                     Email: Laura.faer@doj.ca.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Meghan Strong**
                                                     California Department of Justice
                                                     455 Golden Gate Avenue
                                                     Suite 11000
                                                     San Francisco, CA 94102
                                                     415-510-3877
                                                     Fax: 415-703-5480
                                                     Email: meghan.strong@doj.ca.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Brendan Hamme**
                                                     California Department of Justice
                                                     300 S. Spring Street, Suite 1702
                                                     Los Angeles, CA 90013
                                                     213-269-6598
                                                     Email: brendan.hamme@doj.ca.gov
                                                     *ATTORNEY TO BE NOTICED*

**ER-236**

**Jane Reilley**
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3879
Fax: (415) 703-5480
Email: jane.reilley@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Kendal Leigh Micklethwaite**
Office of The Attorney General
1300 I Street
Sacramento, CA 95814
417-414-4368
Fax: 916-324-8835
Email: kendal.micklethwaite@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Lorraine Lopez**
Office of the Attorney General of the State
of California
300 S. Spring Street
Los Angeles, CA 90013
213-269-6616
Email: lorraine.lopez@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Luke Freedman**
Office of The Attorney General
300 S. Spring Street
Los Angeles, CA 90013
206-276-0621
Email: luke.freedman@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Marissa Suzanne Malouff**
Califoria Department of Justice
300 S. Spring Street, Suite 12228A
Los Angeles, CA 90013
213-269-9647
Email: marissa.malouff@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Megan Richards**
California Attorney General's Office
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-510-3526
Email: megan.richards@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Nicholas David Espiritu**
California Department of Justice

Civil Rights Enforcement Section
1515 Clay Street, Suite 2000
Oakland, CA 94612
510-879-3908
Email: nicholas.espiritu@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Nicholas Reiss Green**
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3597
Email: nicholas.green@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Robin L. Goldfaden**
California Department of Justice
455 Golden Gate Avenue
Suite 1100
San Francisco, CA 94102-7004
415-510-3543
Email: robin.goldfaden@doj.ca.gov
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**State of California**                    represented by  **James Edward Stanley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura L. Faer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meghan Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brendan Hamme**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jane Reilley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kendal Leigh Micklethwaite**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lorraine Lopez**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Luke Freedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marissa Suzanne Malouff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Richards**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas David Espiritu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Reiss Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robin L. Goldfaden**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**President Donald J. Trump**
*in his official capacity as President of the United States*

represented by **Christopher David Edelman**
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 305-8659
Fax: (202) 616-8460
Email: christopher.edelman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garry Daniel Hartlieb**
1100 L St., NW
Washington, DC 20005
202-305-0568
Fax: 202-616-8470
Email: garry.hartlieb2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Kurland**
DOJ-Civ
1100 L Street NW
Rm. 12018
Washington, DC 20005

**ER-239**

202-598-7755
Email: ben.kurland@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Brett Shumate**
DOJ-Civ
51 Louisiana Avenue, N.W.
Washington, DC 20001
202-879-3835
Email: brett.a.shumate@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Eric J Hamilton**
DOJ-Civ
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-514-3301
Email: eric.hamilton@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jody D. Lowenstein**
DOJ-Civ
1100 L Street NW
Washington, DC 20005
202-598-9280
Email: jody.d.lowenstein@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pete Hegseth**
*in his official capacity as Secretary of the
Department of Defense*

represented by **Christopher David Edelman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garry Daniel Hartlieb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Kurland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brett Shumate**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric J Hamilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jody D. Lowenstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Department of Defense**                     represented by **Christopher David Edelman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garry Daniel Hartlieb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Kurland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brett Shumate**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric J Hamilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jody D. Lowenstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Blue Eagle Coalition**                           represented by **Andrew G. Watters**
Andrew G. Watters
555 Twin Dolphin Drive, Suite 135
Redwood City, CA 94065
650-542-0057
Email: andrew@andrewwatters.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**State of Iowa**                                  represented by **Bradley A. Benbrook**
Benbrook Law Group, PC
701 University Ave
Suite 106
Sacramento, CA 95825
916-447-4900
Fax: 916-447-4904
Email: brad@benbrooklawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Michael Duvernay**
Benbrook Law Group
400 Capitol Mall, Suite 2530
Sacramento, CA 95814

**ER-241**

(916) 447-4900
Fax: (916) 447-4904
Email: steve@benbrooklawgroup.com
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**State of Oklahoma**    represented by    **Bradley A. Benbrook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

   **Stephen Michael Duvernay**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**State of South Carolina**    represented by    **Bradley A. Benbrook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

   **Stephen Michael Duvernay**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Executive Director David A. Carrillo**    represented by    **David A. Carrillo**
California Constitution Center
University of California, Berkeley
School of Law #7200
Berkeley, CA 94720-7200
5106644953
Email: carrillo@law.berkeley.edu
PRO SE

   **Brandon Vernon Stracener**
Goldfarb & Lipman LLP
1300 Clay Street
Ste Eleventh Floor
94612
Oakland, CA 94612
510-836-6336
Fax: 510-836-1035
Email: bstracener@goldfarblipman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Senior Research Fell Brandon V. Stracener**    represented by    **Brandon V. Stracener**
California Constitution Center
University of California, Berkeley
School of Law #7200
Berkeley, CA 94720-7200

United Sta
5106644953
Email: bvstrac@gmail.com
PRO SE

**Brandon Vernon Stracener**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**State of Washington**          represented by   **Tera Marie Heintz**
*Sate of Washington*                               Washington Attorney General's Office
                                                   1125 Washington Street SE
                                                   PO Box 40100
                                                   Olympia, WA 98504-0100
                                                   360-664-3027
                                                   Fax: 360-664-2963
                                                   Email: tera.heintz@atg.wa.gov
                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**State of Delaware**

**Amicus**

**Former U.S. Army and Navy Secretaries**   represented by   **Beau Tremitiere**
**and Retired Four-Star Admirals and**                        Protect Democracy United
**Generals**                                                  2020 Pennsylvania Ave NW
                                                              Suite 163
                                                              Washington, DC 20006
                                                              202-579-4582
                                                              Email:
                                                              beau.tremitiere@protectdemocracy.org
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Kristy L Parker**
                                                              Protect Democracy
                                                              2020 Pennsylvania Avenue NW
                                                              Ste 163
                                                              Washington, DC 20006
                                                              202-424-9906
                                                              Fax: 929-777-8408
                                                              Email: kristy.parker@protectdemocracy.org
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Mack Eric Jenkins**
                                                              Attorney at Law
                                                              333 S. Grand Ave.
                                                              Los Angeles, CA 90071
                                                              213-229-7910

**ER-243**

Email: mjenkins@heckerfink.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Craig**
Hecker Fink LLP
350 Fifth Avenue
Ste 63rd Floor
New York, NY 10118
929-294-2542
Email: mcraig@heckerfink.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan S. Har**
Munger Tolles and Olson LLP
350 South Grand Avenue
Floor 50
Los Angeles, CA 90071
213-683-9100
Fax: 213-687-3702
Email: shar@heckerfink.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Democracy Defenders Fund**                    represented by  **Diamond J. Brown**
Democracy Defenders Action
600 Pennsylvania Ave SE #15180
Washington, DC 20003
202-594-9958
Email:
diamond@statedemocracydefenders.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Gabriel Kolb**
State Democracy Defenders Fund
600 Pennsylvania Ave SE #15180
Washington, DC 20003
202-594-9958
Email:
joshua@statedemocracydefenders.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman Larry Eisen**
State Democracy Defenders Action
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
202-594-9958
Email:
Norman@statedemocracydefenders.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ER-244**

**Amicus**

**City of Los Angeles**                          represented by   **Michael Joseph Dundas**
*on its own behalf and on behalf of the*                         Office of the Los Angeles City Attorney
*People of the State of California*                              200 N. Main Street
                                                                City Hall East, Suite 800
                                                                Los Angeles, CA 90012
                                                                213-978-8100
                                                                Fax: 213-978-8211
                                                                Email: mike.dundas@lacity.org
                                                                *ATTORNEY TO BE NOTICED*

**Amicus**

**Attorney Arman Matevosyan**                    represented by   **Arman Matevosyan**
                                                                The Matevosyan Law Firm
                                                                313 E. Broadway
                                                                Ste #10086
                                                                Glendale, CA 91209
                                                                818-480-0217
                                                                Email: amatevosyan@matevosyanlaw.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Amicus**

**County of Los Angeles**                        represented by   **Margaret Louise Carter**
                                                                O'Melveny and Myers LLP
                                                                400 S. Hope Street
                                                                Los Angeles, CA 90071-2899
                                                                (213) 430-7592
                                                                Fax: (213) 430-6407
                                                                Email: mcarter@omm.com
                                                                *ATTORNEY TO BE NOTICED*

**Amicus**

**Martin Akerman**


V.

**Miscellaneous**

**Non-Party**                                    represented by   **Afshin Najafi**
                                                                Seyfarth Shaw, LLP
                                                                560 Mission St
                                                                Ste 3100
                                                                San Francisco, CA 94105
                                                                415-397-2823
                                                                Email: anajafi@seyfarth.com
                                                                *ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2025 | 1 | COMPLAINT *for Declaratory and Injunctive Relief* against All Defendants, (Filing Fee: $405.00, receipt number ACANDC-20769160). |

**ER-245**

| | | |
|---|---|---|
| | | Injunction against the US government/official or APA vacatur requested. Filed by State of California, Governor Gavin Newsom. (Faer, Laura) (Filed on 6/9/2025) Modified on 6/10/2025 (tn, COURT STAFF). (Entered: 06/09/2025) |
| 06/09/2025 | 2 | Proposed Summons. (Faer, Laura) (Filed on 6/9/2025) (Entered: 06/09/2025) |
| 06/09/2025 | 3 | NOTICE of Appearance filed by Nicholas David Espiritu on behalf of Gavin Newsom, State of California (Espiritu, Nicholas) (Filed on 6/9/2025) (Entered: 06/09/2025) |
| 06/10/2025 | 4 | NOTICE of Appearance filed by Megan Richards on behalf of Gavin Newsom, State of California (Richards, Megan) (Filed on 6/10/2025) (Entered: 06/10/2025) |
| 06/10/2025 | 5 | NOTICE of Appearance filed by Christopher David Edelman on behalf of Donald J. Trump, Pete Hegseth, U.S. Department of Defense (Edelman, Christopher) (Filed on 6/10/2025) (Entered: 06/10/2025) |
| 06/10/2025 | 6 | NOTICE of Appearance filed by Eric J Hamilton on behalf of Donald J. Trump, Pete Hegseth, U.S. Department of Defense (Hamilton, Eric) (Filed on 6/10/2025) (Entered: 06/10/2025) |
| 06/10/2025 | 7 | Case assigned to Judge Charles R. Breyer.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (ark, COURT STAFF) (Filed on 6/10/2025) (Entered: 06/10/2025) |
| 06/10/2025 | 8 | First Ex Parte *Motion for a Temporary Restraining Order* filed by Gavin Newsom, State of California. (Attachments: # 1 Declaration of Nicholas Espiritu in Support of Plaintiffs Ex Parte Motion for a Temporary Restraining Order, # 2 Declaration of Brian Olmstead, # 3 Declaration of Paul S. Eck, # 4 [Proposed] Order Granting Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue) (Espiritu, Nicholas) (Filed on 6/10/2025) (Entered: 06/10/2025) |
| 06/10/2025 | 9 | **Initial Case Management Scheduling Order with ADR Deadlines: Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and cand.uscourts.gov/cameras. Joint Case Management Statement due by 9/12/2025. Initial Case Management Conference set for 9/19/2025 at 8:30 AM in San Francisco - Videoconference Only. (Attachments: # 1 Notice of Eligibility for Video Recording)(tn, COURT STAFF) (Filed on 6/10/2025) (Entered: 06/10/2025)** |
| 06/10/2025 | 10 | Summons Issued as to Pete Hegseth, Donald J. Trump, U.S. Department of Defense. (tn, COURT STAFF) (Filed on 6/10/2025) (Entered: 06/10/2025) |
| 06/10/2025 | 11 | NOTICE of Appearance filed by Brendan Hamme on behalf of Gavin Newsom, State of California (Hamme, Brendan) (Filed on 6/10/2025) (Entered: 06/10/2025) |
| 06/10/2025 | 12 | NOTICE by Donald J. Trump, Pete Hegseth, U.S. Department of Defense re 8 First Ex Parte Application *Motion for a Temporary Restraining Order* (Edelman, Christopher) (Filed on 6/10/2025) (Entered: 06/10/2025) |

**ER-246**

| 06/10/2025 | 13 | NOTICE of Appearance filed by Nicholas Reiss Green on behalf of Gavin Newsom, State of California (Green, Nicholas) (Filed on 6/10/2025) (Entered: 06/10/2025) |
| --- | --- | --- |
| 06/10/2025 | 14 | **ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE. Signed by Judge Charles R. Breyer on 6/10/2025. (crblc1, COURT STAFF) (Filed on 6/10/2025) (Entered: 06/10/2025)** |
| 06/10/2025 | | Set Deadlines/Hearings: Responses due by 6/11/2025. Replies due by 6/12/2025. Motion Hearing set for 6/12/2025 at 1:30 PM in San Francisco, Courtroom 06, 17th Floor and by videoconference (Zoom) before Judge Charles R. Breyer. (ls, COURT STAFF) (Filed on 6/10/2025) (Entered: 06/10/2025) |
| 06/10/2025 | 15 | NOTICE of Appearance filed by Marissa Suzanne Malouff on behalf of Gavin Newsom, State of California (Malouff, Marissa) (Filed on 6/10/2025) (Entered: 06/10/2025) |
| 06/10/2025 | 16 | NOTICE of Appearance filed by Kendal Leigh Micklethwaite on behalf of Gavin Newsom, State of California (Micklethwaite, Kendal) (Filed on 6/10/2025) (Entered: 06/10/2025) |
| 06/10/2025 | 17 | CLERK'S NOTICE: *(This is a text-only entry generated by the court. There is no document associated with this entry.)*. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/crb<br><br>**Court Appearances:** Advanced notice is required of counsel who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at crbcrd@cand.uscourts.gov no later than June 11, 2025 at 1:00 PM PST.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>(ls, COURT STAFF) (Filed on 6/10/2025) (Entered: 06/10/2025) |
| 06/10/2025 | 18 | NOTICE of Appearance filed by Luke Freedman on behalf of Gavin Newsom, State of California (Freedman, Luke) (Filed on 6/10/2025) (Entered: 06/10/2025) |
| 06/11/2025 | 19 | Ex Parte Application *of Amicus Curiae Blue Eagle Coalition for leave to file amicus brief* filed by Blue Eagle Coalition. (Attachments: # 1 Declaration of Andrew Watters, # 2 Exhibit Email message seeking parties' consent to file amicus brief, # 3 Exhibit Response from Defendants' counsel, # 4 Exhibit Response from Plaintiffs' counsel, # 5 Supplement Proposed Amicus Curiae Brief)(Watters, Andrew) (Filed on 6/11/2025) (Entered: 06/11/2025) |
| 06/11/2025 | 20 | NOTICE of Appearance filed by Benjamin Kurland on behalf of Donald J. Trump, Pete Hegseth, U.S. Department of Defense (Kurland, Benjamin) (Filed on 6/11/2025) (Entered: 06/11/2025) |
| 06/11/2025 | 21 | NOTICE of Appearance filed by Garry Daniel Hartlieb on behalf of Donald J. Trump, Pete Hegseth, U.S. Department of Defense (Hartlieb, Garry) (Filed on 6/11/2025) (Entered: 06/11/2025) |

| | | |
|---|---|---|
| 06/11/2025 | 22 | OPPOSITION/RESPONSE (re 8 First Ex Parte Application *Motion for a Temporary Restraining Order* ) filed byDonald J. Trump, Pete Hegseth, U.S. Department of Defense. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Edelman, Christopher) (Filed on 6/11/2025) (Entered: 06/11/2025) |
| 06/11/2025 | 23 | MOTION to File Amicus Curiae Brief filed by State of Iowa, State of Oklahoma, State of South Carolina. Motion Hearing set for 6/12/2025 01:30 PM in San Francisco, Courtroom 06, 17th Floor before Judge Charles R. Breyer. Responses due by 6/25/2025. Replies due by 7/2/2025. (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Proposed Order) (Benbrook, Bradley) (Filed on 6/11/2025) (Entered: 06/11/2025) |
| 06/11/2025 | 24 | NOTICE of Appearance filed by Stephen Michael Duvernay on behalf of State of Iowa, State of Oklahoma, State of South Carolina (Duvernay, Stephen) (Filed on 6/11/2025) (Entered: 06/11/2025) |
| 06/11/2025 | 25 | OPPOSITION/RESPONSE (re 8 First Ex Parte Application *Motion for a Temporary Restraining Order* ) *(Corrected)* filed byDonald J. Trump, Pete Hegseth, U.S. Department of Defense. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Edelman, Christopher) (Filed on 6/11/2025) (Entered: 06/11/2025) |
| 06/11/2025 | 26 | NOTICE OF REQUEST FOR VIDEO RECORDING<br>The parties in this case are hereby notified that a request has been made to video record the following proceeding in this case pursuant to General Order 65, as part of the Cameras in the Courtroom Pilot Project. Further information may be found at cand.uscourts.gov/cameras.<br><br>Proceeding: Motion for Temporary Restraining Order<br>Date of scheduled proceeding: June 12, 2025 at 1:30pm<br><br>**Consent to video recording will be presumed unless a party completes the Objection to Request for Video Recording form by 9:00AM Pacific Standard Time on June 12, 2025. The form is available on the court's website here.**<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (notewarel, COURT STAFF) (Filed on 6/11/2025) Modified on 6/11/2025 (kab, COURT STAFF). Modified on 6/11/2025 (kab, COURT STAFF). (Entered: 06/11/2025) |
| 06/11/2025 | 27 | NOTICE of Appearance filed by James Edward Stanley on behalf of Gavin Newsom, State of California (Stanley, James) (Filed on 6/11/2025) (Entered: 06/11/2025) |
| 06/11/2025 | 28 | Ex Parte Application *for Leave to File Amicus Curiae Brief* re 8 First Ex Parte Application *Motion for a Temporary Restraining Order* filed by David A. Carrillo, Brandon V. Stracener. (Attachments: # 1 Declaration Stracener Decl ISO App for Leave to File, # 2 Proposed Order [Proposed] Order Granting Leave to File Amicus Brief, # 3 Exhibit [Proposed] Brief of Amicus California Constitution Scholars)(Stracener, Brandon) (Filed on 6/11/2025) Modified on 6/17/2025 (slh, COURT STAFF). (Entered: 06/11/2025) |
| 06/11/2025 | 29 | STIPULATION WITH PROPOSED ORDER *to Increase Page Limits* filed by Donald J. Trump, Pete Hegseth, U.S. Department of Defense. (Attachments: # 1 Proposed Order) (Kurland, Benjamin) (Filed on 6/11/2025) (Entered: 06/11/2025) |
| 06/11/2025 | 30 | MOTION for Leave to File *Amicus Brief of 21 Amici States and the Office of the Gov. of Kansas* filed by State of Washington, State of Delaware. (Attachments: # 1 Amicus Brief of 21 Amici States and the Office of the Gov. of Kansas, # 2 Proposed Order Granting Leave to File Amicus Brief)(Heintz, Tera) (Filed on 6/11/2025) (Entered: 06/11/2025) |

| | | |
|---|---|---|
| 06/11/2025 | 31 | MOTION for Leave to File *Amici Curiae Brief* filed by Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals. (Attachments: # 1 Amici Curiae Brief of Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals, # 2 Proposed Order Granting Motion for Leave to File)(Craig, Matthew) (Filed on 6/11/2025) (Entered: 06/11/2025) |
| 06/11/2025 | 32 | Certificate of Interested Entities by Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals (Craig, Matthew) (Filed on 6/11/2025) (Entered: 06/11/2025) |
| 06/11/2025 | 33 | NOTICE of Appearance filed by Matthew J. Craig on behalf of Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals (Craig, Matthew) (Filed on 6/11/2025) (Entered: 06/11/2025) |
| 06/11/2025 | 34 | NOTICE of Appearance filed by Mack Eric Jenkins on behalf of Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals (Jenkins, Mack) (Filed on 6/11/2025) (Entered: 06/11/2025) |
| 06/11/2025 | 35 | NOTICE of Appearance filed by Susan S. Har on behalf of Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals (Har, Susan) (Filed on 6/11/2025) (Entered: 06/11/2025) |
| 06/12/2025 | 36 | **ORDER TO INCREASE PAGE LIMITS by Judge Charles R. Breyer: Granting 29 Stipulation. (ls, COURT STAFF) (Filed on 6/12/2025) (Entered: 06/12/2025)** |
| 06/12/2025 | 37 | NOTICE of Appearance filed by Brett Shumate on behalf of Donald J. Trump, Pete Hegseth, U.S. Department of Defense (Shumate, Brett) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/12/2025 | 38 | REPLY (re 8 First Ex Parte Application *Motion for a Temporary Restraining Order* ) filed byGavin Newsom, State of California. (Espiritu, Nicholas) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/12/2025 | 39 | Declaration of Nicholas Espiritu in Support of 38 Reply to Opposition/Response filed byGavin Newsom, State of California. (Attachments: # 1 Exhibit 1 to 3 to Decl. of Nicholas Espiritu ISO, # 2 Supplemental Declaration of Paul S. Eck, # 3 Supplemental Declaration of Brian Olmstead)(Related document(s) 38 ) (Espiritu, Nicholas) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/12/2025 | 40 | First MOTION for leave to appear in Pro Hac Vice *Norman Eisen* ( Filing fee $ 328, receipt number ACANDC-20780644.) filed by Democracy Defenders Fund. (Attachments: # 1 Supplement Certificate of Good Standing)(Eisen, Norman) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/12/2025 | 41 | **ORDER by Judge Charles R. Breyer: Granting 19 Ex Parte Application of Amicus Curiae Blue Eagle Coalition for leave to file amicus brief filed by Blue Eagle Coalition. (ls, COURT STAFF) (Filed on 6/12/2025) (Entered: 06/12/2025)** |
| 06/12/2025 | 42 | **ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE STATES IN OPPOSITION TO PLAINTIFFS MOTION FOR TEMPORARY RESTRAINING ORDER by Judge Charles R. Breyer: Granting 23 Motion to File Amicus Curiae Brief. (ls, COURT STAFF) (Filed on 6/12/2025) (Entered: 06/12/2025)** |
| 06/12/2025 | 43 | **ORDER GRANTING EX PARTE APPLICATION OF AMICUS CALIFORNIA CONSTITUTION SCHOLARS FOR LEAVE TO FILE AMICUS CURIAE BRIEF by Judge Charles R. Breyer: Granting 28 Ex Parte Application. (ls, COURT STAFF) (Filed on 6/12/2025) (Entered: 06/12/2025)** |

| 06/12/2025 | 44 | **ORDER GRANTING MOTION BY THE STATES OF WASHINGTON, DELAWARE, ARIZONA, COLORADO, CONNECTICUT, HAWAII, ILLINOIS, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OREGON, VERMONT, WISCONSIN, RHODE ISLAND, AND THE OFFICE OF THE GOVERNOR OF KANSAS (AMICI STATES) FOR LEAVE TO FILE AMICUS CURIAE BRIEF ON SHORTENED TIME by Judge Charles R. Breyer: Granting 30 Motion for Leave to File. (ls, COURT STAFF) (Filed on 6/12/2025) (Entered: 06/12/2025)** |
| 06/12/2025 | 45 | **ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF FORMER U.S. ARMY AND NAVY SECRETARIES AND RETIRED FOUR-STAR ADMIRALS AND GENERALS by Judge Charles R. Breyer: Granting 31 Motion for Leave to File. (ls, COURT STAFF) (Filed on 6/12/2025) (Entered: 06/12/2025)** |
| 06/12/2025 | 46 | Clerk's Notice CONSENTING TO Video Recording Re: 26 Clerk's Notice of Video Recording Request. (Related documents(s) 26 ) (ls, COURT STAFF) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/12/2025 | 47 | OPPOSITION/RESPONSE (re 8 First Ex Parte Application *Motion for a Temporary Restraining Order* ) filed byBlue Eagle Coalition. (Watters, Andrew) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/12/2025 | 48 | NOTICE of Appearance filed by Robin L. Goldfaden on behalf of Gavin Newsom, State of California (Goldfaden, Robin) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/12/2025 | 49 | **ORDER by Judge Charles R. Breyer: Granting 40 Motion for Pro Hac Vice, Norman Eisen. (ls, COURT STAFF) (Filed on 6/12/2025) (Entered: 06/12/2025)** |
| 06/12/2025 | 50 | First MOTION for leave to appear in Pro Hac Vice *Joshua Kolb* ( Filing fee $ 328, receipt number ACANDC-20781137.) filed by Democracy Defenders Fund. (Attachments: # 1 Supplement Certificate of Good Standing)(Kolb, Joshua) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/12/2025 | 51 | ADMINISTRATIVE MOTION *for Leave to File Brief of Amicus Curiae* filed by City of Los Angeles. Responses due by 6/16/2025. (Attachments: # 1 Brief of The City of Los Angeles as AMICUS CURIAE in Support of Plaintiffs, # 2 [Proposed] Order Granting Administrative Motion for Leave to File Brief of AMICUS CURIAE The City of Los Angeles in Support of Plaintiffs)(Dundas, Michael) (Filed on 6/12/2025) Modified on 6/17/2025 (slh, COURT STAFF). (Entered: 06/12/2025) |
| 06/12/2025 | 52 | ADMINISTRATIVE MOTION *for Leave to File Brief of Amicus Curiae* filed by City of Los Angeles. Responses due by 6/16/2025. (Attachments: # 1 Brief of The City of Los Angeles as AMICUS CURIAE in Support of Plaintiffs, # 2 [Proposed] Order Granting Administrative Motion for Leave to File Brief of AMICUS CURIAE The City of Los Angeles in Support of Plaintiffs)(Dundas, Michael) (Filed on 6/12/2025) Modified on 6/17/2025 (slh, COURT STAFF). (Entered: 06/12/2025) |
| 06/12/2025 | 53 | First MOTION to File Amicus Curiae Brief filed by Arman Matevosyan. Motion Hearing set for 6/12/2025 01:30 PM in San Francisco, - Videoconference Only before Judge Charles R. Breyer. Responses due by 6/26/2025. Replies due by 7/3/2025. (Attachments: # 1 Declaration Declaration of Arman Matevosyan In Support of Ex Parte Application, # 2 Exhibit Exhibit 1 - Proposed Amicus Memorandum)(Matevosyan, Arman) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/12/2025 | 54 | NOTICE by Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals */ Notice of Errata in Amici Curiae's Motion for Leave to File Amicus Curiae Brief* |

| | | |
|---|---|---|
| | | *[ECF 31]* (Craig, Matthew) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/12/2025 | 55 | **ORDER by Judge Charles R. Breyer: Granting 50 Motion for Pro Hac Vice, Joshua Kolb. (ls, COURT STAFF) (Filed on 6/12/2025) (Entered: 06/12/2025)** |
| 06/12/2025 | 56 | **ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE CITY OF LOS ANGELES IN SUPPORT OF PLAINTIFFS by Judge Charles R. Breyer: Granting 51 Administrative Motion. (ls, COURT STAFF) (Filed on 6/12/2025) (Entered: 06/12/2025)** |
| 06/12/2025 | 57 | **ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE CITY OF LOS ANGELES IN SUPPORT OF PLAINTIFFS by Judge Charles R. Breyer: Granting 52 Administrative Motion. (ls, COURT STAFF) (Filed on 6/12/2025) (Entered: 06/12/2025)** |
| 06/12/2025 | 58 | **ORDER GRANTING EX PARTE APPLICATION OF AMICUS CURIAE ARMAN MATEVOSYAN ESQ., A PROFESSIONAL CORPORATION FOR LEAVE TO FILE AMICUS BRIEF by Judge Charles R. Breyer: Granting 53 Motion to File Amicus Curiae Brief. (ls, COURT STAFF) (Filed on 6/12/2025) (Entered: 06/12/2025)** |
| 06/12/2025 | 59 | **Minute Entry for proceedings held before Judge Charles R. Breyer: Motion Hearing held on 6/12/2025 - Re 8 First Ex Parte Application Motion for a Temporary Restraining Order filed by State of California, Gavin Newsom. Motion taken under submission. The Court will issue an order. (Total Time in Court: 1 Hour and 9 Minutes)**<br>**Court Reporter: April Brott.**<br>**Plaintiff Attorney: Nicholas Reiss Green, Nicholas D. Espiritu, Megan Richards, Meghan Strong.**<br>**Defendant Attorney: Brett Shumate, Christopher Edelman. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ls, COURT STAFF) (Date Filed: 6/12/2025) (Entered: 06/12/2025)** |
| 06/12/2025 | 60 | TRANSCRIPT ORDER for proceedings held on 6/12/2025 before Judge Charles R. Breyer by Non-Party, for Court Reporter April Brott. (Najafi, Afshin) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/12/2025 | 61 | TRANSCRIPT ORDER for proceedings held on 6/12/2025 before Judge Charles R. Breyer by Donald J. Trump, Pete Hegseth, U.S. Department of Defense, for Court Reporter April Brott. (Hartlieb, Garry) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/12/2025 | 62 | TRANSCRIPT ORDER for proceedings held on 6/12/2025 before Judge Charles R. Breyer by Gavin Newsom, State of California, for Court Reporter April Brott. (Malouff, Marissa) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/12/2025 | 63 | Transcript of Proceedings held on June 12, 2025, before Judge Charles Breyer. Court Reporter/Transcriber April Wood Brott, telephone number 510-225-8350 april_brott@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 61 Transcript Order ) Release of Transcript Restriction set for 9/10/2025. (Related documents(s) 61 ) (Brott, April) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/12/2025 | 64 | **Order by Judge Charles R. Breyer granting 8 Ex Parte Application.(crblc2, COURT STAFF) (Filed on 6/12/2025) (Entered: 06/12/2025)** |

| | | |
|---|---|---|
| 06/12/2025 | 65 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Donald J. Trump, Pete Hegseth, U.S. Department of Defense. Appeal of Order on Ex Parte Application 64 (Appeal fee FEE WAIVED.) (Hartlieb, Garry) (Filed on 6/12/2025) **(USCA Case No. 25-3727)** (Entered: 06/12/2025) |
| 06/12/2025 | | Set/Reset Hearing - Re 64 Order on Ex Parte Application for Temporary Restraining Order. Order to Show Cause Hearing set for 6/20/2025 at 10:00 AM. This proceeding will be held in open court. Any party, members of the public, media wishing to appear by Zoom may do so. Note there is a 1,000 participant limit on Zoom.

**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/crb

**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at crbcrd@cand.uscourts.gov no later than June 18, 2025 at 3:00 PM PST.

**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.

**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.

Order to Show Cause Hearing set for 6/20/2025 10:00 AM. (ls, COURT STAFF) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/13/2025 | 66 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20784981.) filed by Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals. (Attachments: # 1 Exhibit Colorado Certificate of Good Standing)(Tremitiere, Beau) (Filed on 6/13/2025) (Entered: 06/13/2025) |
| 06/13/2025 | 67 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20785357.) filed by Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals. (Attachments: # 1 Exhibit DC Certificate of Good Standing)(Parker, Kristy) (Filed on 6/13/2025) (Entered: 06/13/2025) |
| 06/13/2025 | 68 | NOTICE of Appearance filed by Meghan Strong on behalf of Gavin Newsom, State of California (Strong, Meghan) (Filed on 6/13/2025) (Entered: 06/13/2025) |
| 06/13/2025 | 69 | NOTICE by Gavin Newsom, State of California *of Posting* (Stanley, James) (Filed on 6/13/2025) (Entered: 06/13/2025) |
| 06/13/2025 | 70 | **ORDER by Judge Charles R. Breyer: Granting 66 Motion for Pro Hac Vice, Beau Tremitiere. (ls, COURT STAFF) (Filed on 6/13/2025) (Entered: 06/13/2025)** |
| 06/13/2025 | 71 | **ORDER by Judge Charles R. Breyer: Granting 67 Motion for Pro Hac Vice, Kristy Parker. (ls, COURT STAFF) (Filed on 6/13/2025) (Entered: 06/13/2025)** |
| 06/13/2025 | 72 | ADMINISTRATIVE MOTION TO CONTINUE PRELIMINARY INJUNCTION BRIEFING SCHEDULE filed by Donald J. Trump, Pete Hegseth, U.S. Department of Defense. Responses due by 6/16/2025. (Attachments: # 1 Declaration of Benjamin Kurland, # 2 Proposed Order)(Kurland, Benjamin) (Filed on 6/13/2025) (Entered: 06/13/2025) |
| 06/13/2025 | 73 | OPPOSITION/RESPONSE (re 72 ADMINISTRATIVE MOTION TO CONTINUE PRELIMINARY INJUNCTION BRIEFING SCHEDULE ) filed byGavin Newsom, State |

**ER-252**

| | | |
|---|---|---|
| | | of California. (Espiritu, Nicholas) (Filed on 6/13/2025) (Entered: 06/13/2025) |
| 06/14/2025 | 74 | **ORDER by Judge Charles R. Breyer denying 72 Administrative Motion. (crblc2, COURT STAFF) (Filed on 6/14/2025) (Entered: 06/14/2025)** |
| 06/16/2025 | 75 | NOTICE of Appearance filed by Jane Reilley on behalf of Gavin Newsom, State of California (Reilley, Jane) (Filed on 6/16/2025) (Entered: 06/16/2025) |
| 06/16/2025 | 76 | STIPULATION WITH PROPOSED ORDER *to Increase Page Limits* filed by Gavin Newsom, State of California. (Attachments: # 1 Proposed Order Proposed Order to Increase Page Limits)(Strong, Meghan) (Filed on 6/16/2025) (Entered: 06/16/2025) |
| 06/16/2025 | 77 | First MOTION for Preliminary Injunction filed by Gavin Newsom, State of California. Motion Hearing set for 6/20/2025 10:00 AM in San Francisco, Courtroom 06, 17th Floor before Judge Charles R. Breyer. Responses due by 6/18/2025. Replies due by 6/19/2025. (Attachments: # 1 Declaration Declaration Meghan H. Strong in support of Plaintiff's Motion for Preliminary Injunction, # 2 Declaration Declaration of Paul S. Eck in support of Motion for Preliminary Injunction, # 3 Declaration Declaration of Joseph Zizi, # 4 Declaration Declaration of Diego Alejandro Arp, # 5 Proposed Order Proposed Order Granting Preliminary Injunction)(Strong, Meghan) (Filed on 6/16/2025) (Entered: 06/16/2025) |
| 06/16/2025 | 78 | MOTION to File Amicus Curiae Brief *in Support of Plaintiffs Motion for Preliminary Injunction* filed by City of Los Angeles. Motion Hearing set for 6/19/2025 10:00 AM before Judge Charles R. Breyer. Responses due by 6/30/2025. Replies due by 7/7/2025. (Attachments: # 1 Proposed Amicus Brief ISO Preliminary Injunction, # 2 Proposed Order)(Dundas, Michael) (Filed on 6/16/2025) (Entered: 06/17/2025) |
| 06/17/2025 | 79 | **STIPULATION AND ORDER TO INCREASE PAGE LIMITS by Judge Charles R. Breyer: Granting 76 Stipulation. (ls, COURT STAFF) (Filed on 6/17/2025) (Entered: 06/17/2025)** |
| 06/17/2025 | 80 | Proposed Order re 78 MOTION to File Amicus Curiae Brief *in Support of Plaintiffs Motion for Preliminary Injunction* by City of Los Angeles. (Dundas, Michael) (Filed on 6/17/2025) (Entered: 06/17/2025) |
| 06/17/2025 | 81 | **ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE CITY OF LOS ANGELES IN SUPPORT OF PLAINTIFFS PRELIMINARY INJUNCTION by Judge Charles R. Breyer: Granting 78 Motion to File Amicus Curiae Brief. (ls, COURT STAFF) (Filed on 6/17/2025) (Entered: 06/17/2025)** |
| 06/17/2025 | 82 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number BCANDC-20797717.) filed by Democracy Defenders Fund. (Attachments: # 1 Supplement Certificate of Good Standing)(Brown, Diamond) (Filed on 6/17/2025) (Entered: 06/17/2025) |
| 06/17/2025 | 83 | **ORDER by Judge Charles R. Breyer: Granting 82 Motion for Pro Hac Vice, Diamond Brown. (ls, COURT STAFF) (Filed on 6/17/2025) (Entered: 06/17/2025)** |
| 06/17/2025 | 92 | Receipt of $100.00 on 06/16/2025 with receipt# 27OT5407 from James Stanley FBO Governor Gavin Newsom et al. (rgh, COURT STAFF) (Filed on 6/17/2025) (Entered: 06/23/2025) |

| 06/18/2025 | 84 | OPPOSITION/RESPONSE (re 77 First MOTION for Preliminary Injunction ) filed byDonald J. Trump, Pete Hegseth, U.S. Department of Defense. (Attachments: # 1 Exhibit 1: Declaration of Ernesto Santacruz, Jr., # 2 Exhibit 2: Declaration of General Steven S. Nordhaus, # 3 Exhibit 3: Declaration of Major General Scott M. Sherman) (Edelman, Christopher) (Filed on 6/18/2025) (Entered: 06/18/2025) |
| --- | --- | --- |
| 06/19/2025 | 85 | ERRATA re 84 Opposition/Response to Motion, by Donald J. Trump, Pete Hegseth, U.S. Department of Defense. (Attachments: # 1 Exhibit 2 (Corrected Nordhaus Declaration), # 2 Exhibit 3 (Corrected Sherman Declaration)(Hartlieb, Garry) (Filed on 6/19/2025) (Entered: 06/19/2025) |
| 06/19/2025 | 86 | MOTION to File Amicus Curiae Brief filed by County of Los Angeles. Responses due by 7/3/2025. Replies due by 7/10/2025. (Attachments: # 1 Proposed Amicus Brief, # 2 Proposed Order)(Carter, Margaret) (Filed on 6/19/2025) (Entered: 06/19/2025) |
| 06/19/2025 | 87 | REPLY in Support (re 77 First MOTION for Preliminary Injunction ) filed by Gavin Newsom, State of California. (Attachments: # 1 Declaration of Megan Richards, # 2 Declaration of Paul S. Eck, # 3 Declaration of Sean Duryee, # 4 Declaration of Daniel Randolph, # 5 Declaration of Dylan Verner-Crist)(Strong, Meghan) (Filed on 6/19/2025) (Entered: 06/19/2025) |
| 06/20/2025 | 88 | TRANSCRIPT ORDER for proceedings held on 06/20/2025 before Judge Charles R. Breyer by Donald J. Trump, Pete Hegseth, U.S. Department of Defense, for Court Reporter Ana Dub. (Edelman, Christopher) (Filed on 6/20/2025) (Entered: 06/20/2025) |
| 06/20/2025 | 89 | **Minute Entry for proceedings held before Judge Charles R. Breyer: Show Cause Hearing held on 6/20/2025. Counsel shall submit supplemental briefing by June 23, 2025 at Noon (12:00 p.m. PST). (Total Time in Court: 11 Minutes)**<br>**Court Reporter: Ana Dub.**<br>**Plaintiff Attorney: Jane Reilley, Nicholas Espiritu, Megan Richards, John Echeverria, Michael Mongan, Samuel Harbourt.**<br>**Defendant Attorney: Eric Hamilton, Garry Hartlieb.**<br>***(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ls, COURT STAFF) (Date Filed: 6/20/2025) (Entered: 06/20/2025)** |
| 06/20/2025 | 90 | TRANSCRIPT ORDER for proceedings held on 06/20/2025 before Judge Charles R. Breyer by Gavin Newsom, State of California, for Court Reporter Ana Dub. (Malouff, Marissa) (Filed on 6/20/2025) (Entered: 06/20/2025) |
| 06/20/2025 | 91 | Transcript of Proceedings held on June 20, 2025, before Judge Charles R. Breyer. Stenographic Court Reporter Ana Dub, RDR, CRR, telephone number 415-290-1651/ana_dub@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date, it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 90 Transcript Order, 88 Transcript Order ) Release of Transcript Restriction set for 9/18/2025. (Related documents(s) 90 , 88 ) (amd, COURT STAFF) (Filed on 6/20/2025) (Entered: 06/20/2025) |
| 06/23/2025 | 93 | DECLARATION of Andrew Watters in Opposition to 89 Show Cause Hearing,, filed byBlue Eagle Coalition. (Related document(s) 89 ) (Watters, Andrew) (Filed on 6/23/2025) (Entered: 06/23/2025) |
| 06/23/2025 | 94 | Supplemental Brief *Plaintiffs' Supplemental Brief Re: Jurisdiction and Request for Expedited Discovery in Support of Preliminary Injunction* filed byGavin Newsom, State of California. (Strong, Meghan) (Filed on 6/23/2025) (Entered: 06/23/2025) |

| 06/23/2025 | 95 | Supplemental Brief re 89 Show Cause Hearing,, filed byDonald J. Trump, Pete Hegseth, U.S. Department of Defense. (Related document(s) 89 ) (Hartlieb, Garry) (Filed on 6/23/2025) (Entered: 06/23/2025) |
|---|---|---|
| 06/23/2025 | 96 | TRANSCRIPT ORDER for proceedings held on June 20, 2025 before Judge Charles R. Breyer for Court Reporter Ana Dub (amd, COURT STAFF) (Filed on 6/23/2025) (Entered: 06/23/2025) |
| 06/23/2025 | 97 | NOTICE by Donald J. Trump, Pete Hegseth, U.S. Department of Defense re 94 Supplemental Brief *(Notice of Objection)* (Hartlieb, Garry) (Filed on 6/23/2025) (Entered: 06/23/2025) |
| 06/23/2025 | 103 | MOTION for Leave to File Amicus Curiae Brief filed by Martin Akerman. Responses due by 7/7/2025. Replies due by 7/14/2025. (Attachments: # 1 Envelope)(slh, COURT STAFF) (Filed on 6/23/2025) (Entered: 06/27/2025) |
| 06/24/2025 | 98 | **ORDER DIRECTING FILING. Signed by Judge Charles R. Breyer on 6/24/2025. (crblc1, COURT STAFF) (Filed on 6/24/2025) (Entered: 06/24/2025)** |
| 06/25/2025 | 99 | RESPONSE re 98 Order, 94 Supplemental Brief by Donald J. Trump, Pete Hegseth, U.S. Department of Defense. (Hartlieb, Garry) (Filed on 6/25/2025) (Entered: 06/25/2025) |
| 06/25/2025 | 100 | **ORDER REGARDING NON-PARTY FILINGS. Signed by Judge Charles R. Breyer on June 25, 2025. (crblc2, COURT STAFF) (Filed on 6/25/2025) (Entered: 06/25/2025)** |
| 06/25/2025 | 101 | **ORDER REGARDING DISCOVERY AS TO PLAINTIFFS MOTION FOR A PRELIMINARY INJUNCTION. Signed by Judge Charles R. Breyer on 6/25/2025. (crblc1, COURT STAFF) (Filed on 6/25/2025) (Entered: 06/25/2025)** |
| 06/26/2025 | 102 | **ORDER GRANTING ADMINISTRATIVE MOTION BY LOS ANGELES COUNTY FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION by Judge Charles R. Breyer: Granting 86 Motion to File Amicus Curiae Brief. (ls, COURT STAFF) (Filed on 6/26/2025) (Entered: 06/26/2025)** |
| 06/26/2025 | | Documents received 6/16/2025 from non-party Adrian Damico Moon returned pursuant to 100 Order (slh, COURT STAFF) (Filed on 6/26/2025) (Entered: 06/26/2025) |
| 06/26/2025 | | Documents received 6/17/2025 from non-party Cornelius Lopes returned pursuant to 100 Order (slh, COURT STAFF) (Filed on 6/26/2025) (Entered: 06/26/2025) |
| 07/03/2025 | 104 | STIPULATION WITH PROPOSED ORDER *to Enlarge Time to Respond to Expedited Discovery and Set Briefing on Discovery Disputes* filed by Donald J. Trump, Pete Hegseth, U.S. Department of Defense. (Attachments: # 1 Proposed Order)(Edelman, Christopher) (Filed on 7/3/2025) (Entered: 07/03/2025) |
| 07/04/2025 | 105 | **ORDER by Judge Charles R. Breyer granting 104 Stipulation. (crblc1, COURT STAFF) (Filed on 7/4/2025) (Entered: 07/04/2025)** |
| 07/09/2025 | 106 | MOTION for Protective Order filed by Donald J. Trump, Pete Hegseth, U.S. Department of Defense. Responses due by 7/9/2025. (Attachments: # 1 Proposed Order)(Kurland, Benjamin) (Filed on 7/9/2025) (Entered: 07/09/2025) |
| 07/09/2025 | 107 | Brief *Regarding Depositions* filed byGavin Newsom, State of California. (Strong, Meghan) (Filed on 7/9/2025) (Entered: 07/09/2025) |
| 07/09/2025 | 108 | **Order by Judge Charles R. Breyer denying 106 Motion for Protective Order.(crblc2, COURT STAFF) (Filed on 7/9/2025) (Entered: 07/09/2025)** |

**ER-255**

| 07/09/2025 | 109 | **SCHEDULING ORDER re 77 First MOTION for Preliminary Injunction. Signed by Judge Charles R. Breyer on July 9, 2025. (crblc2, COURT STAFF) (Filed on 7/9/2025) (Entered: 07/09/2025)** |
| 07/09/2025 | 110 | **Order by Judge Charles R. Breyer denying 103 Motion to File Amicus Curiae Brief. (crblc2, COURT STAFF) (Filed on 7/9/2025) (Entered: 07/09/2025)** |
| 07/10/2025 | | Set/Reset Hearing re 109 Order: Bench Trial set for 8/11/2025 at 10:00 AM before Judge Charles R. Breyer. Bench Trial set for 8/12/2025 at 10:00 AM before Judge Charles R. Breyer. Bench Trial set for 8/13/2025 at 10:00 AM before Judge Charles R. Breyer. (ls, COURT STAFF) (Filed on 7/10/2025) (Entered: 07/10/2025) |
| 07/14/2025 | 111 | NOTICE of Appearance filed by Lorraine Lopez on behalf of Gavin Newsom, State of California (Lopez, Lorraine) (Filed on 7/14/2025) (Entered: 07/14/2025) |
| 07/14/2025 | 112 | NOTICE of Appearance filed by Jody D. Lowenstein on behalf of Donald J. Trump, Pete Hegseth, U.S. Department of Defense (Lowenstein, Jody) (Filed on 7/14/2025) (Entered: 07/14/2025) |
| 07/15/2025 | 113 | Joint MOTION for Protective Order filed by Donald J. Trump, Pete Hegseth, U.S. Department of Defense. Responses due by 7/15/2025. Replies due by 7/15/2025. (Attachments: # 1 Proposed Order Ex 1 - Stipulated Protective Order, # 2 Exhibit Ex 2 - Redline to N.D. Cal. Template)(Hartlieb, Garry) (Filed on 7/15/2025) (Entered: 07/15/2025) |
| 07/15/2025 | 114 | **STIPULATED PROTECTIVE ORDER by Judge Charles R. Breyer: Granting 113 Motion for Protective Order. (ls, COURT STAFF) (Filed on 7/15/2025) (Entered: 07/15/2025)** |
| 07/18/2025 | 115 | RESPONSE re 109 Order -- *Joint Response to Consolidation Pursuant to Federal Rule of Civil Procedure 65(a)(2)* by Gavin Newsom, State of California. (Strong, Meghan) (Filed on 7/18/2025) (Entered: 07/18/2025) |
| 07/18/2025 | 116 | ORDER of USCA as to 65 Notice of Appeal to the Ninth Circuit filed by U.S. Department of Defense, Pete Hegseth, Donald J. Trump (slh, COURT STAFF) (Filed on 7/18/2025) (Entered: 07/18/2025) |
| 07/19/2025 | 117 | **PRETRIAL ORDER. Signed by Judge Charles R. Breyer on July 19, 2025. (crblc2, COURT STAFF) (Filed on 7/19/2025) (Entered: 07/19/2025)** |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 07/22/2025 07:40:39 | | |
| **PACER Login:** | annaomohan | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:25-cv-04870-CRB |
| **Billable Pages:** | 19 | **Cost:** | 1.90 |

**ER-256**