No. 25-3727

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

GAVIN NEWSOM, *et al.*,
    *Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, *et al.*,
    *Defendants-Appellants*.

**On Appeal from the United States District Court
for the Northern District of California**
No. 3:25-cv-04870
The Honorable Charles R. Breyer

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF

ROB BONTA
*Attorney General of California*
HELEN H. HONG
*Acting Solicitor General*
THOMAS S. PATTERSON
MICHAEL L. NEWMAN
*Senior Assistant Attorneys General*
ANYA BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
*Supervising Deputy
  Attorneys General*

SAMUEL T. HARBOURT*
CHRISTOPHER D. HU
*Deputy Solicitors General*
MEGHAN H. STRONG
*Deputy Attorney General*
HALEY AMSTER
*Associate Deputy
  Solicitor General*

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 510-3919
Samuel.Harbourt@doj.ca.gov
*Attorneys for Plaintiffs-Appellees*

August 7, 2025

# UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), Plaintiffs-Appellees respectfully request a 12-day extension of time to file the answering brief, making the brief due Tuesday, September 2, 2025. This is Plaintiffs-Appellees' first request for an extension of time.

On June 12, 2025, the district court issued its order temporarily enjoining the Defendants-Appellants' federalization of the California National Guard. That same day, Defendants-Appellants filed a notice of appeal and moved to stay the district court's order. On June 19, 2025, this Court granted the stay. On June 24, 2025, the Court directed Defendants-Appellants to file their opening brief by July 22, 2025, and the Plaintiffs-Appellees to file their answering brief by August 19, 2025. This motion, if granted, would extend the time for filing the answering brief by 12 days, to Tuesday, September 2, 2025. Defendants-Appellants consent to the extension request. Harbourt Decl. ¶ 4.

Pursuant to Ninth Circuit Rule 3-3, on an appeal from a preliminary injunction, an appellant usually has 28 days from the filing of their notice of appeal to file their opening brief.[1] This would have made the Defendants-Appellants'

---

[1] The appeal is from a temporary restraining order. But in its order granting a stay pending appeal, this Court concluded that "the district court's order is effectively a preliminary injunction." Stay Order 18.

1

opening brief due on July 10, 2025. The Court's briefing schedule allowed Defendants-Appellants an additional 12 days, until July 22, 2025, to complete their opening brief. Plaintiffs-Appellees request the same amount of additional time to prepare the answering brief.

As the accompanying Declaration of Samuel Harbourt explains, this request is supported by a showing of diligence and substantial need. Preparation of the brief will require sufficient time for collaboration among attorneys from the Governor's Office and across multiple sections in the California Department of Justice, including the Office of the Solicitor General, the Civil Rights Enforcement Section, and the Government Law Section. Harbourt Decl. ¶ 6. Taking additional time to complete the process of internal review and revision will permit counsel to finalize the brief in a way that will be most helpful to the Court. *See id.* ¶¶ 6-9.

The requested extension is also warranted because lead counsel for Plaintiffs-Appellees in this matter, Mr. Harbourt, has other pressing work that has limited, and continues to limit, his availability. In particular, Mr. Harbourt has spent extensive time coordinating with attorneys in the California Department of Justice regarding the upcoming August 11, 2025 bench trial in this matter. In addition, Mr. Harbourt is supervising and assisting with drafting the answering brief in *City of Huntington Beach v. Newsom* (9th Cir. No. 25-3826), which is due August 13, 2025. That case presents important questions about the constitutional validity of a

2

state statute concerning disclosure of information about students' LGBTQ identity and expression. Mr. Harbourt is also supervising and assisting with drafting an amicus brief in *Sunflower Alliance v. Department of Conservation* (Cal. No. S287414), which is due on September 10, 2025. That case presents important questions regarding the California Environmental Quality Act.

Counsel for Plaintiffs-Appellees have exercised diligence in this matter and will continue to do so, and anticipate that the brief will be filed within the time requested. Harbourt Decl. ¶ 9. Lastly, there are no designated transcripts from the district court in this appeal, and thus no court reporter is in default. *Id.* ¶ 10; *see* 9th Cir. R. 31-2.2(b)(7).

On August 7, 2025, undersigned counsel corresponded by email with counsel for Defendants-Appellants. Harbourt Dec. ¶ 4. Counsel for Defendants-Appellants stated that they consent to this extension request. *Id.*

For the reasons stated above and set forth in the accompanying Declaration of Samuel Harbourt, Plaintiffs-Appellees respectfully request a 12-day extension of the time to file the answering brief, up to and including September 2, 2025.

Dated: August 7, 2025

Respectfully submitted,

*s/Samuel T. Harbourt*

ROB BONTA
  *Attorney General of California*
HELEN H. HONG
  *Acting Solicitor General*
THOMAS S. PATTERSON
MICHAEL L. NEWMAN
  *Senior Assistant Attorneys General*
SAMUEL T. HARBOURT
CHRISTOPHER D. HU
  *Deputy Solicitors General*
ANYA BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
  *Supervising Deputy Attorneys General*
HALEY AMSTER
  *Associate Deputy Solicitor General*

 *Attorneys for Plaintiffs-Appellees*

No. 25-3727

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

GAVIN NEWSOM, *et al.*,
    *Plaintiffs-Appellees*,

v.

DONALD TRUMP, *et al.*,
    *Defendants-Appellants*.

**On Appeal from the United States District Court
for the Northern District of California**
No. 3:25-cv-04870
The Honorable Charles R. Breyer

## DECLARATION OF SAMUEL HARBOURT IN SUPPORT OF MOTION FOR EXTENSION OF TIME

ROB BONTA
*Attorney General of California*
HELEN H. HONG
*Acting Solicitor General*
THOMAS S. PATTERSON
MICHAEL L. NEWMAN
*Senior Assistant Attorneys General*
ANYA BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
*Supervising Deputy
  Attorneys General*

SAMUEL T. HARBOURT*
CHRISTOPHER D. HU
*Deputy Solicitors General*
MEGHAN H. STRONG
*Deputy Attorney General*
HALEY AMSTER
*Associate Deputy
  Solicitor General*

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
(415) 510-3919
Samuel.Harbourt@doj.ca.gov
*Attorneys for Plaintiffs-Appellees*

August 7, 2025

I, Samuel T. Harbourt, declare:

1. I have personal knowledge of the matters set forth below and, if called to testify them, could do so competently.

2. I am a Deputy Solicitor General in the California Department of Justice. I have principal responsibility for the preparation of Plaintiffs-Appellees' answering brief.

3. Plaintiffs-Appellees seek a 12-day extension of time to file the answering brief. On June 12, 2025, the district court issued its order temporarily enjoining the Defendants-Appellants' federalization of the California National Guard. That same day, Defendants-Appellants filed a notice of appeal and moved to stay the district court's order. On June 19, 2025, this Court granted the stay. On June 24, 2025, the Court directed Defendants-Appellants to file their opening brief by July 22, 2025, and the Plaintiffs-Appellees to file their answering brief by August 19, 2025. This motion, if granted, would extend the time for filing the answering brief by 12 days, to Tuesday, September 2, 2025.

4. On August 7, 2025, I contacted counsel for Defendants-Appellants via e-mail and asked whether they objected to Plaintiffs-Appellees' request to extend the deadline to respond to the petition. Counsel for Defendants-Appellants replied that they consent to this request for an extension of time.

1

5. This is Plaintiffs-Appellees' first requested extension of time to file the answering brief.

6. Preparation of the brief will require sufficient time for collaboration among attorneys from the Governor's Office and across multiple sections in the California Department of Justice, including the Office of the Solicitor General, the Civil Rights Enforcement Section, and the Government Law Section.

7. I am lead counsel for Plaintiffs-Appellees in this matter, and I have other pressing work that has limited, and continues to limit, my availability. In particular, I have spent extensive time coordinating with attorneys in the California Department of Justice regarding the upcoming August 11, 2025 bench trial in this matter.

8. In addition, I am supervising and assisting with drafting the answering brief in *City of Huntington Beach v. Newsom* (9th Cir. No. 25-3826), which is due August 13, 2025. That case presents important questions about the constitutional validity of a state statute concerning disclosure of information about students' LGBTQ identity and expression. I am also supervising and assisting with drafting an amicus brief in *Sunflower Alliance v. Department of Conservation* (Cal. No. S287414), which is due on September 10, 2025. That case presents important questions regarding the California Environmental Quality Act.

9. Counsel for Plaintiffs-Appellees have exercised diligence in this matter and will continue to do so, and anticipate that the answering brief will be filed within the time requested.

10. There are no designated transcripts from the district court in this appeal, and thus no court reporter is in default.

I declare under penalty of perjury that the foregoing is true and correct. Executed August 7, 2025, in San Francisco, California.

*s/ Samuel T. Harbourt*
Samuel T. Harbourt

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion compiles with the requirements of Federal Rule of Procedure 27(d)(2)(A) and Ninth Circuit Rule 27-1 because it contains 636 words, excluding the accompanying declaration exempted by Federal Rule of Appellate Procedure 27(a)(2)(B). I further certify that the motion's type size and typeface comply with Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in 14-point Times New Roman font.

Dated: August 7, 2025                    *s/ Samuel T. Harbourt*
                                          Samuel T. Harbourt