No. 25-3727
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

GAVIN NEWSOM, *et al.*,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants-Appellants*

**On Appeal from the United States District Court
for the Northern District of California**
No. 3:25-cv-04870
The Honorable Charles R. Breyer

_____

### MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF VET VOICE FOUNDATION AND RETIRED SENIOR MILITARY OFFICERS

_____

Christine P. Sun
STATES UNITED DEMOCRACY CENTER
506 S Spring St, #13308
Los Angeles, CA 90013
(202) 999-9305
christine@statesunited.org

J. Andrew Boyle
  *Counsel of Record*
Maithreyi Ratakonda
STATES UNITED DEMOCRACY CENTER
45 Main Street, Suite 320
Brooklyn, NY 11201
Tel.: (202) 999-9305
andrew@statesunited.org
mai@statesunited.org

*Attorneys for* Amici Curiae *Vet Voice Foundation and
Retired Senior Military Officers*

1. Pursuant to Federal Rule of Appellate Procedure 29(a) and Circuit Rule 29-3, Vet Voice Foundation ("VVF") and Retired Senior Military Officers respectfully move this Court for leave to appear as *amici curiae* and to file the proposed brief, attached hereto.

2. Pursuant to Federal Rules of Appellate Procedure 29(a)(2) and Circuit Rule 29-3, *amici* attempted to obtain the consent of all parties for the filing of this *amicus* brief but were unsuccessful. Specifically, *amici* obtained consent from Plaintiffs-Appellees. Counsel for *amici* sent emails on three separate dates to the sole email address provided on Respondents-Appellants' July 22, 2025 opening brief, requesting consent to file this *amicus* brief, but did not receive a response.

3. *Amici* have a strong interest in the matters addressed in this case, and believe their views could assist the Court by describing harms to the military and its community occasioned by the federal government's actions. The views and information provided by *amici* are not otherwise addressed in detail in any party's brief.

4. *Amicus curiae,* VVF is a veteran-led, non-profit, non-partisan organization representing almost two million veterans, military family members, and their supporters. VVF represents veterans and military families across the political

2

spectrum and across the country. *Amici curiae* Retired Senior Military Officers are former senior military leaders with deep and extensive experience in the Army, Air Force, Army National Guard, and Navy. They are: Lieutenant General (Ret.) Karen Gibson, U.S. Army; Lieutenant General (Ret.) Claudia Kennedy, U.S. Army; Major General (Ret.) Paul D. Eaton, U.S. Army; Major General (Ret.) Randy Manner, U.S. Army; Major General (Ret.) Trish Rose, U.S. Air Force; Major General (Ret.) Linda Singh, Army National Guard; Major General (Ret.) Tammy Smith, U.S. Army; Brigadier General (Ret.) Steven M. Anderson, U.S. Army; Brigadier General (Ret.) Paul G. Smith, U.S. Army; Brigadier General (Ret.) Robin B. Umberg, U.S. Army; and, Rear Admiral (LH) (Ret.) Michael S. Baker, M.D., F.A.C.S. Additional background about each retired senior military officer is provided in the proposed brief *amicus curiae*.

5.　　*Amici curiae* have important and directly relevant perspectives on the issues in this case. They have a demonstrated commitment to the strength of the U.S. military, and hard-earned understanding of the factors that contribute to—or detract from—that strength. *Amici* are able to draw on their extensive military experience to highlight harms to the military from improper federalization and deployment of federal(ized) forces. Their views are valuable to understanding the full context of the federal government's actions that are at issue in this case, and the full range of effects of those actions. This submission is based on the perspective and knowledge

3

of veterans and their families who have served our country, representing their enduring interest in preserving the integrity and reputation of the military.

6.  All the requirements for an *amicus* brief before this Court are satisfied. The proposed brief is timely. *See* Fed. R. App. P. 29(a)(6). No counsel for either party authored the proposed brief in whole or part. No person other than the *amici* or their counsel contributed money intended to fund the preparation or submission of the proposed brief. *See* Fed. R. App. P. 29(a)(4)(E).

7.  For the foregoing reasons, *amici* respectfully request this Court's leave to appear as *amici curiae* and to deem the accompanying proposed *amicus curiae* brief filed.

Dated: September 9, 2025

Respectfully submitted,

| | |
|---|---|
| Christine P. Sun<br>STATES UNITED DEMOCRACY CENTER<br>506 S Spring St, #13308<br>Los Angeles, CA 90013<br>(202) 999-9305<br>christine@statesunited.org | /s/ J. Andrew Boyle<br>J. Andrew Boyle<br>   *Counsel of Record*<br>Maithreyi Ratakonda<br>STATES UNITED DEMOCRACY CENTER<br>45 Main Street, Suite 320<br>Brooklyn, NY 11201<br>Tel.: (202) 999-9305<br>andrew@statesunited.org<br>mai@statesunited.org |

*Attorneys for* Amici Curiae *Vet Voice Foundation and Retired Senior Military Officers*

4

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Rule 32(a)(5) and the typestyle requirements of Rule 32(a)(6) because this motion was prepared in 14-point Times New Roman, a proportionally spaced typeface, using Microsoft Word. *See* Fed. R. App. P. 27(d)(1)(E), 32(g)(1). This motion complies with the type-volume limitation of Rule 27(d)(2) because it contains 556 words.

Dated: September 9, 2025                */s/ J. Andrew Boyle*
                                        J. Andrew Boyle

                                        *Attorney for* Amici Curiae *Vet Voice Foundation and Retired Senior Military Officers*

## CERTIFICATE OF SERVICE

I, Andrew Boyle, hereby certify that on September 9, 2025, I electronically filed the foregoing Motion with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. A true and correct copy of this Motion has been served via the Court's CM/ECF system on all counsel of record.

Dated: September 9, 2025

/s/ J. Andrew Boyle
J. Andrew Boyle

*Attorney for* Amici Curiae *Vet Voice Foundation and Retired Senior Military Officers*