No. 25-3727

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

GAVIN NEWSOM, in his official capacity as Governor of the State of California; STATE OF CALIFORNIA,

*Plaintiffs-Appellees,*

*v.*

DONALD J. TRUMP, in his official capacity as President of the United States; PETER HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES DEPARTMENT OF DEFENSE,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of California
The Honorable Charles R. Breyer, District Judge
Case No. 3:25-cv-04870-CRB

**CORPORATE DISCLOSURE STATEMENT
FOR THE CHAMBERLAIN NETWORK AND MILITARY
VETERANS AS AMICI CURIAE IN SUPPORT OF APPELLEES**

Brian A. Sutherland
Jocelyn Sperling
COMPLEX APPELLATE
LITIGATION GROUP LLP
96 Jessie Street
San Francisco, CA 94105
Telephone: (415) 649-6700

*Attorneys for Amici Curiae
The Chamberlain Network and Military Veterans*

## CORPORATE DISCLOSURE STATEMENT

The Chamberlain Network is a nonprofit corporation. It has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock. The amici military veterans Chris Purdy, Marc Jaruzel, Phil Klay, Alex McCoy, Isaac Tait, Mia Leigh Renna, and Keegan Evans are individuals.

September 9, 2025						Respectfully submitted,

						By: s/ Brian A. Sutherland
							Brian A. Sutherland
							Jocelyn Sperling
							COMPLEX APPELLATE
							LITIGATION GROUP LLP
							96 Jessie Street
							San Francisco, CA 94105
							Telephone: (415) 649-6700

*Attorneys for Amici Curiae*
*The Chamberlain Network and Military Veterans*