No. 25-3727

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

GAVIN NEWSOM, in his official capacity as
Governor of the State of California;
STATE OF CALIFORNIA,

*Plaintiffs/Appellees,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States;
PETE HEGSETH, in his official capacity as Secretary of Defense;
DEPARTMENT OF DEFENSE,

*Defendants/Appellants.*

On Appeal from the United States District Court
for the Northern District of California

**Unopposed Motion of Neal Goldfarb
For Leave to File Brief as *Amicus Curiae*
in Support of the Plaintiffs/Appellees**

Neal Goldfarb
P.O. Box 488
Dillsburg, PA 17019
(202) 262-7886
goldfarbneal@gmail.com
Attorney for *Amicus Curiae*

## Unopposed Motion of Neal Goldfarb
## For Leave to File Brief as *Amicus Curiae*
## in Support of the Plaintiffs/Appellees

Neal Goldfarb moves for leave to file the accompanying amicus brief in support of the Plaintiffs/Appellees. Counsel for all parties have stated that they consent to the filing of this brief.

Mr. Goldfarb is an attorney who has an interest in, and knowledge of, linguistics and lexicography, and in applying insights and methodologies from those fields to legal interpretation. In his proposed brief, he applies that knowledge to the textual issues at the heart of this appeal—the meaning of "rebellion" and "rebellion against the authority of the United States"—and he believes that his analysis of those issues will be of substantial assistance to the Court in deciding this appeal.

WHEREFORE, movant Neal Goldfarb requests that he be granted leave to file the accompanying brief.

Respectfully Submitted,

/s/ *Neal Goldfarb*
Neal Goldfarb
P.O. Box 488
Dillsburg, PA 17019
(202) 262-7886
goldfarbneal@gmail.com
Attorney for *Amicus Curiae*

September 9, 2025

## Certificate of Service

I Hereby Certify that on this 9th day of September, 2025, the foregoing Unopposed Motion of Neal Goldfarb For Leave to File Brief as Amicus Curiae in Support of the Plaintiffs/Appellees was filed with Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the CM/ECF system, that counsel for all parties are registered with the CM/ECF system, and that service upon counsel for the parties will be accomplished via the CM/ECF system.

/s/ *Neal Goldfarb*
Neal Goldfarb
Attorney for *Amicus Curiae*