No. 25-3727

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

GAVIN NEWSOM, *et al.*,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants-Appellants*

**On Appeal from the United States District Court
for the Northern District of California**
No. 3:25-cv-04870
The Honorable Charles R. Breyer

_____

**CORPORATE DISCLOSURE STATEMENT FOR *AMICUS CURIAE* VET VOICE FOUNDATION AND RETIRED SENIOR MILITARY OFFICERS**

_____

| | |
|---|---|
| Christine P. Sun | J. Andrew Boyle |
| STATES UNITED DEMOCRACY CENTER | *Counsel of Record* |
| 506 S Spring St, #13308 | Maithreyi Ratakonda |
| Los Angeles, CA 90013 | STATES UNITED DEMOCRACY CENTER |
| (202) 999-9305 | 45 Main Street, Suite 320 |
| christine@statesunited.org | Brooklyn, NY 11201 |
| | Tel.: (202) 999-9305 |
| | andrew@statesunited.org |
| | mai@statesunited.org |

*Attorneys for* Amici Curiae *Vet Voice Foundation and Retired Senior Military Officers*

## CORPORATE DISCLOSURE STATEMENT

1. Pursuant to Rule 26.1, *amicus curiae* Vet Voice Foundation is a nonprofit corporation. It has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock. The *amici* Retired Senior Military Officers are individuals.

Dated: September 9, 2025      Respectfully submitted,

Christine P. Sun      */s/ J. Andrew Boyle*
STATES UNITED DEMOCRACY CENTER      J. Andrew Boyle
506 S Spring St, #13308      *Counsel of Record*
Los Angeles, CA 90013      Maithreyi Ratakonda
(202) 999-9305      STATES UNITED DEMOCRACY CENTER
christine@statesunited.org
     45 Main Street, Suite 320
     Brooklyn, NY 11201
     Tel.: (202) 999-9305
     andrew@statesunited.org
     mai@statesunited.org

*Attorneys for* Amici Curiae *Vet Voice Foundation and Retired Senior Military Officers*

## CERTIFICATE OF SERVICE

      I, Andrew Boyle, hereby certify that on September 9, 2025, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. A true and correct copy of this Corporate Disclosure Statement has been served via the Court's CM/ECF system on all counsel of record.

Dated: September 9, 2025            <u>*/s/ J. Andrew Boyle*</u>
                                                 J. Andrew Boyle

                                                 *Attorney for* Amici Curiae *Vet Voice Foundation and Retired Senior Military Officers*