

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7517
Washington, DC 20530

---

Tel: (202) 353-2689

October 1, 2025

VIA CM/ECF

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119

      RE:   *Newsom v. Trump*, No. 25-3727

      The federal government writes in response to plaintiffs' September 29, 2025 letter purporting to update the Court on "Developments Bearing on Pending Appeal and En Banc Consideration." In particular, plaintiffs inform the Court that on September 28, 2025, Secretary Pete Hegseth federalized 200 members of the Oregon National Guard to deploy in Portland, Oregon.

      This case involves a challenge to the President's decision to federalize members of the California National Guard to respond to mob violence in Los Angeles. The fact that the President has decided to federalize members of other state's National Guards to protect federal personnel and property in other cities has no bearing on the resolution of this challenge. The conditions in Portland that warranted federalization and deployment of the Guard are irrelevant to the deployment of the Guard in Los Angeles to respond to "protesters' interference with the ability of federal officers to execute the laws," including by "thr[owing] objects at ICE vehicles trying to complete a law enforcement operation, 'pinn[ing] down' several FPS officers defending federal property by throwing 'concrete chunks, bottles of liquid, and other objects,' * * * us[ing] 'large rolling commercial dumpsters as a battering ram' in an attempt to breach the parking garage of a federal building" and targeting federal officials with explosives, "including Molotov cocktails." *Newsom v. Trump*, 141 F.4th 1032, 1052 (9th Cir. 2025). Nor would plaintiffs here—the State of California and the Governor of California— have standing to challenge the federalization and deployment of the Guard in Portland.

      Rehearing of the stay panel's decision is similarly unwarranted. As the federal government explained, that interlocutory decision simply preserves the President's control over the armed forces, and the panel correctly concluded that the President likely acted lawfully in federalizing the Guard. In any event, California did not seek rehearing, and merits briefing is now complete.

      Sincerely,

      s/*Anna O. Mohan*
      Anna O. Mohan
      U.S. Department of Justice
      Appellate Staff, Civil Division

cc (via CM/ECF): Counsel of Record