# Founders Online

## Proclamation, 25 September 1794

### Proclamation

[Philadelphia, 25 Sept. 1794]

Whereas from a hope, that the combinations against the Constitution and Laws of the United States in certain of the Western Counties of Pennsylvania would yield to time and reflection, I thought it sufficient, in the first instance, rather to *take measures* for calling forth the Militia, than immediately to *embody* them;[1] but the moment is now come, when the overtures of forgiveness with no other condition, than a submission to law, have been only partially accepted[2]—when every form of conciliation, not inconsistent with the being of Government, has been adopted without effect; when the well disposed, in those Counties, are unable by their influence, and example to reclaim the wicked from their fury, and are compelled to associate in their own defence; when the proffered lenity has been perversely misinterpreted into an apprehension, that the Citizens will march with reluctance; when the opportunity of examining the serious consequences of a treasonable opposition has been employed in propagating principles of anarchy, endeavoring through emissaries to alienate the friends of order from its support, and inviting its enemies to perpetrate similar acts of insurrection; when it is manifest, that violence would continue to be exercised upon every attempt to enforce the laws; when therefore Government is set at defiance, the contest being whether a small portion of the United States shall dictate to the whole union, and at the expence of those, who desire peace, indulge a desperate ambition. Now therefore I George Washington President of the United States, in obedience to that high and irresistible duty consigned to me by the Constitution "to take care that the laws be faithfully executed";[3] deploring that the American name should be sullied by the outrages of Citizens on their own Government; commiserating such, as remain obstinate from delusion; but resolved in perfect reliance on that gracious Providence which so signally displays its goodness towards this Country, to reduce the refractory to a due subordination to the law; do hereby declare and make known, that with a satisfaction, which can be equalled only by the merits of the Militia, summoned into service from the States of New Jersey, Pennsylvania, Maryland, and Virginia, I have received intelligence of their patriotic alacrity, in obeying the call of the present, though painful, yet commanding necessity; that a force, which according to every reasonable expectation is adequate to the exigency, is already in motion to the scene of disaffection; that those who have confided, or shall confide in the protection of Government, shall meet full succour under the standard, and from the arms of the United States; that those who having offended against the law have since intitled themselves to indemnity will be treated with the most liberal good faith, if they shall not have forfeited their claim by any subsequent conduct; and that instructions are given accordingly. And I do moreover exhort all individuals, officers, and bodies of men, to contemplate with abhorrence the measures, leading directly or indirectly to those crimes, which produce this resort to military coercion; to check, in their respective spheres the efforts of misguided or designing men to substitute their misrepresentations in the place of truth and their discontents in the place of stable Government; and to call to mind, that as the people of the United States have been permitted under the divine favor, in perfect freedom, after solemn deliberation, and in an enlightened age, to elect their own Government; so will their gratitude for this inestimable blessing be best distinguished by firm exertions to maintain the Constitution and the Laws. And lastly I again warn all persons whomsoever and wheresoever, not to abet aid or comfort the Insurgents aforesaid, as they will answer the contrary at their peril; and I do also require all officers and other Citizens according to their several duties, as far as may be in their power, to bring under the cognizance of the law all offenders in the premises.

In Testimony whereof I have caused the seal of the United States of America to be affixed to these presents, and signed the same with my hand. Done at the City of Philadelphia the twenty fifth day of September one thousand seven hundred and ninety four, and of the Independence of the United States of America the nineteenth.

Go. Washington.

By the President<br>
Edm: Randolph.

---

Copy, DNA: RG 46, Third Congress, 1793–95, Senate Records of Legislative Proceedings, President's Messages; copy, PHi: Rawle Family Papers. The DNA copy, which was certified as a "True Copy" by State Department clerk George Taylor, Jr., was submitted with GW's message to Congress of 19 November. The PHi copy was certified by Edmund Randolph on 12 March 1795.

This proclamation was published in newspapers, including *The Philadelphia Gazette and Universal Daily Advertiser*, 25 Sept., and as a broadside (Philadelphia, 1794).

1. GW was referring to his proclamation of 7 Aug. and Secretary of War Henry Knox's letters of that date to the governors of Virginia, New Jersey, Maryland, and Pennsylvania, requesting each to issue "orders for organizing and holding in readiness" militia. See the source note to the proclamation.

2. For the overtures and the response, see the Commissioners Sent to Western Pennsylvania to GW, 24 September.

3. This quotation is from Article II, section 3, of the Constitution.

---

*Note:* The annotations to this document, and any other modern editorial content, are copyright © The Rector and Visitors of the University of Virginia. All rights reserved.

Back to top

| | |
|---|---|
| SOURCE PROJECT | Washington Papers |
| TITLE | Proclamation, 25 September 1794 |
| AUTHOR | Washington, George |
| DATE | 25 September 1794 |
| CITE AS | "Proclamation, 25 September 1794," *Founders Online*, National Archives, https://founders.archives.gov/documents/Washington/05-16-02-0494. [Original source: *The Papers of George Washington*, Presidential Series, vol. 16, *1 May–30 September 1794*, ed. David R. Hoth and Carol S. Ebel. Charlottesville: University of Virginia Press, 2011, pp. 725–727.] |

cited in Newsom v. Trump
No. 25-3727 archived October 23, 2025

---

The National Historical Publications and Records Commission (NHPRC) is part of the National Archives. Through its grants program, the NHPRC supports a wide range of activities to preserve, publish, and encourage the use of documentary sources, relating to the history of the United States, and research and development projects to bring historical records to the public.

---

Founders Online is an official website of the U.S. government, administered by the National Archives and Records Administration through the NHPRC, in partnership with the University of Virginia Press, which is hosting this website.

# The American Presidency Project (https://www.presidency.ucsb.edu/)



## JOHN ADAMS (/PEOPLE/PRESIDENT/JOHN-ADAMS)

## Proclamation 9—Law and Order in the Counties of Northampton, Montgomery, and Bucks, in the State of Pennsylvania

March 12, 1799

*cited in Newsom v. Trump No. 25-3727 archived October 23, 2025*

*By the President of the United States of America*

**A Proclamation**

Whereas combinations to defeat the execution of the laws for the valuation of lands and dwelling houses within the United States have existed in the counties of Northampton, Montgomery, and Bucks, in the State of Pennsylvania, and have proceeded in a manner subversive of the just authority of the Government, by misrepresentations, to render the laws odious, by deterring the public officers of the United States to forbear the execution of their functions, and by openly threatening their lives; and

Whereas the endeavors of the well-affected citizens, as well as of the executive officers, to conciliate a compliance with those laws have failed of success, and certain persons in the county of Northampton aforesaid have been hardy enough to perpetrate certain acts which I am advised amount to treason, being overt acts of levying war against the United

States, the said persons, exceeding one hundred in number and armed and arrayed in a warlike manner, having, on the 7th day of this present month of March, proceeded to the house of Abraham Lovering, in the town of Bethlehem, and there compelled William Nichols, marshal of the United States in and for the district of Pennsylvania, to desist from the execution of certain legal process in his hands to be executed, and having compelled him to discharge and set at liberty certain persons whom he had arrested by virtue of criminal process duly issued for offenses against the United States, and having impeded and prevented the commissioner and the assessors, appointed in conformity with the laws aforesaid, in the county of Northampton aforesaid, by threats and personal injury, from executing the said laws, avowing as the motives of these illegal and treasonable proceedings an intention to prevent by force of arms the execution of the said laws and to withstand by open violence the lawful authority of the Government of the United States; and

Whereas by the Constitution and laws of the United States I am authorized, whenever the laws of the United States shall be opposed or the execution thereof obstructed in any State by combinations too power to be suppressed by the ordinary course of judicial proceedings or by the powers vested in the marshals, to call forth military force to suppress such combinations and to cause the laws to be duly executed; and

cited in Newsom v. Trump
No. 25-3727 archived October 23, 2025

Whereas it is in my judgment necessary to call forth military force in order to suppress the combinations aforesaid and to cause the laws aforesaid to be duly executed, and I have accordingly determined so to do, under the solemn conviction that the essential interests of the United States demand it:

Wherefore I, John Adams, President of the United States, do hereby command all persons being insurgents as aforesaid, and all others whom it may concern, on or before Monday next, being the 18th day of this present month, to disperse and retire peaceably to their respective abodes; and I do moreover warn all persons whomsoever against aiding, abetting, or comforting the perpetrators of the aforesaid treasonable acts; and I do require all officers and others, good and faithful citizens, according to their respective duties and the laws of the land, to exert their utmost endeavors to prevent and suppress such dangerous and

unlawful proceedings.

In testimony whereof I have caused the seal of the United States of America to be affixed to these presents, and signed the same with my hand.

Done at the city of Philadelphia, the 12th day of March, A. D. 1799, and of the Independence of the said United States of America the twenty-third.

JOHN ADAMS.

By the President:

TIMOTHY PICKERING,

*Secretary of State.*

---

John Adams, Proclamation 9—Law and Order in the Counties of Northampton, Montgomery, and Bucks, in the State of Pennsylvania Online by Gerhard Peters and John T. Woolley, The American Presidency Project https://www.presidency.ucsb.edu/node/202751

cited in Newsom v. Trump
No. 25-3727 archived October 23, 2025

# The American Presidency Project (https://www.presidency.ucsb.edu/)



## ABRAHAM LINCOLN (/PEOPLE/PRESIDENT/ABRAHAM-LINCOLN)

## Proclamation 80—Calling Forth the Militia and Convening an Extra Session of Congress

April 15, 1861

*By the President of the United States of America*

**A Proclamation**

Whereas the laws of the United States have been for some time past and now are opposed and the execution thereof obstructed in the States of South Carolina, Georgia, Alabama, Florida, Mississippi, Louisiana, and Texas by combinations too powerful to be suppressed by the ordinary course of judicial proceedings or by the powers vested in the marshals by law:

Now, therefore, I, Abraham Lincoln, President of the United States, in virtue of the power in me vested by the Constitution and the laws, have thought fit to call forth, and hereby do call forth, the militia of the several States of the Union to the aggregate number of 75,000 in order to suppress said combinations and to cause the laws to be duly executed.

The details for this object will be immediately communicated to the State authorities through the War Department.

I appeal to all loyal citizens to favor, facilitate, and aid this effort to maintain the honor, the integrity, and the existence of our National Union and the perpetuity of popular government and to redress wrongs already long enough endured.

I deem it proper to say that the first service assigned to the forces hereby called forth will probably be to repossess the forts, places, and property which have been

cited in Newsom v. Trump
No. 25-3727 archived October 23, 2025

seized from the Union; and in every event the utmost care will be observed, consistently with the objects aforesaid, to avoid any devastation, any destruction of or interference with property, or any disturbance of peaceful citizens in any part of the country.

And I hereby command the persons composing the combinations aforesaid to disperse and retire peaceably to their respective abodes within twenty days from this date.

Deeming that the present condition of public affairs presents an extraordinary occasion, I do hereby, in virtue of the power in me vested by the Constitution, convene both Houses of Congress. Senators and Representatives are therefore summoned to assemble at their respective chambers at 12 o'clock noon on Thursday, the 4th day of July next, then and there to consider and determine such measures as, in their wisdom, the public safety and interest may seem to demand.

In witness whereof I have hereunto set my hand and caused the seal of the United States to be affixed.

Done at the city of Washington, this 15th day of April, A.D. 1861, and of the Independence of the United States the eighty-fifth.

ABRAHAM LINCOLN.

By the President:

WILLIAM H. SEWARD, *Secretary of State.*

---

Abraham Lincoln, Proclamation 80—Calling Forth the Militia and Convening an Extra Session of Congress Online by Gerhard Peters and John T. Woolley, The American Presidency Project https://www.presidency.ucsb.edu/node/202882

cited in Newsom v. Trump
No. 25-3727 archived October 23, 2025

Smithsonian National Postal Museum

# Operation Graphic Hand

03.23.2017 • Blog

By [Nancy Pope](#), Curator and Historian



*Letter carriers on strike outside the main New York City post office*

Just before midnight on March 17, 1970, a letter carriers' local disobeyed national leadership and voted to strike. The National Letter Carrier's Union, Branch 36, had been discussing the action for days. Frustrated, they decided to act on their own – a wildcat strike. Issues of poor pay and working conditions affected postal workers nation-wide and before long a number of employees across the U.S. joined the strike. Workers were frustrated by low pay that left seven percent of New York City's

carriers eligible for welfare. To make matters worse, while President Nixon asked for a six-month delay for federal workers' raises to control inflation, Congress voted itself a 41-percent pay increase.



*Wildcat strikers from Detroit, Michigan on strike*

The strike threatened to bring the nation to a standstill. Mail was still critical to the nation's communication infrastructure. Wall Street feared problems that would arise if brokers could not send out confirmation orders for buying or selling. In a world without personal computers or direct deposit, expensive long-distance phone calls or telegrams became the only communication choices for businesses and individuals alike. Even small town Americans felt the sting of the strike, as most mail traveled through large city post offices that were the target of the strikers.

On March 23, 1970, President Nixon addressed the nation by television.[1] He declared a state of national emergency and ordered 25,000 soldiers into New York City to get some mail moving. Two days earlier the President had called the strike an illegal action, directing employees to go back to work. They ignored him and stayed off the job. The military action, dubbed "Operation Graphic Hand," involved personnel from the Army, National Guard, Army Reserve, Air National Guard, Navy, Air Force, and Marine Corps Reserve. Major General Walter Higgins, the commander of Fort Hamilton, New York, was placed in control. According to the *Chicago Tribune*: "Pentagon authorities stressed that the army would not take over the supervision of postal operations but that military personnel would be put at the disposal of the post office department."[2]

When President Nixon addressed the issue of the strike, he made it clear that he intended that essential mail would go through – pension, welfare and social security checks. Postal supervisors remained on the job, in some cases sorting and readying as much mail as they could for transport to other offices or cities. By the night of the president's address, the strike had disrupted mail service in at least 30 cities in 13 states. More than a quarter of the nation's postal workers had stepped down in protest.



*Postal worker on strike in 1970*

Although the strike had spread across the nation "Graphic Hand" was centered in New York City. There, between 40 and 60 million pieces of mail were stacked up waiting to be processed. On March 24 "some 400 sailors, 300 air force men, and 100 army troops were taken to the general post office on 8th Avenue and 33rd Street, and began orientation studies of its operations."[3] The men were directed to assist at clerk windows where needed, selling stamps and money orders. But most would be busy loading and unloading mail, and sorting outgoing mail.

Wearing fatigues, they were easy to spot among the postal supervisors and non-striking workers. Military personnel transported mail to substations, delivered bulk mail to businesses and charities but did not make any residential deliveries. Most of these new postal workers were busy trying to sort mail. It could take a year for a distribution clerk in a large city to learn the "schemes" or address layouts for the 5,000 to 10,000 local addresses and nearby areas. None of them had a shot at matching postal workers' levels of 40 to 60 letters per minute.



*National Guard at work in a New York post office, trying their hand at sorting mail*

By March 25 military personnel had been assigned to 17 New York City area post offices. If the strike had continued, the president was prepared to deploy the military to post offices in as many as 35 other cities. It became clear very quickly that tossing military personnel into post offices and expecting them to even try and keep critical mail moving was not a feasible idea. The government needed to get their postal employees back on the job.

Americans in strike areas did not get home delivery until postal workers went back on duty. Fortunately for the public, workers, their union presidents and the government reached an agreement that started to get everyone back to work on March 25.

## Learn more about the Postal Strike of 1970 in this video

[1] "Troops Begin Moving Mail in New York," Chicago Tribune, March 24, 1970, page 2.

[2] Watch a news report and the president's address to the nation.

[3] "Troop Limits Set for Use in Postal Strike," Chicago Tribune, March 23, 1970, page 2.



**About the Author**

The late Nancy A. Pope, a Smithsonian Institution curator and founding historian of the National Postal Museum, worked with the items in this collection since joining the Smithsonian Institution in 1984. In 1993 she curated the opening exhibitions for the National Postal Museum. Since then, she curated several additional exhibitions. Nancy led the project team that built the National Postal Museum's first website in 2002. She also created the museum's earliest social media presence in 2007.